UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.225.38.130,<br><br>     Defendant. | Case No.:<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

  Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Strike 3 Holdings, LLC is a wholly-owned subsidiary of General Media Systems, LLC, which is a Delaware limited liability company. There are no publicly held corporations that currently own 10% or more of Plaintiff's stock.

  DATED this 16th day of November 2017

               **FOX ROTHSCHILD LLP**

               By: /s/ *Bryan J. Case*
               Bryan J. Case, WSBA #41781
               1001 Fourth Avenue Suite 4500
               Seattle, WA 98154
               Telephone: 206-625-3600
               Facsimile: 206-389-1708
               Email: bcase@foxrothschild.com

               *Attorneys for Plaintiff*