The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STRIKE 3 HOLDINGS LLC,

                       Plaintiff,

    v.

JOHN DOE (73.225.38.130),

                      Defendant.

Case No. 2:17-cv-01731-TSZ

**DECLARATION OF BRYAN J. CASE
REGARDING SERVICE OF MINUTE
ORDER**

I, Bryan J. Case, declare as follows:

    1.      I am one of the attorneys representing Strike 3 Holdings LLC ("Strike 3") in the above-captioned matter. I am over the age of 18 and competent to testify about the matters set forth herein. I make this declaration based on personal knowledge.

    2.      Attached as Exhibit A is a true and correct copy of email correspondence between Timothy Derr of Comcast and myself. On Friday, January 26, I emailed Mr. Derr a copy of the Court's Minute Order (Dkt. # 8) along with a cover email. Mr. Derr replied shortly thereafter confirming receipt of the Order.

///

///

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

53163748.v1

1   I declare under penalty of perjury under the laws of the State of Washington and the laws

2   of the United States of America that the foregoing is true and correct.

3   DATED this 29th day of January, 2018 at Seattle, Washington.

4

5

6   _____/s/ Bryan J. Case_____
    Bryan J. Case, WSBA # 41781

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF SERVICE RE MINUTE ORDER
(2:17-CV-01731-TSZ) - 2

53163748.v1

# EXHIBIT A

**Case, Bryan**

| | |
|---|---|
| **From:** | Derr, Timothy <Timothy_Derr@comcast.com> |
| **Sent:** | Friday, January 26, 2018 12:47 PM |
| **To:** | Case, Bryan |
| **Cc:** | Bandlow, Lincoln; Emilie Kennedy; Sullivan, Melinda; [Neto - IPCopyRightSuits] |
| **Subject:** | [EXT] RE: Strike 3 v. John Doe - Change in Protocol Responding to Previously Served Subpoenas |

Hi Bryan,

Thank you for providing a copy of the Minute Order.  We have noted our records of the new compliance method and will ensure subscriber information is directed to the Clerk of the Court and not your office.

Enjoy the weekend,

**Timothy Derr**
**Supervisor, Legal Response Center**
**650 Centerton Road, Moorestown, NJ 08057**
**Direct:** 856-675-5138 | **Mobile:** 267-453-8168 | **Fax:** 866-947-5587

**From:** Case, Bryan [mailto:bcase@foxrothschild.com]
**Sent:** Friday, January 26, 2018 3:11 PM
**To:** Derr, Timothy <Timothy_Derr@cable.comcast.com>
**Cc:** Bandlow, Lincoln <lbandlow@foxrothschild.com>; Emilie Kennedy <emilie.kennedy@genmediasys.com>; Sullivan, Melinda <melindasullivan@foxrothschild.com>
**Subject:** Strike 3 v. John Doe - Change in Protocol Responding to Previously Served Subpoenas

Hello Mr. Derr,

We represent Strike 3 Holdings in following lawsuits pending in the United States District Court for the Western District of Washington:

- Strike 3 Holdings v. John Doe (IP Address 71.231.142.237), Case No. 2:17-cv-01730-RAJ
- Strike 3 Holdings v. John Doe (IP Address 73.225.38.130), Case No.  2:17-cv-01731-MJP
- Strike 3 Holdings v. John Doe (IP Address 76.22.118.13), Case No. 2:17-cv-01732-RAJ

We had previously served subpoenas on Comcast in above lawsuits by certified mail.  Comcast has not yet responded.   Yesterday, the above matters were transferred to a new judge in the Western District of Washington, Judge Thomas Zilly.   The new case numbers for the three matters are as follows:

- Strike 3 Holdings v. John Doe (IP Address 71.231.142.237), Case No. 2:17-cv-01730-TSZ
- Strike 3 Holdings v. John Doe (IP Address 73.225.38.130), Case No.  2:17-cv-01731-TSZ
- Strike 3 Holdings v. John Doe (IP Address 76.22.118.13), Case No. 2:17-cv-01732-TSZ

Judge Zilly issued the attached order yesterday in each of the three cases.  This order modifies the prior order the prior judges entered relating to the previously served subpoenas (that prior order was served with the subpoenas).  Please review this the attached order carefully as it contains a certain protocol Comcast must follow to the respond to the subpoena, which is different from the protocol in the prior orders.  Please ensure Comcast's compliance with this order.

If you have any questions, please call me.  We will be serving the attached order on Comcast today via certified mail.

Regards,
Bryan

**Bryan Case**
Partner
**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
Direct: (206) 389-1643
Cell: (425) 890-5112
Fax: (206) 389-1708
bcase@foxrothschild com
www.foxrothschild.com

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

1

2

3

4

5
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
6
AT SEATTLE

7
STRIKE 3 HOLDINGS, LLC,

8
Plaintiff,

9
v.                                              C17-1730 TSZ
C17-1731 TSZ
C17-1732 TSZ
10
JOHN DOE (71.231.142.237);                      C17-1733 TSZ
JOHN DOE (73.225.38.130);
11
JOHN DOE (76.22.118.13);                        MINUTE ORDER
JOHN DOE (50.54.142.188);
12

Defendants.
13

14
The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

15
(1)     The Orders, docket no. 7 in C17-1730, docket no. 5 in C17-1731, docket
16
no. 7 in C17-1732, and docket no. 5 in C17-1733, granting plaintiff leave to serve a
subpoena on the Internet service provider ("ISP") for each defendant John Doe, are
17
hereby AMENDED as follows.

18
(a)     To the extent that an ISP has not already provided to plaintiff or its
attorney material responsive to a subpoena issued pursuant to the Orders identified
above, the ISP shall **not** disclose any such responsive material to plaintiff or its
19
counsel, but instead shall send the responsive material, in an envelope prominently
marked "CONFIDENTIAL SUBSCRIBER INFORMATION -- TO BE FILED
20
UNDER SEAL," addressed to the Clerk of the Court, United States District Court
for the Western District of Washington, 700 Stewart Street, Seattle, WA 98101.
21

(b)     If an ISP has provided responsive material to the Court rather than
22
plaintiff or its attorney, plaintiff may serve summons and complaint using the

23

MINUTE ORDER - 1

following procedure.  Plaintiff's counsel may submit a blank summons to the Clerk, who will interlineate the affected subscriber's identity and service address on the summons and place the completed summons in a sealed envelope for return to plaintiff's counsel.  Plaintiff's counsel shall not open or otherwise attempt to view the contents of such envelope before delivering it, along with a copy of this Order, to the process server of plaintiff's choosing.  The process server shall keep the affected subscriber's identity and service address confidential and shall not disclose such information to plaintiff or its attorneys.  The process server shall send any affidavit or declaration of either service or non-service in an envelope prominently marked "CONFIDENTIAL SUBSCRIBER INFORMATION -- TO BE FILED UNDER SEAL," addressed to the Clerk of the Court, United States District Court for the Western District of Washington, 700 Stewart Street, Seattle, WA 98101.

        (c)     Plaintiff shall not amend its pleadings to substitute a subscriber as a defendant or publicly disclose any defendant's real identity unless specifically authorized to do so by the Court.  Plaintiff and its attorneys shall not communicate directly with any defendant John Doe for any purpose until further order of the Court.

        (d)     If an ISP to which a subpoena was issued pursuant to the Orders identified above has not yet provided responsive materials, plaintiff shall serve a copy of this Minute Order on each such ISP and shall file proof of such service within three (3) days of the date of this Minute Order.

    (2)     The deadlines for a Rule 26(f) conference, exchange of initial disclosures, and submission of a Joint Status Report that were set in C17-1731 and C17-1733 are STRICKEN, and will be reset, if appropriate, at a later date.

    (3)     The Clerk is DIRECTED to send a copy of this Minute Order to all counsel of record.  Plaintiff's counsel is DIRECTED to provide a copy of this Minute Order (i) along with any blank summons submitted to the Clerk, and (ii) along with any summons provided under seal to the selected process server.

    Dated this 25th day of January, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2