The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

STRIKE 3 HOLDINGS LLC,

    Plaintiff,

v.

JOHN DOE (73.225.38.130),

    Defendant.

Case No. 2:17-cv-01731-TSZ

**DECLARATION OF SERVICE RE COURT'S MINUTE ORDER**

Melinda R. Sullivan, declares:

1. I am an employee of Fox Rothschild LLP which represents Strike 3 Holdings LLC. I am over the age of 18 and competent to make this Declaration and do so based on personal knowledge.

2. On January 26, 2018, I sent a copy of the Court's Minute Order (Dkt. #8) by placing a copy of same, postage prepaid, in the United States Mail, Certified Mail, Return Receipt Requested addressed as set forth below:

> Comcast Cable
> c/o CT Corporation System
> 711 Capitol Way S, Suite 204
> Olympia, WA 98501

3. Attached is a true and correct copy of the certified mail receipt.

DECLARATION OF SERVICE RE MINUTE ORDER
(2:17-CV-01731-TSZ) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

53174118.v1

1  I declare under penalty of perjury under the laws of the State of Washington and the laws
2  of the United States of America that the foregoing is true and correct.
3  DATED this 29th day of January, 2018 at Seattle, Washington.

Melinda R. Sullivan

DECLARATION OF SERVICE RE MINUTE ORDER
(2:17-CV-01731-TSZ) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

53174118.v1

