Hon. Thomas S. Zilly

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case No.: **2:17-cv-01731-TSZ** |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| JOHN DOE subscriber assigned IP address *73.225.38.130*, | |
| Defendant | |

Counsel for Defendant JOHN DOE subscriber assigned IP address *73.225.38.130* appears on his or her behalf.

Dated: February 12, 2018          Signed: _____

J. Curtis Edmondson
Attorney for Defendant

NOTICE OF APPEARANCE – J. CURTIS EDMONDSON