Hon. Thomas S. Zilly

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br>Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address *73.225.38.130*,<br>Defendant | Case No.: 2:17-cv-01731-TSZ<br><br>JOINT STIPULATION AND [PROPOSED] ORDER<br><br>Noting Date: 02-16-2016 / LCR 10(g) (SAME DAY) |

Whereas:

STRIKE 3 HOLDINGS, LLC and JOHN DOE subscriber assigned IP address *73.225.38.130* have stipulated to a protective order to insure that JOHN DOE's privacy is respected during this trial.

Counsel for JOHN DOE subscriber assigned IP address *73.225.38.130* will accept a waiver of service and will timely file a responsive pleading.

The protective order to be entered shall read:

STRIKE 3 HOLDINGS, LLC, shall not disclose JOHN DOE subscriber assigned IP address *73.225.38.130*'s (defendant), address, telephone number, email, social media username, or any other identifying information, other than defendant's IP address, that it may subsequently learn. All documents including defendant's identifying information, apart from his or her IP address, shall be filed under seal, with all such information redacted on the public docket, unless and until the Court orders otherwise and only after defendant has had an opportunity to challenge the disclosure of any identifying information.

So Stipulated:

/s/ J. Curtis Edmondson, Attorney for the Defendant

/s/ Lincoln Bandlow,  Attorney for the Plaintiff

Presented By: /s/ J. Curtis Edmondson, Attorney for the Defendant

SO ORDERED:

Dated this 16th day of February, 2018,

_____

UNITED STATES DISTRICT JUDGE