UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STRIKE 3 HOLDINGS, LLC,

        Plaintiff,

v.

JOHN DOE (73.225.38.130),

        Defendant.

C17-1731 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered January 25, 2018, docket no. 8, the Court directed plaintiff not to amend its pleadings to substitute the subscriber associated with Internet Protocol address 73.225.38.130 as a defendant or to publicly disclose such subscriber's identity unless specifically authorized to do so by the Court. Pursuant to the parties' stipulation, docket no. 17, the Court reiterates that, to the extent plaintiff knows or learns of such subscriber's identifying information, including any address, email address, social media username, or telephone number, plaintiff shall keep such information confidential and shall redact it from all documents filed in this matter.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of March, 2018.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1