Honorable Thomas S. Zilly

# U.S. DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>              Plaintiff,<br><br>    vs.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>              Defendant. | Case No.: 2:17-cv-01731-TSZ<br><br>**DECLARATION OF J. CURTIS EDMONDSON** |

CASE NO.: 2:17-CV-01731-TSZ - 1

I, J. CURTIS EDMONDSON, declare as follows:

1. I am an attorney licensed to practice law within the States of California, Washington, and the District of Columbia. I am admitted to several district and federal appellate courts.

2. I am counsel of record for Defendant JOHN DOE, subscriber assigned IP address 73.225.38.130 ("Doe") in this matter. I have handled over 30 bittorrent cases for defendants in various districts across the United States.

3. Attached as **Exhibit 1** is a true and correct copy of an email I sent to Strike 3 Holdings, LLC ("Strike 3")'s counsel in this case requesting supporting evidence that my client had infringed. Nothing has been provided.

4. Attached as **Exhibit 2** is a true and correct copy of the Wiki page for Camden, Delaware, the town where Strike 3 Holdings, LLC is apparently located.

5. Attached as **Exhibit 3** is a true and correct copy of the Camden, Delaware ordinance on pornographic establishments.

6. Attached as **Exhibit 4** is a true and correct copy of correspondence with a representative of the Town of Camden, Delaware.

7. Attached as **Exhibit 5** is a true and correct copy of the criminal conviction of Greg Aouizerate aka Greg Lansky in Los Angeles County.

8. Attached as **Exhibit 6** is a true and correct copy of the California Secretary of State filing for General Media Systems, LLC, the parent company of Strike 3 Holdings, which states it is located in Delaware and in Studio City, California.

9. Plaintiff has provided the Declaration of Tobias Fieser in support of its Ex Parte motion to serve subpoena on a third party prior to a Rule26(f) (Dckt. No. 4-3). Mr. Fieser has provided declarations in a number of previous cases involving infringement allegations, similar to the allegations in this case. I have previously deposed Mr. Fieser in these previous cases. Attached as **Exhibit 7** is portion of the deposition testimony where Mr. Fieser testified that he "verified films" at a rate of 2-3 hours per week.

10. Mr. Fieser has stated that he is employed by IPP International UG ("IPP"), a German entity he claims provides forensic investigation services to copyright owners. (Dckt. No. 4-3 at ¶¶3, 4).

DECLARATION OF J. CURTIS EDMONDSON - 2

EDMONDSON IP LAW
Venture Commerce Center, 3699 NE John Olsen Ave.
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

11. Mr. Fieser has stated that he has provided testimony on the "forensic scanning process" in previous cases, including *Malibu Media v John Does*, 12-cv-2078, (E.D. Pa. Jan. 3, 2013). (Dckt. No. 4-3 at ¶6). Mr. Feiser has previously lied in depositions, specifically he has stated that he has reviewed all infringement data generated by the detection software. My analysis of the sheer amount of data involved, and subsequent questioning of Mr. Faiser under oath, demonstrated that it is completely impossible for him to have conducted the analysis he claims

12. Mr. Fieser states that, as part of his employment with IPP, he was "assigned the task of overseeing, analyzing, and reviewing" results. (Dckt. No. 4-3 at ¶6). Mr. Fieser is not a licensed investigator in the State of Washington.

13. This case is one of thousands filed across the United States based on the data generated by a so-called "detection software system". This German software system, while known by various names (IPP, Guarderlay, MaverickEye, MaverickMonitor), is at the center of all the filings. Across the numerous cases network of people have been linked to the "detection" software, Mr. Arheidt, Mr. Perino, Mr. Griffin and Mr. Fieser in this case. Declarations attributed to these individuals are demonstratively false, and it appears that Mr. Griffin is in fact a completely fictitious person. (*See* Lynch Declaration).

14. The services provided by IPP do not rise to the level of "forensic investigation". This software has been extensively analyzed by Dr. Kal Toth, P.Eng, who has been retained by Defendant's counsel to assess the accuracy and reliability of the software used by the Plaintiff's "private investigator" to collect evidence in connection with the alleged infringements. These reports demonstrate that the detection software fails to meet NIST standards for forensic software.

15. Attached as **Exhibit 8** is a true and correct copy of the expert report, entitled "Third Expert Report: Assessment of MaverickMonitor Software Reliability", dated February 27, 2018. This report was produced after Dr. Toth reviewed the source code produced by Plaintiff.

16. Attached as **Exhibit 9** is a true and correct copy of the expert report produced by Dr. Toth, entitled "Expert Report Re. Malibu LLC vs. John Doe", dated December 14, 2016. This report was prepared in connection with the matter of *Malibu LLC vs. John Doe* in the Northern District of California (3:15-cv-04441-WHA) which analyzed the

DECLARATION OF J. CURTIS EDMONDSON - 3

EDMONDSON IP LAW
Venture Commerce Center, 3699 NE John Olsen Ave.
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

system used by Excipio, a company run by the same team as MaverickMonitor. The report concludes that the software used to monitor torrents was developed in an ad hoc fashion and cannot be relied upon forensically.

I swear under the penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on: March 8, 2018

/s/ J. Curtis Edmondson
_____
J. CURTIS EDMONDSON
Declarant

DECLARATION OF J. CURTIS EDMONDSON - 4

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave.
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418