# EXHIBIT 2

Case 2:17-cv-01731-TSZ   Document 21-3   Filed 03/08/18   Page 2 of 5

**WIKIPEDIA**

Coordinates: 39°06′48″N 75°32′31″W

# Camden, Delaware

**Camden** is a town in Kent County, Delaware, United States. It is part of the Dover, Delaware Metropolitan Statistical Area. The population was 3,464 at the 2010 census.[4]

## Contents

History
Geography
Demographics
Government
Notable people
References

## History

Camden was established in 1783 as a community originally known as Mifflin's Crossroads.[5] The Camden Historic District, Brecknock, Camden Friends Meetinghouse, Star Hill AME Church, and Zion African Methodist Episcopal Church are listed on the National Register of Historic Places.[6]

## Geography

Camden is located at 39°06′48″N 75°32′31″W (39.1134458, -75.5418687).[7]

According to the United States Census Bureau, the town has a total area of 1.9 square miles (4.9 km²), all land.

Because of the small size of this town, and its even smaller neighbor of Wyoming, the U.S. Postal Service has jointly assigned the towns a single ZIP code, 19934, which is designated as the Camden-Wyoming ZIP code.

## Demographics

As of the census[9] of 2000, there were 2,100 peoples, 835 households, and 573 families residing in the town. The population density was

| Camden, Delaware |
|---|
| **Town** |



1805 Quaker Meetinghouse



Location of Camden in Kent County, Delaware.

1,130.9 people per square mile (435.9/km²). There were 886 housing units at an average density of 477.1 per square mile (183.9/km²). The racial makeup of the town was 76.67% White, 18.00% African American, 0.81% Native American, 1.38% Asian, 0.14% Pacific Islander, 0.90% from other races, and 2.10% from two or more races. Hispanic or Latino of any race were 2.90% of the population.

There were 835 households out of which 35.1% had children under the age of 18 living with them, 50.2% were married couples living together, 15.3% had a female householder with no husband present, and 31.3% were non-families. 24.1% of all households were made up of individuals and 8.4% had someone living alone who was 65 years of age or older. The average household size was 2.51 and the average family size was 3.02.

In the town, the population was spread out with 27.0% under the age of 18, 9.1% from 18 to 24, 30.7% from 25 to 44, 21.6% from 45 to 64, and 11.6% who were 65 years of age or older. The median age was 36 years. For every 100 females there were 90.9 males. For every 100 females age 18 and over, there were 83.3 males.

The median income for a household in the town was $47,097, and the median income for a family was $50,347. Males had a median income of $32,154 versus $25,261 for females. The per capita income for the town was $21,113. About 1.8% of families and 4.9% of the population were below the poverty line, including 4.7% of those under age 18 and 2.4% of those age 65 or over.

## Government

- Mayor: W.G. Edmanson II
- Vice-Mayor: Justin King
- Councilman: John Green
- Councilman: Kevin Casquarelli
- Councilman: Larry Dougherty
- Town Manager: Aaron Chaffinch
  - Previous office holders: James O. Plumley III (????–2011)[10]
- Chief of Police: William Bryson (As of 2012)[10]

## Notable people

- Ashley Coleman, Miss Delaware Teen USA 1999, Miss Teen USA 1999 (born and grew up in Camden)
- Eric Buckson, born in Camden and a current Kent County Levy Court Commissioner
- Henry Hayes Lockwood, born in Camden Civil War general.



Location within the state of Delaware
- ⦿ Show map of Delaware
- ○ Show map of the US
- ○ Show all

Coordinates: 39°06′48″N 75°32′31″W

| Country | United States |
|---|---|
| **State** | Delaware |
| **County** | Kent |
| **Government** | |
| • **Type** | Mayor-council |
| • **Mayor** | W.G. Edmanson II |
| • **Vice-Mayor** | Justin King |
| **Area**[1] | |
| • **Total** | 3.70 sq mi (9.58 km²) |
| • **Land** | 3.70 sq mi (9.58 km²) |
| • **Water** | 0.00 sq mi (0.00 km²) |
| **Elevation** | 39 ft (12 m) |
| **Population** (2010) | |
| • **Total** | 3,464 |
| • **Estimate** (2016)[2] | 3,489 |

- Charles L. Terry Jr., born in Camden, 65th Governor of Delaware
- R. Thomas Wagner, Jr., State Auditor of Delaware and former Mayor of Camden

| | |
|---|---|
| • **Density** | 942.72/sq mi (364.03/km²) |
| **Time zone** | Eastern (EST) (UTC-5) |
| • **Summer (DST)** | EDT (UTC-4) |
| **ZIP code** | 19934 |
| **Area code(s)** | 302 |
| **FIPS code** | 10-10760 |
| **GNIS feature ID** | 213746[3] |

# References

1. "2016 U.S. Gazetteer Files" (https://www2.census.gov/geo/docs /maps-data/data/gazetteer/2016_Gazetteer /2016_gaz_place_10.txt). United States Census Bureau. Retrieved Jul 25, 2017.

2. "Population and Housing Unit Estimates" (https://www.census.gov /programs-surveys/popest/data/tables.2016.html). Retrieved June 9, 2017.

3. "Camden" (https://geonames.usgs.gov /apex/f?p=gnispq:3:::NO::P3_FID:213746). *Geographic Names Information System*. United States Geological Survey.

4. *The Delaware Census State Data Center* (https://web.archive.org /web/20161231141632/http://stateplanning.delaware.gov /census_data_center/), Delaware Office of State Planning Coordination, 2011-04-08, www.stateplanning.delaware.gov, archived from the original (http://www.stateplanning.delaware.gov /census_data_center/) on 2016-12-31

5. http://www.delawareonline.com/article/20130820 /NEWS/308200065/Old-feud-between-Camden-Wyoming-part- local-lore?nclick_check=1

6. National Park Service (2010-07-09). "National Register Information System" (http://nrhp.focus.nps.gov/natreg/docs/All_Data.html). *National Register of Historic Places*. National Park Service.

7. "US Gazetteer files: 2010, 2000, and 1990" (https://www.census.gov/geo/www/gazetteer/gazette.html). United States Census Bureau. 2011-02-12. Retrieved 2011-04-23.

8. "Census of Population and Housing" (https://www.webcitation.org /6YSasqtfX?url=http://www.census.gov/prod/www/decennial.html). Census.gov. Archived from the original (https://www.census.gov /prod/www/decennial.html) on May 12, 2015. Retrieved June 4, 2015.

9. "American FactFinder" (https://web.archive.org /web/20130911234518/http://factfinder2.census.gov/). United States Census Bureau. Archived from the original (http://factfinder2.census.gov) on 2013-09-11. Retrieved 2008-01-31.

10. Sanginiti, Terri; Barrish, Cris (2012-01-27), "Ex-official cited for theft and conspiracy" (http://www.delawareonline.com/article /20120128/NEWS01/201280328/-1/NLETTER01/Ex-official-cited- for-theft-and-conspiracy), *The News Journal*, delawareonline, retrieved 2012-01-28

### Historical population

| Census | Pop. | %± |
|---|---|---|
| **1870** | 657 | — |
| **1880** | 702 | 6.8% |
| **1890** | 553 | −21.2% |
| **1900** | 586 | 6.0% |
| **1910** | 553 | −5.6% |
| **1920** | 531 | −4.0% |
| **1930** | 464 | −12.6% |
| **1940** | 682 | 47.0% |
| **1950** | 606 | −11.1% |
| **1960** | 1,125 | 85.6% |
| **1970** | 1,241 | 10.3% |
| **1980** | 1,757 | 41.6% |
| **1990** | 1,899 | 8.1% |
| **2000** | 2,100 | 10.6% |
| **2010** | 3,464 | 65.0% |
| **Est. 2016** | 3,489 [2] | 0.7% |

U.S. Decennial Census[8]

**This page was last edited on 18 February 2018, at 18:20.**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.