# EXHIBIT 4

**Melissa Piazza <melissa.piazza@townofcamden.com>**  3/7/2018 12:44 PM

# RE: Strike 3 Holdings, LLC and General Media Systems, LLC

To J. Curtis Edmondson <jcedmondson@edmolaw.com>

Curtis, we The Town of Camden do not have a business license on file for Strike 3 Holdings LLC, or General Media Systems LLC. We have never had a business license on file for them. They do go through a registered agent by the name of Paracorp aka Parasec at 2140 S Dupont Highway.

From: J. Curtis Edmondson
Sent: Wednesday, March 07, 2018 11:33 AM
To: Melissa Piazza
Cc: J. Curtis Edmondson
Subject: Strike 3 Holdings, LLC and General Media Systems, LLC


Hi Melissa,

I am working on a case in the Western District of Washington (Seattle). The issue is whether Strike 3 Holdings, LLC or General Media Systems, LLC has ever had a business license in Camden, Delaware. The address that I have is 2140 S Dupont Hwy, Camden DE 19934.

These two movie companies (referenced above) produce pornographic films. I am not sure if Camden has a specific business license for this type of activity.

Thank you in advance and any help you can provide with be greatly appreciated.

In Best Regards,

J. Curtis Edmondson, Patent Attorney
USPTO 57027 | CA SBN 236105 | WA SBN 43695 | DC BAR NO 998407
Venture Commerce Center, 3699 John Olsen Pl, Hillsboro OR 97124
ph: (503) 336-3749 | fax: (503) 482-7418
jcedmondson@edmolaw.com | www.edmolaw.com

[cid:image001.jpg@01D3B611.F9FD9080]

- Part_1.2.html (5 KB)
- image001.jpg (4 KB)