Honorable Thomas S. Zilly

# U.S. DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>    Plaintiff,<br><br> vs.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>    Defendant. | Case No.: 2:17-cv-01731-TSZ<br><br>**DECLARATION OF KIREN ROCKENSTEIN** |

CASE NO.: 2:17-CV-01731-TSZ - 1

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave.
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

I, Kiren Rockenstein, declare as follows:

1. I am an attorney licensed to practice law within the States of California and Oregon. I am admitted to several district courts.

2. I am co-counsel of record for Defendant JOHN DOE, subscriber assigned IP address 73.225.38.130 ("Doe") in this matter.

3. Plaintiff Strike 3 Holdings, LLC ("Strike 3") filed an Ex Parte Motion for Leave To Serve A Third Party Subpoena Prior To A Rule 26(F) Conference in this matter (Dckt. No. 4). This ex parte motion was supported by the declarations of Mr. Lansky (Dckt. No. 4-2), Mr. Fieser (Dckt. No. 4-3), Mr. Pasquale (Dckt. No. 4-4), and Ms. Stalzer (Dckt. No. 4-5).

4. Mr. Pasquale and Ms. Stalzer were unfamiliar to the firm so I undertook some rudimentary online investigation to determine their identity.

5. Mr. Pasquale states in his declaration that he is a Senior Project Manager with 7 River Systems, a cyber security firm based in Maryland. (Dckt. No. 4-4 at ¶3). He is not listed on the company website for 7 River Systems.

6. Subsequent investigation into Mr. Pasquale identified him as the father of Paul Pasquale, the founder of 7 River Systems. Mr. Pasquale Senior appears to reside in New Jersey and is the President of his own consulting company, JSP Consulting Company.

7. Attached as **Exhibit 1** is a true and correct copy of the Articles of Organization of 7 River Systems, available online from the Maryland Secretary of State website, signed by a Kirsten Pasquale and Paul Pasquale.

8. Attached as **Exhibit 2** is a true and correct copy of the "About" page of the 7 Rivers website, where Paul Pasquale states he founded 7 Rivers in 2013. There is no mention of a John S. Pasquale on this site.

9. Attached as **Exhibit 3** is a true and correct copy of the information related to Kirsten E. Pasquale found online on www.whitepages.com, indicating she is related to a John S. Pasquale.

10. Attached as **Exhibit 4** is a true and correct copy of the information related to John S. Pasquale found online on www.whitepages.com, indicating he is related to a Paul Pasquale.

DECLARATION OF KIREN ROCKENSTEIN - 2

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave.
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

11. Attached as **Exhibit 5** is a true and correct copy of information related to John S. Pasquale found online on https://www.beenverified.com. This includes the same phone number and address provided in information related to John S. Pasquale found online on www.whitepages.com. This website also showed an email address, john.p*******@jspconsultingco.com, linked to John S. Pasquale.

12. Attached as **Exhibit 6** is a true and correct copy of the "About Us" page at the JSP Consulting Company Inc. website.

13. Attached as **Exhibit 7** is a true and correct copy of "Contact Us" page at the JSP Consulting Company Inc. website, this lists one of the addresses linked to John S. Pasquale on https://www.beenverified.com.

14. Attached as **Exhibit 8** is a true and correct copy of the State of New Jersey Business Name Search, listing JSP Consulting Company Inc. as a domestic profit corporation.

15. Attached as **Exhibit 9** is a true and correct copy of the LinkedIn profile page for JSP Consulting Company Inc., listing John S. Pasquale as an employee.

16. Attached as **Exhibit 10** is a true and correct copy of the LinkedIn profile page for John S. Pasquale. His profile page does not list any position at 7 Rivers Systems.

17. A similar enquiry was performed to identify Ms. Stalzer, attached as **Exhibit 11** is a true and correct copy of the LinkedIn profile page for Ms. Stalzer, listing her current position as a real estate agent. Ms. Stalzer's LinkedIn profile does not list Strike 3 as an employer.

18. Attached as **Exhibit 12** is a true and correct copy of the declaration of David Jackson, a private investigator licensed in Illinois, who obtained confirmation that the Ms. Stalzer we located was indeed the individual who had signed the Strike 3 declaration.

I swear under the penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on: March 8, 2018        /s/ Kiren Rockenstein

Kiren Rockenstein
Declarant

DECLARATION OF KIREN ROCKENSTEIN - 3

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave.
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418