# EXHIBIT 4



× Want to learn more about John?
Get John Pasquale's background report
View John's Background Report

# John S Pasquale

Age 50s

## Phone numbers

(732) 863-0051
Fixed Voip

## Current addresses

198 Manor E # 91 Red Bank NJ 07701-2453
Neighborhood: Red Bank

198 Manor E Red Bank NJ 07701-2453
Neighborhood: Red Bank

## Previous Locations
Staten Island, NY

## Family & relatives

Paul M Pasquale
Maria M Pasquale
Kirby Lee Boring
Maryann Ann Pasquale
Shirley Ann Boring

## Looking for a different John?

John Anthony Pasquale
John Pasquale
John J Pasquale Jr.
John Pasquale

© 2018 Whitepages Inc.