# EXHIBIT 5

BeenVerified (https://www.beenverified.com/) > People Search (https://www.beenverified.com/people/) >
Parker to Patterson (https://www.beenverified.com/people/152/) >
Pasquale to Pasqualicchio (https://www.beenverified.com/people/152/119/) >
John Pasquale (https://www.beenverified.com/people/john-pasquale/) >
**John Pasquale in NJ** (https://www.beenverified.com/people/john-pasquale/nj/)

## 19 results found for **John Pasquale** in New Jersey

Search public records (https://www.beenverified.com/lp/98101d/2/loading?fn=john&ln=pasquale&state=nj) for John Pasquale

**FILTER BY AGE**   All Ages            **FILTER BY CITY**   All Cities

---

### John N Pasquale
(https://www.beenverified.com/people/john-n-pasquale/)

View Profile (https://www.beenverified.com/lp/4d82bd/4/building-report?fn=john&ln=p…

- **City:** Seaside Heights, New Jersey
- **Age:** 92
- **Relatives:** Rose J Pasquale
- **Phone Number:** 941-627-8976
- **Addresses:** 416 Hiering Ave, Seaside Heights, NJ; 22375 Edgewater Dr, Punta Gorda, FL; 1480 …

---

### John Joseph Pasquale
(https://www.beenverified.com/people/john-joseph-pasquale-245952363/)

View Profile (https://www.beenverified.com/lp/4d82bd/4/building-report?fn=john&ln=p…

- **City:** Sicklerville, New Jersey
- **Age:** 63
- **Relatives:** Robert Pasquale, Jaclyn Pasquale, Lorraine L Pasquale
- **Phone Number:** 856-875-5322
- **Email:** bobj****@snip.net, jj**@comcast.net, john.p*****@yahoo.com, jpas****@yahoo.com
- **Addresses:** 29 Fairmount Dr, Sicklerville, NJ; 62 Lupus Ln, Sewell, NJ; 9 Polaris Ct, Blackwood, NJ

---

### John Pasquale
(https://www.beenverified.com/people/john-pasquale-245952283/)

View Profile (https://www.beenverified.com/lp/4d82bd/4/building-report?fn=john&ln=p…

- **City:** Cherry Hill, New Jersey
- **Age:** 95
- **Relatives:** Josephines S Pasquale, Grace A Pasquale, John Pasquale
- **Phone Number:** 856-667-9073
- **Seen As:** Pasquale John JR
- **Addresses:** 112 Kingswood Ct, Cherry Hill, NJ; 102 Barlow Ave, Cherry Hill, NJ; 85 Akron Ave, H…

---

**RELEVENT RECORD -->**

### John S Pasquale
(https://www.beenverified.com/people/john-s-pasquale-245952385/)

View Profile (https://www.beenverified.com/lp/4d82bd/4/building-report?fn=john&ln=p…

- **City:** Colts Neck, New Jersey
- **Age:** 58
- **Relatives:** Mary Ann Pasquale, Kirsten E Boring, Loriann A Pasquale
- **Phone Number:** 732-863-0051
- **Social Profiles:** Twitter
- **Email:** john.p*****@jspconsultingco.com, john.p*****@jspconsultingco.com, jpas****@concentri…
- **Addresses:** 19 Westgate Ct, Colts Neck, NJ; 198 Manor E # 91, Red Bank, NJ; 110 Kendra Way, …
- **Previous Locations:** Staten Island, NY

---

### John C Pasquale
(https://www.beenverified.com/people/john-c-pasquale-245952327/)

View Profile (https://www.beenverified.com/lp/4d82bd/4/building-report?fn=john&ln=p…

- **City:** Wall Township, New Jersey
- **Age:** 43
- **Relatives:** Katherine M Pasquale, Maggi Berry, F M Pasquale
- **Phone Number:** 516-785-3616
- **Addresses:** 211 Tennis Ct, Wall Township, NJ; 2396 Rolling View Dr, Spring Hill, FL; 7487 Southa…
- **Previous Locations:** Merrick, NY; Long Beach, NY; Plattsburgh, NY; Bellmore, NY

---

### John A Pasquale
(https://www.beenverified.com/people/john-a-pasquale-245952314/)

View Profile (https://www.beenverified.com/lp/4d82bd/4/building-report?fn=john&ln=p…

- **City:** Cliffside Park, New Jersey
- **Age:** 68
- **Relatives:** Rose Pasquale, Amanda Pasquale, Jennifer Pasquale

**Phone Number:** 201-941-7976
**Addresses:** 72 Washington Ave, Cliffside Park, NJ; 7 Stonewall Cir, White Plains, NY; 7 Stonewall…
**Previous Locations:** Harrison, NY; New York, NY; Staten Island, NY

---

**John P Pasquale**
(https://www.beenverified.com/people/john-p-pasquale-245952376/)
View Profile (https://www.beenverified.com/lp/4d82bd/4/building-report?fn=john&ln=p

**City:** Pompton Lakes, New Jersey **Age:** 64
**Relatives:** Stephanie Pasquale, Sharon R Pasquale, Chris Pasquale
**Phone Number:** 201-835-7165
**Addresses:** 15 Barbara Dr, Pompton Lakes, NJ; 6 Henry St, Moonachie, NJ; 113 South St, Bogota…

---

**John Pasquale**
(https://www.beenverified.com/people/john-pasquale-245952296/)
View Profile (https://www.beenverified.com/lp/4d82bd/4/building-report?fn=john&ln=p

**City:** Franklin Lakes, New Jersey **Age:** 68
**Relatives:** Adam John Pasquale, Susan P Pasquale, Sam Pasquale
**Phone Number:** 954-961-5584
**Addresses:** 24 Bentley Dr, Franklin Lakes, NJ; 3187 Harding St, Hollywood, FL

---

**John J Pasquale**
(https://www.beenverified.com/people/john-j-pasquale-245952356/)
View Profile (https://www.beenverified.com/lp/4d82bd/4/building-report?fn=john&ln=p

**City:** West Orange, New Jersey **Age:** 42
**Relatives:** Nicolle M Pasquale, Michael J Pasquale, John J Pasquale
**Phone Number:** 973-783-0318
**Email:** jpasq*****@comcast.net
**Addresses:** 816 Eagle Rock Ave, West Orange, NJ; 25 Midland Ave, Montclair, NJ

---

**John J Pasquale**
(https://www.beenverified.com/people/john-j-pasquale-245952354/)
View Profile (https://www.beenverified.com/lp/4d82bd/4/building-report?fn=john&ln=p

**City:** West Orange, New Jersey **Age:** 42
**Relatives:** Michael J Pasquale, Nicolle M Pasquale, John J Pasquale
**Phone Number:** 973-204-6820
**Addresses:** 816 Eagle Rock Ave, West Orange, NJ; 816 Eagle Rock Ave # Left, West Orange, NJ

---

**John Pasquale**
(https://www.beenverified.com/people/john-pasquale-245952278/)
View Profile (https://www.beenverified.com/lp/4d82bd/4/building-report?fn=john&ln=p

**City:** Elizabeth, New Jersey
**Relatives:** Frank C Pasquale
**Phone Number:** 908-352-8934
**Addresses:** 730 Spring St, Elizabeth, NJ

---

**John Pasquale**
(https://www.beenverified.com/people/john-pasquale-245952285/)
View Profile (https://www.beenverified.com/lp/4d82bd/4/building-report?fn=john&ln=p

**City:** Summit, New Jersey
**Relatives:** Daniel J Pasquale, Christine C Cohen, Loretta Bland
**Phone Number:** 908-273-1721
**Addresses:** 65 Springfield Ave, Summit, NJ

---

**John Pasquale**
(https://www.beenverified.com/people/john-pasquale-245952302/)
View Profile (https://www.beenverified.com/lp/4d82bd/4/building-report?fn=john&ln=p

**City:** Palisades Park, New Jersey
**Addresses:** 204 3rd St, Palisades Park, NJ

---

**John Pasquale**
(https://www.beenverified.com/people/john-pasquale-245952303/)
View Profile (https://www.beenverified.com/lp/4d82bd/4/building-report?fn=john&ln=p

**City:** New Brunswick, New Jersey
**Addresses:** 48 Wyckoff St Apt 2, New Brunswick, NJ

**John D Pasquale** (https://www.beenverified.com/people/john-d-pasquale-245952334/)

View Profile (https://www.beenverified.com/lp/4d82bd/4/building-report?fn=john&ln=p

- City: Cliffside Park, New Jersey
- Addresses: 315 2nd St, Cliffside Park, NJ

**John Pasquale** (https://www.beenverified.com/people/john-pasquale-245952291/)

View Profile (https://www.beenverified.com/lp/4d82bd/4/building-report?fn=john&ln=p

- City: Haddon Township, New Jersey
- Age: 95
- Relatives: Josephines S Pasquale, Grace A Pasquale, John Pasquale
- Addresses: 85 Akron Ave, Haddon Township, NJ

**John P Pasquale** (https://www.beenverified.com/people/john-p-pasquale-245952377/)

View Profile (https://www.beenverified.com/lp/4d82bd/4/building-report?fn=john&ln=p

- City: Pompton Lakes, New Jersey
- Age: 64
- Relatives: John P Pasquale, Sharon R Pasquale, Vanessa Charchuk
- Phone Number: 201-835-7165
- Addresses: 15 Barbara Dr, Pompton Lakes, NJ

**John Pasquale** (https://www.beenverified.com/people/john-pasquale-245952279/)

View Profile (https://www.beenverified.com/lp/4d82bd/4/building-report?fn=john&ln=p

- City: Saint Helens, Oregon
- Age: 59
- Relatives: Susan M Pasquale, Albert C Pasquale, Joan P Pasquale
- Phone Number: 503-369-0772
- Social Profiles: Twitter
- Email: aqua****@gmail.com, aqua****@yahoo.com, john.p******@yahoo.com, jtp***@yahoo.com, n…
- Addresses: 597 S 9th St, Saint Helens, OR; 651 Jersey Ave Apt 4, Greenwood Lake, NY; 148 Stat…
- Previous Locations: Los Angeles, CA; Central Point, OR; Prineville, OR; Mahopac Falls, NY

**John E Pasquale** (https://www.beenverified.com/people/john-e-pasquale-245952335/)

View Profile (https://www.beenverified.com/lp/4d82bd/4/building-report?fn=john&ln=p

- City: Richland, Pennsylvania
- Age: 61
- Relatives: Diane E Pasquale, A P Pasquale, William J Pasquale
- Phone Number: 717-866-0379
- Addresses: 200 Oak St, Richland, PA; 272 W Nesquehoning St, Easton, PA; 49 Baltusrol Way, Sh…

---

### Public Records Available for John Pasquale

See Full Report (https://www.beenverified.com/lp/98101d/2/loading?fn=john&ln=pasquale)

| Court Records | Social Accounts |
|---|---|
| Get Report ❯ (https://www.beenverified.com/lp/98101d/2/loading?fn=john&ln=pasquale&state=nj) | Get Report ❯ (https://www.beenverified.com/lp/98101d/2/loading?fn=john&ln=pasquale&state=nj) |
| Education History | Professional History |
| Get Report ❯ (https://www.beenverified.com/lp/98101d/2/loading?fn=john&ln=pasquale&state=nj) | Get Report ❯ (https://www.beenverified.com/lp/98101d/2/loading?fn=john&ln=pasquale&state=nj) |

---

### John Pasquale Twitter Accounts

| JP83171286 (https://twitter.com/JP83171286) | JohnNhojpas (https://twitter.com/JohnNhojpas) |
|---|---|
| PasqualeJohn (https://twitter.com/PasqualeJohn) | Footballhead72 (https://twitter.com/Footballhead72) |
| PasqualeVicki (https://twitter.com/PasqualeVicki) | vader55444 (https://twitter.com/vader55444) |

We have John Pasquale's social media profiles, Facebook accounts, and more.

Search Social Records (https://www.beenverified.com/lp/98101d/2/loading?fn=john&ln=pasquale)

---



### We found records for other Pasquale's

**Susan Pasquale** (https://www.beenverified.com/lp/98101d/2/loading?fn=susan&ln=pasquale)
Get Report (https://www.beenverified.com/lp/98101d/2/loading?fn=susan&ln=pasquale)

**Mary Pasquale** (https://www.beenverified.com/lp/98101d/2/loading?fn=mary&ln=pasquale)
Get Report (https://www.beenverified.com/lp/98101d/2/loading?fn=mary&ln=pasquale)

**Adam Pasquale** (https://www.beenverified.com/lp/98101d/2/loading?fn=adam&ln=pasquale)
Get Report (https://www.beenverified.com/lp/98101d/2/loading?fn=adam&ln=pasquale)

**Rose Pasquale** (https://www.beenverified.com/lp/98101d/2/loading?fn=rose&ln=pasquale)
Get Report (https://www.beenverified.com/lp/98101d/2/loading?fn=rose&ln=pasquale)



## Contact Information Available

| NAME | AGE | ZIP | |
|---|---|---|---|
| John Pasquale | 58 | 7722 | Search Info (https://www.beenverified.com/lp/98101d/2/loading?fn=john&ln=pasquale&state=nj) |
| John Pasquale | | 7650 | Search Info (https://www.beenverified.com/lp/98101d/2/loading?fn=john&ln=pasquale&state=nj) |
| John Pasquale | 43 | 7719 | Search Info (https://www.beenverified.com/lp/98101d/2/loading?fn=john&ln=pasquale&state=nj) |
| John Pasquale | 63 | 8081 | Search Info (https://www.beenverified.com/lp/98101d/2/loading?fn=john&ln=pasquale&state=nj) |

### Searching for someone else?
Find out what information we have on them!

First Name
Last Name

**Search Now!**



### Search Any Name for Free!
Billions of records at your fingertips. Just download our app.

(https://itunes.apple.com/us/app/background-check-app/id342585873)

(https://play.google.com/store/apps/details?id=com.beenverified.android)

### Not the John Pasquale you are looking for?
Search Public Records (https://www.beenverified.com/lp/98101d/2/loading?fn=john&ln=pasquale)
This search may reveal criminal records, bankruptcies, photos and more!

---

## About Us
About BV (//www.beenverified.com/about/)
Testimonials (//www.beenverified.com/testimonials/)
Careers (//www.beenverified.com/careers/)
Leadership (//www.beenverified.com/about/leadership/)
Press (//www.beenverified.com/press/)

## BV Apps & Data
All BV Apps (//www.beenverified.com/apps/)
For iPhone/iPad (//www.beenverified.com/apps/iphone/) - Download (https://itunes.apple.com/us/app/background-check-app/id342585873?mt=8)
For Apple Watch (//www.beenverified.com/apps/apple-watch/) - Download (https://itunes.apple.com/us/app/background-check-app-beenverified/id342585873?mt=8)
For Android (//www.beenverified.com/apps/android/) - Download (https://market.android.com/details?id=com.beenverified.android&feature=search_result)
Developer API (https://docs.google.com/a/beenverified.com/spreadsheet/viewform?formkey=dEU1elc5dDVoMElwYmlYUWQ0WkxjbmcoMA)
BV Pro (//www.beenverified.com/bv-pro/)

## Help
Support (http://support.beenverified.com/)
Contact Us (//www.beenverified.com/contact/)
Do's & Don'ts (//www.beenverified.com/about/dos-donts/)
FAQ (//www.beenverified.com/faq/billing/)
Remove My Info (//www.beenverified.com/faq/opt-out/)
Affiliates (//www.beenverified.com/affiliates/)
Glossary (//www.beenverified.com/glossary/)

## Tools
People Search (//www.beenverified.com/people/)
Reverse Phone Lookup (//www.beenverified.com/reverse-phone/)
Email Lookup (//www.beenverified.com/email-search/)
Reverse Address Lookup (//www.beenverified.com/reverse-address-lookup/)
Public Records (//www.beenverified.com/public-records/)
Criminal Records (//www.beenverified.com/criminal-records/)
Arrest Records (//www.beenverified.com/arrest-records/)
Background Checks (//www.beenverified.com/)
White Pages (//www.beenverified.com/people/)

### "Excellent Support"
★★★★★
- via SiteJabber.com

1-888-579-5910 (tel:+1-888-579-5910)
support@beenverified.com (mailto:support@beenverified.com)
Mon-Fri: 8 am - 10 pm est
Sat - Sun: 10 am - 8 pm est

"Our goal is to be quick, friendly and as helpful as possible."
- Dana, Customer Care

 Twitter (//twitter.com/beenverified)
 Facebook (//www.facebook.com/BeenVerified)
 Google+ (//plus.google.com/+beenverified/posts)
 LinkedIn (//www.linkedin.com/company/beenverified)
 Pinterest (//www.pinterest.com/beenverified/)
 BV Blog (//www.beenverified.com/blog/)

Disclaimer: BeenVerified's mission is to give people easy and affordable access to public record information. BeenVerified does not provide private investigator services, and is not a consumer reporting agency as defined by the Fair Credit Reporting Act (https://www.beenverified.com/about/fcra/) because the information provided by BeenVerified is not collected or provided, in whole or in part, for the purpose of furnishing consumer reports about those search subjects. For more information governing the permitted and prohibited uses of BeenVerified, please review our "Do's & Don'ts" (//www.beenverified.com/about/dos-donts/) and our Terms & Conditions (//www.beenverified.com/faq/terms-conditions/).

© 2018 BeenVerified (//www.beenverified.com), Inc., all rights reserved. BeenVerified®, and the BeenVerified star mascot are registered trademarks of BeenVerified, Inc.

Terms & Conditions (//www.beenverified.com/faq/terms-conditions/) | Privacy Policy (//www.beenverified.com/faq/privacy/)