# EXHIBIT 6



*JSP* Consulting Company Inc.
*Where imagination and innovation are the keys to productivity*

**Contact Us**

o Career Opportunities
o Contact Us

**Services**

o Data Center Implementation and Migrations
o Network Design and Implementation
o Project Management
o Server / Desktop Implementation
o Technical Relocations
o Equipment Disposal
o Application Development

**User Login**

Username: *

Password: *

**Log in**

Request new password

## About Us

JSP Consulting Company is an innovative and progressive company that provides its clients with the highest degree of professionals, be it for consulting or full/part-time employment. As a cutting edge company, JSP Consulting Co. utilizes today's technology and old fashioned hard work to bring superior results in achieving the goals of you, our customer. JSP Consulting Company brings over twenty-five plus years of experience and a proven track record of managing large and complex projects, Data Center implementations and migrations, operating system conversions within client-server/mainframe platforms, hardware/software procurement, database conversions and disaster recovery planning within the Banking, Brokerage, Insurance, Broadcasting, Direct Marketing, and Education Sectors.



**Core Services**

**Data Center Implementation and Migrations**

**Network Design**

**Network Implementation**

**Project Management**

**Server / Desktop Implementation**

**Technology Relocations**

**Application Integration**

**Application Development**

**Web Development**

**Client Relations**

**Disaster Recovery**

JSP Consulting Company continues to service firms within the Banking\Brokerage, Media \Sports Entertainment and Broadcasting, Health Services and Educational industries.