# EXHIBIT 7



**Contact Us**

- Career Opportunities
- Contact Us

**Services**

- Data Center Implementation and Migrations
- Network Design and Implementation
- Project Management
- Server / Desktop Implementation
- Technical Relocations
- Equipment Disposal
- Application Development

**Contact Us**

**Sales Office**

19 Westgate Court

Colts Neck, New Jersey 07722

Office 732.977.3278

General Inquiries and Requests via E-Mail: info@jspconsultingco.com



**User Login**

Username: *

Password: *

Log in

Request new password