# EXHIBIT 8

# State of New Jersey
## Division of Revenue and Enterprise Services
### Business Name Search

Search Types
Help (/DOR/BusinessNameSearch/Home/Help)

Business Name Search

Required Fields [ * ]

**Search Criteria**

Business Name *

jsp consulting

Use "%" as a wildcard

Search →

x Cancel (/DOR/BusinessNameSearch/)

Show 10 entries

| Business Name | Entity Id | City | Type | Incorporated Date |
|---|---|---|---|---|
| JSP CONSULTING COMPANY INC. | 0100732916 | COLTS NECK | DP (Domestic Profit Corporation) | 1/23/1998 |
| JSP CONSULTING GROUP LLC | 0400602826 | FLORENCE | LLC (Domestic Limited Liability Company) | 9/23/2013 |

Showing 1 to 2 of 2 entries

« Previous   Next »

**Division of Revenue & Enterprise Services**
PO (Post Office) Box 450
Trenton, NJ (New Jersey) 08646-0303

**Support**
Division of Revenue & Enterprise Services Web Site (http://www.state.nj.us/treasury/revenue/)
Search Help (/DOR/BusinessNameSearch/Home/Help)
Contact Us (https://www.njportal.com/ErrorPages/ContactUs.aspx)

**Polices & Procedures**
Privacy Policy (https://www.njportal.com/ErrorPages/Privacy.aspx)
Accessibility Policy (https://www.njportal.com/ErrorPages/Accessibility.aspx)
Security Policy (https://www.njportal.com/ErrorPages/Security.aspx)
Legal Statements & Disclaimers (https://www.njportal.com/ErrorPages/Disclaimer.aspx)

