# EXHIBIT 9

Sign in   Join now

### JSP consulting
Information Technology and Services · 141 followers

 See all 20 employees on LinkedIn →

See jobs

#### Keep up with JSP consulting
See more information about JSP consulting, find and apply to jobs that match your skills, and connect with people to advance your career.

Join LinkedIn   Sign In

**Website**
http://

#### Employees at JSP consulting

 **Jitendra Gupta**
Founder, CEO, VP Product & Strategy
View profile

 **John S. Pasquale**
View profile

 **John Parry**
View profile

**Jarad Pesner**
View profile

**Javier S. Perez**
View profile

**Sign in to find employee connections**



#### People also viewed

**JSP Solutions**
Information Technology and Services

 **JSP Recruitment Services**
Staffing and Recruiting
11-50 employees

**MINDTREE SOLUTIONS LIMITED**
Computer Software
11-50 employees

**SOCIETE DE CONSEIL DU CHEF D'ENTREPRISE - S.C.C.E.**
Insurance

 **Maetz Consulting, LLC**
Staffing and Recruiting
1-10 employees

**NORDAN SCANDIC LIMITED**
Wholesale

© 2017  About  User Agreement  Privacy Policy  Cookie Policy  Copyright Policy  Brand Policy  Manage Subscription  Community Guidelines  Language