# EXHIBIT 10





### John S. Pasquale

Senior Consultant at BNP Paribas

Greater New York City Area | Banking

**500+** connections

| | |
|---|---|
| Current | BNP Paribas, JSP Consulting Company, Deutsche Bank |
| Previous | JPMorganChase, Keefe, Bruyette and Woods, Wang |
| Recommendations | **6** people have recommended John S. Pasquale |

🌐 View this profile in another language ▼

**People Also Viewed**

 **Blair Habig**
Global Tools and Projects at Deutsche Bank

 **Larry Zarou**

 **Raghu Alla Reddy**

 **John Goyanes**
Global Head of Purchasing & Supply Chain Management at Deutsche Bank

 **Ray Bernaz**
Executive Director at JPMorgan Chase

 **Javor Pishev**

 **Mike Dituro**
CTO, End User Technologies

 **Seshadri "Sesh" Iyengar**

 **Manish Shah**

 **Rupa Boddu**
SVP at Moody's Corporation

## View John S. Pasquale's full profile. It's free!

Your colleagues, classmates, and 500 million other professionals are on LinkedIn.

**View John S.'s Full Profile**

### John S. Pasquale's Activity

| John S. Pasquale liked this | John S. Pasquale liked this |
|---|---|
|  **Tesla's Solar Roof tiles are out... and OMG**  Beautiful and energy efficient. | **Moving forward! https://lnkd.in/eEdwWvq**  NEW YORK, and EAGAN, Minn., Jan. 29, 2018 /PRNewswire/ -- Forum Merger Corporation (Nasdaq: FMCI)... |

### Summary

Senior Project Manager with a successful record of managing /delivering complex large scale IT projects within budget and exceeding expectations. Experienced in analyzing business requirements, implementing technical build-outs and fostering customer relations. Proficient at developing the bridge between business and technical set. Respected for interpersonal skills, leadership, and team building.

Specialties: IT Relationship Management, Project Management, Implementation and Deployments, Data Center Build-Outs, Migrations, and Consolidations

**Public profile badge**

Include this LinkedIn profile on other websites

[View profile badges]

**Search by name**

Over 500 million professionals are already on LinkedIn. Find who you know.

[First Name] [Last Name] 🔍

**Example:** Jeff Weiner

### Experience

**Senior Consultant** 
BNP Paribas
February 2018 – Present (2 months)

**President**
JSP Consulting Company
May 1997 – Present (20 years 11 months)

**Senior Project Manager - Relationship Manager** 
Deutsche Bank
October 2007 – Present (10 years 6 months)





**Project Manager**
JPMorganChase
1992 – February 2007 (15 years)

**Project Manager**
Keefe, Bruyette and Woods
2007 – 2007 (less than a year)

**Computer Engineer**
Wang
1979 – 1992 (13 years)

Volunteer Experience & Causes

**Causes John S. cares about:**
Health

Skills

Consolidation | Data Center | Customer Relations | Analysis | Budgeting | SDLC

IT Management | IT Service Management | Risk Management | Program Management

ITIL | Budgets | Customer Service | Business Analysis | Team Building | See 35+

Recommendations

A preview of what LinkedIn members have to say about John S.:

> In the fast pace of the Financial Sector and Investment Banking Technology, John is the consummate professional Technologist and Project Manager. I have had the...
> See more

> John is a trusted and knowledgeable technology project manager. We worked as peers on multiple high pressure, time sensitive deployments that required...
> See more

Sign up to see who recommended John S.

Groups

Jobs & Opportunitie… | IT Infrastructure Libr… | Management Profess… | Information Security …

Jobs & Opportunitie… | Deutsche Bank Netw… | High Frequency Trad… | See 5 more

**View John S. Pasquale's full profile to...**
• See who you know in common

Learn new skills with online courses

**Triple-Threat Project Management**
Viewers: 46872

**Project Management Foundations: Integration**
Viewers: 23606

**Cybersecurity with Cloud Computing**
Viewers: 51108

View all online courses ▸

View John S.'s Full Profile

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more | Browse members by country

© 2018 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Unsubscribe