# EXHIBIT 11

**Are You A Lawyer? -** Apply Now & See If You Qualify To Join An Elite Network of Professionals. Ad

Contact and Personal Info
Sue's Profile and Websites
Show more



### Sue Stalzer • 3rd
Partner at Stalzer & Gavanes ~ Baird & Warner
Baird & Warner  •  Oakland University
Greater Chicago Area  •  429

Message

Specializing in residential real estate sales. Serving the western suburbs of Chicagoland. Whether you're buying, selling, relocating, moving up, downsizing, or just want a change, Stalzer & Gavanes can help!

**Promoted**

**Are You A Lawyer?**
Join An International Network Of Top Business Professionals. Apply Now.
Learn more

**Full TM Search $129**
Markify US Full Trademark Search report. Federal, State & Common law.
Learn more

**Are You an Attorney?**
We need more attorneys in your area. Apply now for membership.
Learn more

## Experience


**Partner Stalzer & Gavanes~Licensed Realtor**
Baird & Warner
Dec 2016 – Present  •  1 yr 4 mos
St. Charles, IL

Serving the western suburbs of Chicagoland. Whether buying or selling, relocating, downsizing, moving up or just looking for a change, we can help!


**Team GTS- Gavanes/Turriff/Stalzer**
Baird & Warner
Jan 2015 – Present  •  3 yrs 3 mos

In January of 2015, I formed a team with two other outstanding brokers, Anne Gavanes, and Tod Turriff. Together we have more than 20 years of real estate experience. We each bring unique qualities to this partnership and the combination has been outstanding. Between the three of us, we can meet our clients needs and commit to continue to give exceptional service to our clients in every capacity in the course of their real estate transactions.


**Realtor**
Baird & Warner
Mar 2011 – Present  •  7 yrs 1 mo

Working with buyers, sellers and investors to negotiate the best possible deals for my clients

**PTO President**
Bell Graham Elementary
Jun 2013 – Jun 2015  •  2 yrs 1 mo

Oversee the business of the PTO, including delegating responsibilities, running business meetings, setting budgets, conflict resolution, chairing fundraising events


**PTA Board**
Rochester Community Schools
2004 – 2007  •  3 yrs

Managed a large volunteer organization. Serve on regional PTA council, and advisory board to the school district. Responsible for fundraisers, bringing in over $40,000 for our school. Working

**People Also Viewed**


**Marla Schneider** • 3rd
Realtor at Coldwell Banker Residential Brokerage


**Renee Naffziger** • 3rd
Branch Manager at Baird & Warner


**Kimberly Kissel** • 3rd
Broker REALTOR® ~ Century 21 Affiliated


**Renee Martin Anderson** • 3rd
Realtor - Baird & Warner


**Julie Shannon Brown** • 3rd
Agent/Broker for Baird & Warner


**Heather Davern** • 3rd
Licensed Realtor at Baird & Warner / Freelance Media Professional


**Billy Rowe** • 3rd
Exclusively Helping Salon/Spa Owners Save Money On Taxes & Increase Profits

**Vicki Koeune**
Real Estate Broker at Berkshire Hathaway HomeServices


**Dorothy Kolschowsky** • 3rd
Real Estate Broker


**Jane Fiore** • 3rd
Marketing and Sponsorship Professional

**Learn the skills Sue has**


**Pitching to Investors**
Viewers: 45,209

**Persuasive Selling**
Viewers: 34,987

**The Science of Sales**

1  Messaging

collectively with administrators to determine enrichment opportunities for students.

**Adjunct Faculty**
Frederick Community College
1997 – 1999  •  2 yrs

Taught composition and literature classes. Served on Admissions Advisory Committee

Show less ∧

See more courses

Promoted  …

**Marksmen Brand Protection**
Worldwide Intellectual Property Investigations & Acquisitions. Learn more:  ⟩

**MBA for Executives**
Earn a full-powered MBA in 2 years from Wharton. Learn more today.  ⟩

**Paralegal Master's**
Designed For Working Professionals. 100% Online. Get More Info Now!  ⟩

## Education

**Oakland University**
B.A., M.A., English
1991 – 1997

Graduated with honors, worked as a teaching assistant throughout my master's program.

**Hollins University**
1986 – 1987

## Featured Skills & Endorsements

Sellers · 27     Endorsed by **Larry. Smith**, who is highly skilled at this
                  Endorsed by **3 of Sue's colleagues at Baird & Warner**

Investors · 21   **Nick Laterza and 20 connections** have given endorsements for this skill

Buyer Representat... · 13   Endorsed by **Dominic Galto**, who is highly skilled at this

Show more ∨

## Recommendations

**Received (1)**    Given (1)

**Michelle Langworthy**
Senior Designer + Photographer
May 17, 2013, Michelle was a client of Sue's

Sue Stalzer is a consummate professional - and an incredible asset in the real estate market. My husband and I were looking for a realtor to help relocated our growing family to St. Charles / Geneva from the city and Sue went so far above and beyond in helping us find our perfect fit. She was unbiased, informative, thoughtful and incredibly hardworking. She worked with our less than convenient schedule, and didn't bat an eyelash when our financial circumstances suddenly turned us from home buyers to renters. She found us our perfect temporary solution until we're able to get back into the home buying market.

I wish the rest of my city friends would move out this way so that I could refer them to Sue!

## Accomplishments

**3 Organizations**  ∨
Illinois Association of Realtors  •  National Association of Realtors  •  Realtor Association Of The Fox Valley

1  Messaging

Sue Stalzer | LinkedIn

https://www.linkedin.com/in/sue-stalzer-67881133/

Case 2:17-cv-01731-TSZ     Document 21-23     Filed 03/08/18     Page 4 of 4

