# EXHIBIT 12

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

STRIKE 3 HOLDINGS, LLC a Delaware

Corporation,

                    Plaintiff,

vs.

JOHN DOE, subscriber assigned IP address

73.225.38.130,

                    Defendant.

Case No.: 2:17-cv-01731-MJP

**DECLARATION OF DAVID A. JACKSON, II,**

**PRIVATE DETECTIVE, d/b/a SHADES**

**SERVICES, INC.**

[Remainder of page intentionally left blank]

1

DECLARATION OF DAVID A. JACKSON, II

# DECLARATION OF DAVID A. JACKSON, II, d/b/a SHADES SERVICES, INC.

I, David A. Jackson, II, d/b/a Shades Services, Inc. do hereby state and declare as follows:

1. My name is David A. Jackson, II. I am over the age of 18 and am otherwise competent to make this declaration.

2. This declaration is based on my personal knowledge and, if called upon to do so, I will testify that the facts stated herein are true and accurate.

3. I am a licensed private detective and I own and operate Shades Services, Inc. under Illinois license number 117-000844.

4. On March 7, 2018, I was retained by attorney J. Curtis Edmondson to conduct an investigation concerning a declaration by Susan B. Stalzer that was executed on November 20, 2017 and previously filed in the above captioned case.

5. I conducted research into Susan B. Stalzer (Stalzer) and determined that she is a licensed real estate professional in Illinois under license number 475143326.

6. I also determined that Stalzer currently works out of the Baird and Warner real estate office located at 962 Randall Road, St Charles, Illinois 60174.

7. I conducted a skip tracer on Stalzer and determined that her home address is ███████████ ███████████████ and her cellular telephone number is ███████████

8. On March 7, 2018 at 2:20 pm, I arrived at the above mentioned Baird and Warner real etate office and requested to speak to Stalzer. The receptionist, Ann Dyon, stated that Stalzer was out of the office at a doctor's appointment. I then left a copy of Stalzer's November 20, 2017 decarlation, my business card and a note requesting a return call for Stalzer enclosed in an envelope addressed to Stalzer with the receptionist.

9. On March 7, 2018 at 2:40 pm, I arrived at above mentioned home address for Stalzer and there was no answer to the doorbell. I left another copy of Stalzer's November 20, 2017 declaration, my business card and a note requesting a return call for Stalzer enclosed in an envelope addressed to Stalzer in the mailbox.

10. At 2:43 pm, I called Stalzer on her cellular phone and she answered the call. I identified myself by name and profession, and I informed Stalzer that I have been retained by the Edmondson law firm to interview her regarding the previously mentioned declaration filed in the above captioned Strike 3 Holdings, LLC case.

11. During my telephone conversation with Stalzer she admitted that she executed the November 20, 2017 declaration, but she declined my request for an interview and she declined to answer any further questions until she received permission from her contact(s) at Strike 3 Holdings, LLC.

2

DECLARATION OF DAVID A. JACKSON, II

12. Stalzer also declined to identify the name of the person or persons at Strike 3 Holdings, LLC from whom she would seek authorization to submit to the interview with this investigator.

13. Further, Stalzer confirmed that she holds a real estate license and she stated that she does not have a private detective license.

14. At the conclusion of the cellular phone call I thanked Stalzer for her time and cooperation, and I informed her that I would await her return call once she received authorization to submit to an interview with this investigator from Strike 3 Holdings, LLC.

## DECLARATION

**PURSUANT TO 28 U.S.C. SEC. 1746,** I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of March, 2018.

**David A. Jackson, II**

By: _____

3

DECLARATION OF DAVID A. JACKSON, II

| Name | License Status | Credential | City/State | Original Issue Date | Current Expiration Date | Ever Disciplined |
|------|----------------|------------|------------|---------------------|-------------------------|------------------|
| No records found for the criteria entered. | | | | | | |

## Search for a License

Search Criteria

| | |
|---|---|
| ** License Type: | COSMO<br>COUNSELOR, PROF<br>DENTAL<br>DESIGN FIRM<br>DETECT. DECEPTION<br>DETECTIVE BOARD |
| License Status: | ACTIVE LICENSES ONLY |
| License Number: | |
| Legal Business Name: | |
| Doing Business As: | |
| First Name: | Susan |
| Last Name: | Stalzer |
| City: | |
| State: | Illinois |
| County: | KANE |
| Zip: | |

| | Name | License Status | Credential | City/State | Original Issue Date | Current Expiration Date | Ever Disciplined |
|---|---|---|---|---|---|---|---|
| Detail | SUSAN B STALZER | ACTIVE | 475143326 | Saint Charles, IL | 04/29/2012 | 04/30/2018 | N |

## Search for a License

Search Criteria

**\*\* License Type:**
PHYSICIAN ASSISTANT
PODIATRY
PROF. ENGINEER
PROF. SERVICE CORP.
PUBLIC ACCOUNTANT
REAL ESTATE

**License Status:** ACTIVE LICENSES ONLY

**License Number:**

**Legal Business Name:**

**Doing Business As:**

**First Name:** Susan

**Last Name:** Stalzer

**City:**

**State:** Illinois

**County:** KANE

**Zip:**

**Important:**   The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  Licensed Private Investigative or Security Services
**Your GLBA Permissible Use:**  Law Enforcement Purposes
**Your DMF Permissible Use:**  No Permissible Purpose

## Comprehensive Report
**Date:** 03/07/18
**Reference Code:** Edmonson IP Law

**Report processed by:**
SHADES SERVICES, INC



**Report Legend:**
Ⓢ - Shared Address
Ⓓ - Deceased
✔ - Probable Current Address

| | | |
|---|---|---|
| **Subject Information**<br>**(Best Information for Subject)**<br>Name: SUSAN BLACKWOOD STALZER<br>Date of Birth: **9/xx/1968**<br>Age: **49**<br>LexID: 000464901992<br>SSN: 381-58-xxxx issued in **Michigan**<br>between **1/1/1968** and **12/31/1969**<br>View All SSN Sources | **AKAs**<br>**(Names Associated with Subject)**<br>SUSAN B STALZER<br>  Age: **49**  SSN: 381-58-xxxx<br>SUSAN STALZER<br>  Age: **49**  SSN: 381-58-xxxx<br>  **Utility Locator - Connect Date:** 9/30/2008<br>SUSAN D STALZER<br>  Age: **49**  SSN: 381-58-xxxx<br>SUSAN R STALZER<br>  Age: **49**  SSN: 381-58-xxxx<br>SUE B CLIPPERT<br>  Age: **49**  SSN: 381-58-xxxx<br>SUE B STALAR<br>  Age: **49**  SSN: 381-58-xxxx<br>SUE STALZER<br>  Age: **49**  SSN: 381-58-xxxx<br>SUE B STALZER<br>  Age: **49**  SSN: 381-58-xxxx<br>SUSAN BLACKWOOD CLIPPERT<br>  Age: **49**  SSN: 381-58-xxxx<br>SUE BLACKWOOD CLIPPERT<br>  Age: **49**  SSN: 381-58-xxxx<br>SUSAN B CLIPPERT<br>  Age: **49**  SSN: 381-58-xxxx<br>S STALZER<br>  Age: **49**  SSN: 381-58-xxxx<br>SUE BLACKWOOD STALZER<br>  Age: **49**  SSN: 381-58-xxxx<br>SUE D STALZER<br>  Age: **49**  SSN: 381-58-xxxx<br>SUSAN BLACKWOOD STALZER<br>  Age: **50**  SSN: 381-58-xxxx | **Indicators**<br><br>Bankruptcy: **No**<br>Property: **Yes**<br>Corporate Affiliations: **No** |

## Others Associated With Subjects SSN:
(DOES NOT usually indicate any type of fraud or deception)
    CONRAD J CLIPPERT  LexID: 195817166177
    381-58-xxxx issued in Michigan  between 1/1/1968 and 12/31/1969
    CONRAD J CLIPPERT III  LexID: 195817166177
    381-58-xxxx issued in Michigan  between 1/1/1968 and 12/31/1969

## Address Summary:   View All Address Variation Sources

    39W991 CARL SANDBURG RD, SAINT CHARLES, IL 60175-7750, KANE COUNTY ( 2007 - Feb 2018)
        **Utility Locator - Connect Date:**  9/30/2008
    7251 OLD COACH TRL, WASHINGTON, MI 48094-2158, MACOMB COUNTY (Nov 1994 - Jun 2011)
    20690 N 70TH DR, GLENDALE, AZ 85308-9461, MARICOPA COUNTY ( 2007 - Oct 2008)
    2966 LEYTON CT, ROCHESTER HILLS, MI 48306-3047, OAKLAND COUNTY (Sep 2003 - Sep 2007)
    1885 MORTENSON BLVD, BERKLEY, MI 48072-3004, OAKLAND COUNTY (Feb 1995 - Apr 2005)
    230 HALLOCK RD, STONY BROOK, NY 11790-3008, SUFFOLK COUNTY (Feb 2000 - Sep 2004)
    444 STEEPLE CHASE CT, BLOOMFIELD HILLS, MI 48304-3067, OAKLAND COUNTY

(Jan 1987 - Sep 2003)
    449 STEEPLE CHASE CT, BLOOMFIELD HILLS, MI 48304-3068, OAKLAND COUNTY (Jul 2003)
    13 EASTERN CIR, MIDDLETOWN, MD 21769-8000, FREDERICK COUNTY (Nov 1986 - Oct 2000)
    1050 WILSHIRE DR STE 310, TROY, MI 48084-1526, OAKLAND COUNTY (Mar 2000)
    13 EASTERN CIR, MIDDLETOWN, MO 63359, MONTGOMERY COUNTY (May 1997)
    5055 BAKMAN AVE APT 211, NORTH HOLLYWOOD, CA 91601-4275, LOS ANGELES COUNTY
(Aug 1990 - Jan 1995)
    PO BOX 330180, WEST BLOOMFIELD, MI 48323, OAKLAND COUNTY (Mar 1993)
    505 BAKMAN AVE, NORTH HOLLYWOOD, CA 91601, LOS ANGELES COUNTY (Nov 1986 - May 1991)
    PO BOX 9201, ROANOKE, VA 24020-1201, ROANOKE COUNTY (Aug 1987 - Dec 1990)
    5505 BAKMAN AVE, NORTH HOLLYWOOD, CA 91601, LOS ANGELES COUNTY (Aug 1990)
    5505 BAKMAN AVE 211, NORTH HOLLYWOOD, CA 91601, LOS ANGELES COUNTY (Aug 1990)
    356 LE ROY ST, FERNDALE, MI 48220, OAKLAND COUNTY (Jan 1990)
    PO BOX 180, DETROIT, MI 48231-0180, WAYNE COUNTY (Mar 1987)
    44 STEEPLE CHASE, BLOOMFIELD HILLS, MI 48013 (Nov 1986)
    356 LEROY ST, FERNDALE, MI 48220-1889, OAKLAND COUNTY (Nov 1986)

**Active Address(es):**   View All Address Variation Sources

        [None Found]

**Previous And Non-Verified Address(es):**   View All Address Variation Sources
    39W991 CARL SANDBURG RD, SAINT CHARLES, IL 60175-7750, KANE COUNTY ( 2007 - Feb 2018)
        **Utility Locator - Connect Date:**  9/30/2008
        **Name Associated with Address:**
            SUSAN BLACKWOOD STALZER
                **Current Residents at Address:**
            SUSAN BLACKWOOD STALZER
            DAVID WAYNE STALZER
            630-584-4657

        **Property Ownership Information for this Address**
            **Property:**
                Parcel Number - 08-24-301-005
                Owner Name: SUSAN B STALZER  LexID: 000464901992
                Owner Name 2: DAVID W STALZER  LexID: 144924387785
                Property Address: - 39W991 CARL SANDBURG RD, SAINT CHARLES, IL 60175-7750,
KANE COUNTY

                Sale Date - 06/13/2008
                Sale Price - $432,500
                Subdivision Name - FOX MILL 04
                Total Market Value - $404,493
                Assessed Value - $134,831
                Land Value - $82,674
                Improvement Value - $321,819
                Land Size - 12,330 Square Feet
                Year Built - 1999
                Seller Name: JOHN D BERTORELLI  LexID: 000197245455
                Seller Name 2: PAMELA J BERTORELLI  LexID: 002376705751
                Legal Description - LOT 178 OF UNIT 4 FOX MILL
                Loan Amount - $346,000
                Loan Type - CONVENTIONAL
                Lender Name - COUNTRYWIDE BK FSB
                Data Source - A
    7251 OLD COACH TRL, WASHINGTON, MI 48094-2158, MACOMB COUNTY (Nov 1994 - Jun 2011)
        **Name Associated with Address:**
            SUSAN B STALZER
                **Current Residents at Address:**
            ADOLF E STALZER
            ELLA S STALZER
            LOUIS DEAN SULLIVAN JR
            248-390-6044

        **Property Ownership Information for this Address**
            **Property:**
                Parcel Number - 24-04-28-201-007
                Owner Name: LOUIS D SULLLIVAN  LexID: 002461442991
                Owner Name 2: NORMA V SULLIVAN  LexID: 001758183231
                Property Address: - 7251 OLD COACH TRL, WASHINGTON, MI 48094-2158, MACOMB
COUNTY
                Owner Address: 7251 OLD COACH TRL, WASHINGTON, MI 48094-2158, MACOMB
COUNTY
                Subdivision Name - CARRIAGE HILLS SUBDIVISION

Assessed Value - $127,200
Land Size - 26136 SF
Year Built - 1972
Legal Description - CARRIAGE HILLS SUBDIVISION NO. 4 LOT 194
Data Source - B

**20690 N 70TH DR, GLENDALE, AZ 85308-9461, MARICOPA COUNTY ( 2007 - Oct 2008)**
**Name Associated with Address:**
SUSAN B STALZER
**Current Residents at Address:**
LARRY F CALEREN
JODY LYNN GERRITS
JAMIE RAY WEISS
OLIVIA C GERRITS
623-825-1459

**Property Ownership Information for this Address**
**Property:**
Parcel Number - 231-23-431
Owner Name: SUSAN B STALZER  LexID: 000464901992
Owner Name 2: DAVID W STALZER  LexID: 144924387785
Property Address - 20690 N 70TH DR, GLENDALE, AZ 85308-9461, MARICOPA
COUNTY

Owner Address: 20690 N 70TH DR, GLENDALE, AZ 85308-9461, MARICOPA COUNTY
Sale Date - 07/23/2007
Sale Price - $437,500
Seller Name: BENJAMIN P BRIDENBAUGH  LexID: 000277519016
Seller Name 2: AMY K BRIDENBAUGH  LexID: 000055602310
Loan Amount - $350,000
Loan Type - CONVENTIONAL
Data Source - A

**2966 LEYTON CT, ROCHESTER HILLS, MI 48306-3047, OAKLAND COUNTY (Sep 2003 - Sep 2007)**
**Name Associated with Address:**
SUSAN BLACKWOOD STALZER
**Current Residents at Address:**
BRIAN MICHAEL KOSMAL
248-651-9299 - EST KOSMAL BRIAN M

**Property Ownership Information for this Address**
**Property:**
Parcel Number - 15-05-154-008
Book - 30701
Page - 181
Owner Name: BRIAN M KOSMAL  LexID: 001422476249
Owner Name 2: JULIE A GROMBALA  LexID: 001004952791
Property Address: - 2966 LEYTON CT, ROCHESTER HILLS, MI 48306-3047, OAKLAND
COUNTY

Sale Date - 08/15/2003
Sale Price - $344,500
Land Usage - SFR
Subdivision Name - HAWTHORNNO 1
Total Market Value - $347,300
Assessed Value - $173,650
Land Size - 18,731 Square Feet
Year Built - 1976
Seller Name: PHILLIP D JONES  LexID: 001281750142
Legal Description - T3N, R11E, SEC 5 HAWTHORN SUB NO 1 LOT 8
Loan Amount - $219,500
Loan Type - CONVENTIONAL
Lender Name - GMAC MTG
Data Source - A

**1885 MORTENSON BLVD, BERKLEY, MI 48072-3004, OAKLAND COUNTY (Feb 1995 - Apr 2005)**
**Name Associated with Address:**
SUSAN BLACKWOOD STALZER
**Current Residents at Address:**
ROBERT JOHNSON FAUST
SUSAN LYNNE FAUST
ROBERT J FAUST II
ROBERT R FAUST
**Current phones listed at this address:**
248-439-2093 - EST FAUST ROBERT

631-689-1335

**Property Ownership Information for this Address**
**Property:**
Parcel Number - 04-25-17-380-036
Owner Name: PETER FAUST  LexID: 000781667600
Property Address: - 1885 MORTENSON BLVD, BERKLEY, MI 48072-3004, OAKLAND
COUNTY
Owner Address: 1885 MORTENSON BLVD, BERKLEY, MI 48072-3004, OAKLAND
COUNTY

Total Market Value - $160,320
Assessed Value - $80,160
Land Size - 5619 SF
Year Built - 1945
Legal Description - T1N, R11E, SEC 17 BENJAMIN F MORTENSON'S GARDEN HOMES
LOT 189
Data Source - B
230 HALLOCK RD, STONY BROOK, NY 11790-3008, SUFFOLK COUNTY (Feb 2000 - Sep 2004)
**Name Associated with Address:**
SUSAN B STALZER
**Current Residents at Address:**
MINDY L BOSTWICK
SAUL BOSTWICK BOSTWICK-SCHNA
631-689-1335

**Property Ownership Information for this Address**
**Property:**
Parcel Number - 894.17 00.00 200.027 03574708
Book - 12026
Page - 324
Owner Name: SUSAN B STALZER  LexID: 000464901992
Owner Name 2: DAVID W STALZER  LexID: 002415744980
Property Address: - 230 HALLOCK RD, STONY BROOK, NY 11790-3008, SUFFOLK
COUNTY
Owner Address: 230 HALLOCK RD, STONY BROOK, NY 11790-3008, SUFFOLK
COUNTY

Sale Date - 02/22/2000
Sale Price - $223,000
Land Usage - SFR
Assessed Value - $2,775
Land Size - 16,117 Square Feet
Seller Name: KATHRYN SPITERI  LexID: 000208008412
Legal Description - STRATHMORE 4710 SEC 20 1691
Loan Amount - $178,400
Loan Type - CONVENTIONAL
Lender Name - GMAC MTG
Data Source - A
444 STEEPLE CHASE CT, BLOOMFIELD HILLS, MI 48304-3067, OAKLAND COUNTY
(Jan 1987 - Sep 2003)
**Name Associated with Address:**
SUSAN B STALZER
**Current Residents at Address:**
MARIA CHRISTINE ANDERSON
RYAN DANIEL BOBEL
GINA MARIE CAPUA
ANN BLACKWOOD CLIPPERT
646-8197

**Property Ownership Information for this Address**
**Property:**
Parcel Number - C -19-13-326-030
Owner Name: RYAN D BOBEL  LexID: 000226089225
Owner Name 2: GINA M CAPUA  LexID: 000366854181
Property Address: - 444 STEEPLE CHASE CT, BLOOMFLD HLS, MI 48304-3067,
OAKLAND COUNTY
Owner Address: 444 STEEPLE CHASE CT, BLOOMFLD HLS, MI 48304-3067, OAKLAND
COUNTY

Subdivision Name - BLOOMFIELD HUNT & BRIDLE SUBDIVISION
Total Market Value - $533,380
Assessed Value - $266,690
Land Size - 22216 SF
Year Built - 1973
Legal Description - T2N, R10E, SEC 13 BLOOMFIELD HUNT & BRIDLE SUB. LOT 30
Data Source - B
449 STEEPLE CHASE CT, BLOOMFIELD HILLS, MI 48304-3068, OAKLAND COUNTY (Jul 2003)

**Name Associated with Address:**
SUSAN B STALZER
13 EASTERN CIR, MIDDLETOWN, MD 21769-8000, FREDERICK COUNTY (Nov 1986 - Oct 2000)
**Name Associated with Address:**
SUSAN B STALZER
**Current Residents at Address:**
ALAYNA ANN ALLEN
WAYNE R ALLEN JR
631-689-1335

**Property Ownership Information for this Address**
**Property:**
Parcel Number - 03-151638
Book - 4906
Page - 654
Owner Name: ALAYNA A ALLEN  LexID: 000025669712
Owner Name 2: WAYNE R ALLEN JR  LexID: 000039563985
Property Address: - 13 EASTERN CIR, MIDDLETOWN, MD 21769-8000, FREDERICK
COUNTY
Owner Address: 13 EASTERN CIR, MIDDLETOWN, MD 21769-8000, FREDERICK
COUNTY
Sale Price - $265,000
Land Usage - SINGLE FAMILY RESIDENTIAL
Total Market Value - $254,800
Assessed Value - $254,800
Land Value - $80,000
Improvement Value - $174,800
Land Size - 15157 SF
Year Built - 1985
Legal Description - LOT 13 SECTION 1 BROOKRIDGE SOUTH 0.348 ACRES
Data Source - B
1050 WILSHIRE DR STE 310, TROY, MI 48084-1526, OAKLAND COUNTY (Mar 2000)
**Name Associated with Address:**
SUSAN B STALZER
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 88-20-20-476-039
Owner Name: WEST HURON JOINT VENTURE
Property Address: - 1050 WILSHIRE DR, TROY, MI 48084-1500, OAKLAND COUNTY
Owner Address: 720 E WISCONSIN AVE, MILWAUKEE, WI 53202-4703, MILWAUKEE
COUNTY
Assessed Value - $6,671,320
Year Built - 1986
Legal Description - T2N, R11E, SEC 20 PART OF SE 1/4 OF SE 1/4 BEG AT PT DIST N
02-00-29 W 791.80 FT & S 88-13-30 W 360.53 FT FROM SE SEC COR, TH
Data Source - B
13 EASTERN CIR, MIDDLETOWN, MO 63359, MONTGOMERY COUNTY (May 1997)
**Name Associated with Address:**
SUSAN BLACKWOOD STALZER
5055 BAKMAN AVE APT 211, NORTH HOLLYWOOD, CA 91601-4275, LOS ANGELES COUNTY
(Aug 1990 - Jan 1995)
**Name Associated with Address:**
SUE B CLIPPERT
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 2353-014-046
Owner Name: BAKMAN PARTNERS LP
Property Address: - 5055 BAKMAN AVE, NORTH HOLLYWOOD, CA 91601-4247, LOS
ANGELES COUNTY
Owner Address: 1800 ARGYLE AVE, LOS ANGELES, CA 90028-5253, LOS ANGELES
COUNTY
Assessed Value - $4,679,767
Land Size - 21860 SF
Year Built - 1986
Legal Description - TR=2170 S 50 FT OF LOT 3 AND N 50 FT OF LOT 6 BLK 6
Data Source - B
PO BOX 330180, WEST BLOOMFIELD, MI 48323, OAKLAND COUNTY (Mar 1993)
**Name Associated with Address:**
SUSAN BLACKWOOD CLIPPERT
505 BAKMAN AVE, NORTH HOLLYWOOD, CA 91601, LOS ANGELES COUNTY (Nov 1986 - May 1991)
**Name Associated with Address:**
SUE B CLIPPERT
PO BOX 9201, ROANOKE, VA 24020-1201, ROANOKE COUNTY (Aug 1987 - Dec 1990)

**Name Associated with Address:**
        SUSAN B CLIPPERT
5505 BAKMAN AVE, NORTH HOLLYWOOD, CA 91601, LOS ANGELES COUNTY (Aug 1990)
        **Name Associated with Address:**
        SUE B CLIPPERT
5505 BAKMAN AVE 211, NORTH HOLLYWOOD, CA 91601, LOS ANGELES COUNTY (Aug 1990)
        **Name Associated with Address:**
        SUE B CLIPPERT
356 LE ROY ST, FERNDALE, MI 48220, OAKLAND COUNTY (Jan 1990)
        **Name Associated with Address:**
        SUSAN BLACKWOOD STALZER
PO BOX 180, DETROIT, MI 48231-0180, WAYNE COUNTY (Mar 1987)
        **Name Associated with Address:**
        SUSAN B CLIPPERT
44 STEEPLE CHASE, BLOOMFIELD HILLS, MI 48013 (Nov 1986)
        **Name Associated with Address:**
        SUSAN B CLIPPERT
        646-8197

356 LEROY ST, FERNDALE, MI 48220-1889, OAKLAND COUNTY (Nov 1986)
        **Name Associated with Address:**
        SUSAN B CLIPPERT
                **Current Residents at Address:**
        MARY ETTA SHEPHERD
        SUSAN JILL FENSTER
        SALVATORE MASCOLA III
        SARAH ELIZABETH DOTY
        **Property Ownership Information for this Address**
        **Property:**
                Parcel Number - 24-25-34-131-030
                Owner Name: SALVATORE MASCOLA  LexID: 006708189854
                Owner Name 2: SARAH DOTY  LexID: 031606780362
                Property Address: - 356 LEROY ST, FERNDALE, MI 48220-1889, OAKLAND COUNTY
                Owner Address: 356 LEROY ST, FERNDALE, MI 48220-1889, OAKLAND COUNTY
                Subdivision Name - GREENWOOD PARK
                Total Market Value - $143,640
                Assessed Value - $71,820
                Land Size - 5401 SF
                Year Built - 1920
                Legal Description - T1N, R11E, SEC 34 GREENWOOD PARK LOT 169, ALSO 1/2 OF
VAC ALLEY ADJ TO SAME
                Data Source - B

**Bankruptcies:**

    [None Found]


**Liens and Judgments:**

    [None Found]


**Phones Plus:**
    **Phones Plus1**
    Name: SUE STALZER
    Address: 39W991 CARL SANDBURG RD, SAINT CHARLES, IL 60175-7750
    Phone Number:  248-390-6044 - EST
    Phone Type: Mobile
    Carrier: SPRINT SPECTRUM LP - (PONTIAC, MI)

    **Phones Plus2**
    Name: SUSAN STALZER
    Address: 20690 N 70TH DR, GLENDALE, AZ 85308-9461
    Phone Number:  248-390-6044 - EST
    Phone Type: Mobile
    Carrier: SPRINT SPECTRUM LP - (PONTIAC, MI)

    **Phones Plus3**
    Name: SUSAN STALZER
    Address: 2966 LEYTON CT, ROCHESTER HILLS, MI 48306-3047
    Phone Number:  248-390-6044 - EST

Phone Type: Mobile
Carrier: SPRINT SPECTRUM LP - (PONTIAC, MI)

**Phones Plus4**
Name: SUSAN STALZER
Address: 7251 OLD COACH TRL, WASHINGTON, MI 48094-2158
Phone Number:  248-390-6044 - EST
Phone Type: Mobile
Carrier: SPRINT SPECTRUM LP - (PONTIAC, MI)

## People at Work:
### Maximum 50 People at Work records returned

Name: SUE STALZER
Title: REALTOR
LexID: 000464901992
SSN: 381-58-xxxx
Company: BAIRD & WARNER
Address: 120 S LA SALLE ST, CHICAGO, IL 60603-3403
Phone: ✔ 312-279-9202 - EST
FEIN:
Dates: May 10, 2013 -  Aug 23, 2017

Name: SUE STALZER
Title: DIRECT
LexID: 000464901992
SSN: 381-58-xxxx
Company: BAIRD & WARNER
Address: 120 S LA SALLE ST, CHICAGO, IL 60603-3403
Phone: ✔ 312-279-9202 - CST
FEIN:
Dates: Dec 2, 2015

Name: SUE STALZER
Title: BROKER ASSOCIATE
LexID: 000464901992
SSN: 381-58-xxxx
Company: BAIRD & WARNER
Address: 120 S LA SALLE ST, CHICAGO, IL 60603-3403
Phone: ✔ 312-279-9202 - CST
FEIN:
Dates: Dec 20, 2014 -  Aug 28, 2015

Name: SUE STALZER
Title: DRIVING SALES
LexID: 000464901992
SSN: 381-58-xxxx
Company: BAIRD & WARNER
Address: 120 S LA SALLE ST, CHICAGO, IL 60603-3403
Phone: ✔ 312-279-9202 - CST
FEIN:
Dates: Mar 7, 2015

Name: SUE STALZER
Title: REAL ESTATE BROKER
LexID: 000464901992
SSN: 381-58-xxxx
Company: BAIRD & WARNER
Address: 120 S LA SALLE ST, CHICAGO, IL 60603-3403
Phone: ✔ 312-279-9202 - EST
FEIN:
Dates: Mar 21, 2014 -  Aug 24, 2014

## Driver's License Information:
Name: SUSAN BLACKWOOD STALZER
LexID: 464901992
DL Number: xxxxxxxxxxxx
State: Michigan
License Address: 2966 LEYTON CT, ROCHESTER HILLS, MI 48306-3047, OAKLAND COUNTY
DOB: 09/xx/1968

Potential SSN 🔳: 381-58-xxxx
Gender: Female
License Type: OPERATORS
Data Source: Governmental

Name: SUSAN BLACKWOOD STALZER
LexID: 464901992
DL Number: xxxxxxxxxxxxx
State: Michigan
License Address: 1885 MORTENSON BLVD, BERKLEY, MI 48072-3004, OAKLAND COUNTY
DOB: 09/xx/1968
Potential SSN 🔳: 381-58-xxxx
Gender: Female
License Type: OPERATORS
Data Source: Governmental

Name: SUSAN BLACKWOOD STALZER
LexID: 464901992
DL Number: xxxxxxxxxxxxx
State: Michigan
License Address: 1885 MORTENSON BLVD, BERKLEY, MI 48072-3004, OAKLAND COUNTY
DOB: 09/xx/1968
Potential SSN 🔳: 381-58-xxxx
Gender: Female
License Type: OPERATORS
Data Source: Governmental

Name: SUSAN B STALZER
LexID: 464901992
DL Number: xxxxxxxxxxxxx
State: Michigan
License Address: 1885 MORTENSON BLVD, BERKLEY, MI 48072-3004, OAKLAND COUNTY
DOB: 09/xx/1968
Potential SSN 🔳: 381-58-xxxx
Data Source: Non-Governmental

## Possible Properties Owned by Subject:

### Property:
    Parcel Number - 08-24-301-005
    Owner Name: SUSAN B STALZER  LexID: 000464901992
    Owner Name 2: DAVID W STALZER  LexID: 144924387785
    Property Address: - 39W991 CARL SANDBURG RD, SAINT CHARLES, IL 60175-7750, KANE
COUNTY
    Sale Date - 06/13/2008
    Sale Price - $432,500
    Subdivision Name - FOX MILL 04
    Total Market Value - $404,493
    Assessed Value - $134,831
    Land Value - $82,674
    Improvement Value - $321,819
    Land Size - 12,330 Square Feet
    Year Built - 1999
    Seller Name: JOHN D BERTORELLI  LexID: 000197245455
    Seller Name 2: PAMELA J BERTORELLI  LexID: 002376705751
    Legal Description - LOT 178 OF UNIT 4 FOX MILL
    Loan Amount - $346,000
    Loan Type - CONVENTIONAL
    Lender Name - COUNTRYWIDE BK FSB
    Data Source - A

### Property:
    Parcel Number - 08-24-301-005
    Owner Name: SUSAN STALZER  LexID: 000464901992
    Owner Name 2: DAVID W STALZER  LexID: 144924387785
    Property Address - 39W991 CARL SANDBURG RD, SAINT CHARLES, IL 60175-7750, KANE
COUNTY
    Owner Address: 39W991 CARL SANDBURG RD, SAINT CHARLES, IL 60175-7750, KANE
COUNTY
    Sale Date - 08/21/2009
    Loan Amount - $345,500

Loan Type - CONVENTIONAL
Data Source - A

**Property:**
Parcel Number - 231-23-431
Owner Name: SUSAN B STALZER  LexID: 000464901992
Owner Name 2: DAVID W STALZER  LexID: 144924387785
Property Address - 20690 N 70TH DR, GLENDALE, AZ 85308-9461, MARICOPA COUNTY
Owner Address: 20690 N 70TH DR, GLENDALE, AZ 85308-9461, MARICOPA COUNTY
Sale Date - 07/23/2007
Sale Price - $437,500
Seller Name: BENJAMIN P BRIDENBAUGH  LexID: 000277519016
Seller Name 2: AMY K BRIDENBAUGH  LexID: 000055602310
Loan Amount - $350,000
Loan Type - CONVENTIONAL
Data Source - A

**Property:**
Parcel Number - 231-23-431
Owner Name: SUSAN B STALZER  LexID: 000464901992
Owner Name 2: DAVID W STALZER  LexID: 144924387785
Property Address: - 20690 N 70TH DR, GLENDALE, AZ 85308-9461, MARICOPA COUNTY
Owner Address: 20690 N 70TH DR, GLENDALE, AZ 85308-9461, MARICOPA COUNTY
Sale Date - 07/23/2007
Sale Price - $437,500
Subdivision Name - FULTON HOMES AT SIERRA VERDE
Total Market Value - $287,700
Assessed Value - $28,770
Land Value - $57,500
Improvement Value - $230,200
Land Size - 7,000 Square Feet
Year Built - 1997
Seller Name: BENJAMIN P BRIDENBAUGH  LexID: 000277519016
Seller Name 2: AMY K BRIDENBAUGH  LexID: 000055602310
Legal Description - FULTON HOMES AT SIERRA VERDE MCR 417-30
Loan Amount - $350,000
Loan Type - CONVENTIONAL
Lender Name - GMAC MTG LLC
Data Source - A

**Property:**
Parcel Number - 894.17 00.00 200.027 03574708
Book - 12026
Page - 324
Owner Name: SUSAN B STALZER  LexID: 000464901992
Owner Name 2: DAVID W STALZER  LexID: 002415744980
Property Address: - 230 HALLOCK RD, STONY BROOK, NY 11790-3008, SUFFOLK COUNTY
Owner Address: 230 HALLOCK RD, STONY BROOK, NY 11790-3008, SUFFOLK COUNTY
Sale Date - 02/22/2000
Sale Price - $223,000
Land Usage - SFR
Assessed Value - $2,775
Land Size - 16,117 Square Feet
Seller Name: KATHRYN SPITERI  LexID: 000208008412
Legal Description - STRATHMORE 4710 SEC 20 1691
Loan Amount - $178,400
Loan Type - CONVENTIONAL
Lender Name - GMAC MTG
Data Source - A

**Property:**
Parcel Number - 894.17 00.00 200.027
Book - 12026
Page - 324
Owner Name: SUSAN B STALZER  LexID: 000464901992
Owner Name 2: DAVID W STALZER  LexID: 002415744980
Property Address: - 230 HALLOCK RD, STONY BROOK, NY 11790-3008, SUFFOLK COUNTY
Owner Address: 13 EASTERN CIR, MIDDLETOWN, MD 21769-8000, FREDERICK COUNTY
Sale Date - 02/22/2000
Sale Price - $223,000
Land Usage - SFR
Assessed Value - $2,775
Land Size - 16,117 Square Feet

Seller Name: KATHRYN SPITERI  LexID: 000208008412
Legal Description - STRATHMORE 4710 SEC 20 1691
Loan Amount - $178,400
Loan Type - CONVENTIONAL
Lender Name - GMAC MTG
Data Source - A

## Motor Vehicles Registered To Subject:

**Vehicle:**
Description: 2003 Chevrolet Venture - Extended Sport Van
VIN: 1GNDX13E23D267980
State Of Origin: MICHIGAN
Engine: 6 Cylinder 207 Cubic Inch
Anti Lock Brakes: 4 wheel optional
Air Conditioning: Standard
Daytime Running Lights: Unknown
Power Steering: Standard
Power Brakes: Standard
Power Windows: Optional
Security System: Pass key
Roof: None / not available
Price: 24104
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: SUSAN BLACKWOOD STALZER
LexID: 000464901992

Potential SSN: 381-58-xxxx
Address: 2966 LEYTON CT, ROCHESTER HILLS, MI 48306-3047, OAKLAND COUNTY
DOB: 9/xx/1968
Sex: Female
Age: 49
DL #: xxxxxxxxxxxxx
Tag Number: YBH255
License State: MI
Earliest Registration Date: 9/15/2004
Latest Registration Date: 9/15/2006
Expiration Date: 9/17/2007

**Vehicle:**
Description: 2003 Chevrolet Venture - Extended Sport Van
VIN: 1GNDX13E23D267980
State Of Origin: MICHIGAN
Engine: 6 Cylinder 207 Cubic Inch
Anti Lock Brakes: 4 wheel optional
Air Conditioning: Standard
Daytime Running Lights: Unknown
Power Steering: Standard
Power Brakes: Standard
Power Windows: Optional
Security System: Pass key
Roof: None / not available
Price: 24104
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*
Name: DAVID W STALZER
LexID: 002415744980

Potential SSN: 363-70-xxxx
Address: 2966 LEYTON CT, ROCHESTER HILLS, MI 48306-3047, OAKLAND COUNTY
DOB: 2/xx/1969

Sex: Male
Age: 49
DL #: xxxxxxxxxxxxx
Title Number: 168P2730634
Title Issue Date: 9/30/2003

Name: SUSAN BLACKWOOD STALZER
LexID: 000464901992

Potential SSN : 381-58-xxxx
Address: 2966 LEYTON CT, ROCHESTER HILLS, MI 48306-3047, OAKLAND COUNTY
DOB: 9/xx/1968
Sex: Female
Age: 49
DL #: xxxxxxxxxxxxx
Title Number: 168P2730634
Title Issue Date: 9/30/2003

*Lien Holder(s)*
None

## Possible Criminal Records:
[None Found]

## Sexual Offenses:
[None Found]

## Professional License(s):
[None Found]

## Voter Registration:
Name: SUSAN B STALZER
Address: 230 HALLOCK RD, STONY BROOK, NY 11790-3008
LexID: 000464901992
DOB: 9/xx/1968
Gender: Female
Political Party: DEMOCRAT
State of Registration: New York
Status: INACTIVE

Name: SUSAN BLACKWOOD STALZER
Address: 2966 LEYTON CT, ROCHESTER HILLS, MI 48306-3047
LexID: 000464901992
DOB: 1968
Gender: Female
Last Vote Date: 6/14/2004
State of Registration: Michigan
Status: ACTIVE

Name: SUSAN BLACKWOOD STALZER
Address: 2966 LEYTON CT, ROCHESTER HLS, MI 48306-3047
LexID: 000464901992
DOB: 1968
Gender: Female
Last Vote Date: 8/8/2006
State of Registration: Michigan
Status: CANCELLED

Name: SUSAN B STALZER
Address: 230 HALLOCK RD, STONY BROOK, NY 11790-3008
LexID: 000464901992
DOB: 9/xx/1968
Gender: Female
Political Party: DEMOCRAT
State of Registration: New York
Status: INACTIVE

## Hunting/Fishing Permit:
[None Found]

## Concealed Weapons Permit:
[None Found]

3/7/2018, 12:19 PM

**Firearms and Explosives:**
[None Found]

**DEA Controlled Substances:**
[None Found]

**Source Information:**

| | |
|---|---|
| All Sources | 214  Source Document(s) |
| Driver Licenses | 4  Source Document(s) |
| Motor Vehicle Registrations | 2  Source Document(s) |
| Person Locator 1 | 5  Source Document(s) |
| Voter Registrations | 4  Source Document(s) |
| PhonesPlus Records | 4  Source Document(s) |
| Phone | 3  Source Document(s) |
| Historical Person Locator | 77  Source Document(s) |
| Person Locator 2 | 1  Source Document(s) |
| Deed Transfers | 12  Source Document(s) |
| Tax Assessor Records | 51  Source Document(s) |
| Utility Locator | 2  Source Document(s) |
| Person Locator 4 | 1  Source Document(s) |
| Person Locator 5 | 29  Source Document(s) |
| Person Locator 6 | 19  Source Document(s) |