Honorable Thomas S. Zilly

# U.S. DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>    Defendant. | Case No.: 2:17-cv-01731-TSZ<br><br>DECLARATION OF JOHN DOE, subscriber assigned IP address 73.225.38.130 |

CASE NO.: 2:17-CV-01731-TSZ - 1

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave.
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

I, JOHN DOE, subscriber assigned IP address 73.225.38.130, declare as follows:

1. I am a married, retired peace officer. I am 73 years old.
2. I have never see a film produced by Strike 3 Holdings, LLC. Until this lawsuit, I have never heard of that film studio or of Greg Lansky.
3. Until this lawsuit, I was unaware of the websites *Vixen*, *Blacked*, and *Tushy*. My understanding is that they are pornographic sites.
4. I have not downloaded or viewed any pornographic movies from the internet.
5. When I was a police officer, I was called upon to deal with crimes stemming from the sex-trades. I was called to deal with issues of pimping on my beat.
6. I have no interest in watching pornography.
7. This case has been extremely stressful on me. I spent some time trying to find a lawyer who would take my case. This raised my blood pressure. I have suffered from insomnia as a result of this case.

I swear under the penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on: March 8, 2018 at 3:37 pm

_____
John Doe
Declarant

- 2

EDMONDSON IP LAW
Venture Commerce Center, 3699 NE John Olsen Ave.
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418