The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STRIKE 3 HOLDINGS, LLC, a Delaware corporation, ,

          Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 73.225.38.130,

          Defendant.

Case No. 2:17-cv-01731-TSZ

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS**

## I.    RELIEF REQUESTED

Pursuant to Rule 201(b)(2) of the Federal Rules of Evidence, Plaintiff Strike 3 Holdings, LLC requests the Court take judicial notice of the following documents in support of its Motion to Dismiss Defendant's Counterclaims:

1.    Defendant John Doe's Rule 68 Offer of Judgment in *Strike 3 Holdings, LLC v. Doe*, No. CV 3:17-2317-JAH-BLM, CM/ECF 15-1 (S.D. Cal. March 22, 2018), a true and correct copy of which is attached hereto as **Exhibit A** and;

2.    Judgment in *Strike 3 Holdings, LLC v. Doe*, No. CV 5:17-07058-EJD, CM/ECF 23 (N.D. Cal March 6, 2018), a true and correct copy of which is attached hereto as **Exhibit B.**

REQUEST FOR JUDICIAL NOTICE
(2:17-CV-01731-TSZ) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

54767120.v1

## II.   AUTHORITY AND ARGUMENT

A court may review external materials when considering a motion to dismiss if they are subject to judicial notice." Fed. R. Evid. 201(b).  "A court may take notice of factual matters that are either generally known or 'capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." *U.S. v. Ritchie*, 342 F.3d 903, 908–09 (9th Cir. 2003).  Indeed, "courts regularly take judicial notice, under Rule 201, of judgments, orders, [and] actions . . . from other courts . . . ." *Elder-Evins v. Casey*, No. CV 09-05775 SBA LB, 2012 WL 2577589, at *4 (N.D. Cal. July 3, 2012) (collecting cases). Court regularly take "judicial notice of undisputed matters of public record, including documents on file in federal or state courts." *Harris v. Cty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012).  Here, the attached exhibits are documents on file in federal court, including a judgment, "whose accuracy cannot reasonably be questioned."

## III.   CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests the Court take judicial notice of the documents attached hereto as Exhibits A and B.

DATED this 29th day of March, 2018.

FOX ROTHSCHILD LLP


  *s/ Bryan J. Case*
Bryan J. Case, WSBA #41781
Lincoln D. Bandlow, *Admitted Pro Hac Vice* (CSBA #170449)

*Attorneys for Plaintiff*

REQUEST FOR JUDICIAL NOTICE
(2:17-CV-01731-TSZ) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

54767120.v1

1

## **CERTIFICATE OF SERVICE**

2

I hereby certify that on March 29, 2018, I electronically filed the foregoing with the Clerk

3

of the Court using the CM/ECF system which will send notification of such filing to the

4

following persons:

5

6

J. Curtis Edmondson, WSBA #43795          ☑   Via CM/ECF
399 NE John Olsen Avenue                  ☐   Via U.S. Mail

7

Hillsboro, Oregon 97124                   ☐   Via Messenger Delivery
Telephone: (503) 336-3749                 ☐   Via Overnight Courier

8

Email: jcedmondson@edmolaw.com            ☐   Via Facsimile

9

10

DATED this 29th day of March, 2018.

11

12

*Melinda R. Sullivan*
_____
Melinda R. Sullivan

13

Legal Administrative Assistant

14

15

16

17

18

19

20

21

22

23

24

25

26

REQUEST FOR JUDICIAL NOTICE
(2:17-CV-01731-TSZ) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

54767120.v1

# EXHIBIT A

Case 3:17-cv-02317-JAH-BLM Document 15-1 Filed 08/23/18 PageID.503 Page 1 of 4

# **<u>EXHIBIT A</u>**

J. Curtis Edmondson, CSB# 236105
Kiren Rockenstein, CSB# 312301
Edmondson IP Law
Venture Commerce Center
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com
Email: kirenr@edmolaw.com

Attorney for Defendant DOE 76.247.176.87

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) | Case No.: 3:17-cv-2317-JAH-BLM |
| ) | |
| Plaintiff, ) | **DEFENDANT JOHN DOE'S** |
| ) | **RULE 68 OFFER OF JUDGMENT** |
| vs. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 76.172.87.57, ) | |
| ) | |
| Defendant ) | |

Defendant JOHN DOE subscriber assigned IP address 76.172.87.57 ("DOE")

pursuant to FRCP 68, makes the following offer of judgment on STRIKE 3 HOLDINGS,

LLC ("S3H") who has alleged infringement of the movies ("Works"), as attached to Exhibit

A of their Complaint at Docket 1:

Whereas DOE offers the following to S3H:

DOE'S OFFER OF JUDGMENT

1. Judgment shall be entered in the amount of $ 3,250.00 which includes all damages (statutory and/or actual), costs, and attorney fees for the claim of all copyright infringements, if any, as alleged in the complaint;

2. DOE shall:

   a. be permanently enjoined from any future infringements of S3H's copyrighted Works as alleged in the Complaint;

   b. delete and permanently remove the digital media files relating to S3H's Works as alleged in the complaint from each of the computers under DOE's possession, custody or control;

If DOE's offer is accepted by S3H within the period of 14 days after service, judgment shall be entered according to "1" and "2" above.

Respectfully Offered,

Dated: March 8, 2018

_____
J. Curtis Edmondson (CASB #236105)
Edmondson IP Law
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Email: jcedmondson@edmolaw.com
Attorney for DOE

DOE'S OFFER OF JUDGMENT

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2018, I served a copy of the foregoing *RULE 68 OFFER*

by mail on the following (below):

Lincoln Bandlow
Fox Rothschild LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067

Dated: March 8, 2018

_____
J. Curtis Edmondson

# EXHIBIT B

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

STRIKE 3 HOLDINGS, LLC,

           Plaintiff,

    v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.247.176.87,

           Defendant.

Case No. 5:17-cv-07058-EJD

**JUDGMENT**

Re: Dkt. No. 22

    Defendant having submitted an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 and Plaintiff having accepted the same (Dkt. No. 22), it is hereby IT IS HEREBY ORDERED, ADJUDEGED, AND DECREED that:

    1.     Judgment shall be entered in favor of Plaintiff against Defendant in the amount of $3,250.00 which includes all damages (statutory and/or actual), costs, and attorney fees for the claim of all copyright infringements, if any, as alleged in the Complaint;

    2.     Defendant shall:

        a.  be permanently enjoined from any future infringements of Plaintiff's copyrighted Works[1] as alleged in the Complaint; and

        b.  delete and permanently remove the digital media files relating to Plaintiff's Works as alleged in the complaint from each of the computers under Defendant's possession, custody or control.

---

[1] The "Works" are the movies which Plaintiff alleged Defendant infringed, as attached to Exhibit A of the Complaint.

The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: March 6, 2018

EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California

Case No.: 5:17-cv-07058-EJD
JUDGMENT