Hon. Thomas S. Zilly

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br>Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address *73.225.38.130*,<br>Defendant | Case No.: 2:17-cv-01731-TSZ<br><br>JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE THE FIRST AMENDED COUNTERCLAIMS AND [PROPOSED] ORDER<br><br>Noting Date:  04-11-2016 / LCR 10(g) (SAME DAY) |

Whereas:

STRIKE 3 HOLDINGS, LLC and JOHN DOE subscriber assigned IP address *73.225.38.130* have stipulated to extend time so that JOHN DOE subscriber assigned IP address *73.225.38.130* may file the First Amended Counterclaims (FACC) on or before May 1, 2018. The original due date was April 19, 2018.  Counsel for the Defendant is attending his Father's funeral in Columbiana, Ohio this week following his attendance of his Father-in-Law's funeral in Corongo, Ancash, Peru on March 28, 2018.  These two events have impacted counsel's ability to prepare the amendment by April 19, 2018.   This delay should not impact the trial schedule.

This stipulation does not act as a waiver by counsel for Plaintiff to file a responsive pleading, such as a motion to dismiss or to strike, the FACC.

[PROPOSED]  STIP AND ORDER

So Stipulated:

/s/ J. Curtis Edmondson, Attorney for the Defendant

/s/ Lincoln Bandlow,  Attorney for the Plaintiff (Pro Hac Vice)

/s/ Bryan Case, Attorney for the Plaintiff

Presented By: /s/ J. Curtis Edmondson, Attorney for the Defendant

**WHEREAS:**

JOHN DOE subscriber assigned IP address *73.225.38.130* may file the First Amended Counterclaims on or before May 1, 2018.

SO ORDERED:

Dated this 10th day of April, 2018

_____
UNITED STATES DISTRICT JUDGE