UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE (73.225.38.130),

    Defendant.

C17-1731 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 29, the deadline for defendant John Doe to file an amended counterclaim is EXTENDED from April 19, 2018, to May 1, 2018. Plaintiff's motion to dismiss defendant's counterclaim, docket no. 24, is STRICKEN without prejudice.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of April, 2018.

                                        William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk

MINUTE ORDER - 1