The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>Defendant. | Case No. 2:17-cv-01731-TSZ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COUNTERCLAIMS** |

## **STIPULATION**

The parties, by and through their counsel of record, hereby stipulate and agree as follows:

1. On March 8, 2018, defendant John Doe, subscriber assigned IP address 73.225.38.130, filed counterclaims against plaintiff Strike Three Holdings, LLC. *See* Dkt. #22.

2. On March 29, 2018, Plaintiff filed a motion to dismiss those counterclaims. *See* Dkt. #24.

3. On April 10, 2018, the parties jointly moved the Court to strike the motion to dismiss and permit Defendant to file amended counterclaims. *See* Dkt. #29. The Court granted the parties' motion. *See* Dkt. #30.

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COUNTERCLAIMS (2:17-CV-01731-TSZ) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

56811351.v1

4. Defendant filed his/her amended counterclaims on May 1, 2018. *See* Dkt. #32. Plaintiff intends to file a motion to dismiss Defendant's amended counterclaims, and the deadline for Plaintiff to answer or otherwise respond to Defendant's amended counterclaims would ordinarily be May 15, 2018; and

5. The deadline by which Plaintiff is to answer or otherwise respond to Defendant's amended counterclaims is extended such that Plaintiff shall answer, respond, or otherwise move to dismiss Defendant's amended counterclaims on or before May 31, 2018.

STIPULATED and AGREED this 15th day of May, 2018.

FOX ROTHSCHILD LLP

By  *s/ Bryan J. Case*
    Bryan J. Case, WSBA #41781

By  *s/ Lincoln Bandlow*
    Lincoln Bandlow, *admitted pro hac vice*

*Attorneys for Plaintiff Strike 3 Holdings, LLC*

EDMONDSON IP LAW

By  *s/ J. Curtis Edmondson*
    J. Curtis Edmondson, WSBA #43795

*Attorneys for Defendant John Doe*

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COUNTERCLAIM - (2:17-CV-01731-TSZ) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

56811351.v1

## ORDER

The Court, having considered the foregoing stipulation, HEREBY ORDERS THAT:

The May 15, 2018 deadline by which Plaintiff is to answer or otherwise respond to Defendant's amended counterclaims is extended such that Plaintiff shall answer, respond, or otherwise move to dismiss Defendant's amended counterclaims on or before May 31, 2018.

IT IS SO ORDERED.

DATED this _____ day of May, 2018.

_____
The Honorable Thomas S. Zilly
UNITED STATES DISTRICT COURT JUDGE

Presented by:

FOX ROTHSCHILD LLP


By   *s/ Bryan J. Case*
_____
   Bryan J. Case, WSBA #41781


By   *s/ Lincoln Bandlow*
_____
   Lincoln Bandlow, *admitted pro hac vice*

   *Attorneys for Plaintiff*


EDMONDSON IP LAW


By   *s/ J. Curtis Edmondson*
_____
   J. Curtis Edmondson, WSBA #43795

   *Attorneys for Defendant*

---

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COUNTERCLAIM - (2:17-CV-01731-TSZ) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

56811351.v1