Honorable Thomas S. Zilly

# U.S. DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>Defendant. | Case No. 2:17-cv-01731-TSZ<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF STRIKE 3 HOLDINGS, LLC'S MOTION TO DISMISS DEFENDANT'S FIRST AMENDED COUNTERCLAIMS** |

### REQUEST FOR JUDICIAL NOTICE

Defendant JOHN DOE, subscriber assigned IP address 73.225.38.130, respectfully requests that, pursuant to Federal Rule of Evidence 201, the Court take judicial notice of the following:

REQUEST FOR JUDICIAL NOTICE-1
CASE NO. 2:17-cv-01731-TSZ

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

**RJN 1** – Order Denying Plaintiff's Motion To Dismiss Counterclaim (Malibu Media, LLC, Plaintiff, V. John Doe Subscriber Assigned IP Address 76.126.99.126, NDCA, 15-04441 WHA, Docket 53)

**RJN 2** – Research Article: Timothy H. Fine, *Misuse and Antitrust Defenses to Copyright Infringement Actions*, 17 Hastings L.J. 315 (1965).

**RJN 3** – Exhibit to Complaint listing Alleged Infringements – Strike 3 Holdings v Doe WDWA, 2:2017cv01729; filed 11/16/2017.

**RJN 4** – Exhibit to Complaint listing Alleged Infringements – Strike 3 Holdings v Doe WDWA, 2:2017cv01730; filed 11/16/2017.

**RJN 5** – Exhibit to Complaint listing Alleged Infringements — Strike 3 Holdings v Doe WDWA, 2:2017cv01732; filed 11/16/2017.

**RJN 6** – Exhibit to Complaint listing Alleged Infringements – Strike 3 Holdings v Doe WDWA, 2:2017cv01733; filed 11/16/2017.

**RJN 7** – Exhibit to Complaint listing Alleged Infringements – Strike 3 Holdings v Doe WDWA, 3:2017cv05952; filed 11/17/2017.

**RJN 8** – Exhibit to Complaint listing Alleged Infringements– Strike 3 Holdings v Doe WDWA, 3:2017cv05954; filed 11/17/2017.

**RJN 9**– Exhibit to Complaint listing Alleged Infringements – Strike 3 Holdings v Doe WDWA, 3:2017cv05955; filed 11/17/2017.

**RJN 10** – Exhibit to Complaint listing Alleged Infringements – Strike 3 Holdings v Doe WDWA, 3:2017cv05956; filed 11/17/2017.

REQUEST FOR JUDICIAL NOTICE-2
CASE NO. 2:17-CV-01731-TSZ

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

**RJN 11** – Exhibit to Complaint listing Alleged Infringements – Strike 3 Holdings v Doe NYSDC, 7:2018cv0148; filed 2/19/2018.

Respectfully submitted on June 18, 2018    by:   /s/ *J. Curtis Edmondson*
J. Curtis Edmondson, WSBA #43795
3699 NE John Olsen Avenue Hillsboro, OR 97124
Telephone: (503) 336-3749
Email: jcedmondson@edmolaw.com
*Attorney for Defendant*

REQUEST FOR JUDICIAL NOTICE-3
Case No. 2:17-cv-01731-TSZ

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

## **CERTIFICATE OF SERVICE**

I, J. Curtis Edmondson, hereby certify that on June 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Bryan J. Case, WSBA #41781
>Email: bcase@foxrothschild.com
>FOX ROTHSCHILD LLP (SEATTLE)
>1001 Fourth Avenue, suite 4500
>Seattle, Washington 98154
>Telephone: (206) 624-3600
>
>Lincoln D. Bandlow, *Admitted Pro Hac Vice*
>Email: lbandlow@foxrothschild.com
>FOX ROTHSCHILD LLP (LOS ANGELES)
>10250 Constellation Blvd., Suite 900
>Los Angeles, California 90067
>Telephone: (310) 598-4150
>
>*Attorneys for Plaintiff Strike 3 Holdings LLC*

DATED this 18th day of June, 2018.

>By:   /s/   *J. Curtis Edmondson*
>J. Curtis Edmondson

PROOF OF SERVICE
CASE NO. 2:17-CV-01731-TSZ

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418