**RJN 3** – Exhibit to Complaint listing Alleged Infringements – Strike 3 Holdings v Doe WDWA, 2:2017cv01729; filed 11/16/2017.

Case 2:17-cv-01729-TSZ   Document 1-2   Filed 11/16/17   Page 2 of 3

Exhibit A to the Complaint

**Location:** Federal Way, WA
**Total Works Infringed:** 27

**IP Address:** 24.18.38.215
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 5410395B9658F937942371AA285E65291F47AA6C | Tushy | 10/11/2017 09:22:49 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 2 | 030B8276A2E4B491DDC5534009E2417F9CAA1362 | Tushy | 08/16/2017 23:46:00 | 07/15/2017 | 08/10/2017 | 15711014757 |
| 3 | 0816221732BC48969631S493E8F3147C94085662 | Vixen | 09/02/2017 22:08:29 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 4 | 0D72B710324FE82044BA0A219E709B5B9600EFEA | Tushy | 08/17/2017 00:57:38 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 5 | 13FFDD00D2E03C6F103DB775A870C2B0BD35070E | Tushy | 08/17/2017 00:55:07 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 6 | 1F9B47EAF9CB8170487BC4E9523C134710872A65 | Tushy | 08/17/2017 01:12:06 | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 7 | 2D66252D5BDAE9711D09CA9E58F4344469B562D4 | Tushy | 09/23/2017 22:07:08 | 09/23/2017 | 10/02/2017 | 15893930182 |
| 8 | 31CB8E1857CE8C0A798E7F8C2D2B63DDC5AE29C5 | Tushy | 08/12/2017 09:04:05 | 08/09/2017 | 08/17/2017 | 15732986259 |
| 9 | 43484134D4259093B9E6C9DCAECCE5C46E67A30C | Tushy | 08/14/2017 23:22:19 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 10 | 45B2E3DC85C1A3825981D3B9EBDCC2E3ECB94FF7 | Vixen | 09/18/2017 02:39:08 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 11 | 5031CF1F96C7661508783CCE855955FE11D34630 | Tushy | 08/14/2017 19:56:20 | 06/15/2017 | 07/06/2017 | 15583057198 |
| 12 | 54A917617FD97D7134FD1A57B1BFD994C61F5AFD | Vixen | 09/16/2017 23:56:59 | 06/23/2017 | 07/06/2017 | 15584691541 |
| 13 | 5C3311803A2AE6A1DC7120B54554E1AD681D4344 | Tushy | 08/15/2017 09:20:23 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 14 | 6CA8A9009A2A5C92F445BC0EFBD8437AE4F2B285 | Vixen | 09/03/2017 15:54:57 | 08/02/2017 | 08/17/2017 | 15732903934 |
| 15 | 7105B3D5A8869772E44C5F6C1349832164EAAEAF | Tushy | 08/15/2017 09:17:59 | 05/06/2017 | 06/15/2017 | 15389210313 |
| 16 | 7BAFDEC66A03BCF63BA40C12A9CC2F525635FB38 | Tushy | 08/15/2017 09:34:41 | 08/04/2017 | 08/17/2017 | 15732903865 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 8359455E56EDB1AD829E0ACBACF1D98BD86EE2EF | Tushy | 08/15/2017 02:49:01 | 06/05/2017 | 07/06/2017 | 15583057012 |
| 18 | 9736BEA74CCF3D6C6AA4872E44C4EC52D5E79052 | Tushy | 08/15/2017 09:22:57 | 06/20/2017 | 07/06/2017 | 15584063275 |
| 19 | A3BB1E2ECC4AD4E28AF034ED30B008D1BDC5E1DA | Vixen | 09/02/2017 20:18:06 | 09/01/2017 | 09/07/2017 | PA0002052845 |
| 20 | A9FA6BCB00C883739E7D72755145D97C30645E40 | Tushy | 10/14/2017 11:40:18 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 21 | AB03EDEBCF77AB011BEC773EEC41EBFAA82BEB93 | Vixen | 09/03/2017 15:47:00 | 06/28/2017 | 07/06/2017 | 15584691463 |
| 22 | B271511687890F0A57EE68486AFE3F2D827638A1 | Tushy | 08/15/2017 02:32:27 | 07/10/2017 | 08/17/2017 | 15732782072 |
| 23 | BEA3F713C85F20F62FE90741A87B482944C52E42 | Tushy | 08/16/2017 23:45:57 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 24 | C61CE30F96E9037E7363DAC9D09E07E281ED5FAD | Tushy | 08/17/2017 01:04:37 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 25 | D1316AB477E80BDC9FEF28DD4412219B33366E37 | Vixen | 09/16/2017 23:04:46 | 07/08/2017 | 08/17/2017 | 15732903239 |
| 26 | D9D383053898F4058C938FD0671881210CE06741 | Tushy | 08/25/2017 03:13:30 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 27 | FC61F5A0FC9E1ADADAE044CA864470F5B3C00A31 | Tushy | 08/15/2017 09:33:19 | 07/30/2017 | 08/11/2017 | 15711086778 |