**RJN 5 –** Exhibit to Complaint listing Alleged Infringements –– Strike 3 Holdings v Doe WDWA, 2:2017cv01732; filed 11/16/2017.

Case 2:17-cv-01732-TSZ   Document 1-2   Filed 11/16/17   Page 2 of 3

**Exhibit A to the Complaint**

Location: Sammamish, WA
Total Works Infringed: 25

IP Address: 76.22.118.13
ISP: Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | EF485D5F3AE56A95C100904DCBEFECAB1CAB8D8B | Blacked | 10/10/2017 23:12:59 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 2 | 01803C654FBB1DB6CA3F00CDB3615E0B0BD30FA1 | Tushy | 08/01/2017 20:03:53 | 07/30/2017 | 08/11/2017 | 15711086778 |
| 3 | 32459F97831DDF6C0B13221712692F67850A4AF0 | Blacked | 08/20/2017 03:40:18 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 4 | 3FCA9E1F4842F488066AA0CD8602EF7CA60E5EA2 | Blacked | 06/12/2017 20:12:16 | 06/09/2017 | 07/06/2017 | 15584064165 |
| 5 | 455AA3E3457F108A25179EA6FC222C5085AC8DC8 | Tushy | 09/26/2017 23:53:12 | 09/23/2017 | 10/02/2017 | 15893930182 |
| 6 | 4E3CBE8B45614B768855BAEA20DA6330A5F795DA | Tushy | 07/05/2017 19:21:28 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 7 | 62918C330DAF0E9F027CBED5ED5E7EAFD108C246 | Blacked | 08/20/2017 00:38:01 | 08/13/2017 | 08/17/2017 | 15732986356 |
| 8 | 64A59E0155A476F1729AFE2417387FE8737CF0C4 | Blacked | 07/05/2017 18:52:06 | 07/04/2017 | 07/06/2017 | 15584063685 |
| 9 | 71D79C9682AA689CB51FF049D3E49C9688D5BFB6 | Blacked | 09/13/2017 19:23:30 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 10 | 74488841FBB42F946CD4154C276090AF77E5334A | Blacked | 07/26/2017 20:27:27 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 11 | 79BBEE7B2CC652E40847301A6CE92D666A8D88B2 | Blacked | 08/19/2017 17:09:17 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 12 | 8E1846AD8B68A183329A8EBB02FDB36C903D2AD9 | Blacked | 06/30/2017 19:10:22 | 06/29/2017 | 07/06/2017 | 15584063973 |
| 13 | 95CAA79F9B5C5C2ECC9E699D4160C23C559F8B1F | Tushy | 07/26/2017 19:25:31 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 14 | 990994F89690F9A3E78614F2186AEB2765478D4D | Blacked | 07/14/2017 23:01:19 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 15 | A3DA962966B22156A853DCCE4289A66A113ECF29 | Tushy | 09/02/2017 16:11:49 | 08/29/2017 | 09/07/2017 | 15894022439 |
| 16 | AFAA652DCC9E0058185F2612214E8923FDE05918 | Tushy | 07/26/2017 21:56:31 | 07/25/2017 | 08/11/2017 | PA0002046870 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | B46F6346223A7EF85430AF036DCC40D553422E04 | Blacked | 09/22/2017 21:42:37 | 09/22/2017 | 10/02/2017 | 15894023159 |
| 18 | BC570785D1C924C2FE8D1B5812B987DEC89FFA31 | Vixen | 08/07/2017 03:33:00 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 19 | BED7317BB5CA3A2914FDD6C1F311AF20D266F94B | Vixen | 07/08/2017 23:52:53 | 07/08/2017 | 08/17/2017 | 15732903239 |
| 20 | C06166F868A6FC8E278BCA5F2198160E370F040E | Blacked | 09/13/2017 19:21:38 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 21 | C8393D46AE9C7AFC3907055798CAE49F18D9C9FB | Blacked | 09/18/2017 14:55:36 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 22 | CB9ABC2B058CADE2FA7C0BD6A20558DC0E46EB0D | Blacked | 07/19/2017 00:00:31 | 06/19/2017 | 07/06/2017 | 15584064069 |
| 23 | D05819C62A357A346556467D990A191A22343714 | Tushy | 09/13/2017 19:25:06 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 24 | D8F64BC3740763BFBA96DBD923F561C417E389F8 | Blacked | 07/14/2017 21:16:19 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 25 | FD802FEC62F3CCA171872B3588DFB464F9217C69 | Blacked | 05/30/2017 20:30:04 | 05/20/2017 | 06/22/2017 | PA0002039289 |