**RJN 6** – Exhibit to Complaint listing Alleged Infringements – Strike 3 Holdings v Doe WDWA, 2:2017cv01733; filed 11/16/2017.

Case 2:17-cv-01733-TSZ   Document 1-2   Filed 11/16/17   Page 2 of 4

Exhibit A to the Complaint

Location: Bothell, WA
Total Works Infringed: 38

IP Address: 50.54.142.188
ISP: Frontier Communications

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 61C5B27889128912F13F21B410A1E98951191B126004 | Tushy | 09/08/2017 00:51:35 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 2 | 133E3C2C5323B85D400DC49F52E7A4EDCBB02DC9 | Blacked | 09/30/2017 18:03:34 | 09/27/2017 | 10/10/2017 | 15894023060 |
| 3 | 17C2B0609BE9B92AE0D1C44F1D6212EA6D1BB636 | Vixen | 08/15/2017 14:48:33 | 08/12/2017 | 08/17/2017 | 15732986308 |
| 4 | 2A9EB4CB94DA8143E1E124173B81EC6943BD219A | Tushy | 09/26/2017 00:43:49 | 09/23/2017 | 10/02/2017 | 15893930182 |
| 5 | 34452073A3328CE2AF5FC73A5A8DDD4141E85B4A | Vixen | 08/25/2017 01:54:42 | 08/22/2017 | 09/07/2017 | PA0002052852 |
| 6 | 3C75DF0338469C899BB90D1928DCB245E2B3C2CF | Blacked | 05/29/2017 01:31:02 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 7 | 4BAFD5ED68B2CF55225D8621D9D2D315ACD25C05 | Vixen | 07/01/2017 18:54:27 | 06/23/2017 | 07/06/2017 | 15584691541 |
| 8 | 4E3F659D2097DE535B72D13288BF3609CED02E70 | Blacked | 08/05/2017 02:43:56 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 9 | 54C4483903BF2CF3EFBFB361F96C9F0295326D03 | Vixen | 06/02/2017 00:17:04 | 05/29/2017 | 06/22/2017 | PA0002039292 |
| 10 | 5554570156FC9CCD23D39D2946BF8EACB0F41F70 | Tushy | 05/29/2017 19:32:33 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 11 | 66882F76290D2AB7DD93C95E6BFA4DE73EB4E64F | Tushy | 06/18/2017 00:11:52 | 06/15/2017 | 07/06/2017 | 15583057198 |
| 12 | 68DB05F34A223AEF184B0FBBE87D10D10A16FEB3 | Vixen | 07/01/2017 18:54:31 | 06/28/2017 | 07/06/2017 | 15584691463 |
| 13 | 75A66943C93375036F18D9F2DE832FFCDAF153DB | Tushy | 09/19/2017 22:26:00 | 09/18/2017 | 09/28/2017 | 15894022252 |
| 14 | 761FDAE7BA88E7455F875AF313DB0BC926429E95 | Tushy | 07/03/2017 20:12:05 | 06/30/2017 | 07/06/2017 | 15584063421 |
| 15 | 78F5DACFBD414605C47BD190F5C421E65F70B396 | Tushy | 07/13/2017 15:46:51 | 07/10/2017 | 08/17/2017 | 15732782072 |
| 16 | 8519F3BB18D38E8472CD07987B1BC2224E7EC22 | Vixen | 10/13/2017 23:50:12 | 10/11/2017 | 10/22/2017 | 15918925932 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 880C975145F155BBC1E29A10FF1EC7FDCE7AA61D | Tushy | 05/29/2017 02:04:52 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 18 | 8DF19B3436F0379699368 0F8D0947818160E94F | Tushy | 06/02/2017 08:56:34 | 05/06/2017 | 06/15/2017 | 15389210313 |
| 19 | 90D1111F6479BAED8B10085B51F1302F89FC2A58 | Blacked | 07/13/2017 16:29:05 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 20 | 9721A32E2CBD9B2BF2CB77378E346C80620F83E4 | Vixen | 09/08/2017 00:08:55 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 21 | ABC004062B9F9CF37E9A3A57F4BEA161154EECAE | Vixen | 09/27/2017 03:11:17 | 09/26/2017 | 10/10/2017 | 15894022782 |
| 22 | B378CAEB9DFA80E256C29E523B89DDF82169A9A8 | Vixen | 07/10/2017 20:47:31 | 07/08/2017 | 08/17/2017 | 15732903239 |
| 23 | B5D51BCB8C774162DDDD5379D01A88EA069A2E17 | Vixen | 10/16/2017 23:36:22 | 10/16/2017 | 10/22/2017 | 15918925812 |
| 24 | C28A866375FF6CB8933EE66D5D4642164AF0A438 | Tushy | 07/03/2017 20:11:52 | 06/25/2017 | 07/06/2017 | 15584063333 |
| 25 | C5A39ED1FD792604E2662A8ACCFA82F81B8BBFFD | Tushy | 08/12/2017 01:58:01 | 08/09/2017 | 08/17/2017 | 15732986259 |
| 26 | C8EFA09EF1CAEC72B25969BB84371884337D26B7 | Vixen | 07/18/2017 16:35:57 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 27 | CD5F960D4331D73993FD7E147CCF94D593EAA483 | Tushy | 08/06/2017 16:06:06 | 08/04/2017 | 08/17/2017 | 15732903865 |
| 28 | D31CBC39E31EA20141EB847E24725F06CFC004AB | Blacked | 05/29/2017 02:36:18 | 04/05/2017 | 06/05/2017 | PA0002052859 |
| 29 | D62650B301D2A81356613A6E0325CE34B399EDCF | Blacked | 07/01/2017 18:53:59 | 06/24/2017 | 07/06/2017 | 15584064021 |
| 30 | D8040D63A3687F0FDD37CF6431FB83408E8ADD5B | Vixen | 07/24/2017 23:19:11 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 31 | D87C41EDAE7ECE7F5C76EEE8969C91F86E8FEC16 | Tushy | 06/22/2017 22:36:08 | 06/20/2017 | 07/06/2017 | 15584063275 |
| 32 | D9A9D5AE776DD9937796A8AE0509496FAF90C5B2 | Tushy | 06/02/2017 04:59:52 | 04/11/2017 | 06/15/2017 | PA0002037579 |
| 33 | DD25D5793D9B4E6B233443D51BBBAB888FCC9FF8 | Vixen | 05/29/2017 01:48:44 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 34 | DD5807A9946BE105E918EEAA5B796E9B449BF1A7 | Tushy | 06/20/2017 05:34:10 | 06/05/2017 | 07/06/2017 | 15583057012 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | EA9B3A53CA20ACAF75F495FB1ECF65A7A12B895A | Blacked | 07/01/2017 19:02:17 | 06/29/2017 | 07/06/2017 | 15584063973 |
| 36 | EE11043249D2C1362E7B74CCD7973EEECEFBAD1C | Tushy | 07/28/2017 20:48:27 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 37 | EECBC957C07B74E8D2C3EDDF2447E1E531CFB050 | Tushy | 06/12/2017 00:26:55 | 06/10/2017 | 07/06/2017 | 15583057070 |
| 38 | F05DC47F33D7EF76ABF036ECABF80D6D77733140 | Tushy | 06/02/2017 04:27:00 | 04/06/2017 | 06/05/2017 | PA0002050769 |