**RJN 7** – Exhibit to Complaint listing Alleged Infringements – Strike 3 Holdings v Doe WDWA, 3:2017cv05952; filed 11/17/2017.

Case 3:17-cv-05952-TSZ   Document 1-2   Filed 11/17/17   Page 2 of 4

Exhibit A to the Complaint

Location: Lakewood, WA
Total Works Infringed: 40

IP Address: 71.231.108.136
ISP: Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 1C2C06D480942F4FE7FDCED4759E93805E02B54B | Tushy | 09/19/2017 05:23:42 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 2 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 09/18/2017 01:48:13 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 3 | 05D9E9EB431AEF78D0BD2E16B66F558D4839A3BC | Tushy | 09/19/2017 05:02:09 | 08/09/2017 | 08/17/2017 | 15732986259 |
| 4 | 061839DA517C8121C784459FF2EA40CF0AD2A220 | Tushy | 09/17/2017 21:44:59 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 5 | 127D8EAEE8F45701A505248271A3CFD34373E448 | Tushy | 09/19/2017 11:26:21 | 03/27/2017 | 06/05/2017 | PA0002050767 |
| 6 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 09/12/2017 10:31:16 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 7 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 09/10/2017 01:37:17 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 8 | 22D7E6DF1C65E9AA355C984C40F03C655B5CACAA | Tushy | 10/08/2017 23:54:40 | 10/08/2017 | 10/22/2017 | PA0002058298 |
| 9 | 2FE5A77075580DAA4C3930691957 5DCDAA4749C9 | Blacked | 09/12/2017 04:11:47 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 10 | 3322700996A03ADC28816C7F4921A496821C476B | Blacked | 09/24/2017 03:54:27 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 11 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 09/24/2017 03:47:20 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 12 | 4B3C7DF81586807F6E0CD282A0187A3DECEAB3EA | Vixen | 09/17/2017 22:27:09 | 07/03/2017 | 07/06/2017 | 15584691415 |
| 13 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | Blacked | 09/24/2017 02:46:00 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 14 | 530E54D481D7BE087FF887 5651364C015974E71E | Tushy | 09/12/2017 10:36:59 | 04/26/2017 | 06/15/2017 | PA0002037565 |
| 15 | 553553FD62D75AA61FB6CA8A0359FB43667CB6F5 | Blacked | 09/01/2017 23:05:42 | 04/30/2017 | 06/15/2017 | PA0002037580 |
| 16 | 5BA8C505786DB4E51EF890907 88154E4AE325290 | Tushy | 09/14/2017 04:21:50 | 09/13/2017 | 09/25/2017 | 15894022635 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 5C208E2ABF6083135CA52776A02D874442F215D60 | Tushy | 09/18/2017 02:39:56 | 06/15/2017 | 07/06/2017 | 15583057198 |
| 18 | 6437E6F43855D1C98B7B25546D39C5CF0E99962A | Blacked | 09/02/2017 19:00:21 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 19 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 09/24/2017 03:09:33 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 20 | 6E23FE73A51BA853DB0F453FBC5DFE31753C78B6 | Blacked | 10/08/2017 22:08:28 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 21 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 09/24/2017 02:42:28 | 06/29/2017 | 07/06/2017 | 15584063973 |
| 22 | 7973F42423509A2388A584BF4C868BA6DC95FF13 | Tushy | 09/19/2017 10:08:29 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 23 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | Blacked | 09/24/2017 02:36:56 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 24 | 921AED6337A58B159CFAF9DADDFE2D91CDFF8AB3 | Tushy | 09/12/2017 04:17:45 | 06/25/2017 | 07/06/2017 | 15584063333 |
| 25 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 09/24/2017 02:59:50 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 26 | 9E1EEE10CC32609ECC25424443366C4BBDC969CB5 | Vixen | 09/19/2017 21:02:56 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 27 | A0ACD3E184A10BCE7493C1221C44462C6C614D827 | Tushy | 09/25/2017 02:28:22 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 28 | A342244F2E0287F7EB6E897441849848F8A7D7A5 | Vixen | 08/22/2017 21:58:13 | 06/18/2017 | 07/06/2017 | 15584691891 |
| 29 | A5DAB5C75BEE5E77712B44AB312CC175F0E036C7B | Blacked | 09/24/2017 02:41:52 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 30 | AC799777EF3E34163919F9B594124694034AF142 | Blacked | 09/24/2017 03:09:11 | 04/10/2017 | 06/15/2017 | PA0002037582 |
| 31 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 09/24/2017 03:04:33 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 32 | C6FBA3069477275EFE6BB2C5020403FD2DFA9F09 | Blacked | 09/01/2017 22:57:50 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 33 | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | Blacked | 09/24/2017 03:05:54 | 06/09/2017 | 07/06/2017 | 15584064165 |
| 34 | D14D62F0F49D81AA93E84EFBBB201EC6E6D5B459 | Vixen | 08/27/2017 22:17:06 | 07/18/2017 | 08/10/2017 | PA0002046875 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | DC3A476203AE28B726335CD4F5B2313D0A90B11D | Vixen | 10/03/2017 15:07:02 | 10/01/2017 | 10/10/2017 | 15894022684 |
| 36 | DD054025C9D32C39934EC355120BB5FCFFECBBD2 | Blacked | 09/01/2017 22:54:15 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 37 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 09/19/2017 06:11:29 | 06/30/2017 | 07/06/2017 | 15584063421 |
| 38 | F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD | Blacked | 09/24/2017 04:21:39 | 07/04/2017 | 07/06/2017 | 15584063685 |
| 39 | FD622BCB0843A8B0A5C4FAAD98CA90F0DC55A559 | Blacked | 09/24/2017 02:53:38 | 09/22/2017 | 10/02/2017 | 15894023159 |
| 40 | FDAC3DBC3C4A246BD42F11BA192962B2A7AC5C4B | Vixen | 10/11/2017 18:56:11 | 10/11/2017 | 10/22/2017 | 15918925932 |