**RJN 9–** Exhibit to Complaint listing Alleged Infringements – Strike 3 Holdings v Doe WDWA, 3:2017cv05955; filed 11/17/2017.

**Location:** Kelso, WA  
**Total Works Infringed:** 58

**IP Address:** 71.59.168.162  
**ISP:** Comcast Cable

Exhibit A to the Complaint

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | Blacked | 10/14/2017 06:55:40 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 2 | 039F4779148D3E374D990283A83AC46A0219DAE9 | Vixen | 06/08/2017 06:14:52 | 04/19/2017 | 06/15/2017 | 15389210409 |
| 3 | 04FD5B9A8A95D8C0810EE1DE07F070A00F411D9A | Blacked | 09/22/2017 17:36:04 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 4 | 05D9E9EB431AEF78D0BD2E16B66F558D4839A3BC | Tushy | 08/13/2017 00:18:25 | 08/09/2017 | 08/17/2017 | 15732986259 |
| 5 | 061839DA517C8121C784459FF2EA40CF0AD2A220 | Tushy | 08/13/2017 01:05:47 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 6 | 0F35B475E5AA4FFC774BBB038AEDBD8FF112F9E9 | Blacked | 06/08/2017 01:35:57 | 04/15/2017 | 06/15/2017 | PA0002037563 |
| 7 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 06/08/2017 03:32:25 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 8 | 1C2C06D480942F4FE7FDCED4759E93805E02B54B | Tushy | 06/08/2017 06:22:10 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 9 | 1E67DE039B6467591354 2CB2412BE54790434246 | Blacked | 09/21/2017 05:41:07 | 04/10/2017 | 06/15/2017 | PA0002037582 |
| 10 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 08/25/2017 06:44:10 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 11 | 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD | Blacked | 09/28/2017 02:05:58 | 09/27/2017 | 10/10/2017 | 15894023060 |
| 12 | 258961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 07/25/2017 05:25:51 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 13 | 289FE7D65DFCFACB416832D12862105A2762841A | Blacked | 06/08/2017 06:08:59 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 14 | 2F37046EC89B3AD7ED74C2940723618BFD1A4721 | Tushy | 08/19/2017 22:25:11 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 15 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | Blacked | 06/08/2017 01:37:36 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 16 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 08/13/2017 00:17:57 | 07/30/2017 | 08/11/2017 | 15711086778 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 3C75DF0338469C899BB90D1928DCB245E2B3C2CF | Blacked | 06/08/2017 23:28:53 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 18 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 08/25/2017 06:42:19 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 19 | 47BF158F64C12785E111714AF9A6D0C692778D77 | Blacked | 10/03/2017 05:27:24 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 20 | 4B86BC16D0E5A0983C578B61ED87BC62C55B116A | Vixen | 08/12/2017 23:54:29 | 08/12/2017 | 08/17/2017 | 15732986308 |
| 21 | 4BAFD5ED68B2CF55225D8621D9D2D315ACD25C05 | Vixen | 08/12/2017 23:54:30 | 06/23/2017 | 07/06/2017 | 15584691541 |
| 22 | 4E3F659D2097DE535B72D13288BF3609CED02E70 | Blacked | 09/21/2017 05:40:15 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 23 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 09/14/2017 00:19:11 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 24 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | Blacked | 09/01/2017 02:21:16 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 25 | 53FF1B4BD8FB69630FE0A67611FE747F902F6874 | Vixen | 08/21/2017 06:58:41 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 26 | 57265592C5C5250306EC4D4BB6CE2E5CAC8E09C5 | Tushy | 09/14/2017 22:53:36 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 27 | 5C208E2ABF6083135CA52776A02D874442F215D60 | Tushy | 06/16/2017 02:05:19 | 06/15/2017 | 07/06/2017 | 15583057198 |
| 28 | 6437E6F43855D1C98B7B25546D39C5CF0E99962A | Blacked | 09/04/2017 05:40:31 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 29 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 08/13/2017 00:28:32 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 30 | 6640701B1DDC6C0A424BFD623B41D98E73D11B77 | Vixen | 09/10/2017 01:18:43 | 08/07/2017 | 08/17/2017 | 15732904013 |
| 31 | 729C3815122E9D62C4F62EC6CAD5CA5B5EBB95F9 | Blacked | 08/21/2017 21:18:42 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 32 | 766E1C71FF552FF186850DD63CC9ECC58D923874 | Tushy | 09/05/2017 02:47:27 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 33 | 774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4 | Tushy | 07/21/2017 07:52:58 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 34 | 78F5DACFBD414605C47BD190F5C421E65F70B396 | Tushy | 08/19/2017 22:25:18 | 07/10/2017 | 08/17/2017 | 15732782072 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 08/13/2017 00:19:27 | 06/28/2017 | 07/06/2017 | 15584691463 |
| 36 | 84C01FA0E5D76CA23530990E9E685C47C10169FC | Blacked | 08/19/2017 22:04:03 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 37 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 09/02/2017 22:19:05 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 38 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | Blacked | 09/14/2017 00:12:25 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 39 | 9642336EA4BCA83AB7154CFDFA1091ECBFD98B7A | Blacked | 09/21/2017 05:32:38 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 40 | A66737A2C0C052A322F7121CB249A59EEBB0E177 | Blacked | 06/08/2017 01:41:46 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 41 | AB2C2652EC78AC4AD337CC03DF87E970DCED6443 | Blacked | 06/18/2017 01:31:03 | 06/04/2017 | 07/06/2017 | 15584691223 |
| 42 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | Blacked | 09/21/2017 05:34:13 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 43 | AE6A89DD0FB4978EAC561028F9FB06AA0A8D7E6A | Tushy | 06/08/2017 06:19:25 | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 44 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 09/09/2017 01:49:41 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 45 | BA56E328AE2DBA8A20B3274515656293E37FDAE35 | Blacked | 06/08/2017 23:15:41 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 46 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | Tushy | 08/19/2017 22:24:41 | 06/05/2017 | 07/06/2017 | 15583057012 |
| 47 | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | Blacked | 06/10/2017 23:25:36 | 06/09/2017 | 07/06/2017 | 15584064165 |
| 48 | CB9ABC2B058CADE2FA7C0BD6A20558DC0E46EB0D | Blacked | 06/20/2017 00:19:50 | 06/19/2017 | 07/06/2017 | 15584064069 |
| 49 | CC4D89C30BD65D68546BCF62ACE381585BD879EF | Blacked | 06/08/2017 23:11:59 | 04/25/2017 | 06/15/2017 | PA0002037576 |
| 50 | D03BF7C43A2F989CD84F9B6037D4941B7C616ED0 | Blacked | 06/16/2017 17:31:40 | 06/14/2017 | 07/06/2017 | 15584064117 |
| 51 | D513F1B4A7C6B72B1F1CE73FCC38227A6251E4CA | Blacked | 06/29/2017 06:10:59 | 06/24/2017 | 07/06/2017 | 15584064021 |
| 52 | EA9B3A53CA20ACAF75F495FB1ECF65A7A12B895A | Blacked | 06/30/2017 08:37:59 | 06/29/2017 | 07/06/2017 | 15584063973 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 07/07/2017 01:44:00 | 06/30/2017 | 07/06/2017 | 15584063421 |
| 54 | EB7AE91B0DD3565F29908CB6FB8ED993D709A162 | Blacked | 07/16/2017 19:26:54 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 55 | EE39528C7065FF52B465D599BA395BF972CD06E6 | Blacked | 06/10/2017 23:31:16 | 04/30/2017 | 06/15/2017 | PA0002037580 |
| 56 | F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD | Blacked | 07/05/2017 19:18:24 | 07/04/2017 | 07/06/2017 | 15584063685 |
| 57 | FD44EDB24CBD0DBFDF7E9F7D0E6A3B4451EDE702 | Vixen | 10/12/2017 23:57:58 | 09/21/2017 | 09/28/2017 | 15894022962 |
| 58 | FD622BCB0843A8B0A5C4FAAD98CA90F0DC55A559 | Blacked | 09/28/2017 02:19:43 | 09/22/2017 | 10/02/2017 | 15894023159 |