**RJN 10** – Exhibit to Complaint listing Alleged Infringements – Strike 3 Holdings v Doe WDWA, 3:2017cv05956; filed 11/17/2017.

Case 3:17-cv-05956-TSZ   Document 1-2   Filed 11/17/17   Page 2 of 3

Exhibit A to the Complaint

**Location:** Lacey, WA  
**Total Works Infringed:** 19

**IP Address:** 73.254.159.175  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 6AF47B474A36FC4C01A98EFF84B2658DCBE70B43 | Tushy | 09/20/2017 02:55:56 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 2 | 030B8276A2E4B491DDC5534009E2417F9CAA1362 | Tushy | 08/24/2017 06:44:50 | 07/15/2017 | 08/10/2017 | 15711014757 |
| 3 | 05974F8D127A7CB312030D0D833B828F6586EEAC | Vixen | 09/08/2017 03:04:01 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 4 | 1630D7C6E6B40F13EB1F086AD58EDD30022DD250 | Tushy | 10/03/2017 07:21:44 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 5 | 278FA8402D54EC03A89CDE4768A479D1465B2D4B | Vixen | 09/20/2017 03:00:15 | 08/07/2017 | 08/17/2017 | 15732904013 |
| 6 | 6E462DFF0D65C9CAC0025EC57CA5BABC81337D9C | Tushy | 08/29/2017 05:32:28 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 7 | 7105B3D5A8869772E44C5F6C1349832164EAAEAF | Tushy | 10/05/2017 02:25:25 | 05/06/2017 | 06/15/2017 | 15389210313 |
| 8 | 803980630B01E6B8475DCF8AAA2A4CE99E7007C0 | Vixen | 10/12/2017 04:44:44 | 09/26/2017 | 10/10/2017 | 15894022782 |
| 9 | 9467A61011D4831D74B6EC4EC8C9582E01F53BC8 | Tushy | 09/20/2017 02:48:17 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 10 | 95CAA79F9B5C5C2ECC9E699D4160C23C559F8B1F | Tushy | 08/08/2017 03:38:39 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 11 | 96964CD2E4F8BAF8EE290DC33962B3A520BDA4E7 | Tushy | 08/08/2017 03:35:54 | 08/04/2017 | 08/17/2017 | 15732903865 |
| 12 | 9E7BD02A415C2714DEC270A50B12D5A12258FA36 | Tushy | 09/20/2017 02:55:10 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 13 | AB8435A9EAD76E3EA76599546F678D9D5CED437C | Vixen | 08/03/2017 00:55:01 | 08/02/2017 | 08/17/2017 | 15732903934 |
| 14 | B4FC2280092E23C15AC5504F8903203E8A2EFF07 | Vixen | 10/03/2017 04:09:19 | 10/01/2017 | 10/10/2017 | 15894022684 |
| 15 | BA5BF8C177F7B23945304FAAE038411D910F7451 | Tushy | 07/17/2017 06:48:37 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 16 | BEA3F713C85F20F62FE90741A87B482944C52E42 | Tushy | 08/24/2017 06:44:32 | 07/25/2017 | 08/11/2017 | PA0002046870 |

Case 3:17-cv-05956-TSZ Document 1-2 Filed 11/17/17 Page 3 of 3

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | DBADE16289C54D6F12C44BA11BEC6715853F1B0E | Vixen | 10/12/2017 03:23:16 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 18 | E80327AE9469BCEC32A4EA5FB7506FF53776AC8B | Tushy | 10/05/2017 07:36:40 | 09/18/2017 | 09/28/2017 | 15894022252 |
| 19 | F1A8FDDC7271C19163305AE914356B73F55983C1 | Vixen | 08/24/2017 02:20:29 | 05/14/2017 | 06/22/2017 | PA0002039297 |