**RJN 11** – Exhibit to Complaint listing Alleged Infringements – Strike 3 Holdings v Doe NYSDC, 7:2018cv0148; filed 2/19/2018.

Exhibit A to the Complaint

Location: White Plains, NY
Total Works Infringed: 122

IP Address: 68.197.80.194
ISP: Optimum Online

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | Vixen | 01/17/2018 01:16:25 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 2 | 061839DA517C8121C784459FF2EA40CF0AD2A220 | Tushy | 06/05/2017 16:42:12 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 3 | 0A0A0B5B579202B43366DBABCDFB0FF38892F189 | Tushy | 09/05/2017 20:57:28 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 4 | 0A63D1DC5B920F43372D8DAC44BE198EFF11836C | Tushy | 05/18/2017 14:36:13 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 5 | 0C38052DA135D91590C9D84E79AC21628D9E9BB6 | Tushy | 10/03/2017 17:18:07 | 09/23/2017 | 10/02/2017 | 15893930182 |
| 6 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 11/06/2017 21:59:01 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 7 | 132EE60D7C0DC1229C3D3CBD15C56561F8581C2E | Vixen | 12/19/2017 16:15:10 | 11/30/2017 | 12/17/2017 | 16159649437 |
| 8 | 133E3C2C53223B85D400DC49F52E7A4EDCBB02DC9 | Blacked | 09/27/2017 23:00:21 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 9 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 05/08/2017 23:05:59 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 10 | 1525672E90493326CE884D0054D9B81C2026954C | Blacked | 09/05/2017 20:48:06 | 08/23/2017 | 08/24/2017 | 15894022831 |
| 11 | 15767B4CF1BDB5ADD8DC3544393A9C265AFAA5B5 | Blacked | 12/19/2017 14:39:00 | 12/16/2017 | 01/18/2018 | 16215824182 |
| 12 | 1702BF88C607938862AD5AD08D3799C7A76C4EC1 | Vixen | 11/06/2017 23:21:06 | 11/05/2017 | 11/15/2017 | 16016503631 |
| 13 | 1A0041630B2C6445C2EB513D93271F272FFDE8C4 | Vixen | 10/10/2017 20:58:45 | 09/26/2017 | 10/10/2017 | 15894022782 |
| 14 | 1C2C06D480942F4FE7FDCED4759E93805E02B54B | Tushy | 06/05/2017 16:14:58 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 15 | 1D63168E762F9CB41AE4DBD646599AD0EFF3911 | Blacked | 07/21/2017 00:09:23 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 16 | 1E67DE039B6467591354 2CB2412BE54790434246 | Blacked | 05/08/2017 23:01:38 | 04/10/2017 | 06/15/2017 | PA0002037582 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 1F6D2B8B3E349D95C7205A9E6C7826A7CFF8E1F1 | Tushy | 05/08/2017 23:07:24 | 04/11/2017 | 06/15/2017 | PA0002037579 |
| 18 | 21E262CE5356082B3CDE917564BE91B011CB1EF7 | Blacked Ra | 12/19/2017 15:04:26 | 12/18/2017 | 01/18/2018 | 16215823662 |
| 19 | 2456486CBE87D015BFCC03258A07F9A2122708B1 | Blacked | 01/16/2018 17:10:37 | 01/15/2018 | 01/20/2018 | 16215970440 |
| 20 | 28F94F30A942C1A433243BEF5077E036528DDAF8 | Blacked Ra | 12/05/2017 17:11:48 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 21 | 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08 | Tushy | 01/04/2018 15:22:14 | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 22 | 2D9075EBB1F26DF17BDDA3A97A44F322D12AFCB4 | Blacked Ra | 01/17/2018 00:48:51 | 01/12/2018 | 01/20/2018 | 16215823770 |
| 23 | 2F37046EC89B3AD7ED74C2940723618BFD1A4721 | Tushy | 08/17/2017 21:53:57 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 24 | 2FE5A77075580DAA4C3930691957 5DCDAAA4749C9 | Blacked | 06/05/2017 15:47:45 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 25 | 31148997CD9F0DD687B5322CE359E163DE2BFAA7 | Blacked | 12/28/2017 22:48:04 | 12/26/2017 | 01/18/2018 | 16215823966 |
| 26 | 35FC391D7869DA183CB119D3D676978EC11ADDB9 | Blacked Ra | 12/28/2017 21:26:40 | 12/13/2017 | 12/17/2017 | 16159650081 |
| 27 | 360CF572729CEB5E07FB70C3474B63D47FE52E02 | Vixen | 12/19/2017 16:16:02 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 28 | 3637879FCB7A309DC4BA4B9F7C2D9FB1905E7544 | Tushy | 10/03/2017 16:42:42 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 29 | 3AF67ADE722E77AF5C23A9FB165F53CADB24E1AC | Blacked Ra | 12/05/2017 17:13:18 | 11/28/2017 | 12/17/2017 | 16159649278 |
| 30 | 3B1FEC9FB97DE55F5857CE912499EF97061B8FF2 | Blacked | 06/27/2017 23:21:58 | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 31 | 46008F270CD49FF19391341B7014BF9549387B91 | Blacked | 01/04/2018 15:52:22 | 12/31/2017 | 01/18/2018 | 16199943531 |
| 32 | 4621BB4A0025EC53A878119567D5F952DB339CE7 | Blacked | 06/05/2017 15:51:57 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 33 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 09/05/2017 20:55:55 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 34 | 46EB9A1BED539DABA3166619785A0EB818BCD8E8 | Tushy | 10/26/2017 16:05:38 | 10/03/2017 | 10/10/2017 | 15894022537 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 48FACB22E186B79A3559DF124008967 3767DFC3E | Tushy | 12/19/2017 15:55:33 | 12/17/2017 | 01/18/2018 | 16215970342 |
| 36 | 4B3C7DF81586807F6E0CD282A0187A3 DECEAB3EA | Vixen | 07/06/2017 21:33:22 | 07/03/2017 | 07/07/2017 | PA0002070827 |
| 37 | 4BAFD5ED68B2CF55225D8621D9D2D315ACD25C05 | Vixen | 07/06/2017 21:30:57 | 06/23/2017 | 07/07/2017 | PA0002070829 |
| 38 | 4CDCF57D8520AAC88405B4F2481E931F876351E9 | Blacked | 08/17/2017 20:24:13 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 39 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | Tushy | 11/28/2017 17:56:46 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 40 | 4E12CE506E9EE6266939CC2CAF1719E21044739E | Blacked | 01/16/2018 17:15:36 | 01/05/2018 | 01/18/2018 | 16199943644 |
| 41 | 4F0D3D0FD3F88791F493308045 3A052BE6924F22 | Tushy | 10/26/2017 16:03:51 | 10/08/2017 | 10/22/2017 | PA0002058298 |
| 42 | 4FD530AFCD695ED8E130447A426E45259006C41E | Tushy | 11/06/2017 22:28:42 | 10/28/2017 | 11/15/2017 | 16013254281 |
| 43 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 10/03/2017 16:24:28 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 44 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | Blacked | 09/07/2017 14:48:41 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 45 | 57265592C5C5250306EC4D4BB6CE2E5CAC8E09C5 | Tushy | 09/12/2017 19:13:59 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 46 | 57D55CF2E1C375BBFAB76A12262194521 89BF550 | Blacked Ra | 12/09/2017 16:33:14 | 12/03/2017 | 12/17/2017 | 16159429180 |
| 47 | 5CB262370408735 7B72F6890B80985A027A1B8CD | Vixen | 01/16/2018 18:25:11 | 01/09/2018 | 01/18/2018 | PA0002070945 |
| 48 | 5D6C222C7939BB472D2C17A576870BE41E3BA41A | Blacked Ra | 12/19/2017 15:08:31 | 10/24/2017 | 11/15/2017 | 16016503680 |
| 49 | 61E33508FBD3C170524AC966B6CE7303AD487111 | Blacked | 08/17/2017 20:34:02 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 50 | 63DFE31973E8D9C33E4F6DC4A565B760E78B2463 | Vixen | 12/19/2017 16:25:44 | 12/10/2017 | 12/17/2017 | 16159649229 |
| 51 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 08/17/2017 20:43:19 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 52 | 6671533EE82779 23DF42545343 89F8630C5BF901 | Blacked | 11/19/2017 17:00:15 | 11/16/2017 | 11/18/2017 | 16020392782 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | 68CE144C99E9D941B6880383C5CA25076CA57696 | Blacked | 01/16/2018 17:08:44 | 01/10/2018 | 01/18/2018 | PA0002070942 |
| 54 | 698177E2B9D81FCDCC41C55002A0CDB5DE9C3670 | Vixen | 12/19/2017 17:19:11 | 12/15/2017 | 01/18/2018 | 16215970293 |
| 55 | 6E8132199B2F1342B3FBCC3710D2F865447B8B87 | Tushy | 01/16/2018 18:22:02 | 01/11/2018 | 01/18/2018 | 16215970391 |
| 56 | 715C2B25BDAD9A8397CBBA8D15356FDE24B5BC94 | Vixen | 11/28/2017 16:54:24 | 11/10/2017 | 11/21/2017 | 16013343018 |
| 57 | 71BBFD9F3041279B9AC882DFEE4BC2AC6CD696A1 | Tushy | 08/17/2017 21:36:41 | 07/10/2017 | 08/17/2017 | 15732782072 |
| 58 | 739EB8A76A0350F7CA58F6464551E732BCED35C1 | Blacked Ra | 12/05/2017 15:52:49 | 11/03/2017 | 11/15/2017 | 16013254941 |
| 59 | 766E1C71FF552FF186850DD63CC9ECC58D923874 | Tushy | 09/05/2017 20:54:57 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 60 | 7905AE4A925E2DBCEE94BCB7378BC386D4262FAC | Blacked | 07/06/2017 19:43:58 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 61 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | Blacked | 11/19/2017 15:57:30 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 62 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | Blacked | 12/19/2017 14:42:25 | 12/06/2017 | 12/17/2017 | 16159688299 |
| 63 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 07/06/2017 21:56:43 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 64 | 8B1C8395C6384A39BAD288177712E59E563A0A1FE | Blacked Ra | 01/16/2018 17:37:29 | 01/02/2018 | 01/18/2018 | 16215824133 |
| 65 | 8B2F01B2576B1F5D6D9DE041CEC3D51135385DCF | Tushy | 05/08/2017 23:15:04 | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 66 | 8BCD4A6CFF98E3AF31332EF4A2835760D9ACA0D4 | Blacked Ra | 01/16/2018 18:19:05 | 12/23/2017 | 01/18/2018 | 16200020025 |
| 67 | 8DD74BAC881068002B2476A3A64C93B76826A9B9 | Tushy | 12/19/2017 16:00:46 | 12/02/2017 | 12/17/2017 | 16159649585 |
| 68 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | Blacked | 09/23/2017 02:07:27 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 69 | 933264A7E1BE372770286D56E1E2640F4BE36D81 | Tushy | 01/16/2018 19:09:40 | 12/22/2017 | 01/18/2018 | 16215823592 |
| 70 | 93F5B168E54B58089FE3A91AFDD542DF2935DBEC | Vixen | 07/21/2017 00:06:40 | 07/18/2017 | 08/10/2017 | PA0002046875 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | 963232B05435B68AAF26F8CA9D942BB02B953191 | Blacked Ra | 12/05/2017 17:03:25 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 72 | 9B5761C43053C4D647846D4270AD5085098C8B1A | Tushy | 09/05/2017 21:05:09 | 08/29/2017 | 09/07/2017 | 15894022439 |
| 73 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 08/25/2017 14:11:45 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 74 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | Tushy | 10/03/2017 16:41:56 | 09/18/2017 | 09/28/2017 | 15894022252 |
| 75 | 9D7B13403C4E2C6B859E0DC4057FD85C719268F3 | Blacked Ra | 01/16/2018 17:29:59 | 12/28/2017 | 01/18/2018 | 16215970231 |
| 76 | 9E77DF7FCCB30D04DC6500C39CC3EF0AA2B48257 | Blacked | 09/07/2017 15:06:01 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 77 | A1B3AA2B54E6D2E2175AA655B32E670F439BC91A | Tushy | 09/05/2017 21:04:55 | 07/30/2017 | 08/11/2017 | 15711086778 |
| 78 | A342244F2E0287F7EB6E8974418498488F8A7D7A5 | Vixen | 07/06/2017 21:56:31 | 06/18/2017 | 07/07/2017 | PA0002070833 |
| 79 | A4BE06D0EE2E16B1C2460B95713CBBF3FDF75F34 | Tushy | 06/05/2017 16:31:53 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 80 | A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B | Blacked | 09/23/2017 02:06:56 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 81 | A66737A2C0C052A322F7121CB249A59EEBB0E177 | Blacked | 06/05/2017 15:54:28 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 82 | A827B61B71B5F572AFF3A7E16BBA64710DF9E983 | Vixen | 12/28/2017 23:33:34 | 12/20/2017 | 01/18/2018 | 16199943862 |
| 83 | AB2C2652EC78AC4AD337CC03DF87E970DCED6443 | Blacked | 06/05/2017 15:52:17 | 06/04/2017 | 07/07/2017 | PA0002070826 |
| 84 | ACD24E9BA94D629D9B1A93628C0FF0A5F6B1BB2D | Blacked | 11/28/2017 17:07:49 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 85 | AD6A22039CC8991244277CB357C4B5E261731532 | Vixen | 10/03/2017 16:56:06 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 86 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 09/12/2017 18:13:20 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 87 | B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D | Blacked | 11/06/2017 22:01:08 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 88 | B219D12248F1CA666493E6415186170418E22D01 | Vixen | 12/19/2017 16:12:46 | 12/05/2017 | 12/17/2017 | 16159649863 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 89 | B630489F04C8118DAEF61613C751E2E19BBBB8C8 | Tushy | 01/04/2018 17:37:53 | 01/01/2018 | 01/18/2018 | 16215970489 |
| 90 | B8C4FC4A2D6EC42EECAF7D9FBA8EC87235AD5FF7 | Vixen | 10/03/2017 16:53:23 | 09/11/2017 | 09/20/2017 | PA0002052839 |
| 91 | B9266888029C4F2FE729EC54F40765EDAC6C4DAB | Vixen | 11/19/2017 21:16:41 | 11/15/2017 | 11/21/2017 | 16013342550 |
| 92 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 05/18/2017 14:14:24 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 93 | BCA8496FA0BD6249125FCE5E59416BB5DC98E522 | Blacked | 08/17/2017 20:40:01 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 94 | C081E6671CA990E5C94F9001B4F525B783D100EC | Vixen | 10/03/2017 21:18:51 | 10/01/2017 | 10/10/2017 | 15894022684 |
| 95 | C10F1DD79696BB0C387AA22E4F36C8E105F77445 | Vixen | 10/03/2017 20:34:28 | 09/21/2017 | 09/28/2017 | 15894022962 |
| 96 | C341AC19AAF42185652B5AD8AA85ADDC9ED72B2C | Vixen | 12/28/2017 23:19:06 | 12/25/2017 | 01/18/2018 | 16200019612 |
| 97 | C688832FC38778E650889B646710CDEF06A10719 | Blacked | 07/20/2017 23:54:47 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 98 | C8C2E5C41A5FD8B5D3E13C55DFEE59A6382FD068 | Blacked | 12/05/2017 13:56:30 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 99 | CA9C1A77C9BAC47BC3A59D3009DCAF3A4444BBA43 | Tushy | 11/28/2017 17:34:39 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 100 | CB9ABC2B058CADE2FA7C0BD6A20558DC0E46EB0D | Blacked | 06/27/2017 22:27:38 | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 101 | CC4C9F3139A74EA0F73EEEC68EFA9CE5594554F9 | Vixen | 01/04/2018 16:23:37 | 12/30/2017 | 01/18/2018 | PA0002070944 |
| 102 | CC4D89C30BD65D68546BCF62ACE381585BD879EF | Blacked | 05/08/2017 23:10:14 | 04/25/2017 | 06/15/2017 | PA0002037576 |
| 103 | CD6294A1E374A93144470B69751116A79B32C1E56 | Blacked Ra | 12/05/2017 16:56:02 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 104 | D426A2D6E52831784821746CD52676CA758A10BA | Tushy | 12/19/2017 15:59:27 | 12/07/2017 | 12/17/2017 | 16159649536 |
| 105 | D513F1B4A7C6B72B1F1CE73FCC38227A6251E4CA | Blacked | 06/27/2017 22:23:07 | 06/24/2017 | 07/07/2017 | PA0002070822 |
| 106 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | Blacked | 10/26/2017 14:22:21 | 10/12/2017 | 10/22/2017 | PA0002058296 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 107 | D789BCE0D78834D6638DD1902EE9F64A6F1378FA | Blacked | 05/18/2017 14:13:59 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 108 | DCD502ED09025BF60C90887175BEA55488E21911 | Tushy | 10/26/2017 16:02:26 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 109 | E077B1FF542F9813257F25F80DF621F1EC832879 | Vixen | 10/03/2017 17:03:43 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 110 | E10259BB09AFE9410D944641E94048900ADEF0F2 | Blacked | 12/28/2017 17:24:02 | 12/11/2017 | 12/17/2017 | 16159650140 |
| 111 | E1BE2B9807BF3103EF942AA5C8AD7045AD33B049 | Vixen | 01/16/2018 18:46:25 | 01/04/2018 | 01/18/2018 | PA0002070947 |
| 112 | E2EBA832DCA6A1E49CF200108E1C38BEC5DE2163 | Tushy | 01/16/2018 18:24:47 | 01/06/2018 | 01/18/2018 | 16215823819 |
| 113 | E46B81E1A71E3AC4E1FF3BC9B79FCF54E0D2AF00 | Blacked | 11/06/2017 22:06:36 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 114 | E4BB4B0185636612E25A2955F474B4494789F63C | Blacked | 10/26/2017 14:25:32 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 115 | E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE | Blacked | 09/12/2017 19:41:09 | 08/13/2017 | 08/17/2017 | 15732986356 |
| 116 | E940CB8C886320B4312438A426CAA262914B5B41 | Vixen | 01/16/2018 18:49:07 | 01/14/2018 | 01/20/2018 | 16223964582 |
| 117 | EB7AE91B0DD3565F29908CB6FB8ED993D709A162 | Blacked | 09/12/2017 19:51:15 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 118 | EDAA460FA5995B02EF111997AAC1E210CA5669F6 | Tushy | 05/08/2017 23:02:24 | 04/06/2017 | 06/05/2017 | PA0002050769 |
| 119 | EE39528C7065FF52B465D599BA395BF972CD06E6 | Blacked | 05/08/2017 23:16:15 | 04/30/2017 | 06/15/2017 | PA0002037580 |
| 120 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 10/26/2017 14:32:11 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 121 | F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD | Blacked | 08/17/2017 20:29:34 | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 122 | FD622BCB0843A8B0A5C4FAAD98CA90F0DC55A559 | Blacked | 10/03/2017 16:26:13 | 09/22/2017 | 10/02/2017 | PA0002057455 |