Honorable Thomas S. Zilly

# U.S. DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>    Defendant. | Case No. 2:17-cv-01731-TSZ<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S SECOND MOTION FOR A MORE DEFINITE STATEMENT** |

REQUEST FOR JUDICIAL NOTICE-1
CASE NO. 2:17-CV-01731-TSZ

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

## REQUEST FOR JUDICIAL NOTICE

Defendant JOHN DOE, subscriber assigned IP address 73.225.38.130, respectfully requests that, pursuant to Federal Rule of Evidence 201, the Court take judicial notice of the following:

**RJN 1** – Teing, Y.-Y., Ali, D., Choo, K.-K. R., &Yang, M. (2016). *Forensic investigation of P2P cloud storage services and backbone for IoT networks: BitTorrent Sync as a case study*. Computers and Electrical Engineering, (2016).

**RJN 2** – Bauer, K, McCoy. D, Grunwald, D, and Sicker, D *BITSTALKER: Accurately And Efficiently Monitoring Bittorrent Traffic*.

**RJN 3** – "*Functional Description of IPP International IP Tracker v1.2.1*" - Exhibit 1 to Declaration of Tobias Fieser in *Malibu Media, LLC V. John Does*, United States District Court, E.D. California, Case 2:12-cv-01513-JAM-DAD

**RJN 4** – Expert Report by Kal Toth.

Respectfully submitted on July 17, 2018    by:   /s/ *J. Curtis Edmondson*
J. Curtis Edmondson, WSBA #43795
3699 NE John Olsen Avenue Hillsboro, OR 97124
Telephone: (503) 336-3749
Email: jcedmondson@edmolaw.com
*Attorney for Defendant*

REQUEST FOR JUDICIAL NOTICE-2
CASE NO. 2:17-CV-01731-TSZ

# **CERTIFICATE OF SERVICE**

I, J. Curtis Edmondson, hereby certify that on July 17, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Bryan J. Case, WSBA #41781
>Email: bcase@foxrothschild.com
>FOX ROTHSCHILD LLP (SEATTLE)
>1001 Fourth Avenue, suite 4500
>Seattle, Washington 98154
>Telephone: (206) 624-3600
>
>Lincoln D. Bandlow, *Admitted Pro Hac Vice*
>Email: lbandlow@foxrothschild.com
>FOX ROTHSCHILD LLP (LOS ANGELES)
>10250 Constellation Blvd., Suite 900
>Los Angeles, California 90067
>Telephone: (310) 598-4150
>
>*Attorneys for Plaintiff Strike 3 Holdings LLC*

DATED this 17th day of July, 2018.

By:  /s/  *J. Curtis Edmondson*
J. Curtis Edmondson

PROOF OF SERVICE
CASE NO. 2:17-CV-01731-TSZ

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418