# EXHIBIT 1

**Exhibit A to the Complaint**

**Location:** Federal Way, WA  
**Total Works Infringed:** 87  
**IP Address:** 73.225.38.130  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number | |
|---|---|---|---|---|---|---|---|
| 1 | 1BC8C1ADCAA75C3EC9408C8CCBF5147863205E6C | Tushy | 9/5/2017 10:40:33 | 9/3/2017 | 9/10/2017 | PA0002052851 | |
| 2 | 0326E8923C58852725F5A7857833A4CD3E715289 | Tushy | 5/15/2017 4:40:00 | 5/6/2017 | 6/16/2017 | PA0002069288 | |
| 3 | 039F4779148D3E374D990283A83AC46A0219DAE9 | Vixen | 5/12/2017 6:25:29 | 4/19/2017 | 6/16/2017 | PA0002069291 | |
| 4 | 0CAB7415EAE003A2C3835DE5FC716759A49040B9 | Tushy | 7/5/2017 19:58:23 | 7/5/2017 | 7/6/2017 | PA0002041555 | NEW |
| 5 | 0CDEB18021838E8E2A694A7D16D9A45366CFABB6 | Blacked | 8/8/2017 21:54:29 | 8/8/2017 | 8/18/2017 | PA0002077679 | |
| 6 | 1278F4C4BF0B45678418F6CC8F8844DE4AB68C83 | Tushy | 5/15/2017 5:03:17 | 4/26/2017 | 6/15/2017 | PA0002037565 | NEW |
| 7 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 5/21/2017 18:02:17 | 5/5/2017 | 6/15/2017 | PA0002037591 | |
| 8 | 18A6F7D0E24D4FA3CC1589DE496D1AD9433CF09B | Blacked | 6/20/2017 1:03:31 | 6/19/2017 | 7/7/2017 | PA0002070823 | NEW |
| 9 | 1A032CB38BB2AF87DAF2B239A1A17B6C713EBC26 | Blacked | 8/12/2017 13:46:39 | 8/3/2017 | 8/17/2017 | PA0002077671 | |
| 10 | 1C2C06D480942F4FE7FDCED4759E93805E02B54B | Tushy | 5/24/2017 1:49:12 | 5/21/2017 | 6/22/2017 | PA0002039282 | |
| 11 | 1D1B18BB0C921D6E1A6D148E4542257B42A2469F | Tushy | 6/22/2017 8:52:38 | 6/20/2017 | 7/7/2017 | PA0002070816 | |
| 12 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | Blacked | 7/10/2017 20:05:40 | 7/9/2017 | 8/17/2017 | PA0002077662 | |
| 13 | 1D7E521CD7368013A7F1B28494A2AC43D8F99F0E | Vixen | 9/3/2017 5:01:06 | 9/1/2017 | 9/15/2017 | PA0002052845 | |
| 14 | 1D7E721AC3B8D955BBCAD8D62F57AF030BD1F315 | Vixen | 6/6/2017 10:18:02 | 6/3/2017 | 7/7/2017 | PA0002070834 | |
| 15 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 8/21/2017 10:03:46 | 8/19/2017 | 10/10/2017 | PA0002086140 | |
| 16 | 22C377CC65B1695E6470BFAF967C4C825391EF90 | Blacked | 8/1/2017 8:09:40 | 7/29/2017 | 8/11/2017 | PA0002046872 | |
| 17 | 24D6E127081B069994E81CA544B8FF3E3A0A33D3 | Tushy | 5/17/2017 6:35:34 | 5/16/2017 | 6/22/2017 | PA0002039300 | |

| # | Hash | Site | Date/Time | Date 2 | Date 3 | Reg # | |
|---|------|------|-----------|--------|--------|-------|---|
| 18 | 258961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 7/24/2017 17:24:34 | 7/23/2017 | 8/10/2017 | PA0002046877 | |
| 19 | 289FE7D65DFCFACB416832D12862105A2762841A | Blacked | 5/12/2017 5:45:47 | 5/10/2017 | 6/22/2017 | PA0002039285 | |
| 20 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 8/1/2017 5:04:24 | 7/30/2017 | 8/11/2017 | PA0002075051 | |
| 21 | 322F6ABAB019761A6FF3C1211AF75B28137F013F | Vixen | 6/9/2017 20:46:58 | 6/8/2017 | 7/7/2017 | PA0002070832 | |
| 22 | 34452073A3328CE2AF5FC73A5A8DDD4141E85B4A | Vixen | 8/23/2017 10:51:56 | 8/22/2017 | 9/15/2017 | PA0002052852 | |
| 23 | 374A3B65D604113BB3880FDACE83FD1EFED3CA7C | Tushy | 8/15/2017 12:51:18 | 8/14/2017 | 8/17/2017 | PA0002048391 | |
| 24 | 3945FEF635D609C3FB77DD4762FC2570E7E12D7C | Blacked | 5/21/2017 16:45:29 | 5/20/2017 | 6/22/2017 | PA0002039289 | |
| 25 | 3F3D4931127C380DD0AA05C298E26438267560BB | Vixen | 7/5/2017 4:23:31 | 6/28/2017 | 7/7/2017 | PA0002070828 | **NEW** |
| 26 | 408577469D1675504E89F205C619738007D08DD9 | Blacked | 6/9/2017 20:59:45 | 6/9/2017 | 7/7/2017 | PA0002070825 | |
| 27 | 4125860EC76C1E0880F652DA94EB84D375A64436 | Tushy | 8/5/2017 12:02:40 | 8/4/2017 | 8/17/2017 | PA0002077666 | |
| 28 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 8/26/2017 12:52:10 | 8/24/2017 | 9/15/2017 | PA0002052837 | |
| 29 | 48F5E3FE474EA76DE23D7D0A8F27ADA15F5C98D7 | Blacked | 7/20/2017 21:22:16 | 7/19/2017 | 8/11/2017 | PA0002046876 | |
| 30 | 4B86BC16D0E5A0983C578B61ED87BC62C55B116A | Vixen | 8/14/2017 12:50:09 | 8/12/2017 | 8/17/2017 | PA0002048373 | |
| 31 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 10/12/2017 21:12:29 | 10/8/2017 | 10/19/2017 | PA0002058298 | |
| 32 | 4FAE423CFA8C54409A4658429D7CB2B3E0F2E8B1 | Vixen | 9/27/2017 2:20:50 | 9/11/2017 | 9/15/2017 | PA0002052839 | |
| 33 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 9/16/2017 16:46:35 | 9/13/2017 | 10/10/2017 | PA0002086153 | |
| 34 | 5003D85013A07470D85A3250EF4B3393B6E2CB04 | Tushy | 7/12/2017 20:00:00 | 7/10/2017 | 8/18/2017 | PA0002077678 | |
| 35 | 5176733783D1199D43060681D7AE2D4E3B5C9AF9 | Blacked | 7/19/2017 22:47:58 | 7/14/2017 | 8/11/2017 | PA0002046878 | |
| 36 | 53FF1B4BD8FB69630FE0A67611FE747F902F6874 | Vixen | 7/20/2017 21:17:40 | 7/18/2017 | 8/10/2017 | PA0002046875 | |

| # | Hash | Site | Date/Time | Date 2 | Date 3 | Registration | Flag |
|---|---|---|---|---|---|---|---|
| 37 | 5A06B4EA4DB48984499F2E9EA7213220E835089D | Blacked | 6/16/2017 14:31:45 | 6/14/2017 | 7/7/2017 | PA0002070824 | |
| 38 | 5AA7FC6E46AEF9EC1227A939EADB3351AD495F12 | Vixen | 8/8/2017 23:27:09 | 8/7/2017 | 8/17/2017 | PA0002077669 | |
| 39 | 5C208E2ABF6083135CA52776A02D87442F215D60 | Tushy | 6/19/2017 18:46:28 | 6/15/2017 | 7/7/2017 | PA0002070815 | |
| 40 | 5F25F5C8970A1123950D8543F0C954308ECC9D12 | Tushy | 9/24/2017 16:04:53 | 9/23/2017 | 10/9/2017 | PA0002086134 | NEW |
| 41 | 6503CB2EAECE7FA2F1D71B98E41D6D845BF7B794 | Vixen | 8/18/2017 16:01:01 | 8/17/2017 | 10/10/2017 | PA0002086150 | |
| 42 | 6960957E412263AA671D4F7A15737527D71A7C08 | Tushy | 9/8/2017 22:40:10 | 9/8/2017 | 9/15/2017 | PA0002052841 | |
| 43 | 69AC2D8751ABF0FED5C443A1CE77A7C7529B7AC9 | Vixen | 5/10/2017 8:28:53 | 5/9/2017 | 6/22/2017 | PA0002039298 | |
| 44 | 6A53ECB874B094837053EB7B7142560F0A85A9C2 | Vixen | 9/22/2017 9:04:25 | 9/21/2017 | 10/10/2017 | PA0002086168 | |
| 45 | 6B9175E9708A1BE765BBDC6582A68A12E44A33E3 | Vixen | 7/14/2017 21:54:24 | 7/13/2017 | 8/10/2017 | PA0002046873 | |
| 46 | 72F519FE9EED3C466979E55CFEBF253309A8106C | Vixen | 5/16/2017 12:11:02 | 5/14/2017 | 6/22/2017 | PA0002039297 | |
| 47 | 74C66B184CB3F25F69326EF0C5529CDB680A8C47 | Vixen | 5/25/2017 3:53:11 | 5/24/2017 | 6/22/2017 | PA0002039294 | |
| 48 | 792198F0F41E1FFA44A67E62F451EC11B9B692EF | Vixen | 8/1/2017 8:35:59 | 7/28/2017 | 8/10/2017 | PA0002046871 | NEW |
| 49 | 7E4981D21DDD4B8D9EB5905B1B8A95461915A160 | Blacked | 8/24/2017 11:53:28 | 8/23/2017 | 10/10/2017 | PA0002086163 | |
| 50 | 82EC6E9F2A9287FD59C2B571FDC0CDED7EDDBB81 | Blacked | 7/5/2017 4:24:38 | 6/29/2017 | 7/7/2017 | PA0002070821 | |
| 51 | 8519F3BB18D38EB8472CD07987B1BC2224E7EC22 | Vixen | 11/9/2017 8:28:23 | 10/11/2017 | 10/19/2017 | PA0002090452 | NEW |
| 52 | 88D30B83D9E749F514380A5F2E9C3E876CF55431 | Tushy | 8/10/2017 10:01:43 | 8/9/2017 | 8/17/2017 | PA0002077673 | |
| 53 | 8D906EA439B8BF052A8D68240F71C6D9ACE1E17A | Vixen | 7/5/2017 15:34:08 | 7/3/2017 | 7/7/2017 | PA0002070827 | |
| 54 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 9/20/2017 9:40:12 | 8/27/2017 | 9/15/2017 | PA0002052843 | |
| 55 | 921AED6337A58B159CFAF9DADDFE2D91CDFF8AB3 | Tushy | 8/12/2017 11:16:39 | 6/25/2017 | 7/7/2017 | PA0002070817 | |

Case 2:17-cv-01731-TSZ    Document 43-1    Filed 07/03/18    Page 5 of 6

| # | Hash | Site | Date/Time | Date 2 | Date 3 | Reg # | Status |
|---|---|---|---|---|---|---|---|
| 56 | 94E00EDACF46F8763B4B28A29BEB83473AC2BA8E | Blacked | 11/22/2017 11:18:15 | 11/21/2017 | 1/4/2018 | PA0002069353 | **NEW** |
| 57 | 9B5E94F7A0C627798E8020DFAA9A28609D1AB82A | Tushy | 7/20/2017 21:27:58 | 7/20/2017 | 8/11/2017 | PA0002046869 | |
| 58 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 8/20/2017 9:20:56 | 8/18/2017 | 10/10/2017 | PA0002086146 | |
| 59 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | Tushy | 9/20/2017 11:43:04 | 9/18/2017 | 10/9/2017 | PA0002086139 | |
| 60 | 9E77DF7FCCB30D04DC6500C39CC3EF0AA2B48257 | Blacked | 9/6/2017 23:09:08 | 9/2/2017 | 9/15/2017 | PA0002052847 | |
| 61 | ABC004062B9F9CF37E9A3A57F4BEA161154EECAE | Vixen | 11/30/2017 20:59:54 | 9/26/2017 | 10/10/2017 | PA0002085861 | **NEW** |
| 62 | ABDFB02F5D20E29C32ABCE90A8478787DDA3C11D | Tushy | 6/12/2017 17:58:55 | 6/10/2017 | 7/7/2017 | PA0002074096 | |
| 63 | AE6A89DD0FB4978EAC561028F9FB06AA0A8D7E6A | Tushy | 5/10/2017 9:29:30 | 5/1/2017 | 6/15/2017 | PA0002037577 | |
| 64 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 9/8/2017 22:15:20 | 9/7/2017 | 9/15/2017 | PA0002052840 | |
| 65 | B2EC2056C7699F25A118F23E36BB74FC7D3B7131 | Vixen | 7/9/2017 14:25:35 | 7/8/2017 | 8/17/2017 | PA0002077664 | |
| 66 | B80F62F292E7B77184DC0BCF80ECE23CF7B23D15 | Tushy | 9/29/2017 10:28:52 | 9/28/2017 | 10/10/2017 | PA0002086160 | |
| 67 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 5/16/2017 12:04:06 | 5/15/2017 | 6/22/2017 | PA0002039283 | |
| 68 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | Tushy | 6/6/2017 10:39:33 | 6/5/2017 | 7/7/2017 | PA0002074097 | |
| 69 | C59734C1DC4D87F563ABE2D6E371C12FD12FC7D9 | Blacked | 11/2/2017 9:05:02 | 10/22/2017 | 11/21/2017 | PA0002063627 | **NEW** |
| 70 | C6965A70345AC1C86DD34737BF381734CA301655 | Vixen | 12/1/2017 12:28:34 | 10/1/2017 | 10/10/2017 | PA0002086155 | **NEW** |
| 71 | D2B9C8834073E3BF4B55F7BF45C7EA7BE5903569 | Blacked | 5/31/2017 11:36:18 | 5/30/2017 | 6/22/2017 | PA0002039295 | |
| 72 | DB6040CB19308F376554AC18F5C883139311322D | Blacked | 11/7/2017 1:43:58 | 9/17/2017 | 10/10/2017 | PA0002086174 | **NEW** |
| 73 | DCE0631B0833B899B8A4C577203A87AD00BD2B8B | Blacked | 11/13/2017 1:30:20 | 11/11/2017 | 11/27/2017 | PA0002098000 | **NEW** |
| 74 | DCE1E033042DA8E7CFC7CEC42B7D21201BEDFD57 | Tushy | 7/5/2017 13:13:53 | 6/30/2017 | 7/7/2017 | PA0002070818 | |

| # | Hash | Site | Date/Time | Date 2 | Date 3 | Registration | |
|---|---|---|---|---|---|---|---|
| 75 | E132114F31A37161B83D12BCE6320B65DE025C9B | Vixen | 6/20/2017 1:02:34 | 6/18/2017 | 7/7/2017 | PA0002070833 | |
| 76 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | Tushy | 8/1/2017 0:20:55 | 7/25/2017 | 8/11/2017 | PA0002046870 | |
| 77 | E272AF63D15A4277BF857E93B225717C76F3DA9D | Tushy | 5/15/2017 7:43:19 | 5/11/2017 | 6/22/2017 | PA0002039286 | |
| 78 | E4BB4B0185636612E25A2955F474B4494789F63C | Blacked | 10/12/2017 23:51:21 | 10/7/2017 | 10/19/2017 | PA0002058300 | |
| 79 | E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE | Blacked | 8/14/2017 12:40:23 | 8/13/2017 | 8/17/2017 | PA0002077675 | |
| 80 | E8910563DE2084C48C6A8C5801457339745A09FA | Vixen | 5/31/2017 11:21:03 | 5/29/2017 | 6/22/2017 | PA0002039292 | **NEW** |
| 81 | EC31FAD9EF2492EACCD767B4A6E207BBF2765F0E | Blacked | 9/13/2017 14:24:29 | 9/12/2017 | 9/15/2017 | PA0002052846 | |
| 82 | F1132ADEB75DD2EA99B249DD70902C74E9DA7884 | Tushy | 9/3/2017 5:00:03 | 8/29/2017 | 10/10/2017 | PA0002086144 | |
| 83 | F28E401CBB99CFB32E0808B7662BC50A9C5F64AD | Blacked | 11/10/2017 0:59:33 | 9/22/2017 | 10/10/2017 | PA0002057455 | **NEW** |
| 84 | F8A92532C263D3E3497FF27A3FE569FF7BF15E37 | Blacked | 5/15/2017 6:09:04 | 4/25/2017 | 6/15/2017 | PA0002037576 | |
| 85 | F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD | Blacked | 7/5/2017 15:25:57 | 7/4/2017 | 7/7/2017 | PA0002070819 | |
| 86 | FF7A5EE06C927438A3CAABC69D774D9CEACA8B9F | Tushy | 7/17/2017 19:52:12 | 7/15/2017 | 8/11/2017 | PA0002075050 | |
| 87 | FFD7D4C0A301487B3A11CBF1B3FC16410D42AEA0 | Vixen | 9/6/2017 23:08:24 | 9/6/2017 | 9/15/2017 | PA0002052844 | |