# EXHIBIT 2

**Exhibit A to the Complaint**

**Location:** Federal Way, WA  **IP Address:** 73.225.38.130
**Total Works Infringed:** 80  **ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 1BC8C1ADCAA75C3EC9408C8CCBF5147863205E6C | Tushy | 09/05/2017 10:40:33 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 2 | 0326E8923C58852725F5A7857833A4CD3E715289 | Tushy | 05/15/2017 04:40:00 | 05/06/2017 | 06/15/2017 | 15389210313 |
| 3 | 039F4779148D3E374D990283A83AC46A0219DAE9 | Vixen | 05/12/2017 06:25:29 | 04/19/2017 | 06/15/2017 | 15389210409 |
| 4 | 0CDEB18021838E8E2A694A7D16D9A45366CFABB6 | Blacked | 08/08/2017 21:54:29 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 5 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 05/21/2017 18:02:17 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 6 | 1A032CB38BB2AF87DAF2B239A1A17B6C713EBC26 | Blacked | 08/12/2017 13:46:39 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 7 | 1C2C06D480942F4FE7FDCED4759E93805E02B54B | Tushy | 05/24/2017 01:49:12 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 8 | 1D1B18BB0C921D6E1A6D148E4542257B42A2469F | Tushy | 06/22/2017 08:52:38 | 06/20/2017 | 07/06/2017 | 15584063275 |
| 9 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | Blacked | 07/10/2017 20:05:40 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 10 | 1D7E521CD7368013A7F1B28494A2AC43D8F99F0E | Vixen | 09/03/2017 05:01:06 | 09/01/2017 | 09/07/2017 | PA0002052845 |
| 11 | 1D7E721AC3B8D955BBCAD8D62F57AF030BD1F315 | Vixen | 06/06/2017 10:18:02 | 06/03/2017 | 07/06/2017 | 15584691685 |
| 12 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 08/21/2017 10:03:46 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 13 | 22C377CC65B1695E6470BFAF967C4C825391EF90 | Blacked | 08/01/2017 08:09:40 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 14 | 24D6E127081B069994E81CA544B8FF3E3A0A33D3 | Tushy | 05/17/2017 06:35:34 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 15 | 258961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 07/24/2017 17:24:34 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 16 | 289FE7D65DFCFACB416832D12862105A2762841A | Blacked | 05/12/2017 05:45:47 | 05/10/2017 | 06/22/2017 | PA0002039285 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number | |
|---|---|---|---|---|---|---|---|
| 17 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 08/01/2017 05:04:24 | 07/30/2017 | 08/11/2017 | 15711086778 | |
| 18 | 322F6ABAB019761A6FF3C1211AF75B28137F013F | Vixen | 06/09/2017 20:46:58 | 06/08/2017 | 07/06/2017 | 15584691637 | |
| 19 | 337A87F18ACD71687C3733C359197601B44E39FF | Vixen | 06/01/2017 09:40:11 | 05/29/2017 | 06/22/2017 | PA0002039292 | REMOVED FROM FAC |
| 20 | 34452073A3328CE2AF5FC73A5A8DDD4141E85B4A | Vixen | 08/23/2017 10:51:56 | 08/22/2017 | 09/07/2017 | PA0002052852 | |
| 21 | 374A3B65D604113BB3880FDACE83FD1EFED3CA7C | Tushy | 08/15/2017 12:51:18 | 08/14/2017 | 08/17/2017 | PA0002048391 | |
| 22 | 3945FEF635D609C3FB77DD4762FC2570E7E12D7C | Blacked | 05/21/2017 16:45:29 | 05/20/2017 | 06/22/2017 | PA0002039289 | |
| 23 | 408577469D1675504E89F205C619738007D08DD9 | Blacked | 06/09/2017 20:59:45 | 06/09/2017 | 07/06/2017 | 15584064165 | |
| 24 | 4125860EC76C1E0880F652DA94EB84D375A64436 | Tushy | 08/05/2017 12:02:40 | 08/04/2017 | 08/17/2017 | 15732903865 | |
| 25 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 08/26/2017 12:52:10 | 08/24/2017 | 08/24/2017 | PA0002052837 | |
| 26 | 48F5E3FE474EA76DE23D7D0A8F27ADA15F5C98D7 | Blacked | 07/20/2017 21:22:16 | 07/19/2017 | 08/11/2017 | PA0002046876 | |
| 27 | 49F03BF24CE42C3AFFA968C9CFE37DB55B3B555E | Tushy | 09/28/2017 18:38:00 | 04/26/2017 | 06/15/2017 | PA0002037565 | REMOVED FROM FAC |
| 28 | 4B86BC16D0E5A0983C578B61ED87BC62C55B116A | Vixen | 08/14/2017 12:50:09 | 08/12/2017 | 08/17/2017 | 15732986308 | |
| 29 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 10/12/2017 21:12:29 | 10/08/2017 | 10/22/2017 | PA0002058298 | |
| 30 | 4FAE423CFA8C54409A4658429D7CB2B3E0F2E8B1 | Vixen | 09/27/2017 02:20:50 | 09/11/2017 | 09/20/2017 | PA0002052839 | |
| 31 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 09/16/2017 16:46:35 | 09/13/2017 | 09/25/2017 | 15894022635 | |
| 32 | 5003D85013A07470D85A3250EF4B3393B6E2CB04 | Tushy | 07/12/2017 20:00:00 | 07/10/2017 | 08/17/2017 | 15732782072 | |
| 33 | 5176733783D1199D43060681D7AE2D4E3B5C9AF9 | Blacked | 07/19/2017 22:47:58 | 07/14/2017 | 08/11/2017 | PA0002046878 | |
| 34 | 53FF1B4BD8FB69630FE0A67611FE747F902F6874 | Vixen | 07/20/2017 21:17:40 | 07/18/2017 | 08/10/2017 | PA0002046875 | |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number | |
|---|---|---|---|---|---|---|---|
| 35 | 5A06B4EA4DB48984499F2E9EA7213220E835089D | Blacked | 06/16/2017 14:31:45 | 06/14/2017 | 07/06/2017 | 15584064117 | |
| 36 | 5AA7FC6E46AEF9EC1227A939EADB3351AD495F12 | Vixen | 08/08/2017 23:27:09 | 08/07/2017 | 08/17/2017 | 15732904013 | |
| 37 | 5C208E2ABF6083135CA52776A02D87442F215D60 | Tushy | 06/19/2017 18:46:28 | 06/15/2017 | 07/06/2017 | 15583057198 | |
| 38 | 64683F0353A903719B39E742A35B975B17849BF7 | Vixen | 09/01/2017 13:56:38 | 07/28/2017 | 08/10/2017 | PA0002046871 | REMOVED FROM FAC |
| 39 | 6503CB2EAECE7FA2F1D71B98E41D6D845BF7B794 | Vixen | 08/18/2017 16:01:01 | 08/17/2017 | 08/24/2017 | 15894022586 | |
| 40 | 6960957E412263AA671D4F7A15737527D71A7C08 | Tushy | 09/08/2017 22:40:10 | 09/08/2017 | 09/20/2017 | PA0002052841 | |
| 41 | 69AC2D8751ABF0FED5C443A1CE77A7C7529B7AC9 | Vixen | 05/10/2017 08:28:53 | 05/09/2017 | 06/22/2017 | PA0002039298 | |
| 42 | 6A53ECB874B094837053EB7B7142560F0A85A9C2 | Vixen | 09/22/2017 09:04:25 | 09/21/2017 | 09/28/2017 | 15894022962 | |
| 43 | 6B9175E9708A1BE765BBDC6582A68A12E44A33E3 | Vixen | 07/14/2017 21:54:24 | 07/13/2017 | 08/10/2017 | PA0002046873 | |
| 44 | 72F519FE9EED3C466979E55CFEBF253309A8106C | Vixen | 05/16/2017 12:11:02 | 05/14/2017 | 06/22/2017 | PA0002039297 | |
| 45 | 74C66B184CB3F25F69326EF0C5529CDB680A8C47 | Vixen | 05/25/2017 03:53:11 | 05/24/2017 | 06/22/2017 | PA0002039294 | |
| 46 | 7E4981D21DDD4B8D9EB5905B1B8A95461915A160 | Blacked | 08/24/2017 11:53:28 | 08/23/2017 | 08/24/2017 | 15894022831 | |
| 47 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 10/12/2017 19:03:36 | 06/28/2017 | 07/06/2017 | 15584691463 | REMOVED FROM FAC |
| 48 | 82EC6E9F2A9287FD59C2B571FDC0CDED7EDDBB81 | Blacked | 07/05/2017 04:24:38 | 06/29/2017 | 07/06/2017 | 15584063973 | |
| 49 | 88D30B83D9E749F514380A5F2E9C3E876CF55431 | Tushy | 08/10/2017 10:01:43 | 08/09/2017 | 08/17/2017 | 15732986259 | |
| 50 | 8D906EA439B8BF052A8D68240F71C6D9ACE1E17A | Vixen | 07/05/2017 15:34:08 | 07/03/2017 | 07/06/2017 | 15584691415 | |
| 51 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 09/20/2017 09:40:12 | 08/27/2017 | 09/07/2017 | PA0002052843 | |
| 52 | 921AED6337A58B159CFAF9DADDFE2D91CDFF8AB3 | Tushy | 08/12/2017 11:16:39 | 06/25/2017 | 07/06/2017 | 15584063333 | |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | 9B5E94F7A0C627798E8020DFAA9A28609D1AB82A | Tushy | 07/20/2017 21:27:58 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 54 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 08/20/2017 09:20:56 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 55 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | Tushy | 09/20/2017 11:43:04 | 09/18/2017 | 09/28/2017 | 15894022252 |
| 56 | 9E1EEE10CC32609ECC2542444366C4BBDC969CB5 | Vixen | 09/17/2017 09:29:18 | 09/16/2017 | 09/25/2017 | 15894022913 **REMOVED FROM FAC** |
| 57 | 9E77DF7FCCB30D04DC6500C39CC3EF0AA2B48257 | Blacked | 09/06/2017 23:09:08 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 58 | ABDFB02F5D20E29C32ABCE90A8478787DDA3C11D | Tushy | 06/12/2017 17:58:55 | 06/10/2017 | 07/06/2017 | 15583057070 |
| 59 | AE6A89DD0FB4978EAC561028F9FB06AA0A8D7E6A | Tushy | 05/10/2017 09:29:30 | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 60 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 09/08/2017 22:15:20 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 61 | B2EC2056C7699F25A118F23E36BB74FC7D3B7131 | Vixen | 07/09/2017 14:25:35 | 07/08/2017 | 08/17/2017 | 15732903239 |
| 62 | B80F62F292E7B77184DC0BCF80ECE23CF7B23D15 | Tushy | 09/29/2017 10:28:52 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 63 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 05/16/2017 12:04:06 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 64 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | Tushy | 06/06/2017 10:39:33 | 06/05/2017 | 07/06/2017 | 15583057012 |
| 65 | CB9ABC2B058CADE2FA7C0BD6A20558DC0E46EB0D | Blacked | 06/24/2017 00:42:22 | 06/19/2017 | 07/06/2017 | 15584064069 **REMOVED FROM FAC** |
| 66 | D2B9C8834073E3BF4B55F7BF45C7EA7BE5903569 | Blacked | 05/31/2017 11:36:18 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 67 | DCE1E033042DA8E7CFC7CEC42B7D21201BEDFD57 | Tushy | 07/05/2017 13:13:53 | 06/30/2017 | 07/06/2017 | 15584063421 |
| 68 | E132114F31A37161B83D12BCE6320B65DE025C9B | Vixen | 06/20/2017 01:02:34 | 06/18/2017 | 07/06/2017 | 15584691891 |
| 69 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | Tushy | 08/01/2017 00:20:55 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 70 | E272AF63D15A4277BF857E93B225717C76F3DA9D | Tushy | 05/15/2017 07:43:19 | 05/11/2017 | 06/22/2017 | PA0002039286 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number | |
|---|---|---|---|---|---|---|---|
| 71 | E4BB4B0185636612E25A2955F474B4494789F63C | Blacked | 10/12/2017 23:51:21 | 10/07/2017 | 10/22/2017 | PA0002058300 | |
| 72 | E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE | Blacked | 08/14/2017 12:40:23 | 08/13/2017 | 08/17/2017 | 15732986356 | |
| 73 | EC31FAD9EF2492EACCD767B4A6E207BBF2765F0E | Blacked | 09/13/2017 14:24:29 | 09/12/2017 | 09/20/2017 | PA0002052846 | |
| 74 | F1132ADEB75DD2EA99B249DD70902C74E9DA7884 | Tushy | 09/03/2017 05:00:03 | 08/29/2017 | 09/07/2017 | 15894022439 | |
| 75 | F4A9F0567219CB991D41B5AD34DCA1CB04591497 | Tushy | 09/25/2017 11:19:11 | 09/23/2017 | 10/02/2017 | 15893930182 | **REMOVED FROM FAC** |
| 76 | F77021A22716CC4E2F1154DBDF60A3891FF84DE1 | Tushy | 09/29/2017 10:33:06 | 07/05/2017 | 07/06/2017 | PA0002041555 | **REMOVED FROM FAC** |
| 77 | F8A92532C263D3E3497FF27A3FE569FF7BF15E37 | Blacked | 05/15/2017 06:09:04 | 04/25/2017 | 06/15/2017 | PA0002037576 | |
| 78 | F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD | Blacked | 07/05/2017 15:25:57 | 07/04/2017 | 07/06/2017 | 15584063685 | |
| 79 | FF7A5EE06C927438A3CAABC69D774D9CEACA8B9F | Tushy | 07/17/2017 19:52:12 | 07/15/2017 | 08/10/2017 | 15711014757 | |
| 80 | FFD7D4C0A301487B3A11CBF1B3FC16410D42AEA0 | Vixen | 09/06/2017 23:08:24 | 09/06/2017 | 09/14/2017 | PA0002052844 | |