Honorable Thomas S. Zilly

# U.S. DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>　　　　Plaintiff,<br>vs.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>　　　　Defendant. | **Case No. 2:17-cv-01731-TSZ**<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR A MORE DEFINITE STATEMENT** |
| JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>　　　　Counter-claimant,<br>vs.<br><br>STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>　　　　Counter-defendant | |

REQUEST FOR JUDICIAL NOTICE-1
CASE NO. 2:17-CV-01731-TSZ

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

## REQUEST FOR JUDICIAL NOTICE

Defendant JOHN DOE, subscriber assigned IP address 73.225.38.130, respectfully requests that, pursuant to Federal Rule of Evidence 201, the Court take judicial notice of the following:

**RJN 1** – Research Article: K. Bauer, D. McCoy, D. Grunwald and D. Sicker, "*BitStalker: Accurately and efficiently monitoring bittorrent traffic*" 2009 First IEEE International Workshop on Information Forensics and Security (WIFS), London, 2009, pp. 181-185. doi: 10.1109/WIFS.2009.5386457

**RJN 2** – Research Article: R. Padmanabhan, A. Dhamdhere, E.Aben, kc claffy, and N.Spring. "*Reasons Dynamic Addresses Change*". In Proceedings of the 2016 Internet Measurement Conference (2016). ACM, New York, NY, USA, 183-198. doi:: https://doi.org/10.1145/2987443.2987461

Respectfully submitted on August 9, 2018     by:   /s/ *J. Curtis Edmondson*
J. Curtis Edmondson, WSBA #43795
3699 NE John Olsen Avenue Hillsboro, OR 97124
Telephone: (503) 336-3749
Email: jcedmondson@edmolaw.com
*Attorney for Defendant*

REQUEST FOR JUDICIAL NOTICE-2
CASE NO. 2:17-CV-01731-TSZ

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

## **CERTIFICATE OF SERVICE**

I, J. Curtis Edmondson, hereby certify that on August 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Bryan J. Case, WSBA #41781
> Email: bcase@foxrothschild.com
> FOX ROTHSCHILD LLP (SEATTLE)
> 1001 Fourth Avenue, suite 4500
> Seattle, Washington 98154
> Telephone: (206) 624-3600
>
> Lincoln D. Bandlow, *Admitted Pro Hac Vice*
> Email: lbandlow@foxrothschild.com
> FOX ROTHSCHILD LLP (LOS ANGELES)
> 10250 Constellation Blvd., Suite 900
> Los Angeles, California 90067
> Telephone: (310) 598-4150
>
> *Attorneys for Plaintiff Strike 3 Holdings LLC*

DATED this 9th day of August, 2018.

By: /s/ *J. Curtis Edmondson*
J. Curtis Edmondson

PROOF OF SERVICE
CASE NO. 2:17-CV-01731-TSZ

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418