Honorable Thomas S. Zilly

# U.S. DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>  Defendant. | Case No. 2:17-cv-01731-TSZ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL RESPONSES TO DEFENDANT'S REQUST FOR PRODUCTION OF DOCUMENTS SET ONE** |
| JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>  Counter-claimant,<br><br>vs.<br><br>STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>  Counter-defendant | |

-1-

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL**
CASE NO. 2:17-CV-01731-TSZ

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

# [PROPOSED] ORDER

The Court, has reviewed and considered Defendant's Motion to Compel Responses to Defendant's Request for Production of Documents, Set One, including the exhibits, and declaration in support thereof, the other related papers and pleadings on file herein, and with good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiff must provide documents requested in Defendant's Request for Production of Documents, Set One, without objections, within ten (10) days of this Order.

SO ORDERED:

Dated _____  _____

United States District Court

[PROPOSED] ORDER GRANTING
MOTION TO COMPEL
CASE No. 2:17-CV-01731-TSZ

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

# CERTIFICATE OF SERVICE

I, J. Curtis Edmondson, hereby certify that on August 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Bryan J. Case, WSBA #41781
>Email: bcase@foxrothschild.com
>FOX ROTHSCHILD LLP (SEATTLE)
>1001 Fourth Avenue, suite 4500
>Seattle, Washington 98154
>Telephone: (206) 624-3600
>
>Lincoln D. Bandlow, *Admitted Pro Hac Vice*
>Email: lbandlow@foxrothschild.com
>FOX ROTHSCHILD LLP (LOS ANGELES)
>10250 Constellation Blvd., Suite 900
>Los Angeles, California 90067
>Telephone: (310) 598-4150

*Attorneys for Plaintiff Strike 3 Holdings LLC*

DATED this 9th day of August, 2018.

By: /s/ *J. Curtis Edmondson*
J. Curtis Edmondson

PROOF OF SERVICE
CASE NO. 2:17-CV-01731-TSZ

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418