Honorable Thomas S. Zilly

# U.S. DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>Defendant. | **Case No. 2:17-cv-01731-TSZ**<br><br>**DECLARATION OF J. CURTIS EDMONDSON IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL RESPONSES TO DEFENDANT'S REQUST FOR PRODUCTION OF DOCUMENTS, SET ONE**<br><br>**NOTING DATE:**<br>**FRIDAY, AUGUST 31, 2018**<br><br>**ORAL ARGUMENT REQUESTED** |
| JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>Counter-claimant,<br><br>vs.<br><br>STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>Counter-defendant | |

DECLARATION OF J. CURTIS EDMONDSON IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL RESPONSES TO DEFENDANT'S REQUST FOR PRODUCTION OF DOCUMENTS,  SET ONE - 1

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave.
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

I, J. CURTIS EDMONDSON, declare as follows:

1. I am an attorney licensed to practice law within the States of California, Washington, and the District of Columbia. I am admitted to several district and federal appellate courts.

2. I am counsel of record for Defendant JOHN DOE, subscriber assigned IP address 73.225.38.130 ("Doe") in this matter. I have handled over 30 bittorrent cases for defendants in various districts across the United States.

3. **Exhibit 1** is a true and correct copy of Doe's Request for Production of Documents, Set One, served on May 31, in this matter.

4. **Exhibit 2** is a true and correct copy of the objections served by Strike 3 to Doe's Request for Production of Documents, Set One.

5. **Exhibit 3** is a true and correct copy meet and confer summary letter sent on August 2, 2018.

6. On August 3, 2018 the parties had another telephonic meet and confer with counsel J. Curtis Edmondson, Kiren Rockenstein, Bryan Case, and Lincoln Bandlow on this discovery issue.

7. **Exhibit 4** is a true correct copy of a follow up email chain between counsel.

8. All of the documents requested are relevant to Plaintiff's claims and their defenses.

I swear under the penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on:   August 8, 2018

/s/ *J. Curtis Edmondson*

J. CURTIS EDMONDSON
Declarant

DECLARATION OF J. CURTIS EDMONDSON IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL RESPONSES TO DEFENDANT'S REQUST FOR PRODUCTION OF DOCUMENTS,  SET ONE - 2

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave.
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

# CERTIFICATE OF SERVICE

I, J. Curtis Edmondson, hereby certify that on August 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Bryan J. Case, WSBA #41781
>Email: bcase@foxrothschild.com
>FOX ROTHSCHILD LLP (SEATTLE)
>1001 Fourth Avenue, suite 4500
>Seattle, Washington 98154
>Telephone: (206) 624-3600
>
>Lincoln D. Bandlow, *Admitted Pro Hac Vice*
>Email: lbandlow@foxrothschild.com
>FOX ROTHSCHILD LLP (LOS ANGELES)
>10250 Constellation Blvd., Suite 900
>Los Angeles, California 90067
>Telephone: (310) 598-4150
>
>*Attorneys for Plaintiff Strike 3 Holdings LLC*

DATED this 9th day of August, 2018.

By: /s/ *J. Curtis Edmondson*
J. Curtis Edmondson

---

DECLARATION OF J. CURTIS EDMONDSON IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL RESPONSES TO DEFENDANT'S REQUST FOR PRODUCTION OF DOCUMENTS, SET ONE - 3

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave.
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418