The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

STRIKE 3 HOLDINGS, LLC, a Delaware corporation,

Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 73.225.38.130,

Defendant.

Case No. 2:17-cv-01731-TSZ

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the above-captioned action and all claims asserted therein *without prejudice.* Defendant John Doe has neither answered Plaintiff's Amended Complaint nor filed a motion for summary judgment.

DATED this 24th day of August, 2018.

FOX ROTHSCHILD LLP


*s/ Bryan J. Case*
Bryan J. Case, WSBA #41781
Lincoln Bandlow, admitted Pro Hac Vice (CSBA #170449)
Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL WITHOUT
PREJUDICE (2:17-CV-01731-TSZ) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

61681229.v1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

| | |
|---|---|
| J. Curtis Edmondson, WSBA #43795 | ☑  Via CM/ECF |
| 399 NE John Olsen Avenue | Via U.S. Mail |
| Hillsboro, Oregon 97124 | Via Messenger Delivery |
| Telephone: (503) 336-3749 | Via Overnight Courier |
| Email: jcedmondson@edmolaw.com | Via Facsimile |

DATED this 24th day of August, 2018.

_Melinda R. Sullivan_
Melinda R. Sullivan
Legal Administrative Assistant

NOTICE OF VOLUNTARY DISMISSAL WITHOUT
PREJUDICE (2:17-CV-01731-TSZ) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

61681229.v1