The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 73.225.38.130, <br><br> Defendant. | Case No.: 2:17-cv-01731-TSZ <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY** |

NOTICE OF SUPPLEMENTAL
AUTHORITY - 2:17-cv-01731-TSZ

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

1

Pursuant to Local Rules W.D. Wash. LCR 7(n), counsel for Defendant John Doe subscriber assigned IP address 73.225.38.130 ("Defendant") hereby submit the recent Ninth Circuit opinion issued by Judge McKeown in *Cobbler Nevada, LLC v Thomas Gonzalez,* No. 17-35041 (9th Cir., 2018). Exhibit 1.

The summary of the opinion is provided below.

> The panel affirmed the district court's dismissal of an action under the Copyright Act, alleging direct and contributory infringement of plaintiff's copyrights in a film.
> Plaintiff alleged unauthorized downloading and distribution of the film through peer-to-peer BitTorrent networks. The panel held that the bare allegation that the defendant was the registered subscriber of an Internet Protocol address associated with infringing activity was insufficient to state a claim for direct or contributory infringement. The panel also held that the district court did not abuse its discretion in awarding attorney's fees to the defendant under 17 U.S.C. § 505

Respectfully submitted on September 28, 2018

                                                by:   /s/ *J. Curtis Edmondson*

                                                J. Curtis Edmondson, WSBA #43795
                                                3699 NE John Olsen Avenue Hillsboro, OR 97124
                                                Telephone: (503) 336-3749
                                                Email: jcedmondson@edmolaw.com
                                                *Attorney for Defendant*

NOTICE OF SUPPLEMENTAL
AUTHORITY  - 2:17-cv-01731-TSZ

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

2

# CERTIFICATE OF SERVICE

I, J. Curtis Edmondson, hereby certify that on September 28, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Bryan J. Case, WSBA #41781
>Email: bcase@foxrothschild.com
>FOX ROTHSCHILD LLP (SEATTLE)
>1001 Fourth Avenue, suite 4500
>Seattle, Washington 98154
>Telephone: (206) 624-3600
>
>Lincoln D. Bandlow, *Admitted Pro Hac Vice*
>Email: lbandlow@foxrothschild.com
>FOX ROTHSCHILD LLP (LOS ANGELES)
>10250 Constellation Blvd., Suite 900
>Los Angeles, California 90067
>Telephone: (310) 598-4150
>
>*Attorneys for Plaintiff Strike 3 Holdings LLC*

DATED this 28th day of September, 2018.

>By: /s/ *J. Curtis Edmondson*
>J. Curtis Edmondson

NOTICE OF SUPPLEMENTAL
AUTHORITY - 2:17-cv-01731-TSZ

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

3