UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STRIKE 3 HOLDINGS, LLC,

        Plaintiff,

v.

JOHN DOE (73.225.38.130),

        Defendant.

C17-1731 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' joint motion, docket no. 59, is GRANTED, and the deadline set forth in the Minute Order entered October 24, 2018, docket no. 58, for the parties to file an updated Joint Status Report is EXTENDED to November 21, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of November, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1