Hon. Thomas S. Zilly

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.225.38.130,<br><br>   Defendant.<br>_____<br><br>JOHN DOE subscriber assigned IP address 73.225.38.130,<br><br>   Counterclaimant,<br>vs.<br><br>STRIKE 3 HOLDINGS, LLC,<br><br>   Counterdefendant. | Case No.: 2:17-cv-01731-TSZ<br><br>JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE THE SECOND AMENDED COUNTERCLAIMS AND [PROPOSED] ORDER<br><br>Noting Date: 01-03-2019/ LCR 10(g) (SAME DAY) |

Whereas:

STRIKE 3 HOLDINGS, LLC and JOHN DOE subscriber assigned IP address *73.225.38.130* have stipulated to extend time so that JOHN DOE subscriber assigned IP address

[PROPOSED]  STIP AND ORDER

Page 1

*73.225.38.130* may file the Second Amended Counterclaims (SACC) on or before January 4, 2019.  This is to correct an error in the IP address used in the Pleadings.

This correction does not change the effect of prior rulings of this Court, namely the Copyright Misuse Counterclaim is dismissed.

Defendant will answer the SACC by January 18, 2019.

So Stipulated:

/s/ J. Curtis Edmondson, Attorney for the Defendant

/s/ Lincoln Bandlow,  Attorney for the Plaintiff (Pro Hac Vice)

/s/ Bryan Case, Attorney for the Plaintiff

Presented By: /s/ J. Curtis Edmondson, Attorney for the Defendant

**WHEREAS:**

JOHN DOE subscriber assigned IP address *73.225.38.130* may file the Second Amended Counterclaims on or before Jan 11th, 2018.

SO ORDERED:

Dated this ___rd day of January, 2019

_____
UNITED STATES DISTRICT JUDGE