UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STRIKE 3 HOLDINGS, LLC,

        Plaintiff,

v.

JOHN DOE (73.225.38.130),

        Defendant.

C17-1731 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court treats the parties' stipulation, docket no. 63, as a joint motion for leave to amend the pleadings, and GRANTS such motion. Defendant's Second Amended Counterclaims, docket no. 64, and plaintiff's Answer thereto, docket no. 65, are deemed timely filed and shall constitute the operative pleadings in this matter.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of January, 2019.

                                William M. McCool
                                Clerk

                                s/Karen Dews
                                Deputy Clerk