Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>　　　　Defendant. | Case No.: 2:17-cv-01731-TSZ<br><br>**DECLARATION OF BRYAN CASE IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER TO VACATE, POSTPONE, AND/OR LIMIT DEPOSITION OF GREG LANSKY** |

I, Bryan J. Case, declare as follows:

1.  I am over the age of 18 and am otherwise competent to make this declaration. I am one of the attorneys representing Plaintiff Strike 3 Holdings, LLC ("Strike 3") in the above-captioned matter. I offer this declaration in support of Strike 3's Motion for a Protective Order ("Motion"). This declaration is based on my personal knowledge and, if called upon to do so, I could and would testify that the facts stated herein are true and accurate.

2.  On February 6, 2019, I conducted a telephonic discovery conference with Defendant's counsel, Mr. J. Curtis Edmonson, regarding Defendant's request to depose Mr. Greg Lansky. I informed Mr. Edmonson that Defendant's proposed deposition of Mr. Lansky was

CASE DECLARATION IN SUPPORT OF MOTION FOR PROTECTIVE ORDER (2:17-CV-01731-TSZ) - 1

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

171719\00002\88304390.v1

1 impermissible under the Federal Rules of Civil Procedure and applicable law—as outlined in Strike 3's Motion filed herewith.  Mr. Edmonson disagreed.  Accordingly, I informed him that Mr. Lansky would not be appearing for his deposition and that Strike 3 would file a motion for protective order.

3. I certify, in accordance with Fed.R.Civ. P. 26(c)(1) and Local Civil Rules 26(c)(1) and 37(a)(1), that I conferred with Mr. Edmondson in good faith to resolve this discovery dispute without court action.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is, to the best of my knowledge, true and correct.

DATED this 7th day of February, 2019, in Seattle, Washington.

_/s/ Bryan J. Case_____
Bryan J. Case

---

CASE DECLARATION IN SUPPORT OF MOTION FOR PROTECTIVE ORDER (2:17-CV-01731-TSZ) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

171719\00002\88304390.v1

# CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will notify the following persons of such filing:

| | |
|---|---|
| J. Curtis Edmondson, WSBA #43795<br>3699 NW John Olsen Place<br>Hillsboro, OR 97124<br>Telephone: (503) 336-3749<br>Email: jcedmondson@edmolaw.com | ☑ Via CM/ECF<br>☐ Via U.S. Mail<br>☐ Via Messenger Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |

DATED this 7th day of February, 2019.

_____
Courtney R. Tracy
Legal Administrative Assistant

BANDLOW DECLARATION IN SUPPORT OF MOTION FOR
PROTECTIVE ORDER (2:17-CV-01731-TSZ) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

171719\00002\88304390.v1