Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>            Defendant. | Case No.: 2:17-cv-01731-TSZ<br><br>**DECLARATION OF GREG LANSKY IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER TO VACATE, POSTPONE, AND/OR LIMIT DEPOSITION OF GREG LANSKY** |

I, Gregory Aouizerate *a.k.a.* Greg Lansky, declare as follows:

1.     My name is Greg Lansky. I am over the age of 18 and am otherwise competent to make this declaration. I am a member of General Media Systems, LLC ("GMS"), the parent company that owns Plaintiff Strike 3 Holdings, LLC ("Strike 3"). I am the co-founder of Strike 3 and Strike 3's most well-known partner and figurehead. I offer this declaration in support of Strike 3's Motion for a Protective Order. This declaration is based on my personal knowledge and, if called upon to do so, I could and would testify that the facts stated herein are true and accurate.

2.     At Strike 3, I oversee matters pertaining to branding, long term vision, and company development. I am not directly involved in, or have any unique personal knowledge about Strike 3's national litigation efforts to prosecute infringement of its copyrighted works—including any such

LANSKY DECLARATION IN SUPPORT OF MOTION FOR PROTECTIVE ORDER (2:17-CV-01731-TSZ) - 1

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

171719\00002\87320729.v1

efforts taken in the above-captioned case.  Moreover, I have obtained whatever limited knowledge I have with respect to Strike 3's litigation matters from lower-level officers and numerous employees within our company, all of whom would be more qualified to testify to the matters relevant here. Further, whatever relevant knowledge I have with respect to the creation and/or ownership of Strike 3's works is known by several lower-level officers and employees within our company.

3. If given the opportunity, I am prepared to promptly designate an individual (or individuals, if appropriate) who will best represent Strike 3 in deposition and be the most knowledgeable and capable person to answer whatever relevant questions Defendant may have.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is, to the best of my knowledge, true and correct.

DATED this 6th day of February, 2019, in West Hollywood, California.

_____
Gregory Aouizerate *a.k.a* Greg Lansky

LANSKY DECLARATION IN SUPPORT OF MOTION
FOR PROTECTIVE ORDER (2:17-CV-01731-TSZ) - 2

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

171719\00002\87320729.v1

# CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will notify the following persons of such filing:

| | |
|---|---|
| J. Curtis Edmondson, WSBA #43795<br>3699 NW John Olsen Place<br>Hillsboro, OR 97124<br>Telephone: (503) 336-3749<br>Email: jcedmondson@edmolaw.com | ☑ Via CM/ECF<br>☐ Via U.S. Mail<br>☐ Via Messenger Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |

DATED this 7th day of February, 2019.

_____
Courtney R. Tracy
Legal Administrative Assistant

LANSKY DECLARATION IN SUPPORT OF MOTION FOR
PROTECTIVE ORDER (2:17-CV-01731-TSZ) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

171719\00002\87320729.v1