**U.S. DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation, | Case No. 2:17-cv-01731-TSZ |
| Plaintiff, | DEFENDANT'S REQUESTS FOR ADMISSION TO PLAINTIFF |
| vs. | SET: ONE |
| JOHN DOE, subscriber assigned IP address 73.225.38.130, | |
| Defendant. | |

**PROPOUNDING PARTY:**   **JOHN DOE, subscriber assigned IP address 73.225.38.130**

**RESPONDING PARTY:**   **STRIKE 3 HOLDINGS, LLC**

**SET NUMBER:**   **ONE (1)**

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

## DEFENDANT'S REQUESTS FOR ADMISSION TO PLAINTIFF SET ONE

Pursuant to Fed.R.Civ.P. 36, Defendant, JOHN DOE subscriber assigned IP address 73.225.38.130 ("DOE"), hereby requests Plaintiff, STRIKE 3 HOLDINGS, LLC ("S3H") answer the following admissions, under oath, and served within 30 days on Defendant's counsel by mail at 3699 NE John Olsen Ave., Hillsboro, Oregon 97124, and by email to jcedmondson@edmolaw.com, with a copy to kirenr@edmolaw.com.

## DEFINITIONS

1.      "Complaint" shall mean the complaint, filed in this action on November 16, 2017, including attached exhibits. Complaint is attached as Exhibit 1 hereto.

2.      If not expressly stated, "control" means in your possession, custody, or control and includes documents and things in the possession, custody, or control of any other person in your house, apartment, dwelling, and/or business.

3.      "Exhibit A" refers to Exhibit A attached to the Complaint.

4.      "Infringement Detection" shall mean any computer program, manual method, automated method, third party service, and/or any process for determining that the Defendant has infringed the Plaintiff's Works as alleged in the Complaint.

5.      "IP Address" means the IP address 73.225.38.130.

6.      "IPP" means Plaintiff's investigator, IPP International U.G.

7.      "Plaintiff" shall mean "STRIKE 3 HOLDINGS, LLC", the Plaintiff in this action.

8.      "Related to" and "in relation to" shall mean directly or indirectly, refer to, reflect, describe, pertain to, arise out of or in connection with, or in any way legally, logically, or factually be connected with the matter discussed.

EDMONDSON IP LAW
Venture Commerce Center, 3699 NE John Olsen Ave
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

9.     "STRIKE 3 HOLDINGS, LLC" and "S3H" refers to Plaintiff, Strike 3 Holdings, LLC, including its employees, agents, servants, subsidiaries, parent company, affiliated company, and any other person or entity acting or purporting to act on its behalf or under its control.

10.     "Subject Hash" means each of the 80 hashes identified in Exhibit A, Column 2, labeled Hash. Each Subject Hash will be referred to by the number assigned to it in Exhibit A. For example, Subject Hash 1 refers to the hash referenced in row 1, column 2 of Exhibit A.

11.     "Used" means connected the device to a computer or other device, connected the device to a power source, stored files on the device, copied files to the device, copied files from the device, erased files from the device, accessed files on the device, viewed files on the device, or engaged in any combination of the foregoing.

12.     "Work" means each of the 80 works identified in Exhibit A, Column 1, labeled Work. Each Work will be referred to by the number assigned to it in Exhibit A. For example, Work 1 refers to the Work referenced in row 1 of Exhibit A.

13.     "You" or "Your" refers to the person upon whom this request was propounded and any other person(s) or entity(ies) acting or purporting to act on your behalf or under your control.

14.     The words "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope hereof any responses to interrogatories, documents, or communications, which might otherwise be construed to be outside the scope hereof.

EDMONDSON IP LAW
Venture Commerce Center, 3699 NE John Olsen Ave
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

## <u>REQUESTS FOR ADMISSION</u>

**REQUEST 1**: Admit that a monthly subscription to *www.blacked.com* is $29.95.

**REQUEST 2**: Works 4, 5, 6, 9, 13, 16, 22, 23, 26, 33, 35, 46, 48, 54, 57, 60, 63, 65, 66, 71, 72, 73, 77, and/or 78 are available to view and download for a monthly subscription to *www.blacked.com*.

**REQUEST 3**: Admit that a monthly subscription to *www.tushy.com* is $29.95.

**REQUEST 4:** Admit that Works 1, 2, 7, 8, 12, 14, 17, 21, 24, 25, 27, 29, 31, 32, 37, 40, 49, 52, 53, 55, 58, 59, 62, 64, 67, 69, 70, 74, 75, 76, and/or 79 are available to view and download for a monthly subscription to *www.tushy.com*.

**REQUEST 5:** Admit that a monthly subscription to *www.vixen.com* is $29.95.

**REQUEST 6:** Admit that Works 3, 10, 11, 15, 18, 19, 20, 28, 30, 34, 36, 38, 39, 41, 42, 43, 44, 45, 47, 50, 51, 56, 61, 68, and/or 80 are available to view and download for a monthly subscription to *www.vixen.com*.

**REQUEST 7:** Admit that the UTC date and time in column 4 of Exhibit A corresponds to the date at which IPP observed the corresponding Work being downloaded by the IP Address.

**REQUEST 8:** Admit that each Subject Hash corresponds to a Work that is at least 30 mins in length.

Dated: <u>June 19, 2018</u>

Respectfully submitted,
/s/ J. Curtis Edmondson
Attorney for DOE

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation, | Case No.: |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| vs. | **JURY DEMAND** |
| JOHN DOE subscriber assigned IP address 73.225.38.130, | |
| Defendant. | |

Plaintiff, Strike 3 Holdings, LLC, brings this complaint against John Doe subscriber assigned IP address 73.225.38.130, and alleges as follows:

<u>**Introduction**</u>

1.      This is a case about the ongoing and wholesale copyright infringement of Plaintiff's motion pictures by Defendant, currently known only by an IP address.

2.      Plaintiff, Strike 3 Holdings, LLC ("Strike 3" or "Plaintiff") is the owner of award winning, critically acclaimed adult motion pictures.

3.      Strike 3's motion pictures are distributed through the *Blacked*, *Tushy*, and *Vixen* adult websites and DVDs.  With more than 20 million unique visitors to its websites each month, the brands are famous for redefining adult content, creating high-end, artistic, and

COMPLAINT

performer-inspiring motion pictures produced with a Hollywood style budget and quality.

4. Defendant is, in a word, stealing these works on a grand scale. Using the BitTorrent protocol, Defendant is committing rampant and wholesale copyright infringement by downloading Strike 3's motion pictures as well as distributing them to others. Defendant did not infringe just one or two of Strike 3's motion pictures, but has been recorded infringing 80 movies over an extended period of time.

5. Although Defendant attempted to hide this theft by infringing Plaintiff's content anonymously, Defendant's Internet Service Provider ("ISP"), Comcast Cable Communications, LLC ("Comcast Cable"), can identify Defendant through his or her IP address 73.225.38.130.

6. This is a civil action seeking damages under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. (the "Copyright Act").

## Jurisdiction and Venue

7. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338 (jurisdiction over copyright actions).

8. This Court has personal jurisdiction over Defendant because Defendant used an Internet Protocol address ("IP address") traced to a physical address located within this District to commit copyright infringement. Therefore (i) Defendant committed the tortious conduct alleged in this Complaint in this State; and, (ii) Defendant resides in this State and/or; (iii) Defendant has engaged in substantial – and not isolated – business activity in this State.

9. Plaintiff used IP address geolocation technology by Maxmind Inc. ("Maxmind"), an industry-leading provider of IP address intelligence and online fraud detection tools, to determine that Defendant's IP address traced to a physical address in this District. Over 5,000 companies, along with United States federal and state law enforcement, use Maxmind's GeoIP data to locate Internet visitors, perform analytics, enforce digital rights, and efficiently route Internet traffic.

COMPLAINT

FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

2

10.     Pursuant to 28 U.S.C. § 1391(b) and (c), venue is proper in this district because: (i) a substantial part of the events or omissions giving rise to the claims occurred in this District; and, (ii) the Defendant resides (and therefore can be found) in this District and resides in this State.  Additionally, venue is proper in this District pursuant 28 U.S.C. § 1400(a) (venue for copyright cases) because Defendant or Defendant's agent resides or may be found in this District.

## Parties

11.     Strike 3 is a Delaware limited liability company located at 2140 S. Dupont Hwy, Camden, DE.

12.     Plaintiff currently can only identify Defendant by his or her IP address.  Defendant's IP address is 73.225.38.130.  Defendant's name and address can be provided by Defendant's Internet Service Provider.

## Factual Background

### Plaintiff's Award-Winning Copyrights

13.     Strike 3's subscription based websites proudly boast a paid subscriber base that is one of the highest of any adult-content sites in the world.  Strike 3 also licenses its motion pictures to popular broadcasters and Strike 3's motion pictures are the number one selling adult DVDs in the United States.

14.     Strike 3's motion pictures and websites have won numerous awards, such as "best cinematography," "best new studio," and "adult site of the year."  One of Strike 3's owners, two-time director of the year Greg Lansky, has been dubbed the adult film industry's "answer to Steven Spielberg."

15.     Strike 3's motion pictures have had positive global impact, leading more adult studios to invest in better content, higher pay for performers, and to treat each performer with respect and like an artist.

16.     Unfortunately, Strike 3, like a large number of other makers of motion picture

COMPLAINT

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

3

and television works, has a major problem with Internet piracy.   Often appearing among the most infringed popular entertainment content on torrent websites, Strike 3's motion pictures are among the most pirated content in the world.

***Defendant Used the BitTorrent File Distribution Network to Infringe Plaintiff's Copyrights***

17.     BitTorrent is a system designed to quickly distribute large files over the Internet. Instead of downloading a file, such as a movie, from a single source, BitTorrent users are able to connect to the computers of other BitTorrent users in order to simultaneously download and upload pieces of the file from and to other users.

18.     To use BitTorrent to download a movie, the user has to obtain a "torrent" file for that movie, from a torrent website.  The torrent file contains instructions for identifying the Internet addresses of other BitTorrent users who have the movie, and for downloading the movie from those users.  Once a user downloads all of the pieces of that movie from the other BitTorrent users, the movie is automatically reassembled into its original form, ready for playing.

19.     BitTorrent's popularity stems from the ability of users to directly interact with each other to distribute a large file without creating a heavy load on any individual source computer and/or network.  It enables Plaintiff's motion pictures, which are often filmed in state of the art 4kHD, to be transferred quickly and efficiently.  Moreover, BitTorrent is designed so that the more files a user offers for download to others, the faster the user's own downloads become.  In this way, each user benefits from illegally distributing other's content and violating copyright laws.

20.     Each piece of a BitTorrent file is assigned a unique cryptographic hash value.

21.     The cryptographic hash value of the piece ("piece hash") acts as that piece's unique digital fingerprint.  Every digital file has one single possible cryptographic hash value correlating to it.  The BitTorrent protocol utilizes cryptographic hash values to ensure each piece is properly routed amongst BitTorrent users as they engage in file sharing.

COMPLAINT

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

22.     The entirety of the digital media file also has a unique cryptographic hash value ("file hash"), which acts as a digital fingerprint identifying the digital media file (e.g. a movie). Once infringers complete the downloading of all pieces which comprise a digital media file, the BitTorrent software uses the file hash to determine that the file is complete and accurate.

23.     Defendant used the BitTorrent file network to illegally download and distribute Plaintiff's copyrighted motion pictures.

24.     Plaintiff's investigator, IPP International U.G. ("IPP") established direct TCP/IP connections with the Defendant's IP address as outlined on Exhibit A while Defendant was using the BitTorrent file distribution network.

25.     While Defendant was infringing, IPP downloaded from Defendant one or more pieces of the digital media files containing Strike 3's motion pictures listed on Exhibit A ("Works").

26.     A full copy of each digital media file was downloaded from the BitTorrent file distribution network, and it was confirmed through independent calculation that the file hash correlating to each file matched the file hash downloaded by Defendant.

27.     Defendant downloaded, copied, and distributed a complete copy of Plaintiff's Works without authorization.

28.     At no point was Plaintiff's copyrighted content uploaded by IPP to any BitTorrent user.

29.     The digital media files have been verified to contain a digital copy of a motion picture that is identical (or alternatively, strikingly similar or substantially similar) to Plaintiff's corresponding original copyrighted Works.

30.     Defendant's infringement is continuous and ongoing.  Absent this lawsuit, Plaintiff knows of no way to effectively prevent Defendant from infringing Plaintiff's motion pictures.

31.     Plaintiff owns the copyrights to the Works and the Works have either been

COMPLAINT

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

1  registered with the United States Copyright Office or have pending copyright registrations.  The

2  United States Copyright Office registration information for the Works, including the registration

3  number, is outlined on Exhibit A.

4        32.     For Plaintiff's Works that are still pending registration, a complete application,

5  fees, and deposit materials for copyright registration have been received by the Copyright

6  Office in compliance with the Copyright Act, 17 U.S.C. §§ 101, et seq.  The application number

7  is listed on Exhibit A.

8        33.     Plaintiff is entitled to seek statutory damages and attorneys' fees under 17 U.S.C.

9  § 501 of the United States Copyright Act.

## Cause of Action

### Direct Copyright Infringement

12        34.     The allegations contained in paragraphs 1-33 are hereby re-alleged as if fully set

13  forth herein.

14        35.     Plaintiff is the owner of the Works, which is an original work of authorship.

15        36.     Defendant copied and distributed the constituent elements of Plaintiff's Works

16  using the BitTorrent protocol.

17        37.     At no point in time did Plaintiff authorize, permit or consent to Defendant's

18  distribution of its Works, expressly or otherwise.

19        38.     As a result of the foregoing, Defendant violated Plaintiff's exclusive right to:

20       (A)     Reproduce its Works in copies, in violation of 17 U.S.C. §§ 106(1) and 501;

21       (B)     Distribute copies of the Works to the public by sale or other transfer of

22  ownership, or by rental, lease or lending, in violation of 17 U.S.C. §§ 106(3) and 501;

23       (C)     Perform the copyrighted Works, in violation of 17 U.S.C. §§ 106(4) and 501, by

24  showing the Works' images in any sequence and/or by making the sounds accompanying the

25  Works' audible and transmitting said performance of the work, by means of a device or process,

26  to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's

27

28  COMPLAINT

FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

definitions of "perform" and "publically" perform); and

(D)     Display the copyrighted Works, in violation of 17 U.S.C. §§ 106(5) and 501, by showing individual images of the works non-sequentially and transmitting said display of the works by means of a device or process to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definition of "publicly" display).

39.     Defendant's infringements were committed "willfully" within the meaning of 17 U.S.C. § 504(c)(2).

## Jury Demand

Pursuant to Fed. R. Civ. P. 38, Plaintiff respectfully demands a trial by jury of all issues so triable.

## Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that the Court:

(A)     Permanently enjoin Defendant from continuing to infringe Plaintiff's copyrighted Works;

(B)     Order that Defendant delete and permanently remove the digital media files relating to Plaintiff's Works from each of the computers under Defendant's possession, custody or control;

(C)     Order that Defendant delete and permanently remove the infringing copies of the Works Defendant has on computers under Defendant's possession, custody or control;

(D)     Award Plaintiff statutory damages per infringed work pursuant to 17 U.S.C. § 504(a) and (c);

(E)     Award Plaintiff its reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505; and

(F)     Grant Plaintiff any other and further relief this Court deems just and proper.

COMPLAINT

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

7

DATED this 16th day of November 2017

<strong>FOX ROTHSCHILD LLP</strong>

By: /s/ Bryan J. Case
Bryan J. Case, WSBA #41781
1001 Fourth Avenue Suite 4500
Seattle, WA 98154
Telephone: 206-625-3600
Facsimile: 206-389-1708
Email: bcase@foxrothschild.com

*Attorneys for Plaintiff*

COMPLAINT

**Exhibit A to the Complaint**

**Location:** Federal Way, WA          **IP Address:** 73.225.38.130

**Total Works Infringed:** 80          **ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|------|------|------|-----|-----------|--------------------|------------|
| 1 | 1BC8C1ADCAA75C3EC9408C8CCBF5147863205E6C | Tushy | 09/05/2017 10:40:33 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 2 | 0326E8923C58852725F5A7857833A4CD3E715289 | Tushy | 05/15/2017 04:40:00 | 05/06/2017 | 06/15/2017 | 15389210313 |
| 3 | 039F4779148D3E374D990283A83AC46A0219DAE9 | Vixen | 05/12/2017 06:25:29 | 04/19/2017 | 06/15/2017 | 15389210409 |
| 4 | 0CDEB18021838E8E2A694A7D16D9A45366CFABB6 | Blacked | 08/08/2017 21:54:29 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 5 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 05/21/2017 18:02:17 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 6 | 1A032CB38BB2AF87DAF2B239A1A17B6C713EBC26 | Blacked | 08/12/2017 13:46:39 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 7 | 1C2C06D480942F4FE7FDCED4759E93805E02B54B | Tushy | 05/24/2017 01:49:12 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 8 | 1D1B18BB0C921D6E1A6D148E4542257B42A2469F | Tushy | 06/22/2017 08:52:38 | 06/20/2017 | 07/06/2017 | 15584063275 |
| 9 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | Blacked | 07/10/2017 20:05:40 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 10 | 1D7E521CD7368013A7F1B28494A2AC43D8F99F0E | Vixen | 09/03/2017 05:01:06 | 09/01/2017 | 09/07/2017 | PA0002052845 |
| 11 | 1D7E721AC3B8D955BBCAD8D62F57AF030BD1F315 | Vixen | 06/06/2017 10:18:02 | 06/03/2017 | 07/06/2017 | 15584691685 |
| 12 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 08/21/2017 10:03:46 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 13 | 22C377CC65B1695E6470BFAF967C4C825391EF90 | Blacked | 08/01/2017 08:09:40 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 14 | 24D6E127081B069994E81CA544B8FF3E3A0A33D3 | Tushy | 05/17/2017 06:35:34 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 15 | 258961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 07/24/2017 17:24:34 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 16 | 289FE7D65DFCFACB416832D12862105A2762841A | Blacked | 05/12/2017 05:45:47 | 05/10/2017 | 06/22/2017 | PA0002039285 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|------|------|------|-----|-----------|-------------------|------------|
| 17 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 08/01/2017 05:04:24 | 07/30/2017 | 08/11/2017 | 15711086778 |
| 18 | 322F6ABAB019761A6FF3C1211AF75B28137F013F | Vixen | 06/09/2017 20:46:58 | 06/08/2017 | 07/06/2017 | 15584691637 |
| 19 | 337A87F18ACD71687C3733C359197601B44E39FF | Vixen | 06/01/2017 09:40:11 | 05/29/2017 | 06/22/2017 | PA0002039292 |
| 20 | 34452073A3328CE2AF5FC73A5A8DDD4141E85B4A | Vixen | 08/23/2017 10:51:56 | 08/22/2017 | 09/07/2017 | PA0002052852 |
| 21 | 374A3B65D604113BB3880FDACE83FD1EFED3CA7C | Tushy | 08/15/2017 12:51:18 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 22 | 3945FEF635D609C3FB77DD4762FC2570E7E12D7C | Blacked | 05/21/2017 16:45:29 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 23 | 408577469D1675504E89F205C619738007D08DD9 | Blacked | 06/09/2017 20:59:45 | 06/09/2017 | 07/06/2017 | 15584064165 |
| 24 | 4125860EC76C1E0880F652DA94EB84D375A64436 | Tushy | 08/05/2017 12:02:40 | 08/04/2017 | 08/17/2017 | 15732903865 |
| 25 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 08/26/2017 12:52:10 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 26 | 48F5E3FE474EA76DE23D7D0A8F27ADA15F5C98D7 | Blacked | 07/20/2017 21:22:16 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 27 | 49F03BF24CE42C3AFFA968C9CFE37DB55B3B555E | Tushy | 09/28/2017 18:38:00 | 04/26/2017 | 06/15/2017 | PA0002037565 |
| 28 | 4B86BC16D0E5A0983C578B61ED87BC62C55B116A | Vixen | 08/14/2017 12:50:09 | 08/12/2017 | 08/17/2017 | 15732986308 |
| 29 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 10/12/2017 21:12:29 | 10/08/2017 | 10/22/2017 | PA0002058298 |
| 30 | 4FAE423CFA8C54409A4658429D7CB2B3E0F2E8B1 | Vixen | 09/27/2017 02:20:50 | 09/11/2017 | 09/20/2017 | PA0002052839 |
| 31 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 09/16/2017 16:46:35 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 32 | 5003D85013A07470D85A3250EF4B3393B6E2CB04 | Tushy | 07/12/2017 20:00:00 | 07/10/2017 | 08/17/2017 | 15732782072 |
| 33 | 5176733783D1199D43060681D7AE2D4E3B5C9AF9 | Blacked | 07/19/2017 22:47:58 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 34 | 53FF1B4BD8FB69630FE0A67611FE747F902F6874 | Vixen | 07/20/2017 21:17:40 | 07/18/2017 | 08/10/2017 | PA0002046875 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 5A06B4EA4DB48984499F2E9EA7213220E835089D | Blacked | 06/16/2017 14:31:45 | 06/14/2017 | 07/06/2017 | 15584064117 |
| 36 | 5AA7FC6E46AEF9EC1227A939EADB3351AD495F12 | Vixen | 08/08/2017 23:27:09 | 08/07/2017 | 08/17/2017 | 15732904013 |
| 37 | 5C208E2ABF6083135CA52776A02D87442F215D60 | Tushy | 06/19/2017 18:46:28 | 06/15/2017 | 07/06/2017 | 15583057198 |
| 38 | 64683F0353A903719B39E742A35B975B17849BF7 | Vixen | 09/01/2017 13:56:38 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 39 | 6503CB2EAECE7FA2F1D71B98E41D6D845BF7B794 | Vixen | 08/18/2017 16:01:01 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 40 | 6960957E412263AA671D4F7A15737527D71A7C08 | Tushy | 09/08/2017 22:40:10 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 41 | 69AC2D8751ABF0FED5C443A1CE77A7C7529B7AC9 | Vixen | 05/10/2017 08:28:53 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 42 | 6A53ECB874B094837053EB7B7142560F0A85A9C2 | Vixen | 09/22/2017 09:04:25 | 09/21/2017 | 09/28/2017 | 15894022962 |
| 43 | 6B9175E9708A1BE765BBDC6582A68A12E44A33E3 | Vixen | 07/14/2017 21:54:24 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 44 | 72F519FE9EED3C466979E55CFEBF253309A8106C | Vixen | 05/16/2017 12:11:02 | 05/14/2017 | 06/22/2017 | PA0002039297 |
| 45 | 74C66B184CB3F25F69326EF0C5529CDB680A8C47 | Vixen | 05/25/2017 03:53:11 | 05/24/2017 | 06/22/2017 | PA0002039294 |
| 46 | 7E4981D21DDD4B8D9EB5905B1B8A95461915A160 | Blacked | 08/24/2017 11:53:28 | 08/23/2017 | 08/24/2017 | 15894022831 |
| 47 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 10/12/2017 19:03:36 | 06/28/2017 | 07/06/2017 | 15584691463 |
| 48 | 82EC6E9F2A9287FD59C2B571FDC0CDED7EDDBB81 | Blacked | 07/05/2017 04:24:38 | 06/29/2017 | 07/06/2017 | 15584063973 |
| 49 | 88D30B83D9E749F514380A5F2E9C3E876CF55431 | Tushy | 08/10/2017 10:01:43 | 08/09/2017 | 08/17/2017 | 15732986259 |
| 50 | 8D906EA439B8BF052A8D68240F71C6D9ACE1E17A | Vixen | 07/05/2017 15:34:08 | 07/03/2017 | 07/06/2017 | 15584691415 |
| 51 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 09/20/2017 09:40:12 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 52 | 921AED6337A58B159CFAF9DADDFE2D91CDFF8AB3 | Tushy | 08/12/2017 11:16:39 | 06/25/2017 | 07/06/2017 | 15584063333 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|------|------|------|-----|-----------|-------------------|------------|
| 53 | 9B5E94F7A0C627798E8020DFAA9A28609D1AB82A | Tushy | 07/20/2017 21:27:58 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 54 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 08/20/2017 09:20:56 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 55 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | Tushy | 09/20/2017 11:43:04 | 09/18/2017 | 09/28/2017 | 15894022252 |
| 56 | 9E1EEE10CC32609ECC2542444366C4BBDC969CB5 | Vixen | 09/17/2017 09:29:18 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 57 | 9E77DF7FCCB30D04DC6500C39CC3EF0AA2B48257 | Blacked | 09/06/2017 23:09:08 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 58 | ABDFB02F5D20E29C32ABCE90A8478787DDA3C11D | Tushy | 06/12/2017 17:58:55 | 06/10/2017 | 07/06/2017 | 15583057070 |
| 59 | AE6A89DD0FB4978EAC561028F9FB06AA0A8D7E6A | Tushy | 05/10/2017 09:29:30 | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 60 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 09/08/2017 22:15:20 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 61 | B2EC2056C7699F25A118F23E36BB74FC7D3B7131 | Vixen | 07/09/2017 14:25:35 | 07/08/2017 | 08/17/2017 | 15732903239 |
| 62 | B80F62F292E7B77184DC0BCF80ECE23CF7B23D15 | Tushy | 09/29/2017 10:28:52 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 63 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 05/16/2017 12:04:06 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 64 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | Tushy | 06/06/2017 10:39:33 | 06/05/2017 | 07/06/2017 | 15583057012 |
| 65 | CB9ABC2B058CADE2FA7C0BD6A20558DC0E46EB0D | Blacked | 06/24/2017 00:42:22 | 06/19/2017 | 07/06/2017 | 15584064069 |
| 66 | D2B9C8834073E3BF4B55F7BF45C7EA7BE5903569 | Blacked | 05/31/2017 11:36:18 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 67 | DCE1E033042DA8E7CFC7CEC42B7D21201BEDFD57 | Tushy | 07/05/2017 13:13:53 | 06/30/2017 | 07/06/2017 | 15584063421 |
| 68 | E132114F31A37161B83D12BCE6320B65DE025C9B | Vixen | 06/20/2017 01:02:34 | 06/18/2017 | 07/06/2017 | 15584691891 |
| 69 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | Tushy | 08/01/2017 00:20:55 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 70 | E272AF63D15A4277BF857E93B225717C76F3DA9D | Tushy | 05/15/2017 07:43:19 | 05/11/2017 | 06/22/2017 | PA0002039286 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|------|------|------|-----|-----------|--------------------|------------|
| 71 | E4BB4B0185636612E25A2955F474B4494789F63C | Blacked | 10/12/2017 23:51:21 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 72 | E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE | Blacked | 08/14/2017 12:40:23 | 08/13/2017 | 08/17/2017 | 15732986356 |
| 73 | EC31FAD9EF2492EACCD767B4A6E207BBF2765F0E | Blacked | 09/13/2017 14:24:29 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 74 | F1132ADEB75DD2EA99B249DD70902C74E9DA7884 | Tushy | 09/03/2017 05:00:03 | 08/29/2017 | 09/07/2017 | 15894022439 |
| 75 | F4A9F0567219CB991D41B5AD34DCA1CB04591497 | Tushy | 09/25/2017 11:19:11 | 09/23/2017 | 10/02/2017 | 15893930182 |
| 76 | F77021A22716CC4E2F1154DBDF60A3891FF84DE1 | Tushy | 09/29/2017 10:33:06 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 77 | F8A92532C263D3E3497FF27A3FE569FF7BF15E37 | Blacked | 05/15/2017 06:09:04 | 04/25/2017 | 06/15/2017 | PA0002037576 |
| 78 | F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD | Blacked | 07/05/2017 15:25:57 | 07/04/2017 | 07/06/2017 | 15584063685 |
| 79 | FF7A5EE06C927438A3CAABC69D774D9CEACA8B9F | Tushy | 07/17/2017 19:52:12 | 07/15/2017 | 08/10/2017 | 15711014757 |
| 80 | FFD7D4C0A301487B3A11CBF1B3FC16410D42AEA0 | Vixen | 09/06/2017 23:08:24 | 09/06/2017 | 09/14/2017 | PA0002052844 |

## CERTIFICATE OF SERVICE

I am employed in the County of Washington, in the State of Oregon. I am over the age of 18 and not a party to the within action. My business address is 3699 NE John Olsen Ave, Hillsboro, Oregon 97124.

On June 19, 2018, I hereby certify that I served DEFENDANT'S REQUESTS FOR ADMISSION TO PLAINTIFF – SET ONE by delivering said document, by mail and email to:

Bryan J. Case, WSBA #41781
Email: bcase@foxrothschild.com
FOX ROTHSCHILD LLP (SEATTLE)
1001 Fourth Avenue, suite 4500
Seattle, Washington 98154
Telephone: (206) 624-3600

Lincoln D. Bandlow, *Admitted Pro Hac Vice*
Email: lbandlow@foxrothschild.com
FOX ROTHSCHILD LLP (LOS ANGELES)
10250 Constellation Blvd., Suite 900
Los Angeles, California 90067
Telephone: (310) 598-4150

*Attorneys for Plaintiff Strike 3 Holdings LLC*

DATED this 19th day of June, 2018.

By:  /s/ *Kiren Rockenstein*
Kiren Rockenstein

REQUESTS FOR ADMISSION- SET 1
CASE NO. 2:17-CV-01731-TSZ
5