**Liu, Cindy**

| | |
|---|---|
| **From:** | J. Curtis Edmondson <jcedmondson@edmolaw.com> |
| **Sent:** | Friday, September 07, 2018 1:52 PM |
| **To:** | Bandlow, Lincoln |
| **Cc:** | Case, Bryan; jcedmondson@edmolaw.com |
| **Subject:** | [EXT] Re: WAWD1003 - FRE 408 - Counter-offer to settle the WAWD case before Judge Zilly |
| **Attachments:** | DIS 1.002 - LTR RE SETTLEMENT OFFER - 20180907 - r7.pdf |

Lincoln and Bryan,

I hope you both have a good weekends planned. My client is rejecting your offer for a walkaway and has a counteroffer where Strike 3 will pay him $ 14,736.00. The counter-offer is open until close of business, 9/11. A detailed letter is attached.

I know that will cut into your client's bottom line, but overall Strike 3 is still money ahead. I hope your client has the good business sense to accept this counter-offer.

Call my cell if you have any questions.

B. Regards,

Curt Edmondson   503-701-9719 cell.