Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>    Defendant. | Case No.: 2:17-cv-01731-TSZ<br><br>**DECLARATION OF EMILIE KENNEDY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Emilie Kennedy, do hereby state and declare as follows:

1. My name is Emilie Kennedy. I am over the age of 18 and am otherwise competent to make this declaration.

2. This declaration is based on my personal knowledge and, if called upon to do so, I could and would testify that the facts stated herein are true and accurate.

3. I am the general counsel for General Media Systems, LLC ("GMS") and am a duly licensed registered in-house counsel in the state of California (RIHC: 802963) and hold a Florida bar license (FL Bar No. 92808). I have represented GMS and its subsidiaries since June of 2017, and during all times relevant in the above-captioned matter.

KENNEDY DECLARATION ISO MOTION FOR SUMMARY JUDGMENT (2:17-CV-01731-TSZ)

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

Active\88460490.v1-2/7/19

4. Strike 3 is an intellectual property holding company that manages the copyrights and trademarks to creative works developed by GL Web Media ("GLWM") (a production company) and Kode Shop, LLC ("Kode") (a post-production company). GLWM is owned and operated by Greg Lansky who is a member of General Media Systems, LLC ("GMS"), Strike 3's parent company. For over five years, GLWM and Kode have produced thousands of copyrighted works which have been assigned to Strike 3 and distributed to the public through adult websites and DVDs. These websites attract more than 20 million unique visitors each month, and Strike's websites have one of the highest subscriber rates of anyone in the industry. Strike 3 also licenses its motion pictures to popular broadcasters, and Strike 3's works are the top selling adult DVDs in the United States. Strike 3's works and websites have earned considerable industry recognition and have won numerous awards.

5. As Strike 3's brands have grown, its motion pictures have been subject to an increasing amount of Internet piracy via the BitTorrent File Distribution Network, which is a file sharing network often used to quickly download and distribute copyrighted works. The BitTorrent Network is a substantial method by which users infringe Strike 3's works which are filmed in 4kHD quality and contain large file sizes. The BitTorrent Network facilitates this infringement by allowing users to download and transfer large files in pieces which can be quickly reassembled to create viewable copies of the works.

6. Through diligent research and investigation, we have discovered that Strike 3's works are infringed each month by hundreds of thousands of different individuals via the BitTorrent Network. This results in lost revenues amounting to approximately millions of dollars per month. Accordingly, Strike 3 has been left with no choice but to prosecute this massive infringement to help curb these substantial losses and protect the integrity of its works. To meaningfully deter the infringement of Strike 3's works, Strike 3 must bring litigation against thousands of infringers nationwide, and even this constitutes a very small percentage of the overall infringement.

7. Litigation has been used as a last resort to prosecute torrent infringement of Strike 3's works. Rather, Strike 3 first uses the notice/takedown procedure provided by the Copyright Act.

KENNEDY DECLARATION ISO MOTION FOR SUMMARY
JUDGMENT (2:17-CV-01731-TSZ) - 2

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

Active\88460490.v1-2/7/19

However, despite the millions of DMCA notices that Strike 3 has caused to be sent to BitTorrent sites worldwide within the past two years, this strategy has proved largely ineffective as a means to significantly reduce infringement.

8. Strike 3 manages the prosecution of torrent infringers fairly and equitably. Strike 3's company policy only permits the prosecution of defendants observed infringing numerous works over a substantial period of time and prohibits prosecuting underage defendants, defendants actively serving in the U.S. armed forces, and defendants who provide proof of financial hardship. Strike 3 also encourages defendants at the case's inception to provide exculpatory evidence, and promptly dismisses the case if it entertains any reasonable doubt over whether the defendant is the infringer. Throughout Strike 3's litigation efforts, we have strictly adhered to this policy.

9. In May of 2017, Strike 3's investigator IPP International U.G. ("IPP") used a proprietary BitTorrent client to enter a swarm inside the BitTorrent Network where users were exchanging files. IPP downloaded a piece of a digital media file linked to one of Strike 3's motion pictures from Defendant's IP address which made such file available to IPP and other torrent users. From May to December of 2017, IPP's BitTorrent client downloaded scores of additional pieces of digital media files from Defendant's IP address. All of these pieces were linked to digital media files which contained copies of 80 of Strike 3's copyrighted audio-visual works. These works were duly registered with the U.S. Copyright Office.

10. To address and terminate this rampant infringement, Strike 3 gathered this evidence and filed a complaint for copyright infringement on November 16, 2017 against John Doe, subscriber assigned IP address 73.225.38.130. As is the case with most piracy-related lawsuits, Strike 3 was unaware of Defendant's true identity and could only identify him by his IP address.

11. On November 29, 2017, Strike 3 moved for leave to serve a third party subpoena on Defendant's ISP, Comcast Cable Communications, LLC ("Comcast") prior to the Fed. Rule. Civ. P. 26(f) scheduling conference so that Defendant's identity could be discovered to facilitate a further investigation and, if appropriate, amend the complaint and effectuate service. Knowledge of a defendant's identity allows Strike 3 to expeditiously verify that a defendant was indeed operating the

KENNEDY DECLARATION ISO MOTION FOR SUMMARY
JUDGMENT (2:17-CV-01731-TSZ) - 3

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

Active\88460490.v1-2/7/19

IP address observed infringing Strike 3's works and determine whether prosecuting the defendant complies with company policy immunizing certain categories of individuals from suit (*see* ¶ 8, *supra*). Strike 3 always encourages courts to enter protective orders so that the Defendant's identity remains anonymous throughout the course of litigation, like it did here.

12. On December 4, 2017, the Honorable Marsha J. Pechman granted Strike 3's motion to subpoena Comcast, and as part of her order, Comcast was required to notify the subscriber of this action before disclosing any personal identifying information. Shortly after this order issued and Comcast provided Defendant notice of the subpoena, Defendant's IP address ceased all infringement of Strike 3's works.

13. Though Judge Pechman's order allowed for Strike 3 to learn and keep confidential Defendant's identity, this Court prohibited Comcast from disclosing Defendant's identity to Strike 3. *See* Dkt. # 8. As a result, Strike 3 could not conduct a further investigation and fully verify that Defendant was operating the IP address that was observed infringing Strike 3's works. Typically, such an investigation would only take about 3-4 weeks, and more often than not the defendant's culpability is confirmed. If Defendant's identity would have been made available to Strike 3 at this case's onset, we would have (as set forth below) dismissed the action as to Defendant and nearly all of this protracted litigation would have been avoided.

14. It was not until July 20, 2018 that Mr. Edmondson finally revealed Defendant's identity to Strike 3. Immediately thereafter, Strike 3 reopened its investigation and discovered that Defendant's name belongs to two individuals, a father ("Doe Sr.") and son ("Doe Jr."), residing at different residences in Auburn, Washington. A username consisting of Does' first initial and last name was linked to several posts on a uTorrent forum website, one of which states that that user is running "uT 2.2 beta." This is the exact same BitTorrent client Defendant used in this case to infringe Strike 3's works. In another post, Doe Sr. or Doe Jr. states he "hooked up to Comcast as [his] ISP." The infringing IP address in this case was a Comcast Cable Communications IP address. Further, Strike 3 discovered evidence that Doe Jr. downloaded the video game "World of Warcraft" through the BitTorrent Network on the same day IPP observed him distributing Strike 3's works,

KENNEDY DECLARATION ISO MOTION FOR SUMMARY JUDGMENT (2:17-CV-01731-TSZ) - 4

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

Active\88460490.v1-2/7/19

tweeted a hashtag on Twitter that is associated with adult content, and has at least one Twitter follower who markets adult content. In light of this evidence, as well as a myriad of other posts by Doe Sr. and/or Doe Jr. on torrent file sharing and computer technology-related forums, Strike 3 is confident that Doe Sr. and/or Doe. Jr. is the infringer. And given the disparity in age, the nature of conduct, Doe Jr.'s activity in the BitTorrent Network, and his prurient interests on social media, it is highly likely that Doe Jr. is the culprit. Accordingly, on August 24, 2018, Strike 3 dismissed its FAC without prejudice. Again, to be clear, had Mr. Edmondson simply provided this information to us (which would have been subject to a protective order) back in early 2018, this action would have been dismissed before virtually any motion practice or other activity was conducted in this case.

I declare under penalty of perjury under the laws of the state of Washington and the United States of America that the foregoing is, to the best of my knowledge, true and correct.

DATED this 7th day of February, 2019 at Studio City, California.

_____
Emilie Kennedy

KENNEDY DECLARATION ISO MOTION FOR SUMMARY
JUDGMENT (2:17-CV-01731-TSZ) - 5

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

Active\88460490.v1-2/7/19

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will notify the following persons of such filing:

| | |
|---|---|
| J. Curtis Edmondson, WSBA #43795<br>3699 NW John Olsen Place<br>Hillsboro, OR 97124<br>Telephone: (503) 336-3749<br>Email: jcedmondson@edmolaw.com | ☒ Via CM/ECF<br>☐ Via U.S. Mail<br>☐ Via Messenger Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |

DATED this 7th day of February, 2019.

*Courtney R. Tracy* (signature)
Courtney R. Tracy
Legal Administrative Assistant

---

DECL. OF EMILIE KENNEDY IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT (2:17-CV-01731-TSZ) - 1

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

Active\88460490.v1-2/7/19