THE HONORABLE THOMAS S. ZILLY

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>                Plaintiff,<br><br>    vs.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>                Defendant. | NO. 2:17-cv-01731-TSZ<br><br>**NOTICE OF APPEARANCE** |

TO:     THE CLERK OF THE COURT; and

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that Beth E. Terrell hereby appears representing Defendant John Doe, subscriber assigned IP address 73.225.38.130, in the above-captioned matter and requests that copies of all papers and pleadings, except process, be served on her at Terrell Marshall Law Group PLLC, 936 North 34th Street, Suite 300, Seattle, Washington, 98103-8869.

NOTICE OF APPEARANCE - 1
CASE NO. 2:17-CV-01731-TSZ

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   RESPECTFULLY SUBMITTED AND DATED this 20th day of February, 2019.

2

3                                       TERRELL MARSHALL LAW GROUP PLLC

4
                                        By:   /s/ Beth E. Terrell, WSBA #26759
5                                          Beth E. Terrell, WSBA #26759
                                           Email:  bterrell@terrellmarshall.com
6                                          Adrienne D. McEntee, WSBA #34061
                                           Email:  amcentee@terrellmarshall.com
7                                          936 North 34th Street, Suite 300
                                           Seattle, Washington 98103-8869
8                                          Telephone: (206) 816-6603
                                           Facsimile: (206) 319-5450
9

10                                         J. Curtis Edmondson, WSBA #43795
                                           Email: jcedmondson@edmolaw.com
11                                         EDMONDSON IP LAW
                                           399 NE John Olsen Avenue
12                                         Hillsboro, Oregon 97124
                                           Telephone: (503) 336-3749
13

14                                      *Attorneys for Defendant*

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEARANCE - 2
CASE NO. 2:17-CV-01731-TSZ

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on February 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Bryan J. Case, WSBA #41781
> Email: bcase@foxrothschild.com
> FOX ROTHSCHILD LLP
> 1001 Fourth Avenue, Suite 4500
> Seattle, Washington 98154
> Telephone: (206) 624-3600
> Facsimile: (206) 389-1708
>
> Lincoln D. Bandlow, *Admitted Pro Hac Vice*
> Email: lbandlow@foxrothschild.com
> FOX ROTHSCHILD LLP
> 10250 Constellation Blvd., Suite 900
> Los Angeles California 90067
> Telephone: (310) 598-4150
> Facsimile: (310) 556-9828

*Attorneys for Plaintiff*

DATED this 20th day of February, 2019.

TERRELL MARSHALL LAW GROUP PLLC


By:   /s/ Beth E. Terrell, WSBA #26759
    Beth E. Terrell, WSBA #26759
    Email:  bterrell@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

*Attorneys for Defendant*

NOTICE OF APPEARANCE - 3
CASE NO. 2:17-cv-01731-TSZ

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com