THE HONORABLE THOMAS S. ZILLY

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>                    Defendant. | NO. 2:17-cv-01731-TSZ<br><br>**DECLARATION OF J. CURTIS EDMONDSON IN SUPPORT OF DEFENDANT'S RESPONSE TO STRIKE 3 HOLDINGS, LLC'S MOTION FOR PROTECTIVE ORDER TO VACATE, POSTPONE, AND/OR LIMIT DEPOSITION OF GREG LANSKY** |

I, J. Curtis Edmondson, declare as follows:

1.      I am counsel of record for Defendant in this matter. I am admitted to practice before this Court and am a member in good standing of the bar of the state of Washington. I respectfully submit this declaration in support of Defendant's Response to Strike 3 Holdings, LLC's Motion for Protective Order to Vacate, Postpone, and/or Limit Deposition of Greg Lansky. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2.      Attached hereto as <u>Exhibit A</u> is a true and correct copy of Plaintiff Strike 3 Holdings, LLC's initial disclosures dated April 20, 2018, which names Greg Lansky as a person likely to have discoverable information that Plaintiff may use to support its claims or defenses.

DECLARATION OF J. CURTIS EDMONDSON IN
SUPPORT OF DEFENDANT'S RESPONSE TO STRIKE 3
HOLDINGS, LLC'S MOTION FOR PROTECTIVE ORDER
TO VACATE, POSTPONE, AND/OR LIMIT DEPOSITION
OF GREG LANSKY - 1
CASE NO. 2:17-CV-01731-TSZ

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

3.      I searched Pacer on February 20, 2019 and found over two thousand cases in which Strike 3 Holdings is a plaintiff since 2017. In a limited review of the thousands of dockets, I found that S3H filed the identical undated declaration for Greg Lansky here nearly a dozen other times, in efforts to discover the identities of IP address subscribers. Those declarations are attached as Exhibit B. I am confident that additional docket searches will show that S3H filed the same undated declaration on dozens, if not hundreds, of other occasions.

4.      I charged my client two hours of my time at $350 per hour to respond to this motion.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED this 20th day of February, 2019, at Seattle, Washington.


        /s/ J. Curtis Edmondson, WSBA #43795
       J. Curtis Edmondson, WSBA #43795

DECLARATION OF J. CURTIS EDMONDSON IN
SUPPORT OF DEFENDANT'S RESPONSE TO STRIKE 3
HOLDINGS, LLC'S MOTION FOR PROTECTIVE ORDER
TO VACATE, POSTPONE, AND/OR LIMIT DEPOSITION
OF GREG LANSKY - 2
CASE NO. 2:17-CV-01731-TSZ

1

<u>CERTIFICATE OF SERVICE</u>

2

I, Adrienne D. McEntee, hereby certify that on February 20, 2019, I electronically filed

3

the foregoing with the Clerk of the Court using the CM/ECF system which will send

4

notification of such filing to the following:

5

6

Bryan J. Case, WSBA #41781
Email: bcase@foxrothschild.com
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154
Telephone: (206) 624-3600
Facsimile: (206) 389-1708

7

8

9

10

Lincoln D. Bandlow, *Admitted Pro Hac Vice*
Email: lbandlow@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles California 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9828

11

12

13

14

15

*Attorneys for Plaintiff*

16

DATED this 20th day of February, 2019.

17

18

TERRELL MARSHALL LAW GROUP PLLC

19

20

By:   /s/ Adrienne D. McEntee, WSBA #34061
Adrienne D. McEntee, WSBA 34061
Email:  amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

21

22

23

24

*Attorneys for Defendant*

25

26

27

DECLARATION OF J. CURTIS EDMONDSON IN
SUPPORT OF DEFENDANT'S RESPONSE TO STRIKE 3
HOLDINGS, LLC'S MOTION FOR PROTECTIVE ORDER
TO VACATE, POSTPONE, AND/OR LIMIT DEPOSITION
OF GREG LANSKY - 3
CASE NO. 2:17-CV-01731-TSZ

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

— **EXHIBIT  A** —

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

### AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.225.38.130,<br><br>               Defendant. | Case No.: 2:17-cv-01731-TSZ<br><br>**PLAINTIFF'S INITIAL DISCLOSURES** |

Plaintiff, Strike 3 Holdings, LLC, hereby provides its initial disclosure as required by the Federal Rules of Civil Procedure 26(a).

Plaintiff does not waive any protection provided by the attorney work-product doctrine, attorney client privilege, or any other applicable privilege, doctrine or immunity.  Plaintiff further reserves its right to supplement or amend initial disclosures as additional discovery, investigation and analysis may warrant.

## I.      INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

Pursuant to Fed. R Civ. P. 26(a)(i), Plaintiff discloses that the following individuals and entities, if known, likely have discoverable information that Plaintiff may use to support its

PLAINTIFF'S INITIAL DISCLOSURES
(2:17-cv-01731-TSZ)

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

55791475.v1

claims or defenses. Where it is known, the subject areas of which the individual or entity may

have knowledge of is indicated.

1. **Strike 3 Holdings, LLC ("Strike 3") and its parent company General Media Systems, LLC ("GMS").**
   c/o Fox Rothschild, LLP
   Constellation Place
   10250 Constellation Blvd., Suite 900
   Los Angeles, CA 90067
   Tel.: (310) 598-4150

   Possesses information regarding the allegations contained within the Complaint, including, but not limited to, Defendant's copyright infringement as well as the works-in-suit.

2. **Emilie Kennedy** – Employee of GMS.
   c/o Fox Rothschild, LLP
   Constellation Place
   10250 Constellation Blvd., Suite 900
   Los Angeles, CA 90067
   Tel.: (310) 598-4150

   Possesses information relating to the copyright registrations owned by Strike 3 and the business and creative operations of the *Blacked*, *Blacked Raw*, *Tushy* and *Vixen* brands.  Also possesses information concerning the detrimental impact of online infringement and the impact of anti-piracy efforts.

3. **Greg Lansky –** Chief Creative Officer.
   c/o Fox Rothschild, LLP
   Constellation Place
   10250 Constellation Blvd., Suite 900
   Los Angeles, CA 90067
   Tel.: (310) 598-4150

   Possesses information relating to the damaging effects mass infringement of Strike 3's copyrights has on the company, its ability to compete in the online market, and its ability to finance and maintain its standards of quality.  In addition, Mr. Lansky possesses unique insights into GMS's creative process and the techniques and expenses involved in recording and marketing its high-end productions.

PLAINTIFF'S INITIAL DISCLOSURES
(2:17-cv-01731-TSZ)

55791475.v1

4.   **Tobias Fieser** – Forensic investigator.
IPP International U.G.
Daimlerstr. 9
76344 Eggenstein, Germany
Tel: +49 (0) 721-97795-78

Possesses information regarding the technology used to trace the eighty works downloaded by Defendant from June 2017 until December 2017, when Plaintiff filed this current lawsuit.  Mr. Fieser's company's software recorded and identified Defendant's IP address distributing Plaintiff's movies several hundred times.  In addition, the software recorded and identified Defendant's IP address as distributing a significant amount of other copyrighted works that correlates this particular Defendant to the IP address and hence the infringement.

5.   **John S. Pasquale** – Forensic specialist
7 River Systems
P.O. Box 2404
Montgomery Village, MD 20886
Tel: (301) 909-8640

Possesses information about the evidence recorded by IPP showing Defendant's IP address was distributing Plaintiff's work over the BitTorrent network, confirming that the PCAP identified both the IP addresses and hit date contained in Plaintiff's Complaint and subpoena.

6.   **Susan B. Stalzer** – Comparer.
c/o Fox Rothschild, LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150

Possesses information that the motion pictures identified by their cryptographic hash value on the BitTorrent network that Defendant's IP address infringed correspond to motion pictures owned by Strike 3.

7.   **Comcast Cable Communications, LLC** – Defendant's ISP.
650 Centerton Road
Moorestown, NJ 08057
Tel: (886) 947-8572

Possesses information relating to Defendant's IP address including the date and times Defendant was assigned the IP address, DMCA notices received by Defendant notifying Defendant of the infringement taking place through the IP address, the amount of bandwidth Defendant uses, whether Defendant was required to have a password on the Internet account, whether Defendant violated

PLAINTIFF'S INITIAL DISCLOSURES
(2:17-cv-01731-TSZ)

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

3

55791475.v1

1
2
Comcast's Terms of Services by allowing others to use his or her Internet, whether Defendant was assigned any other IP addresses, and whether those IP addresses were also used to infringe a large amount of copyrighted works.

3
4
5
8.  **Patrick Paige** – Computer forensic investigator.
Computer Forensics, LLC
1880 North Congress Ave. Suite 333
Boynton Beach, Florida 33426
Tel: (561) 404-3074

6
7
8
9
Mr. Paige is a computer forensics expert that has previously tested IPP's copyright infringement detection system and found that it accurately identifies infringers.  Mr. Paige has testified in numerous peer-to-peer file cases and is an expert on the BitTorrent protocol.  He is also an expert in detecting infringing activity and spoliation on defendants' hard drives.

10
11
12
9.  **Jeff Fischbach –** Computer forensic investigator.
SecondWave Information Systems
9909 Topanga Canyon, Suite 205
Chatsworth, CA 91311
Tel: (818) 773-0400

13
14
15
16
Mr. Fischbach is a computer forensics expert with more than two decades of experience and specializing in e-discovery.  He can testify to how the computer was used and what information has been stored on or subsequently deleted from the hard drive.  Mr. Fischbach is also an expert in wireless technology and can testify as to the ability (or more likely lack thereof) of an individual to access Defendant's Internet and use it without authorization.

17
18
10.  **Residents and visitors in and to Defendant's household**
*Unknown*

19
20
Possess information regarding whether he or she was authorized to access Defendant's IP address, used Defendant's IP address, and/or infringed Plaintiff's copyrights using Defendant's IP address.

21
22
23
11.  **Search engines and other BitTorrent scanning companies**
*Unknown, but may include www.google.com, www.bing.com, www.duckduckgo.com*

24
Possess information regarding BitTorrent activity among other Internet search-related question that may arise during discovery.

25
26
27
28
PLAINTIFF'S INITIAL DISCLOSURES
(2:17-cv-01731-TSZ)

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

55791475.v1

12. **Websites, message boards, tubesites, social media networking sites**
*Unknown, but may include www.youtube.com, www.reddit.com, the MindGeek network (www.pornhub.com), www.facebook.com, and www.twitter.com*

May possess additional information on Defendant's identity and infringing activities Online as well contain information correlating to evidence by IPP of Defendant's infringing activities, through his or her IP address.  Additionally may contain information would demonstrate Defendant's interest in Plaintiff's content as well as other content Plaintiff has recorded Defendant downloading, and that would also show that Defendant used the BitTorrent network to infringe Plaintiff's copyrights.

13. **Adobe Systems Incorporated**
345 Park Avenue
San Jose, CA 95110
Tel: (408) 536-6000

May possess additional information about Defendant's infringement and notice thereof.  Adobe has an anti-piracy practice to curb online infringements of its products.  The offending IP address was recorded as downloading several Adobe programs.  Adobe sends users warnings if the program they are installing is "not genuine," i.e. an unauthorized copy. Adobe would also possess DMCA notices sent to Defendant or Defendant's ISP alerting the parties of the infringement.

14. **Microsoft**
One Microsoft Way
Redmond, WA 98052
Tel: (425) 882-8080

May possess additional information about Defendant's infringement and notice thereof. The offending IP address was recorded as downloading several Windows' programs.  Microsoft checks activations keys for copies and even has a hotline to report suspected pirated copies.  Microsoft would also possess DMCA notices sent to Defendant or Defendant's ISP alerting the parties of the infringement.

15. **Apple**
One Apple Park Way
Cupertino, CA 95014
Tel: (408) 996–1010

**Software Information Industry Association**
1090 Vermont Ave. NW Sixth Floor
Washington, DC 20005
Tel: (202) 289-7442

PLAINTIFF'S INITIAL DISCLOSURES
(2:17-cv-01731-TSZ)

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

5

55791475.v1

May possess additional information about Defendant's infringement and notice thereof.  Apple coordinates with the Software Information Industry Association ("SIIA") to prevent piracy of Apple's programs. The offending IP address was recorded downloading at least one of Apple's program and a training manual. Either Apple or the SIIA may possess DMCA notices sent to Defendant or Defendant's ISP alerting the parties of the infringement.

16.    **The Walt Disney Company Antipiracy Group**
500 South Buena Vista Street
Burbank, CA 91521
Tel: (818) 560-3300

May possess additional information about Defendant's infringement and notice thereof.  Defendant's IP address was recorded downloading several Disney and Disney affiliate motion pictures.  Disney may possess DMCA notices sent to Defendant or Defendant's ISP alerting the parties of the infringement.

17.    **Alliance for Creativity and Entertainment**
*Unknown*
Tel: (202) 677-8732

May possess additional information about Defendant's infringement and notice thereof.  Alliance for Creativity and Entertainment ("ACE") is an antipiracy group with the mission of reducing online piracy.  It has many members, including, but not limited to, Amazon, HBO, Netflix, and many major motion picture studios.  ACE may possess information regarding the piracy of its member's motion pictures.

18.    **BMG Rights Management GmbH**
6100 Wilshire Boulevard, Suite #1600
Los Angeles, CA 90048
Tel: (323) 969-0988

May possess additional information about Defendant's infringement and notice thereof.  Defendant's IP address was recorded downloading several sound recordings that are owned by BMG Rights Management GmbH. The company may possess information regarding the piracy of its member's motion pictures.

19.    **Defendant, Subscriber assigned IP address 73.225.38.130**

Currently unknown to Plaintiff.  Defendant possesses information on whether he, or someone else using his Internet, used a BitTorrent software program to infringe Plaintiff's motion pictures.

PLAINTIFF'S INITIAL DISCLOSURES
(2:17-cv-01731-TSZ)

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

6

55791475.v1

## II.   DOCUMENTS IN PLAINTIFF'S POSSESSION, CUSTODY, AND CONTROL THAT MAY BE USED TO SUPPORT CLAIMS AND DEFENSES

Pursuant to Fed. R Civ. P. 26(a)(ii), Plaintiff discloses the following documents, electronically stored information, and tangible things in Plaintiff's possession, custody, or control that may be used to support its claims or defenses.

1. **Copyright registrations or completed copyright applications**

   Plaintiff will provide either copies of its registration certificates or copies of its United States Copyright Office applications.

2. **ISP documents correlating the Defendant to the offending IP address**

   In possession of the ISP. The ISP's response to Plaintiff's subpoena is in possession of the court.

3. **Computer data evidencing the TCP/ICP connection and PCAPs**

   In possession of IPP International U.G. The PCAPs contain evidence of what information was sent from or to Defendant's IP address from the BitTorrent network.

4. **Additional evidence of infringement**

   In possession of Plaintiff and IPP International U.G. Additional computer records that contain evidence of Defendant's infringement, including additional downloads made by the offending IP address recorded by IPP.

5. **Contracts and DMCA notices between the ISP and Defendant**

   In possession of both the ISP and Defendant.

6. **Original copies of the movies and copies as reassembled from the pieces sent by the peer infringers**

   In possession of Plaintiff and IPP International U.G. Both entities have original copies of the works-in-suit.  The copies of these works reassembled by infringers may be obtained from Plaintiff through discovery.

7. **Affidavits from other defendants that have infringed Plaintiff's Works**

   In possession of Plaintiff.  Affidavits of other defendants admitting to using BitTorrent to infringe Plaintiff's motion pictures who were correctly identified by IPP's system.

PLAINTIFF'S INITIAL DISCLOSURES
(2:17-cv-01731-TSZ)

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

7

55791475.v1

1
2

      8.     **Offers of Judgment and Stipulated Judgments from other defendants that have infringed Plaintiff's Works**

3
4

In possession of Plaintiff and public records.  Judgments where liability has been entered against defendants that have infringed Plaintiff's copyrights, or others' copyrights, and such infringement was correctly detected using IPP's system.

5
6

**III.    COMPUTATION OF DAMAGES**

7

Pursuant to Fed. R Civ. P. 26(a)(iii), Plaintiff avers the following information about its calculation of damages:

8
9

      1.     Plaintiff seeks statutory damages pursuant to 17 U.S.C. § 504 et seq.

      2.     Plaintiff seeks costs and attorney's fees pursuant to 17 U.S.C. § 505.

10

**IV.    APPLICABLE INSURANCE AGREEMENTS**

11
12

Pursuant to Fed. R. Civ. P. 26(a)(iv), Plaintiff avers the following about any applicable insurance agreements relating to this matter:

13
14
15

      1.     There are no claims or counterclaims in this action that are covered by any insurance policy to which Plaintiff is the beneficiary.

16
17

DATED THIS 20th day of April, 2018.

18

                   **FOX ROTHSCHILD LLP**

19
20

s/ *Bryan J. Case*
Bryan J. Case, WSBA #41781
Lincoln D. Bandlow, *Admitted Pro Hac Vice* (CSBA #170449)

21
22

*Attorneys for Plaintiff*

23
24
25
26
27
28

PLAINTIFF'S INITIAL DISCLOSURES
(2:17-cv-01731-TSZ)

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

8

55791475.v1

# CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2018, a true and correct copy of the foregoing document was served via email to the following:

J. Curtis Edmondson, WSBA #43795
399 NE John Olsen Avenue
Hillsboro, Oregon 97124
Telephone: (503) 336-3749
Email: jcedmondson@edmolaw.com

DATED this 20ᵗʰ day of April, 2018.

By: */s/ Bryan J. Case* _____

PLAINTIFF'S INITIAL DISCLOSURES
(2:17-cv-01731-TSZ)

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

55791475.v1

— **EXHIBIT  B** —

The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

### AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>                              Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 76.22.118.13,<br><br>                              Defendant. | Case No.: 2:17-cv-01732-RAJ<br><br>**DECLARATION OF GREG LANSKY IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE** |

[Remainder of page intentionally left blank]

DECLARATION OF GREG LANSKY IN
SUPPORT OF PLAINTIFF'S MOTION – (2:17-
cv-01732-RAJ)

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

1
**EXHIBIT A**

**DECLARATION OF GREG LANSKY IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO SERVE A THIRD-PARTY
SUBPOENA PRIOR TO A RULE 26(F) CONFERENCE**

I, Greg Lansky, do hereby state and declare as follows:

1.   I am a member of General Media Systems, LLC, the parent company that owns Strike 3 Holdings, LLC ("Strike 3").  I am the Chief Creative Officer of the *Blacked*, *Tushy*, and *Vixen* adult brands.

2.   I have personal knowledge of all of the matters contained in this declaration and, if called and sworn as a witness, I can and competently will testify to all matters contained herein. This declaration is made in support of Plaintiff's Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference.

3.   Strike 3 owns the intellectual property to the *Blacked*, *Tushy*, and *Vixen* adult brands, including the copyrights to each of the motion pictures distributed through *Blacked*, *Tushy* and *Vixen* and the trademarks to each of the brand names and logos.  Strike 3 is owned entirely by our company General Media Systems, LLC and has existed since 2015.

4.   I moved to the United States in 2006 from Paris, France to pursue my dream of creating art in an adult context. I have always been passionate about photography and cinematography.

5.   It was a difficult start - I could barely speak English, and I had trouble making connections and finding employment.  I struggled for several years to make a name for myself as a reliable photographer and director.

6.   Eventually, after tremendous hard work, I was fortunate to be hired by some of the biggest adult brands in the world.  Through these experiences, I was able to establish myself and become an expert in the field.

7.   In 2013, I decided to risk everything to create my own company and studio.  As a director, I felt the industry and I were not offering the best quality and experience possible. I felt I was not offering truly inspiring projects for performers to express their art.

1

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

8.   At the time, the adult market was demoralized and it appeared that a high-quality, well produced, subscription based website would never succeed.

9.   I can still remember when our company was just three people in my small home office.

10.  We kept growing and after a few years our brands turned into a multi-million dollar a year business.  We now have 20 million unique visitors to our websites per month and a loyal following.

11.  Our company's philosophies are important.

12.  We always strive to pay artists and models an amount above that being paid by other companies.  Indeed, we are known for paying our performers the highest rates ever recorded. We give them the respect they deserve.

13.  We focus on delivering to our subscribers and fans superior quality adult films and a wonderful customer experience. People thought we were crazy to think that people wanted to pay for expensive quality adult films and we were told that we were destined to fail.  Now, we have a substantial and loyal customer base.

14.  We provide jobs for nearly 60 people worldwide.  We provide good benefits including health care coverage and have an extremely positive company culture.

15.  Our movies are known for having the highest production budget of any in the industry. We invest in and utilize state of the art cinematic equipment. We film with Hollywood industry standards.  And, as our subscriber base grows, we always seek to find ways to invest in value for our customers.

16. Because of this, we have a subscriber base that is one of the largest of any adult sites in the world.

17. We are also currently the number one seller of adult DVDs in the United States.

18. Our content is licensed throughout the world, including by most major cable networks.

19. Our success has not gone unnoticed.  Indeed, we are very proud to state that our unique cinematic films have won many awards.  It's humbling.  Some of them include:

2

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

- o  Best marketing campaign – company image (AVN, 2016-2017)
- o  Best new studio (XBIZ, 2017)
- o  Best cinematography (AVN, 2016)
- o  Director of the Year (AVN, 2016-2017; XBIZ, 2017)
- o  Best membership website (AVN, 2016-2017)
- o  Adult site of the year – (XBIZ, 2015-2017)

20. We also are routinely featured in the mainstream media.  Just in the past few months, Forbes,[1] The Daily Beast,[2] and CBC Radio[3] have all done substantial profiles on us.

21. We are proud of our impact on the industry.  We have raised the bar - leading more adult studios to invest in better content, higher pay for performers, and to treat each performer like an artist. That is a testament to the entire team, the company we have built and the movies we create.

22. Unfortunately, piracy is a major threat to our company.  We can compete in the industry, but we cannot compete when our content is stolen.

23. We have discovered that when we put videos online for paid members to view, it takes as little as four minutes to be downloaded on to torrent websites.  We have attempted to identify the initial seeder but have found it impossible with the large volume of our subscriber base.

24. We put a tremendous amount of time, effort and creative energy into producing and distributing valuable content for our paid customers.  It crushes us to see it being made available to anyone for free in just minutes.

---

[1]  "How One Pornographer is Trying to Elevate Porn to Art," *Forbes* July 20, 2017 https://www.forbes.com/sites/susannahbreslin/2017/07/20/pornographer-greg-lansky-interview/#2301d3ae6593
[2]  "Meet the Man Making Porn Great Again," *The Daily Beast*, February 18, 2017 http://www.thedailybeast.com/meet-the-man-making-porn-great-again
[3]  "Porn-o-nomics: How one director is making a fortune by defying conventional wisdom," *CBC Radio*, February 24, 2017 http://www.cbc.ca/radio/day6/episode-326-sanctuary-cities-la-la-land-vs-jazz-hollywood-in-china-porn-o-nomics-and-more-1.3994160/porn-o-nomics-how-one-director-is-making-a-fortune-by-defying-conventional-wisdom-1.3994167

3

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

1    25. We are undeniably the most pirated adult content in the world.  Our movies are typically

2    among the most pirated television shows and movies on major torrent websites.

3    26. We send on average 50,000 DMCA notices a month but it does virtually nothing to stop

4    the rampant copyright infringement.

5    27. The only effective way to stop the piracy of our movies on BitTorrent networks is to file

6    lawsuits like this one.

7    28. We believe a consumer's choice of what content to enjoy, whether it be adult

8    entertainment or otherwise, is a personal one to that consumer and therefore it is our policy to

9    keep confidential the identity of not only our subscribers, but even those we are pursuing for

10    copyright infringement.

11    29. To continue to provide value for our members, exciting and inspiring projects for adult

12    performers, and to continue to create jobs and growth in our community, we must protect our

13    copyrights.

14
### DECLARATION

15    Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws

16    of the United States of America that the foregoing is true and correct.

17    By: _____

18    Gregory Aouizerate a.k.a Greg Lansky

19

20

21

22

23

24

25

26

27

28

4

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 3:17-cv-07056-JSC |
| Plaintiff, | Magistrate Judge Jacqueline Scott Corley |
| vs. | **DECLARATION OF GREG LANSKY IN SUPPORT OF PLAINTIFF'S *EX-PARTE* MOTION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE** |
| JOHN DOE subscriber assigned IP address 76.218.12.80, | |
| Defendant. | |

[Remainder of page intentionally left blank]

i

Declaration of Greg Lansky in Support of Plaintiff's *Ex-Parte* Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

Case No. 3:17-cv-07056-JSC

**EXHIBIT A**

**DECLARATION OF GREG LANSKY IN SUPPORT OF**
**PLAINTIFF'S MOTIONFOR LEAVE TO SERVE A THIRD-PARTY**
**SUBPOENA PRIOR TO A RULE 26(F) CONFERENCE**

I, Greg Lansky, do hereby state and declare as follows:

1. I am a member of General Media Systems, LLC, the parent company that owns Strike 3 Holdings, LLC ("Strike 3"). I am the Chief Creative Officer of the *Blacked*, *Tushy*, and *Vixen* adult brands.

2. I have personal knowledge of all of the matters contained in this declaration and, if called and sworn as a witness, I can and competently will testify to all matters contained herein. This declaration is made in support of Plaintiff's Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference.

3. Strike 3 owns the intellectual property to the *Blacked*, *Tushy*, and *Vixen* adult brands, including the copyrights to each of the motion pictures distributed through *Blacked*, *Tushy* and *Vixen* and the trademarks to each of the brand names and logos. Strike 3 is owned entirely by our company General Media Systems, LLC and has existed since 2015.

4. I moved to the United States in 2006 from Paris, France to pursue my dream of creating art in an adult context. I have always been passionate about photography and cinematography.

5. It was a difficult start - I could barely speak English, and I had trouble making connections and finding employment. I struggled for several years to make a name for myself as a reliable photographer and director.

6. Eventually, after tremendous hard work, I was fortunate to be hired by some of the biggest adult brands in the world. Through these experiences, I was able to establish myself and become an expert in the field.

7. In 2013, I decided to risk everything to create my own company and studio. As a director, I felt the industry and I were not offering the best quality and experience possible. I felt I was not offering truly inspiring projects for performers to express their art.

1

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

8.   At the time, the adult market was demoralized and it appeared that a high-quality, well produced, subscription based website would never succeed.

9.   I can still remember when our company was just three people in my small home office.

10.   We kept growing and after a few years our brands turned into a multi-million dollar a year business.  We now have 20 million unique visitors to our websites per month and a loyal following.

11.   Our company's philosophies are important.

12.   We always strive to pay artists and models an amount above that being paid by other companies.  Indeed, we are known for paying our performers the highest rates ever recorded. We give them the respect they deserve.

13.   We focus on delivering to our subscribers and fans superior quality adult films and a wonderful customer experience. People thought we were crazy to think that people wanted to pay for expensive quality adult films and we were told that we were destined to fail.  Now, we have a substantial and loyal customer base.

14.   We provide jobs for nearly 60 people worldwide.  We provide good benefits including health care coverage and have an extremely positive company culture.

15.   Our movies are known for having the highest production budget of any in the industry. We invest in and utilize state of the art cinematic equipment. We film with Hollywood industry standards.  And, as our subscriber base grows, we always seek to find ways to invest in value for our customers.

16.   Because of this, we have a subscriber base that is one of the largest of any adult sites in the world.

17.   We are also currently the number one seller of adult DVDs in the United States.

18.   Our content is licensed throughout the world, including by most major cable networks.

19.   Our success has not gone unnoticed.  Indeed, we are very proud to state that our unique cinematic films have won many awards.  It's humbling.  Some of them include:

2

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

1    o  Best marketing campaign – company image (AVN, 2016-2017)

2    o  Best new studio (XBIZ, 2017)

3    o  Best cinematography (AVN, 2016)

4    o  Director of the Year (AVN, 2016-2017; XBIZ, 2017)

5    o  Best membership website (AVN, 2016-2017)

6    o  Adult site of the year – (XBIZ, 2015-2017)

7    20. We also are routinely featured in the mainstream media.  Just in the past few months,

8  Forbes,[1] The Daily Beast,[2] and CBC Radio[3] have all done substantial profiles on us.

9    21. We are proud of our impact on the industry.  We have raised the bar - leading more adult

10  studios to invest in better content, higher pay for performers, and to treat each performer like an

11  artist. That is a testament to the entire team, the company we have built and the movies we

12  create.

13    22. Unfortunately, piracy is a major threat to our company.  We can compete in the industry,

14  but we cannot compete when our content is stolen.

15    23. We have discovered that when we put videos online for paid members to view, it takes

16  as little as four minutes to be downloaded on to torrent websites.  We have attempted to identify

17  the initial seeder but have found it impossible with the large volume of our subscriber base.

18    24. We put a tremendous amount of time, effort and creative energy into producing and

19  distributing valuable content for our paid customers.  It crushes us to see it being made available

20  to anyone for free in just minutes.

21

22

23  ────────────────────
[1]  "How One Pornographer is Trying to Elevate Porn to Art," *Forbes* July 20, 2017
24  https://www.forbes.com/sites/susannahbreslin/2017/07/20/pornographer-greg-lansky-interview/#2301d3ae6593
[2]  "Meet the Man Making Porn Great Again," *The Daily Beast*, February 18, 2017
http://www.thedailybeast.com/meet-the-man-making-porn-great-again
25  [3]  "Porn-o-nomics: How one director is making a fortune by defying conventional wisdom," *CBC Radio*,
February 24, 2017 http://www.cbc.ca/radio/day6/episode-326-sanctuary-cities-la-la-land-vs-jazz-hollywood-in-
26  china-porn-o-nomics-and-more-1.3994160/porn-o-nomics-how-one-director-is-making-a-fortune-by-defying-
conventional-wisdom-1.3994167

27                          3

28  ──────────────────────────────────────────────────────────
Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule
26(f) Conference

**EXHIBIT A**

25. We are undeniably the most pirated adult content in the world.  Our movies are typically among the most pirated television shows and movies on major torrent websites.

26. We send on average 50,000 DMCA notices a month but it does virtually nothing to stop the rampant copyright infringement.

27. The only effective way to stop the piracy of our movies on BitTorrent networks is to file lawsuits like this one.

28. We believe a consumer's choice of what content to enjoy, whether it be adult entertainment or otherwise, is a personal one to that consumer and therefore it is our policy to keep confidential the identity of not only our subscribers, but even those we are pursuing for copyright infringement.

29. To continue to provide value for our members, exciting and inspiring projects for adult performers, and to continue to create jobs and growth in our community, we must protect our copyrights.

## **DECLARATION**

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: _____

Gregory Aouizerate a.k.a Greg Lansky

4

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

1    Lincoln D. Bandlow, Esq. (CA #170449)
     Fox Rothschild LLP
2    10250 Constellation Blvd., Suite 900
     Los Angeles, CA 90067
3    Tel.: (310) 598-4150
     Fax: (310) 556-9828
4    lbandlow@foxrothschild.com
     *Attorneys for Plaintiff*

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN JOSE DIVISION**

11   STRIKE 3 HOLDINGS, LLC,                Case Number: 5:17-cv-07055-HRL

12                 Plaintiff,               Magistrate Judge Howard R. Lloyd

13   vs.                                    **DECLARATION OF GREG LANSKY IN
                                            SUPPORT OF PLAINTIFF'S** *EX-PARTE*
14   JOHN DOE subscriber assigned IP address **MOTION FOR LEAVE TO SERVE A
     75.37.197.87,                          THIRD PARTY SUBPOENA PRIOR TO A
15                                          RULE 26(f) CONFERENCE**
                   Defendant.
16

17

18

19

20              [Remainder of page intentionally left blank]

21

22

23

24

25

26

27                                      i

28
     ─────────────────────────────────────────────────────────────
     Declaration of Greg Lansky in Support of Plaintiff's *Ex-Parte* Motion for Leave to Serve Subpoena Prior
                              to a Rule 26(f) Conference
                                                          Case No. 5:17-cv-07055-HRL
                              **EXHIBIT A**

**DECLARATION OF GREG LANSKY IN SUPPORT OF
PLAINTIFF'S MOTIONFOR LEAVE TO SERVE A THIRD-PARTY
SUBPOENA PRIOR TO A RULE 26(F) CONFERENCE**

I, Greg Lansky, do hereby state and declare as follows:

1.  I am a member of General Media Systems, LLC, the parent company that owns Strike 3 Holdings, LLC ("Strike 3").  I am the Chief Creative Officer of the *Blacked*, *Tushy*, and *Vixen* adult brands.

2.  I have personal knowledge of all of the matters contained in this declaration and, if called and sworn as a witness, I can and competently will testify to all matters contained herein. This declaration is made in support of Plaintiff's Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference.

3.  Strike 3 owns the intellectual property to the *Blacked*, *Tushy*, and *Vixen* adult brands, including the copyrights to each of the motion pictures distributed through *Blacked*, *Tushy* and *Vixen* and the trademarks to each of the brand names and logos.  Strike 3 is owned entirely by our company General Media Systems, LLC and has existed since 2015.

4.  I moved to the United States in 2006 from Paris, France to pursue my dream of creating art in an adult context. I have always been passionate about photography and cinematography.

5.  It was a difficult start - I could barely speak English, and I had trouble making connections and finding employment.  I struggled for several years to make a name for myself as a reliable photographer and director.

6.  Eventually, after tremendous hard work, I was fortunate to be hired by some of the biggest adult brands in the world.  Through these experiences, I was able to establish myself and become an expert in the field.

7.  In 2013, I decided to risk everything to create my own company and studio.  As a director, I felt the industry and I were not offering the best quality and experience possible. I felt I was not offering truly inspiring projects for performers to express their art.

1

**EXHIBIT A**

8.   At the time, the adult market was demoralized and it appeared that a high-quality, well produced, subscription based website would never succeed.

9.   I can still remember when our company was just three people in my small home office.

10. We kept growing and after a few years our brands turned into a multi-million dollar a year business.  We now have 20 million unique visitors to our websites per month and a loyal following.

11. Our company's philosophies are important.

12. We always strive to pay artists and models an amount above that being paid by other companies.  Indeed, we are known for paying our performers the highest rates ever recorded. We give them the respect they deserve.

13. We focus on delivering to our subscribers and fans superior quality adult films and a wonderful customer experience. People thought we were crazy to think that people wanted to pay for expensive quality adult films and we were told that we were destined to fail.  Now, we have a substantial and loyal customer base.

14. We provide jobs for nearly 60 people worldwide.  We provide good benefits including health care coverage and have an extremely positive company culture.

15. Our movies are known for having the highest production budget of any in the industry. We invest in and utilize state of the art cinematic equipment. We film with Hollywood industry standards.  And, as our subscriber base grows, we always seek to find ways to invest in value for our customers.

16. Because of this, we have a subscriber base that is one of the largest of any adult sites in the world.

17. We are also currently the number one seller of adult DVDs in the United States.

18. Our content is licensed throughout the world, including by most major cable networks.

19. Our success has not gone unnoticed.  Indeed, we are very proud to state that our unique cinematic films have won many awards.  It's humbling.  Some of them include:

2

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

1       o   Best marketing campaign – company image (AVN, 2016-2017)

2       o   Best new studio (XBIZ, 2017)

3       o   Best cinematography (AVN, 2016)

4       o   Director of the Year (AVN, 2016-2017; XBIZ, 2017)

5       o   Best membership website (AVN, 2016-2017)

6       o   Adult site of the year – (XBIZ, 2015-2017)

7      20. We also are routinely featured in the mainstream media.  Just in the past few months,

8  Forbes,[1] The Daily Beast,[2] and CBC Radio[3] have all done substantial profiles on us.

9      21. We are proud of our impact on the industry.  We have raised the bar - leading more adult

10  studios to invest in better content, higher pay for performers, and to treat each performer like an

11  artist. That is a testament to the entire team, the company we have built and the movies we

12  create.

13      22. Unfortunately, piracy is a major threat to our company.  We can compete in the industry,

14  but we cannot compete when our content is stolen.

15      23. We have discovered that when we put videos online for paid members to view, it takes

16  as little as four minutes to be downloaded on to torrent websites.  We have attempted to identify

17  the initial seeder but have found it impossible with the large volume of our subscriber base.

18      24. We put a tremendous amount of time, effort and creative energy into producing and

19  distributing valuable content for our paid customers.  It crushes us to see it being made available

20  to anyone for free in just minutes.

21

22

23  [1]  "How One Pornographer is Trying to Elevate Porn to Art," *Forbes* July 20, 2017

24  https://www.forbes.com/sites/susannahbreslin/2017/07/20/pornographer-greg-lansky-interview/#2301d3ae6593
[2]  "Meet the Man Making Porn Great Again," *The Daily Beast*, February 18, 2017
http://www.thedailybeast.com/meet-the-man-making-porn-great-again

25  [3]  "Porn-o-nomics: How one director is making a fortune by defying conventional wisdom," *CBC Radio*,
February 24, 2017 http://www.cbc.ca/radio/day6/episode-326-sanctuary-cities-la-la-land-vs-jazz-hollywood-in-

26  china-porn-o-nomics-and-more-1.3994160/porn-o-nomics-how-one-director-is-making-a-fortune-by-defying-
conventional-wisdom-1.3994167

27  3

28  _____

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule
26(f) Conference

**EXHIBIT A**

25. We are undeniably the most pirated adult content in the world.  Our movies are typically among the most pirated television shows and movies on major torrent websites.

26. We send on average 50,000 DMCA notices a month but it does virtually nothing to stop the rampant copyright infringement.

27. The only effective way to stop the piracy of our movies on BitTorrent networks is to file lawsuits like this one.

28. We believe a consumer's choice of what content to enjoy, whether it be adult entertainment or otherwise, is a personal one to that consumer and therefore it is our policy to keep confidential the identity of not only our subscribers, but even those we are pursuing for copyright infringement.

29. To continue to provide value for our members, exciting and inspiring projects for adult performers, and to continue to create jobs and growth in our community, we must protect our copyrights.

**DECLARATION**

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: _____
Gregory Aouizerate a.k.a Greg Lansky

4

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

1  Lincoln D. Bandlow, Esq. (CA #170449)
   Fox Rothschild LLP
2  10250 Constellation Blvd., Suite 900
   Los Angeles, CA 90067
3  Tel.: (310) 598-4150
   Fax: (310) 556-9828
4  lbandlow@foxrothschild.com
   *Attorneys for Plaintiff*
5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11  STRIKE 3 HOLDINGS, LLC,              | Case Number: 3:17-cv-06663-JCS

12                    Plaintiff,         | **DECLARATION OF GREG LANSKY IN
                                         | SUPPORT OF PLAINTIFF'S *EX-PARTE***
13  vs.                                  | **MOTION FOR LEAVE TO SERVE A
                                         | THIRD PARTY SUBPOENA PRIOR TO A**
14  JOHN DOE subscriber assigned IP address | **RULE 26(f) CONFERENCE**
    67.180.248.237,
15                                       | Date: Friday, January 5, 2018
                      Defendant.         | Time: 9:30 AM
16                                       | Place: Courtroom G - 15th Floor
                                         | Honorable Joseph C. Spero
17

18

19

20

21                 [Remainder of page intentionally left blank]

22

23

24

25

26

27                                    1

28
   ─────────────────────────────────────────────────────
   Declaration of Greg Lansky in Support of Plaintiff's *Ex-Parte* Motion for Leave to Serve Subpoena Prior
   to a Rule 26(f) Conference
                                         Case No. 3:17-cv-06663-JCS

                    **EXHIBIT A**

**DECLARATION OF GREG LANSKY IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO SERVE A THIRD-PARTY
SUBPOENA PRIOR TO A RULE 26(F) CONFERENCE**

I, Greg Lansky, do hereby state and declare as follows:

1.  I am a member of General Media Systems, LLC, the parent company that owns Strike 3 Holdings, LLC ("Strike 3"). I am the Chief Creative Officer of the *Blacked*, *Tushy*, and *Vixen* adult brands.

2.  I have personal knowledge of all of the matters contained in this declaration and, if called and sworn as a witness, I can and competently will testify to all matters contained herein. This declaration is made in support of Plaintiff's Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference.

3.  Strike 3 owns the intellectual property to the *Blacked*, *Tushy*, and *Vixen* adult brands, including the copyrights to each of the motion pictures distributed through *Blacked*, *Tushy* and *Vixen* and the trademarks to each of the brand names and logos. Strike 3 is owned entirely by our company General Media Systems, LLC and has existed since 2015.

4.  I moved to the United States in 2006 from Paris, France to pursue my dream of creating art in an adult context. I have always been passionate about photography and cinematography.

5.  It was a difficult start - I could barely speak English, and I had trouble making connections and finding employment. I struggled for several years to make a name for myself as a reliable photographer and director.

6.  Eventually, after tremendous hard work, I was fortunate to be hired by some of the biggest adult brands in the world. Through these experiences, I was able to establish myself and become an expert in the field.

7.  In 2013, I decided to risk everything to create my own company and studio. As a director, I felt the industry and I were not offering the best quality and experience possible. I felt I was not offering truly inspiring projects for performers to express their art.

1

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

8.   At the time, the adult market was demoralized and it appeared that a high-quality, well produced, subscription based website would never succeed.

9.   I can still remember when our company was just three people in my small home office.

10. We kept growing and after a few years our brands turned into a multi-million dollar a year business.  We now have 20 million unique visitors to our websites per month and a loyal following.

11. Our company's philosophies are important.

12. We always strive to pay artists and models an amount above that being paid by other companies.  Indeed, we are known for paying our performers the highest rates ever recorded. We give them the respect they deserve.

13. We focus on delivering to our subscribers and fans superior quality adult films and a wonderful customer experience. People thought we were crazy to think that people wanted to pay for expensive quality adult films and we were told that we were destined to fail.  Now, we have a substantial and loyal customer base.

14. We provide jobs for nearly 60 people worldwide.  We provide good benefits including health care coverage and have an extremely positive company culture.

15. Our movies are known for having the highest production budget of any in the industry. We invest in and utilize state of the art cinematic equipment. We film with Hollywood industry standards.  And, as our subscriber base grows, we always seek to find ways to invest in value for our customers.

16. Because of this, we have a subscriber base that is one of the largest of any adult sites in the world.

17. We are also currently the number one seller of adult DVDs in the United States.

18. Our content is licensed throughout the world, including by most major cable networks.

19. Our success has not gone unnoticed.  Indeed, we are very proud to state that our unique cinematic films have won many awards.  It's humbling.  Some of them include:

2

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

EXHIBIT A

1        o   Best marketing campaign – company image (AVN, 2016-2017)

2        o   Best new studio (XBIZ, 2017)

3        o   Best cinematography (AVN, 2016)

4        o   Director of the Year (AVN, 2016-2017; XBIZ, 2017)

5        o   Best membership website (AVN, 2016-2017)

6        o   Adult site of the year – (XBIZ, 2015-2017)

7    20. We also are routinely featured in the mainstream media. Just in the past few months,

8  Forbes,[1] The Daily Beast,[2] and CBC Radio[3] have all done substantial profiles on us.

9    21. We are proud of our impact on the industry. We have raised the bar - leading more adult

10  studios to invest in better content, higher pay for performers, and to treat each performer like an

11  artist. That is a testament to the entire team, the company we have built and the movies we

12  create.

13    22. Unfortunately, piracy is a major threat to our company. We can compete in the industry,

14  but we cannot compete when our content is stolen.

15    23. We have discovered that when we put videos online for paid members to view, it takes

16  as little as four minutes to be downloaded on to torrent websites. We have attempted to identify

17  the initial seeder but have found it impossible with the large volume of our subscriber base.

18    24. We put a tremendous amount of time, effort and creative energy into producing and

19  distributing valuable content for our paid customers. It crushes us to see it being made available

20  to anyone for free in just minutes.

21

22

---

23  [1] "How One Pornographer is Trying to Elevate Porn to Art," *Forbes* July 20, 2017
24  https://www.forbes.com/sites/susannahbreslin/2017/07/20/pornographer-greg-lansky-interview/#2301d3ae6593
    [2] "Meet the Man Making Porn Great Again," *The Daily Beast*, February 18, 2017
25  http://www.thedailybeast.com/meet-the-man-making-porn-great-again
    [3] "Porn-o-nomics: How one director is making a fortune by defying conventional wisdom," *CBC Radio*,
26  February 24, 2017 http://www.cbc.ca/radio/day6/episode-326-sanctuary-cities-la-la-land-vs-jazz-hollywood-in-china-porn-o-nomics-and-more-1.3994160/porn-o-nomics-how-one-director-is-making-a-fortune-by-defying-conventional-wisdom-1.3994167

28

---

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

25. We are undeniably the most pirated adult content in the world.  Our movies are typically among the most pirated television shows and movies on major torrent websites.

26. We send on average 50,000 DMCA notices a month but it does virtually nothing to stop the rampant copyright infringement.

27. The only effective way to stop the piracy of our movies on BitTorrent networks is to file lawsuits like this one.

28. We believe a consumer's choice of what content to enjoy, whether it be adult entertainment or otherwise, is a personal one to that consumer and therefore it is our policy to keep confidential the identity of not only our subscribers, but even those we are pursuing for copyright infringement.

29. To continue to provide value for our members, exciting and inspiring projects for adult performers, and to continue to create jobs and growth in our community, we must protect our copyrights.

### **DECLARATION**

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: _____
Gregory Aouizerate a.k.a Greg Lansky

4

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

1 | Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
2 | 10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
3 | Tel.: (310) 598-4150
Fax: (310) 556-9828
4 | lbandlow@foxrothschild.com
*Attorneys for Plaintiff*

5
6
7

8 | **UNITED STATES DISTRICT COURT**

9 | **SOUTHERN DISTRICT OF CALIFORNIA**

10 | **SAN DIEGO DIVISION**

11 | STRIKE 3 HOLDINGS, LLC,

Case Number: 3:17-cv-02316-GPC-KSC

12 |                Plaintiff,

Honorable Karen S.  Crawford

13 | vs.

14 | JOHN DOE subscriber assigned IP
address 76.167.199.146,

**DECLARATION OF GREG LANSKY IN SUPPORT OF PLAINTIFF'S *EX-PARTE* APPLICATION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

15 |                Defendant.

16
17
18
19
20
21
22 | [Remainder of page intentionally left blank]
23
24
25
26
27
28

1
Declaration of Greg Lansky in Support of Plaintiff's *Ex-Parte* Application for Leave to Serve
Subpoena Prior to a Rule 26(f) Conference
Case No. 3:17-cv-02316-GPC-KSC

**EXHIBIT A**

**DECLARATION OF GREG LANSKY IN SUPPORT OF
PLAINTIFF'S MOTIONFOR LEAVE TO SERVE A THIRD-PARTY
SUBPOENA PRIOR TO A RULE 26(F) CONFERENCE**

I, Greg Lansky, do hereby state and declare as follows:

1.  I am a member of General Media Systems, LLC, the parent company that owns Strike 3 Holdings, LLC ("Strike 3").  I am the Chief Creative Officer of the *Blacked*, *Tushy*, and *Vixen* adult brands.

2.  I have personal knowledge of all of the matters contained in this declaration and, if called and sworn as a witness, I can and competently will testify to all matters contained herein.  This declaration is made in support of Plaintiff's Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference.

3.  Strike 3 owns the intellectual property to the *Blacked*, *Tushy*, and *Vixen* adult brands, including the copyrights to each of the motion pictures distributed through *Blacked*, *Tushy* and *Vixen* and the trademarks to each of the brand names and logos.  Strike 3 is owned entirely by our company General Media Systems, LLC and has existed since 2015.

4.  I moved to the United States in 2006 from Paris, France to pursue my dream of creating art in an adult context. I have always been passionate about photography and cinematography.

5.  It was a difficult start - I could barely speak English, and I had trouble making connections and finding employment.  I struggled for several years to make a name for myself as a reliable photographer and director.

6.  Eventually, after tremendous hard work, I was fortunate to be hired by some of the biggest adult brands in the world.  Through these experiences, I was able to establish myself and become an expert in the field.

7.  In 2013, I decided to risk everything to create my own company and studio.  As a director, I felt the industry and I were not offering the best quality and experience possible. I felt I was not offering truly inspiring projects for performers to express their art.

1

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

8.   At the time, the adult market was demoralized and it appeared that a high-quality, well produced, subscription based website would never succeed.

9.   I can still remember when our company was just three people in my small home office.

10.  We kept growing and after a few years our brands turned into a multi-million dollar a year business.  We now have 20 million unique visitors to our websites per month and a loyal following.

11. Our company's philosophies are important.

12. We always strive to pay artists and models an amount above that being paid by other companies.  Indeed, we are known for paying our performers the highest rates ever recorded. We give them the respect they deserve.

13. We focus on delivering to our subscribers and fans superior quality adult films and a wonderful customer experience. People thought we were crazy to think that people wanted to pay for expensive quality adult films and we were told that we were destined to fail.  Now, we have a substantial and loyal customer base.

14. We provide jobs for nearly 60 people worldwide.  We provide good benefits including health care coverage and have an extremely positive company culture.

15. Our movies are known for having the highest production budget of any in the industry. We invest in and utilize state of the art cinematic equipment. We film with Hollywood industry standards.  And, as our subscriber base grows, we always seek to find ways to invest in value for our customers.

16. Because of this, we have a subscriber base that is one of the largest of any adult sites in the world.

17. We are also currently the number one seller of adult DVDs in the United States.

18. Our content is licensed throughout the world, including by most major cable networks.

19. Our success has not gone unnoticed.  Indeed, we are very proud to state that our unique cinematic films have won many awards.  It's humbling.  Some of them include:

2

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

- o  Best marketing campaign – company image (AVN, 2016-2017)
- o  Best new studio (XBIZ, 2017)
- o  Best cinematography (AVN, 2016)
- o  Director of the Year (AVN, 2016-2017; XBIZ, 2017)
- o  Best membership website (AVN, 2016-2017)
- o  Adult site of the year – (XBIZ, 2015-2017)

20. We also are routinely featured in the mainstream media.  Just in the past few months, Forbes,[1] The Daily Beast,[2] and CBC Radio[3] have all done substantial profiles on us.

21. We are proud of our impact on the industry.  We have raised the bar - leading more adult studios to invest in better content, higher pay for performers, and to treat each performer like an artist. That is a testament to the entire team, the company we have built and the movies we create.

22. Unfortunately, piracy is a major threat to our company.  We can compete in the industry, but we cannot compete when our content is stolen.

23. We have discovered that when we put videos online for paid members to view, it takes as little as four minutes to be downloaded on to torrent websites.  We have attempted to identify the initial seeder but have found it impossible with the large volume of our subscriber base.

24. We put a tremendous amount of time, effort and creative energy into producing and distributing valuable content for our paid customers.  It crushes us to see it being made available to anyone for free in just minutes.

---

[1]  "How One Pornographer is Trying to Elevate Porn to Art," *Forbes* July 20, 2017 https://www.forbes.com/sites/susannahbreslin/2017/07/20/pornographer-greg-lansky-interview/#2301d3ae6593
[2]  "Meet the Man Making Porn Great Again," *The Daily Beast*, February 18, 2017 http://www.thedailybeast.com/meet-the-man-making-porn-great-again
[3]  "Porn-o-nomics: How one director is making a fortune by defying conventional wisdom," *CBC Radio*, February 24, 2017 http://www.cbc.ca/radio/day6/episode-326-sanctuary-cities-la-la-land-vs-jazz-hollywood-in-china-porn-o-nomics-and-more-1.3994160/porn-o-nomics-how-one-director-is-making-a-fortune-by-defying-conventional-wisdom-1.3994167

3

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

25. We are undeniably the most pirated adult content in the world.  Our movies are typically among the most pirated television shows and movies on major torrent websites.

26. We send on average 50,000 DMCA notices a month but it does virtually nothing to stop the rampant copyright infringement.

27. The only effective way to stop the piracy of our movies on BitTorrent networks is to file lawsuits like this one.

28. We believe a consumer's choice of what content to enjoy, whether it be adult entertainment or otherwise, is a personal one to that consumer and therefore it is our policy to keep confidential the identity of not only our subscribers, but even those we are pursuing for copyright infringement.

29. To continue to provide value for our members, exciting and inspiring projects for adult performers, and to continue to create jobs and growth in our community, we must protect our copyrights.

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: _____

Gregory Aouizerate a.k.a Greg Lansky

4

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 69.75.46.123,<br><br>Defendant. | Case Number: 3:17-cv-02312-MMA-NLS<br><br>Honorable Nita L. Stormes<br><br>**DECLARATION OF GREG LANSKY IN SUPPORT OF PLAINTIFF'S *EX-PARTE* APPLICATION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE** |

[Remainder of page intentionally left blank]

1

Declaration of Greg Lansky in Support of Plaintiff's *Ex-Parte* Application for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

Case No. 3:17-cv-02312-MMA-NLS

**EXHIBIT A**

**DECLARATION OF GREG LANSKY IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO SERVE A THIRD-PARTY
SUBPOENA PRIOR TO A RULE 26(F) CONFERENCE**

I, Greg Lansky, do hereby state and declare as follows:

1.  I am a member of General Media Systems, LLC, the parent company that owns Strike 3 Holdings, LLC ("Strike 3").  I am the Chief Creative Officer of the *Blacked*, *Tushy*, and *Vixen* adult brands.

2.  I have personal knowledge of all of the matters contained in this declaration and, if called and sworn as a witness, I can and competently will testify to all matters contained herein. This declaration is made in support of Plaintiff's Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference.

3.  Strike 3 owns the intellectual property to the *Blacked*, *Tushy*, and *Vixen* adult brands, including the copyrights to each of the motion pictures distributed through *Blacked*, *Tushy* and *Vixen* and the trademarks to each of the brand names and logos.  Strike 3 is owned entirely by our company General Media Systems, LLC and has existed since 2015.

4.  I moved to the United States in 2006 from Paris, France to pursue my dream of creating art in an adult context. I have always been passionate about photography and cinematography.

5.  It was a difficult start - I could barely speak English, and I had trouble making connections and finding employment.  I struggled for several years to make a name for myself as a reliable photographer and director.

6.  Eventually, after tremendous hard work, I was fortunate to be hired by some of the biggest adult brands in the world.  Through these experiences, I was able to establish myself and become an expert in the field.

7.  In 2013, I decided to risk everything to create my own company and studio.  As a director, I felt the industry and I were not offering the best quality and experience possible. I felt I was not offering truly inspiring projects for performers to express their art.

1

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

8.   At the time, the adult market was demoralized and it appeared that a high-quality, well produced, subscription based website would never succeed.

9.   I can still remember when our company was just three people in my small home office.

10. We kept growing and after a few years our brands turned into a multi-million dollar a year business.  We now have 20 million unique visitors to our websites per month and a loyal following.

11. Our company's philosophies are important.

12. We always strive to pay artists and models an amount above that being paid by other companies.  Indeed, we are known for paying our performers the highest rates ever recorded. We give them the respect they deserve.

13. We focus on delivering to our subscribers and fans superior quality adult films and a wonderful customer experience. People thought we were crazy to think that people wanted to pay for expensive quality adult films and we were told that we were destined to fail.  Now, we have a substantial and loyal customer base.

14. We provide jobs for nearly 60 people worldwide.  We provide good benefits including health care coverage and have an extremely positive company culture.

15. Our movies are known for having the highest production budget of any in the industry. We invest in and utilize state of the art cinematic equipment. We film with Hollywood industry standards.  And, as our subscriber base grows, we always seek to find ways to invest in value for our customers.

16. Because of this, we have a subscriber base that is one of the largest of any adult sites in the world.

17. We are also currently the number one seller of adult DVDs in the United States.

18. Our content is licensed throughout the world, including by most major cable networks.

19. Our success has not gone unnoticed.  Indeed, we are very proud to state that our unique cinematic films have won many awards.  It's humbling.  Some of them include:

2

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

o   Best marketing campaign – company image (AVN, 2016-2017)

o   Best new studio (XBIZ, 2017)

o   Best cinematography (AVN, 2016)

o   Director of the Year (AVN, 2016-2017; XBIZ, 2017)

o   Best membership website (AVN, 2016-2017)

o   Adult site of the year – (XBIZ, 2015-2017)

20. We also are routinely featured in the mainstream media.  Just in the past few months, Forbes,[1] The Daily Beast,[2] and CBC Radio[3] have all done substantial profiles on us.

21. We are proud of our impact on the industry.  We have raised the bar - leading more adult studios to invest in better content, higher pay for performers, and to treat each performer like an artist. That is a testament to the entire team, the company we have built and the movies we create.

22. Unfortunately, piracy is a major threat to our company.  We can compete in the industry, but we cannot compete when our content is stolen.

23. We have discovered that when we put videos online for paid members to view, it takes as little as four minutes to be downloaded on to torrent websites.  We have attempted to identify the initial seeder but have found it impossible with the large volume of our subscriber base.

24. We put a tremendous amount of time, effort and creative energy into producing and distributing valuable content for our paid customers.  It crushes us to see it being made available to anyone for free in just minutes.

---

[1] "How One Pornographer is Trying to Elevate Porn to Art," *Forbes* July 20, 2017 https://www.forbes.com/sites/susannahbreslin/2017/07/20/pornographer-greg-lansky-interview/#2301d3ae6593

[2] "Meet the Man Making Porn Great Again," *The Daily Beast*, February 18, 2017 http://www.thedailybeast.com/meet-the-man-making-porn-great-again

[3] "Porn-o-nomics: How one director is making a fortune by defying conventional wisdom," *CBC Radio*, February 24, 2017 http://www.cbc.ca/radio/day6/episode-326-sanctuary-cities-la-la-land-vs-jazz-hollywood-in-china-porn-o-nomics-and-more-1.3994160/porn-o-nomics-how-one-director-is-making-a-fortune-by-defying-conventional-wisdom-1.3994167

3

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

25. We are undeniably the most pirated adult content in the world.  Our movies are typically among the most pirated television shows and movies on major torrent websites.

26. We send on average 50,000 DMCA notices a month but it does virtually nothing to stop the rampant copyright infringement.

27. The only effective way to stop the piracy of our movies on BitTorrent networks is to file lawsuits like this one.

28. We believe a consumer's choice of what content to enjoy, whether it be adult entertainment or otherwise, is a personal one to that consumer and therefore it is our policy to keep confidential the identity of not only our subscribers, but even those we are pursuing for copyright infringement.

29. To continue to provide value for our members, exciting and inspiring projects for adult performers, and to continue to create jobs and growth in our community, we must protect our copyrights.

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: _____

Gregory Aouizerate a.k.a Greg Lansky

4

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

1 | Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
2 | 10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
3 | Tel.: (310) 598-4150
Fax: (310) 556-9828
4 | lbandlow@foxrothschild.com
*Attorneys for Plaintiff*

5

6

7

8 |                 **UNITED STATES DISTRICT COURT**

9 |                **SOUTHERN DISTRICT OF CALIFORNIA**

10 |                      **SAN DIEGO DIVISION**

11 | STRIKE 3 HOLDINGS, LLC,          | Case Number: 3:17-cv-02313-AJB-JMA

12 |                 Plaintiff,        |
                                      | Honorable Jan M. Adler
13 | vs.                              |
                                      | **DECLARATION OF GREG**
14 | JOHN DOE subscriber assigned IP  | **LANSKY IN SUPPORT OF**
    | address 70.95.200.211,           | **PLAINTIFF'S** *EX-PARTE*
15 |                                  | **APPLICATION FOR LEAVE TO**
    |                 Defendant.       | **SERVE A THIRD PARTY**
16 |                                  | **SUBPOENA PRIOR TO A RULE**
                                      | **26(f) CONFERENCE**
17

18

19

20

21

22 |              [Remainder of page intentionally left blank]

23

24

25

26

27

28
                                      1
_____
Declaration of Greg Lansky in Support of Plaintiff's *Ex-Parte* Application for Leave to Serve
Subpoena Prior to a Rule 26(f) Conference
                                       Case No. 3:17-cv-02313-AJB-JMA
                            **EXHIBIT A**

**DECLARATION OF GREG LANSKY IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO SERVE A THIRD-PARTY
SUBPOENA PRIOR TO A RULE 26(F) CONFERENCE**

I, Greg Lansky, do hereby state and declare as follows:

1.  I am a member of General Media Systems, LLC, the parent company that owns Strike 3 Holdings, LLC ("Strike 3"). I am the Chief Creative Officer of the *Blacked*, *Tushy*, and *Vixen* adult brands.

2.  I have personal knowledge of all of the matters contained in this declaration and, if called and sworn as a witness, I can and competently will testify to all matters contained herein. This declaration is made in support of Plaintiff's Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference.

3.  Strike 3 owns the intellectual property to the *Blacked*, *Tushy*, and *Vixen* adult brands, including the copyrights to each of the motion pictures distributed through *Blacked*, *Tushy* and *Vixen* and the trademarks to each of the brand names and logos. Strike 3 is owned entirely by our company General Media Systems, LLC and has existed since 2015.

4.  I moved to the United States in 2006 from Paris, France to pursue my dream of creating art in an adult context. I have always been passionate about photography and cinematography.

5.  It was a difficult start - I could barely speak English, and I had trouble making connections and finding employment. I struggled for several years to make a name for myself as a reliable photographer and director.

6.  Eventually, after tremendous hard work, I was fortunate to be hired by some of the biggest adult brands in the world. Through these experiences, I was able to establish myself and become an expert in the field.

7.  In 2013, I decided to risk everything to create my own company and studio. As a director, I felt the industry and I were not offering the best quality and experience possible. I felt I was not offering truly inspiring projects for performers to express their art.

1

**EXHIBIT A**

Case 2:17-cv-01731-TSZ   Document 77   Filed 02/20/19   Page 47 of 69
Case 3:17-cv-02313-AJB-JMA   Document 4-2   Filed 12/04/17   PageID.40   Page 4 of 18

8.   At the time, the adult market was demoralized and it appeared that a high-quality, well produced, subscription based website would never succeed.

9.   I can still remember when our company was just three people in my small home office.

10.  We kept growing and after a few years our brands turned into a multi-million dollar a year business.  We now have 20 million unique visitors to our websites per month and a loyal following.

11.  Our company's philosophies are important.

12.  We always strive to pay artists and models an amount above that being paid by other companies.  Indeed, we are known for paying our performers the highest rates ever recorded. We give them the respect they deserve.

13.  We focus on delivering to our subscribers and fans superior quality adult films and a wonderful customer experience. People thought we were crazy to think that people wanted to pay for expensive quality adult films and we were told that we were destined to fail.  Now, we have a substantial and loyal customer base.

14.  We provide jobs for nearly 60 people worldwide.  We provide good benefits including health care coverage and have an extremely positive company culture.

15.  Our movies are known for having the highest production budget of any in the industry. We invest in and utilize state of the art cinematic equipment. We film with Hollywood industry standards.  And, as our subscriber base grows, we always seek to find ways to invest in value for our customers.

16. Because of this, we have a subscriber base that is one of the largest of any adult sites in the world.

17. We are also currently the number one seller of adult DVDs in the United States.

18. Our content is licensed throughout the world, including by most major cable networks.

19. Our success has not gone unnoticed.  Indeed, we are very proud to state that our unique cinematic films have won many awards.  It's humbling.  Some of them include:

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

1       ○   Best marketing campaign – company image (AVN, 2016-2017)

2       ○   Best new studio (XBIZ, 2017)

3       ○   Best cinematography (AVN, 2016)

4       ○   Director of the Year (AVN, 2016-2017; XBIZ, 2017)

5       ○   Best membership website (AVN, 2016-2017)

6       ○   Adult site of the year – (XBIZ, 2015-2017)

7    20. We also are routinely featured in the mainstream media.  Just in the past few months,

8 Forbes,[1] The Daily Beast,[2] and CBC Radio[3] have all done substantial profiles on us.

9    21. We are proud of our impact on the industry.  We have raised the bar - leading more adult

10 studios to invest in better content, higher pay for performers, and to treat each performer like an

11 artist. That is a testament to the entire team, the company we have built and the movies we

12 create.

13    22. Unfortunately, piracy is a major threat to our company.  We can compete in the industry,

14 but we cannot compete when our content is stolen.

15    23. We have discovered that when we put videos online for paid members to view, it takes

16 as little as four minutes to be downloaded on to torrent websites.  We have attempted to identify

17 the initial seeder but have found it impossible with the large volume of our subscriber base.

18    24. We put a tremendous amount of time, effort and creative energy into producing and

19 distributing valuable content for our paid customers.  It crushes us to see it being made available

20 to anyone for free in just minutes.

21

22

---

23   [1] "How One Pornographer is Trying to Elevate Porn to Art," *Forbes* July 20, 2017

24 https://www.forbes.com/sites/susannahbreslin/2017/07/20/pornographer-greg-lansky-interview/#2301d3ae6593
   [2] "Meet the Man Making Porn Great Again," *The Daily Beast*, February 18, 2017

25 http://www.thedailybeast.com/meet-the-man-making-porn-great-again
   [3] "Porn-o-nomics: How one director is making a fortune by defying conventional wisdom," *CBC Radio*,

26 February 24, 2017 http://www.cbc.ca/radio/day6/episode-326-sanctuary-cities-la-la-land-vs-jazz-hollywood-in-china-porn-o-nomics-and-more-1.3994160/porn-o-nomics-how-one-director-is-making-a-fortune-by-defying-conventional-wisdom-1.3994167

27                 3

28

---

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

25. We are undeniably the most pirated adult content in the world.  Our movies are typically among the most pirated television shows and movies on major torrent websites.

26. We send on average 50,000 DMCA notices a month but it does virtually nothing to stop the rampant copyright infringement.

27. The only effective way to stop the piracy of our movies on BitTorrent networks is to file lawsuits like this one.

28. We believe a consumer's choice of what content to enjoy, whether it be adult entertainment or otherwise, is a personal one to that consumer and therefore it is our policy to keep confidential the identity of not only our subscribers, but even those we are pursuing for copyright infringement.

29. To continue to provide value for our members, exciting and inspiring projects for adult performers, and to continue to create jobs and growth in our community, we must protect our copyrights.

## **DECLARATION**

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: _____
Gregory Aouizerate a.k.a Greg Lansky

4

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

The Honorable Marsha J. Pechman

1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**
8                   **WESTERN DISTRICT OF WASHINGTON**
9                              **AT SEATTLE**

10  STRIKE 3 HOLDINGS, LLC, a Delaware         Case No.: 2:17-cv-01733-MJP
    corporation,
11                                             **DECLARATION OF GREG LANSKY IN**
                        Plaintiff,             **SUPPORT OF PLAINTIFF'S MOTION**
12                                             **FOR LEAVE TO SERVE A THIRD**
    vs.                                        **PARTY SUBPOENA PRIOR TO A RULE**
13                                             **26(f) CONFERENCE**
    JOHN DOE subscriber assigned IP address
14  50.54.142.188,
15                      Defendant.
16

17
18
19
20               [Remainder of page intentionally left blank]
21
22
23
24
25
26
27  DECLARATION OF GREG LANSKY IN                      **FOX ROTHSCHILD LLP**
    SUPPORT OF PLAINTIFF'S MOTION – (2:17-        1001 Fourth Avenue, Suite 4500
28  cv-01733-MJP)                                            Seattle, WA 98154
                                                              (206) 624-3600
                              1
                         **EXHIBIT A**

**DECLARATION OF GREG LANSKY IN SUPPORT OF
PLAINTIFF'S MOTIONFOR LEAVE TO SERVE A THIRD-PARTY
SUBPOENA PRIOR TO A RULE 26(F) CONFERENCE**

I, Greg Lansky, do hereby state and declare as follows:

1.  I am a member of General Media Systems, LLC, the parent company that owns Strike 3 Holdings, LLC ("Strike 3"). I am the Chief Creative Officer of the *Blacked*, *Tushy*, and *Vixen* adult brands.

2.  I have personal knowledge of all of the matters contained in this declaration and, if called and sworn as a witness, I can and competently will testify to all matters contained herein. This declaration is made in support of Plaintiff's Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference.

3.  Strike 3 owns the intellectual property to the *Blacked*, *Tushy*, and *Vixen* adult brands, including the copyrights to each of the motion pictures distributed through *Blacked*, *Tushy* and *Vixen* and the trademarks to each of the brand names and logos. Strike 3 is owned entirely by our company General Media Systems, LLC and has existed since 2015.

4.  I moved to the United States in 2006 from Paris, France to pursue my dream of creating art in an adult context. I have always been passionate about photography and cinematography.

5.  It was a difficult start - I could barely speak English, and I had trouble making connections and finding employment. I struggled for several years to make a name for myself as a reliable photographer and director.

6.  Eventually, after tremendous hard work, I was fortunate to be hired by some of the biggest adult brands in the world. Through these experiences, I was able to establish myself and become an expert in the field.

7.  In 2013, I decided to risk everything to create my own company and studio. As a director, I felt the industry and I were not offering the best quality and experience possible. I felt I was not offering truly inspiring projects for performers to express their art.

1

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

8.   At the time, the adult market was demoralized and it appeared that a high-quality, well produced, subscription based website would never succeed.

9.   I can still remember when our company was just three people in my small home office.

10.  We kept growing and after a few years our brands turned into a multi-million dollar a year business.  We now have 20 million unique visitors to our websites per month and a loyal following.

11.  Our company's philosophies are important.

12.  We always strive to pay artists and models an amount above that being paid by other companies.  Indeed, we are known for paying our performers the highest rates ever recorded. We give them the respect they deserve.

13.  We focus on delivering to our subscribers and fans superior quality adult films and a wonderful customer experience. People thought we were crazy to think that people wanted to pay for expensive quality adult films and we were told that we were destined to fail.  Now, we have a substantial and loyal customer base.

14.  We provide jobs for nearly 60 people worldwide.  We provide good benefits including health care coverage and have an extremely positive company culture.

15.  Our movies are known for having the highest production budget of any in the industry. We invest in and utilize state of the art cinematic equipment. We film with Hollywood industry standards.  And, as our subscriber base grows, we always seek to find ways to invest in value for our customers.

16.  Because of this, we have a subscriber base that is one of the largest of any adult sites in the world.

17.  We are also currently the number one seller of adult DVDs in the United States.

18.  Our content is licensed throughout the world, including by most major cable networks.

19.  Our success has not gone unnoticed.  Indeed, we are very proud to state that our unique cinematic films have won many awards.  It's humbling.  Some of them include:

2

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

1
    ○  Best marketing campaign – company image (AVN, 2016-2017)

2
    ○  Best new studio (XBIZ, 2017)

3
    ○  Best cinematography (AVN, 2016)

4
    ○  Director of the Year (AVN, 2016-2017; XBIZ, 2017)

5
    ○  Best membership website (AVN, 2016-2017)

6
    ○  Adult site of the year – (XBIZ, 2015-2017)

7
    20. We also are routinely featured in the mainstream media.  Just in the past few months,

8
Forbes,[1] The Daily Beast,[2] and CBC Radio[3] have all done substantial profiles on us.

9
    21. We are proud of our impact on the industry.  We have raised the bar - leading more adult

10
studios to invest in better content, higher pay for performers, and to treat each performer like an

11
artist. That is a testament to the entire team, the company we have built and the movies we

12
create.

13
    22. Unfortunately, piracy is a major threat to our company.  We can compete in the industry,

14
but we cannot compete when our content is stolen.

15
    23. We have discovered that when we put videos online for paid members to view, it takes

16
as little as four minutes to be downloaded on to torrent websites.  We have attempted to identify

17
the initial seeder but have found it impossible with the large volume of our subscriber base.

18
    24. We put a tremendous amount of time, effort and creative energy into producing and

19
distributing valuable content for our paid customers.  It crushes us to see it being made available

20
to anyone for free in just minutes.

21

22

23
[1]  "How One Pornographer is Trying to Elevate Porn to Art," *Forbes* July 20, 2017
24
https://www.forbes.com/sites/susannahbreslin/2017/07/20/pornographer-greg-lansky-interview/#2301d3ae6593
[2]  "Meet the Man Making Porn Great Again," *The Daily Beast*, February 18, 2017
25
http://www.thedailybeast.com/meet-the-man-making-porn-great-again
[3] "Porn-o-nomics: How one director is making a fortune by defying conventional wisdom," *CBC Radio*,
26
February 24, 2017 http://www.cbc.ca/radio/day6/episode-326-sanctuary-cities-la-la-land-vs-jazz-hollywood-in-
china-porn-o-nomics-and-more-1.3994160/porn-o-nomics-how-one-director-is-making-a-fortune-by-defying-
conventional-wisdom-1.3994167

27
28

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

1  25. We are undeniably the most pirated adult content in the world.  Our movies are typically
2  among the most pirated television shows and movies on major torrent websites.

3  26. We send on average 50,000 DMCA notices a month but it does virtually nothing to stop
4  the rampant copyright infringement.

5  27. The only effective way to stop the piracy of our movies on BitTorrent networks is to file
6  lawsuits like this one.

7  28. We believe a consumer's choice of what content to enjoy, whether it be adult
8  entertainment or otherwise, is a personal one to that consumer and therefore it is our policy to
9  keep confidential the identity of not only our subscribers, but even those we are pursuing for
10  copyright infringement.

11  29. To continue to provide value for our members, exciting and inspiring projects for adult
12  performers, and to continue to create jobs and growth in our community, we must protect our
13  copyrights.

14  **DECLARATION**

15  Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws
16  of the United States of America that the foregoing is true and correct.

17  By: _____
18  Gregory Aouizerate a.k.a Greg Lansky

19
20
21
22
23
24
25
26
27
28

4

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

1   Lincoln D. Bandlow, Esq. (CA #170449)
     Fox Rothschild LLP
2   10250 Constellation Blvd., Suite 900
     Los Angeles, CA 90067
3   Tel.: (310) 598-4150
     Fax: (310) 556-9828
4   lbandlow@foxrothschild.com
     *Attorneys for Plaintiff*

5

6

7

8               **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN JOSE DIVISION**

11   STRIKE 3 HOLDINGS, LLC,        Case Number: 5:17-cv-05960-SVK

12              Plaintiff,      **DECLARATION OF GREG LANSKY IN**
                                      **SUPPORT OF PLAINTIFF'S *EX-PARTE***

13   vs.                                   **MOTION FOR LEAVE TO SERVE A**
                                      **THIRD PARTY SUBPOENA PRIOR TO A**

14   JOHN DOE subscriber assigned IP address    **RULE 26(f) CONFERENCE**
      108.221.21.25,

15                  Defendant.    Date: Tuesday, December 5, 2017
                                     Time: 10:00 AM

16                                     Place: Courtroom 6 – 4th Floor
                                    Honorable Susan van Keulen

17

18

19

20

21                 [Remainder of page intentionally left blank]

22

23

24

25

26

27                            1

28

Declaration of Greg Lansky in Support of Plaintiff's *Ex-Parte* Motion for Leave to Serve Subpoena Prior
to a Rule 26(f) Conference

                                                   Case No. 5:17-cv-05960-SVK

**EXHIBIT A**

**DECLARATION OF GREG LANSKY IN SUPPORT OF
PLAINTIFF'S MOTIONFOR LEAVE TO SERVE A THIRD-PARTY
SUBPOENA PRIOR TO A RULE 26(F) CONFERENCE**

I, Greg Lansky, do hereby state and declare as follows:

1. I am a member of General Media Systems, LLC, the parent company that owns Strike 3 Holdings, LLC ("Strike 3"). I am the Chief Creative Officer of the *Blacked*, *Tushy*, and *Vixen* adult brands.

2. I have personal knowledge of all of the matters contained in this declaration and, if called and sworn as a witness, I can and competently will testify to all matters contained herein. This declaration is made in support of Plaintiff's Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference.

3. Strike 3 owns the intellectual property to the *Blacked*, *Tushy*, and *Vixen* adult brands, including the copyrights to each of the motion pictures distributed through *Blacked*, *Tushy* and *Vixen* and the trademarks to each of the brand names and logos. Strike 3 is owned entirely by our company General Media Systems, LLC and has existed since 2015.

4. I moved to the United States in 2006 from Paris, France to pursue my dream of creating art in an adult context. I have always been passionate about photography and cinematography.

5. It was a difficult start - I could barely speak English, and I had trouble making connections and finding employment. I struggled for several years to make a name for myself as a reliable photographer and director.

6. Eventually, after tremendous hard work, I was fortunate to be hired by some of the biggest adult brands in the world. Through these experiences, I was able to establish myself and become an expert in the field.

7. In 2013, I decided to risk everything to create my own company and studio. As a director, I felt the industry and I were not offering the best quality and experience possible. I felt I was not offering truly inspiring projects for performers to express their art.

1

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

8.   At the time, the adult market was demoralized and it appeared that a high-quality, well produced, subscription based website would never succeed.

9.   I can still remember when our company was just three people in my small home office.

10.  We kept growing and after a few years our brands turned into a multi-million dollar a year business.  We now have 20 million unique visitors to our websites per month and a loyal following.

11.  Our company's philosophies are important.

12.  We always strive to pay artists and models an amount above that being paid by other companies.  Indeed, we are known for paying our performers the highest rates ever recorded. We give them the respect they deserve.

13.  We focus on delivering to our subscribers and fans superior quality adult films and a wonderful customer experience. People thought we were crazy to think that people wanted to pay for expensive quality adult films and we were told that we were destined to fail.  Now, we have a substantial and loyal customer base.

14.  We provide jobs for nearly 60 people worldwide.  We provide good benefits including health care coverage and have an extremely positive company culture.

15.  Our movies are known for having the highest production budget of any in the industry. We invest in and utilize state of the art cinematic equipment. We film with Hollywood industry standards.  And, as our subscriber base grows, we always seek to find ways to invest in value for our customers.

16.  Because of this, we have a subscriber base that is one of the largest of any adult sites in the world.

17.  We are also currently the number one seller of adult DVDs in the United States.

18.  Our content is licensed throughout the world, including by most major cable networks.

19.  Our success has not gone unnoticed.  Indeed, we are very proud to state that our unique cinematic films have won many awards.  It's humbling.  Some of them include:

2

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

EXHIBIT A

1
    o  Best marketing campaign – company image (AVN, 2016-2017)

2
    o  Best new studio (XBIZ, 2017)

3
    o  Best cinematography (AVN, 2016)

4
    o  Director of the Year (AVN, 2016-2017; XBIZ, 2017)

5
    o  Best membership website (AVN, 2016-2017)

6
    o  Adult site of the year – (XBIZ, 2015-2017)

7
    20. We also are routinely featured in the mainstream media.  Just in the past few months,

8
Forbes,[1] The Daily Beast,[2] and CBC Radio[3] have all done substantial profiles on us.

9
    21. We are proud of our impact on the industry.  We have raised the bar - leading more adult

10
studios to invest in better content, higher pay for performers, and to treat each performer like an

11
artist. That is a testament to the entire team, the company we have built and the movies we

12
create.

13
    22. Unfortunately, piracy is a major threat to our company.  We can compete in the industry,

14
but we cannot compete when our content is stolen.

15
    23. We have discovered that when we put videos online for paid members to view, it takes

16
as little as four minutes to be downloaded on to torrent websites.  We have attempted to identify

17
the initial seeder but have found it impossible with the large volume of our subscriber base.

18
    24. We put a tremendous amount of time, effort and creative energy into producing and

19
distributing valuable content for our paid customers.  It crushes us to see it being made available

20
to anyone for free in just minutes.

21

22

23
_____
[1] "How One Pornographer is Trying to Elevate Porn to Art," *Forbes* July 20, 2017
24
https://www.forbes.com/sites/susannahbreslin/2017/07/20/pornographer-greg-lansky-interview/#2301d3ae6593
[2] "Meet the Man Making Porn Great Again," *The Daily Beast*, February 18, 2017
http://www.thedailybeast.com/meet-the-man-making-porn-great-again
25
[3] "Porn-o-nomics: How one director is making a fortune by defying conventional wisdom," *CBC Radio*,
February 24, 2017 http://www.cbc.ca/radio/day6/episode-326-sanctuary-cities-la-la-land-vs-jazz-hollywood-in-
26
china-porn-o-nomics-and-more-1.3994160/porn-o-nomics-how-one-director-is-making-a-fortune-by-defying-
conventional-wisdom-1.3994167

27
                                    3
28
_____
Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule
26(f) Conference

**EXHIBIT A**

25. We are undeniably the most pirated adult content in the world.  Our movies are typically among the most pirated television shows and movies on major torrent websites.

26. We send on average 50,000 DMCA notices a month but it does virtually nothing to stop the rampant copyright infringement.

27. The only effective way to stop the piracy of our movies on BitTorrent networks is to file lawsuits like this one.

28. We believe a consumer's choice of what content to enjoy, whether it be adult entertainment or otherwise, is a personal one to that consumer and therefore it is our policy to keep confidential the identity of not only our subscribers, but even those we are pursuing for copyright infringement.

29. To continue to provide value for our members, exciting and inspiring projects for adult performers, and to continue to create jobs and growth in our community, we must protect our copyrights.

## **DECLARATION**

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: _____
Gregory Aouizerate a.k.a Greg Lansky

4

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

### AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation, | Case No.: 2:17-cv-01729-TSZ |
| Plaintiff, | **DECLARATION OF GREG LANSKY IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE** |
| vs. | |
| JOHN DOE subscriber assigned IP address 24.18.38.215, | |
| Defendant. | |

[Remainder of page intentionally left blank]

DECLARATION OF GREG LANSKY IN
SUPPORT OF PLAINTIFF'S MOTION – (2:17-
cv-01729-TSZ)

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

1
**EXHIBIT A**

**DECLARATION OF GREG LANSKY IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR LEAVE TO SERVE A THIRD-PARTY**
**SUBPOENA PRIOR TO A RULE 26(F) CONFERENCE**

I, Greg Lansky, do hereby state and declare as follows:

1. I am a member of General Media Systems, LLC, the parent company that owns Strike 3 Holdings, LLC ("Strike 3"). I am the Chief Creative Officer of the *Blacked*, *Tushy*, and *Vixen* adult brands.

2. I have personal knowledge of all of the matters contained in this declaration and, if called and sworn as a witness, I can and competently will testify to all matters contained herein. This declaration is made in support of Plaintiff's Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference.

3. Strike 3 owns the intellectual property to the *Blacked*, *Tushy*, and *Vixen* adult brands, including the copyrights to each of the motion pictures distributed through *Blacked*, *Tushy* and *Vixen* and the trademarks to each of the brand names and logos. Strike 3 is owned entirely by our company General Media Systems, LLC and has existed since 2015.

4. I moved to the United States in 2006 from Paris, France to pursue my dream of creating art in an adult context. I have always been passionate about photography and cinematography.

5. It was a difficult start - I could barely speak English, and I had trouble making connections and finding employment. I struggled for several years to make a name for myself as a reliable photographer and director.

6. Eventually, after tremendous hard work, I was fortunate to be hired by some of the biggest adult brands in the world. Through these experiences, I was able to establish myself and become an expert in the field.

7. In 2013, I decided to risk everything to create my own company and studio. As a director, I felt the industry and I were not offering the best quality and experience possible. I felt I was not offering truly inspiring projects for performers to express their art.

1

**EXHIBIT A**

8.   At the time, the adult market was demoralized and it appeared that a high-quality, well produced, subscription based website would never succeed.

9.   I can still remember when our company was just three people in my small home office.

10. We kept growing and after a few years our brands turned into a multi-million dollar a year business.  We now have 20 million unique visitors to our websites per month and a loyal following.

11. Our company's philosophies are important.

12. We always strive to pay artists and models an amount above that being paid by other companies.  Indeed, we are known for paying our performers the highest rates ever recorded. We give them the respect they deserve.

13. We focus on delivering to our subscribers and fans superior quality adult films and a wonderful customer experience. People thought we were crazy to think that people wanted to pay for expensive quality adult films and we were told that we were destined to fail.  Now, we have a substantial and loyal customer base.

14. We provide jobs for nearly 60 people worldwide.  We provide good benefits including health care coverage and have an extremely positive company culture.

15. Our movies are known for having the highest production budget of any in the industry. We invest in and utilize state of the art cinematic equipment. We film with Hollywood industry standards.  And, as our subscriber base grows, we always seek to find ways to invest in value for our customers.

16. Because of this, we have a subscriber base that is one of the largest of any adult sites in the world.

17. We are also currently the number one seller of adult DVDs in the United States.

18. Our content is licensed throughout the world, including by most major cable networks.

19. Our success has not gone unnoticed.  Indeed, we are very proud to state that our unique cinematic films have won many awards.  It's humbling.  Some of them include:

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

o   Best marketing campaign – company image (AVN, 2016-2017)

o   Best new studio (XBIZ, 2017)

o   Best cinematography (AVN, 2016)

o   Director of the Year (AVN, 2016-2017; XBIZ, 2017)

o   Best membership website (AVN, 2016-2017)

o   Adult site of the year – (XBIZ, 2015-2017)

20. We also are routinely featured in the mainstream media.  Just in the past few months, Forbes,[1] The Daily Beast,[2] and CBC Radio[3] have all done substantial profiles on us.

21. We are proud of our impact on the industry.  We have raised the bar - leading more adult studios to invest in better content, higher pay for performers, and to treat each performer like an artist. That is a testament to the entire team, the company we have built and the movies we create.

22. Unfortunately, piracy is a major threat to our company.  We can compete in the industry, but we cannot compete when our content is stolen.

23. We have discovered that when we put videos online for paid members to view, it takes as little as four minutes to be downloaded on to torrent websites.  We have attempted to identify the initial seeder but have found it impossible with the large volume of our subscriber base.

24. We put a tremendous amount of time, effort and creative energy into producing and distributing valuable content for our paid customers.  It crushes us to see it being made available to anyone for free in just minutes.

---

[1]   "How One Pornographer is Trying to Elevate Porn to Art," *Forbes* July 20, 2017 https://www.forbes.com/sites/susannahbreslin/2017/07/20/pornographer-greg-lansky-interview/#2301d3ae6593
[2]   "Meet the Man Making Porn Great Again," *The Daily Beast*, February 18, 2017 http://www.thedailybeast.com/meet-the-man-making-porn-great-again
[3]   "Porn-o-nomics: How one director is making a fortune by defying conventional wisdom," *CBC Radio*, February 24, 2017 http://www.cbc.ca/radio/day6/episode-326-sanctuary-cities-la-la-land-vs-jazz-hollywood-in-china-porn-o-nomics-and-more-1.3994160/porn-o-nomics-how-one-director-is-making-a-fortune-by-defying-conventional-wisdom-1.3994167

3

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

1      25. We are undeniably the most pirated adult content in the world.  Our movies are typically
2  among the most pirated television shows and movies on major torrent websites.

3      26. We send on average 50,000 DMCA notices a month but it does virtually nothing to stop
4  the rampant copyright infringement.

5      27. The only effective way to stop the piracy of our movies on BitTorrent networks is to file
6  lawsuits like this one.

7      28. We believe a consumer's choice of what content to enjoy, whether it be adult
8  entertainment or otherwise, is a personal one to that consumer and therefore it is our policy to
9  keep confidential the identity of not only our subscribers, but even those we are pursuing for
10  copyright infringement.

11      29. To continue to provide value for our members, exciting and inspiring projects for adult
12  performers, and to continue to create jobs and growth in our community, we must protect our
13  copyrights.

14                           **DECLARATION**

15      Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws
16  of the United States of America that the foregoing is true and correct.

17                     By: _____
18                     Gregory Aouizerate a.k.a Greg Lansky

19

20

21

22

23

24

25

26

27                                   4
28

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule
26(f) Conference

**EXHIBIT A**

1

The Honorable Richard A. Jones

2

3

4

5

6

7                                **UNITED STATES DISTRICT COURT**

8                              **WESTERN DISTRICT OF WASHINGTON**

9                                              **AT SEATTLE**

10   STRIKE 3 HOLDINGS, LLC, a Delaware       Case No.: 2:17-cv-01730-RAJ
     corporation,
11                                            **DECLARATION OF GREG LANSKY IN**
                        Plaintiff,            **SUPPORT OF PLAINTIFF'S MOTION**
12                                            **FOR LEAVE TO SERVE A THIRD**
     vs.                                      **PARTY SUBPOENA PRIOR TO A RULE**
13                                            **26(f) CONFERENCE**
     JOHN DOE subscriber assigned IP address
14   71.231.142.237,

15                        Defendant.

16

17

18

19

20                          [Remainder of page intentionally left blank]

21

22

23

24

25

26

27   DECLARATION OF GREG LANSKY IN              **FOX ROTHSCHILD LLP**
     SUPPORT OF PLAINTIFF'S MOTION – (2:17-    1001 Fourth Avenue, Suite 4500
28   cv-01730-RAJ)                                     Seattle, WA 98154
                                                        (206) 624-3600
                                    1
                            **EXHIBIT A**

**DECLARATION OF GREG LANSKY IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO SERVE A THIRD-PARTY
SUBPOENA PRIOR TO A RULE 26(F) CONFERENCE**

I, Greg Lansky, do hereby state and declare as follows:

1. I am a member of General Media Systems, LLC, the parent company that owns Strike 3 Holdings, LLC ("Strike 3"). I am the Chief Creative Officer of the *Blacked*, *Tushy*, and *Vixen* adult brands.

2. I have personal knowledge of all of the matters contained in this declaration and, if called and sworn as a witness, I can and competently will testify to all matters contained herein. This declaration is made in support of Plaintiff's Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference.

3. Strike 3 owns the intellectual property to the *Blacked*, *Tushy*, and *Vixen* adult brands, including the copyrights to each of the motion pictures distributed through *Blacked*, *Tushy* and *Vixen* and the trademarks to each of the brand names and logos. Strike 3 is owned entirely by our company General Media Systems, LLC and has existed since 2015.

4. I moved to the United States in 2006 from Paris, France to pursue my dream of creating art in an adult context. I have always been passionate about photography and cinematography.

5. It was a difficult start - I could barely speak English, and I had trouble making connections and finding employment. I struggled for several years to make a name for myself as a reliable photographer and director.

6. Eventually, after tremendous hard work, I was fortunate to be hired by some of the biggest adult brands in the world. Through these experiences, I was able to establish myself and become an expert in the field.

7. In 2013, I decided to risk everything to create my own company and studio. As a director, I felt the industry and I were not offering the best quality and experience possible. I felt I was not offering truly inspiring projects for performers to express their art.

1

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

8.   At the time, the adult market was demoralized and it appeared that a high-quality, well produced, subscription based website would never succeed.

9.   I can still remember when our company was just three people in my small home office.

10.  We kept growing and after a few years our brands turned into a multi-million dollar a year business.  We now have 20 million unique visitors to our websites per month and a loyal following.

11.  Our company's philosophies are important.

12.  We always strive to pay artists and models an amount above that being paid by other companies.  Indeed, we are known for paying our performers the highest rates ever recorded. We give them the respect they deserve.

13.  We focus on delivering to our subscribers and fans superior quality adult films and a wonderful customer experience. People thought we were crazy to think that people wanted to pay for expensive quality adult films and we were told that we were destined to fail.  Now, we have a substantial and loyal customer base.

14.  We provide jobs for nearly 60 people worldwide.  We provide good benefits including health care coverage and have an extremely positive company culture.

15.  Our movies are known for having the highest production budget of any in the industry. We invest in and utilize state of the art cinematic equipment. We film with Hollywood industry standards.  And, as our subscriber base grows, we always seek to find ways to invest in value for our customers.

16.  Because of this, we have a subscriber base that is one of the largest of any adult sites in the world.

17.  We are also currently the number one seller of adult DVDs in the United States.

18.  Our content is licensed throughout the world, including by most major cable networks.

19.  Our success has not gone unnoticed.  Indeed, we are very proud to state that our unique cinematic films have won many awards.  It's humbling.  Some of them include:

2

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

    o  Best marketing campaign – company image (AVN, 2016-2017)

    o  Best new studio (XBIZ, 2017)

    o  Best cinematography (AVN, 2016)

    o  Director of the Year (AVN, 2016-2017; XBIZ, 2017)

    o  Best membership website (AVN, 2016-2017)

    o  Adult site of the year – (XBIZ, 2015-2017)

20. We also are routinely featured in the mainstream media. Just in the past few months, Forbes,[1] The Daily Beast,[2] and CBC Radio[3] have all done substantial profiles on us.

21. We are proud of our impact on the industry. We have raised the bar - leading more adult studios to invest in better content, higher pay for performers, and to treat each performer like an artist. That is a testament to the entire team, the company we have built and the movies we create.

22. Unfortunately, piracy is a major threat to our company. We can compete in the industry, but we cannot compete when our content is stolen.

23. We have discovered that when we put videos online for paid members to view, it takes as little as four minutes to be downloaded on to torrent websites. We have attempted to identify the initial seeder but have found it impossible with the large volume of our subscriber base.

24. We put a tremendous amount of time, effort and creative energy into producing and distributing valuable content for our paid customers. It crushes us to see it being made available to anyone for free in just minutes.

---

[1] "How One Pornographer is Trying to Elevate Porn to Art," *Forbes* July 20, 2017 https://www.forbes.com/sites/susannahbreslin/2017/07/20/pornographer-greg-lansky-interview/#2301d3ae6593
[2] "Meet the Man Making Porn Great Again," *The Daily Beast*, February 18, 2017 http://www.thedailybeast.com/meet-the-man-making-porn-great-again
[3] "Porn-o-nomics: How one director is making a fortune by defying conventional wisdom," *CBC Radio*, February 24, 2017 http://www.cbc.ca/radio/day6/episode-326-sanctuary-cities-la-la-land-vs-jazz-hollywood-in-china-porn-o-nomics-and-more-1.3994160/porn-o-nomics-how-one-director-is-making-a-fortune-by-defying-conventional-wisdom-1.3994167

3

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

25. We are undeniably the most pirated adult content in the world. Our movies are typically among the most pirated television shows and movies on major torrent websites.

26. We send on average 50,000 DMCA notices a month but it does virtually nothing to stop the rampant copyright infringement.

27. The only effective way to stop the piracy of our movies on BitTorrent networks is to file lawsuits like this one.

28. We believe a consumer's choice of what content to enjoy, whether it be adult entertainment or otherwise, is a personal one to that consumer and therefore it is our policy to keep confidential the identity of not only our subscribers, but even those we are pursuing for copyright infringement.

29. To continue to provide value for our members, exciting and inspiring projects for adult performers, and to continue to create jobs and growth in our community, we must protect our copyrights.

### DECLARATION

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: _____

Gregory Aouizerate a.k.a Greg Lansky

4

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**