THE HONORABLE THOMAS S. ZILLY

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

STRIKE 3 HOLDINGS, LLC, a Delaware corporation,

                    Plaintiff,

      vs.

JOHN DOE, subscriber assigned IP address 73.225.38.130,

                    Defendant.

JOHN DOE subscriber assigned IP address 73.225.38.130,

                    Counterclaimant,

      vs.

STRIKE 3 HOLDINGS, LLC,

                    Counterdefendant.

NO. 2:17-cv-01731-TSZ

**DECLARATION OF BRANDON GARCIA-PAETH IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Brandon Garcia-Paeth, hereby declare under the penalty of perjury under the laws of the United States of America, the following:

1.      I have been asked to testify as an expert witness in this case for the defendant. My fee as an expert witness is $100.00 per hour.

2.      I have worked with internet protocols for over 15 years.  I have extensive experience with Wireshark, a tool that is used to analyze bittorrent data.

3.      I was provided torrent files, movies, and the PCAPS associated with the movies by J. Curtis Edmondson, counsel for the defendant in this case.  My understanding is that attorney Edmondson received this data from opposing counsel who represents Strike 3 Productions, LLC.

4.      I was provided the Complaint and Exhibit A to the Complaint (Docket 1, 1-1), and the Amended Complaint and Exhibit A to the Amended Complaint (Docket 43, 43-1). Attached here as Exhibit 1 is Exhibit A to the Amended Complaint.

5.      This declaration describes my analysis of Exhibit 1, which lists 87 movies that range in size from 200MB -600MB of data.

6.      I have also reviewed the declaration of Tobias Fieser declaration filed in support of the Ex-Parte motion for leave to serve Subpoena Prior to the Rule 26(f) conference at Docket 4-3.

7.      The bittorrent protocol operates by taking a file ("Data File"), such as a book, movie, or song, or other file, and processing it with a program that splits the file into a number of pieces.  These pieces are usually from 256KB to 2MB in length.

8.      Each piece is further broken down in the "blocks" of 16KB in length.

9.      A program running a bittorrent client will then indicate to other computers that these pieces can be downloaded using the bittorrent protocol across the internet.  This is done using a ".torrent" file.  These other computers then download pieces of the Data File so that another bittorrent client can then download the Data File piece by piece using another bittorrent client.  The bittorrent protocol is file neutral so one can use it to send both copyrighted and uncopyrighted works.

10.      In Mr. Fieser's declaration (Dkt. 4-3) at paragraph 9 he states: '*IPP's software additionally analyzed each BitTorrent "piece" distributed by Defendant's IP Address.  It verified that reassembling the pieces using a specialized BitTorrent client resulted in a fully playable movie'*.

11.     A PCAP has 16KB of data.  The total amount of data from the 87 films is 26.6 GB of data, so the total of number of PCAPS that Mr. Fieser would have had to record is 1,626,559 PCAPS.  However, Strike 3 Holdings, LCC produced far fewer; the total number of PCAPS provided by Strike 3 Holdings, LLC as being recorded by the IP Address at issue is 405.

12.     After I received the 405 PCAPS in this case, I reconciled the PCAP data with each film.  As my reconciliation shows, Mr. Fieser's declaration is grossly inaccurate about the amount of data captured by NARS.  In seven of the 87 movies there was no PCAP data whatsoever.

13.     I have summarized my data as follows:

| Work | Hash | Site | Percentage |
| --- | --- | --- | --- |
| 1 | 1BC8C1ADCAA75C3EC9408C8CCBF5147863205E6C | Tushy | 0.009% |
| 2 | 0326E8923C58852725F5A7857833A4CD3E715289 | Tushy | 0.012% |
| 3 | 039F4779148D3E374D990283A83AC46A0219DAE9 | Vixen | 0.008% |
| 4 | 0CAB7415EAE003A2C3835DE5FC716759A49040B9 | Tushy | 0.005% |
| 5 | 0CDEB18021838E8E2A694A7D16D9A45366CFABB6 | Blacked | 0.010% |
| 6 | 1278F4C4BF0B45678418F6CC8F8844DE4AB68C83 | Tushy | 0.006% |
| 7 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 0.010% |
| 8 | 18A6F7D0E24D4FA3CC1589DE496D1AD9433CF09B | Blacked | 0.015% |
| 9 | 1A032CB38BB2AF87DAF2B239A1A17B6C713EBC26 | Blacked | 0.006% |
| 10 | 1C2C06D480942F4FE7FDCED4759E93805E02B54B | Tushy | 0.012% |
| 11 | 1D1B18BB0C921D6E1A6D148E4542257B42A2469F | Tushy | 0.010% |
| 12 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | Blacked | 0.011% |
| 13 | 1D7E521CD7368013A7F1B28494A2AC43D8F99F0E | Vixen | 0.006% |
| 14 | 1D7E721AC3B8D955BBCAD8D62F57AF030BD1F315 | Vixen | 0.005% |
| 15 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 0.006% |
| 16 | 22C377CC65B1695E6470BFAF967C4C825391EF90 | Blacked | 0.000% |
| 17 | 24D6E127081B069994E81CA544B8FF3E3A0A33D3 | Tushy | 0.010% |
| 18 | 258961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 0.004% |
| 19 | 289FE7D65DFCFACB416832D12862105A2762841A | Blacked | 0.015% |
| 20 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 0.005% |
| 21 | 322F6ABAB019761A6FF3C1211AF75B28137F013F | Vixen | 0.008% |
| 22 | 34452073A3328CE2AF5FC73A5A8DDD4141E85B4A | Vixen | 0.005% |
| 23 | 374A3B65D604113BB3880FDACE83FD1EFED3CA7C | Tushy | 0.010% |
| 24 | 3945FEF635D609C3FB77DD4762FC2570E7E12D7C | Blacked | 0.005% |
| 25 | 3F3D4931127C380DD0AA05C298E26438267560BB | Vixen | 0.015% |
| 26 | 408577469D1675504E89F205C619738007D08DD9 | Blacked | 0.005% |
| 27 | 4125860EC76C1E0880F652DA94EB84D375A64436 | Tushy | 0.010% |

| 28 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 0.006% |
|----|------------------------------------------|---------|--------|
| 29 | 48F5E3FE474EA76DE23D7D0A8F27ADA15F5C98D7 | Blacked | 0.006% |
| 30 | 4B86BC16D0E5A0983C578B61ED87BC62C55B116A | Vixen | 0.008% |
| 31 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 0.004% |
| 32 | 4FAE423CFA8C54409A4658429D7CB2B3E0F2E8B1 | Vixen | 0.008% |
| 33 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 0.005% |
| 34 | 5003D85013A07470D85A3250EF4B3393B6E2CB04 | Tushy | 0.013% |
| 35 | 5176733783D1199D43060681D7AE2D4E3B5C9AF9 | Blacked | 0.016% |
| 36 | 53FF1B4BD8FB69630FE0A67611FE747F902F6874 | Vixen | 0.006% |
| 37 | 5A06B4EA4DB48984499F2E9EA7213220E835089D | Blacked | 0.005% |
| 38 | 5AA7FC6E46AEF9EC1227A939EADB3351AD495F12 | Vixen | 0.016% |
| 39 | 5C208E2ABF6083135CA52776A02D87442F215D60 | Tushy | 0.005% |
| 40 | 5F25F5C8970A1123950D8543F0C954308ECC9D12 | Tushy | 0.000% |
| 41 | 6503CB2EAECE7FA2F1D71B98E41D6D845BF7B794 | Vixen | 0.015% |
| 42 | 6960957E412263AA671D4F7A15737527D71A7C08 | Tushy | 0.000% |
| 43 | 69AC2D8751ABF0FED5C443A1CE77A7C7529B7AC9 | Vixen | 0.005% |
| 44 | 6A53ECB874B094837053EB7B7142560F0A85A9C2 | Vixen | 0.005% |
| 45 | 6B9175E9708A1BE765BBDC6582A68A12E44A33E3 | Vixen | 0.000% |
| 46 | 72F519FE9EED3C466979E55CFEBF253309A8106C | Vixen | 0.004% |
| 47 | 74C66B184CB3F25F69326EF0C5529CDB680A8C47 | Vixen | 0.005% |
| 48 | 792198F0F41E1FFA44A67E62F451EC11B9B692EF | Vixen | 0.010% |
| 49 | 7E4981D21DDD4B8D9EB5905B1B8A95461915A160 | Blacked | 0.008% |
| 50 | 82EC6E9F2A9287FD59C2B571FDC0CDED7EDDBB81 | Blacked | 0.005% |
| 51 | 8519F3BB18D38EB8472CD07987B1BC2224E7EC22 | Vixen | 0.005% |
| 52 | 88D30B83D9E749F514380A5F2E9C3E876CF55431 | Tushy | 0.007% |
| 53 | 8D906EA439B8BF052A8D68240F71C6D9ACE1E17A | Vixen | 0.006% |
| 54 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 0.000% |
| 55 | 921AED6337A58B159CFAF9DADDFE2D91CDFF8AB3 | Tushy | 0.006% |
| 56 | 94E00EDACF46F8763B4B28A29BEB83473AC2BA8E | Blacked | 0.007% |
| 57 | 9B5E94F7A0C627798E8020DFAA9A28609D1AB82A | Tushy | 0.011% |
| 58 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 0.000% |
| 59 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | Tushy | 0.009% |
| 60 | 9E77DF7FCCB30D04DC6500C39CC3EF0AA2B48257 | Blacked | 0.005% |
| 61 | ABC004062B9F9CF37E9A3A57F4BEA161154EECAE | Vixen | 0.000% |
| 62 | ABDFB02F5D20E29C32ABCE90A8478787DDA3C11D | Tushy | 0.012% |
| 63 | AE6A89DD0FB4978EAC561028F9FB06AA0A8D7E6A | Tushy | 0.006% |
| 64 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 0.000% |
| 65 | B2EC2056C7699F25A118F23E36BB74FC7D3B7131 | Vixen | 0.006% |
| 66 | B80F62F292E7B77184DC0BCF80ECE23CF7B23D15 | Tushy | 0.012% |
| 67 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 0.004% |
| 68 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | Tushy | 0.005% |

DECLARATION OF BRANDON GARCIA-PAETH  - 4

| 69 | C59734C1DC4D87F563ABE2D6E371C12FD12FC7D9 | Blacked | 0.000% |
| 70 | C6965A70345AC1C86DD34737BF381734CA301655 | Vixen | 0.005% |
| 71 | D2B9C8834073E3BF4B55F7BF45C7EA7BE5903569 | Blacked | 0.005% |
| 72 | DB6040CB19308F376554AC18F5C883139311322D | Blacked | 0.008% |
| 73 | DCE0631B0833B899B8A4C577203A87AD00BD2B8B | Blacked | 0.000% |
| 74 | DCE1E033042DA8E7CFC7CEC42B7D21201BEDFD57 | Tushy | 0.005% |
| 75 | E132114F31A37161B83D12BCE6320B65DE025C9B | Vixen | 0.007% |
| 76 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | Tushy | 0.009% |
| 77 | E272AF63D15A4277BF857E93B225717C76F3DA9D | Tushy | 0.006% |
| 78 | E4BB4B0185636612E25A2955F474B4494789F63C | Blacked | 0.000% |
| 79 | E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE | Blacked | 0.009% |
| 80 | E8910563DE2084C48C6A8C5801457339745A09FA | Vixen | 0.005% |
| 81 | EC31FAD9EF2492EACCD767B4A6E207BBF2765F0E | Blacked | 0.010% |
| 82 | F1132ADEB75DD2EA99B249DD70902C74E9DA7884 | Tushy | 0.009% |
| 83 | F28E401CBB99CFB32E0808B7662BC50A9C5F64AD | Blacked | 0.006% |
| 84 | F8A92532C263D3E3497FF27A3FE569FF7BF15E37 | Blacked | 0.006% |
| 85 | F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD | Blacked | 0.005% |
| 86 | FF7A5EE06C927438A3CAABC69D774D9CEACA8B9F | Tushy | 0.007% |
| 87 | FFD7D4C0A301487B3A11CBF1B3FC16410D42AEA0 | Vixen | 0.008% |

14.     The summary above is based on a more extensive analysis, the results of which are set forth in an Excel spreadsheet attached here as Exhibit 2.

      a.   Columns A-G correspond to the document filed with this Court at Exhibit 43-1.

      b.   Column H is column I created that references the torrent file corresponding to the work.

      c.   Column I are the PCAP Ids I referenced.

      d.   Column J is the number of PCAP's captured.

      e.   Column K is the length of the movie in bytes.

      f.   Column Q is the block length in Hex.

      g.   Column P is the number of PCAPS that correspond to the torrent file. This column counts the number of PCAPS.

      h.   Column Q is the total amount of raw data returned from the IP address at issue in this case.

1

2        i.   Column R is the percentage of the movie that the IP address provided to the IPP monitoring system.

3

4      I declare under penalty of perjury under the laws of the United States of America that

5 the foregoing is true and correct.

6      EXECUTED this _____25th_____ day of February, 2019, at Portland, Oregon.

7

8                         Brandon Garcia-Paeth

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF BRANDON GARCIA-PAETH  - 6

<u>CERTIFICATE OF SERVICE</u>

I, Adrienne D. McEntee, hereby certify that on February 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bryan J. Case, WSBA #41781
Email: bcase@foxrothschild.com
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154
Telephone: (206) 624-3600
Facsimile: (206) 389-1708

Lincoln D. Bandlow, *Admitted Pro Hac Vice*
Email: lbandlow@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles California 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9828

*Attorneys for Plaintiff*

DATED this 25th day of February, 2019.

TERRELL MARSHALL LAW GROUP PLLC


By:   /s/ Adrienne D. McEntee, WSBA #34061
Adrienne D. McEntee, WSBA #34061
Email:  amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Defendant*

\

DECLARATION OF BRANDON GARCIA-PAETH - 7
CASE NO. 2:17-cv-01731-TSZ

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

# — EXHIBIT  1 —

# EXHIBIT A

**Exhibit A to the Complaint**

**Location:** Federal Way, WA
**Total Works Infringed:** 87

**IP Address:** 73.225.38.130
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|------|------|------|-----|-----------|--------------------|-----------|
| 1 | 1BC8C1ADCAA75C3ECC9408C8CCBF51478632D5E6C | Tushy | 9/5/2017 10:40:33 | 9/3/2017 | 9/10/2017 | PA0002052851 |
| 2 | 0326E89235C588527255F5A78578233A4CD3E715289 | Tushy | 5/15/2017 4:40:00 | 5/6/2017 | 6/16/2017 | PA0002069288 |
| 3 | 039F477914D3E374D990283A83AC46A0219DAE9 | Vixen | 5/12/2017 6:25:29 | 4/19/2017 | 6/16/2017 | PA0002069291 |
| 4 | 0CAB7415EAE003A2C3835DE5FC7167S9A490409 | Tushy | 7/5/2017 19:58:23 | 7/5/2017 | 7/6/2017 | PA0002041555 |
| 5 | 0CDEB1802183E8E2A694A7D16D9A45366CFAB86 | Blacked | 8/8/2017 21:54:29 | 8/8/2017 | 8/18/2017 | PA0002077679 |
| 6 | 1278F4C48F0B45678418F6CC8F8844DE4A868C83 | Tushy | 5/15/2017 5:03:17 | 4/26/2017 | 6/15/2017 | PA0002037565 |
| 7 | 1487A26EAAAD703182S8A89F506506A8F293533A | Blacked | 5/21/2017 18:02:17 | 5/5/2017 | 6/15/2017 | PA0002037591 |
| 8 | 18A6F7D0E24D4FA3CC1589DE49601AD9433CF09B | Blacked | 6/20/2017 1:03:31 | 6/19/2017 | 7/7/2017 | PA0002070823 |
| 9 | 1A032CB38B82AF87DAF2B239A1A17B6C713EBC26 | Blacked | 8/12/2017 13:46:39 | 8/3/2017 | 8/17/2017 | PA0002077671 |
| 10 | 1C2C06D48094294FE4FE7FDCED4759E9380SE02B54B | Tushy | 5/24/2017 1:49:12 | 5/21/2017 | 6/22/2017 | PA0002039282 |
| 11 | 1D1B18BB0C921D6E1A6D148E454225T7B42A2469F | Tushy | 6/22/2017 8:52:38 | 6/20/2017 | 7/7/2017 | PA0002070816 |
| 12 | 1D63168E762F9CB41AE4DBD66465994D0EFF3911 | Blacked | 7/10/2017 20:05:40 | 7/9/2017 | 8/17/2017 | PA0002077662 |
| 13 | 1D7E521CD7368013A7F1B2849A42AC4430D8F99F0E | Vixen | 9/3/2017 5:01:06 | 9/1/2017 | 9/15/2017 | PA0002052845 |
| 14 | 1D7E721AC3B8D955BBCAD8D62F57AF030BD1F315 | Vixen | 6/6/2017 10:18:02 | 6/3/2017 | 7/7/2017 | PA0002070834 |
| 15 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 8/21/2017 10:03:46 | 8/19/2017 | 10/10/2017 | PA0002086140 |
| 16 | 22C377CC65B1695E6470BFAF967C4C82S391EF90 | Blacked | 8/1/2017 8:09:40 | 7/29/2017 | 8/11/2017 | PA0002046872 |
| 17 | 24D6E127081B06994E81CA544B8FF3E3A0A33D3 | Tushy | 5/17/2017 6:35:34 | 5/16/2017 | 6/22/2017 | PA0002039300 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | 2S8961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 7/24/2017 17:24:34 | 7/23/2017 | 8/10/2017 | PA0002046877 |
| 19 | 289FE7D65DFCFACB416832D12862105A2762841A | Blacked | 5/12/2017 5:45:47 | 5/10/2017 | 6/22/2017 | PA0002039285 |
| 20 | 3157TE16E1B688F13F308E538E1BAF66E2247726A | Tushy | 8/1/2017 5:04:24 | 7/30/2017 | 8/11/2017 | PA0002075051 |
| 21 | 322F6ABAB019761A6FF3C1211AF75B28137F013F | Vixen | 6/9/2017 20:46:58 | 6/8/2017 | 7/7/2017 | PA0002070832 |
| 22 | 3445207 3A33 28 C2AF5FC73A5A8DDA141E85B4A | Vixen | 8/23/2017 10:51:56 | 8/22/2017 | 9/15/2017 | PA0002052852 |
| 23 | 374A3B65D604113B83880FDACE83FD1EFED3CA7C | Tushy | 8/15/2017 12:51:18 | 8/14/2017 | 8/17/2017 | PA0002048391 |
| 24 | 3945FE F635D609C3FB77DD4762FC2570E7E1207C | Blacked | 5/21/2017 16:45:29 | 5/20/2017 | 6/22/2017 | PA0002039289 |
| 25 | 3F3D4931127C380DD0AA05C298E264382675608B | Vixen | 6/9/2017 4:23:31 | 6/28/2017 | 7/7/2017 | PA0002070828 |
| 26 | 408577469D1675504E89F205C61973800 7D08DD9 | Blacked | 6/9/2017 20:59:45 | 6/9/2017 | 7/7/2017 | PA0002070825 |
| 27 | 4125860EC76C1E0880F652DA94E884D375A64436 | Tushy | 8/5/2017 12:02:40 | 8/4/2017 | 8/17/2017 | PA0002077666 |
| 28 | 464ABA52DA8258FA23BA748 30F0D57EE7CA518C5 | Tushy | 8/26/2017 12:52:10 | 8/24/2017 | 9/15/2017 | PA0002052837 |
| 29 | 48F5E3FE474EA76DE23D7D0A8F27ADA15F5C98D7 | Blacked | 7/20/2017 21:22:16 | 7/19/2017 | 8/11/2017 | PA0002046876 |
| 30 | 4B86BC16D0E5A0983C578B61ED87BCG2C55B116A | Vixen | 10/12/2017 12:50:09 | 8/12/2017 | 8/17/2017 | PA0002048373 |
| 31 | 4F0D3D0FD3F88791F49330 80453A052BE6924F22 | Tushy | 10/12/2017 21:12:29 | 10/8/2017 | 10/19/2017 | PA0002058298 |
| 32 | 4FAE423CFA8C54A09A46584 29D7CB2B36E0F2E8B1 | Vixen | 9/27/2017 2:20:50 | 9/11/2017 | 9/15/2017 | PA0002052839 |
| 33 | 4FF62836FC3C50961 7EE5DE7658EAABE045C0BA1 | Tushy | 9/16/2017 16:46:35 | 9/13/2017 | 10/10/2017 | PA0002086153 |
| 34 | 5003D85013A07470D85A3250EF4B3393B6E2CB04 | Tushy | 7/12/2017 20:00:00 | 7/10/2017 | 8/18/2017 | PA0002077678 |
| 35 | 51767337 83D1199D430606 81D7AE2D4E3B5C9AF9 | Blacked | 7/19/2017 22:47:58 | 7/14/2017 | 8/11/2017 | PA0002046878 |
| 36 | 53FF1B4BD8FB6960F0EA676 11FE747F902F6874 | Vixen | 7/20/2017 21:17:40 | 7/18/2017 | 8/10/2017 | PA0002046875 |

| # | Hash | Studio | Date/Time | Date | Date | PA Number |
|---|------|--------|-----------|------|------|-----------|
| 37 | 5A06B4EA4D8489844999F2E9EA721320E835089D | Blacked | 6/16/2017 14:31:45 | 6/14/2017 | 7/7/2017 | PA0002070824 |
| 38 | 5AA7FC6E46AEF9EC1227A939EADB3351AD495F12 | Vixen | 8/8/2017 23:27:09 | 8/7/2017 | 8/17/2017 | PA0002077669 |
| 39 | 5C208E2ABF6083135CA52776A02D87442F215D60 | Tushy | 6/19/2017 18:46:28 | 6/15/2017 | 7/7/2017 | PA0002070815 |
| 40 | 5F25F5C8970A1123950D8543F0C954308ECC9D12 | Tushy | 9/24/2017 16:04:53 | 9/23/2017 | 10/9/2017 | PA0002086134 |
| 41 | 6503C82EAECE7FA2F1D71B98E41D6D845BF7B794 | Vixen | 8/18/2017 16:01:01 | 8/17/2017 | 10/10/2017 | PA0002086150 |
| 42 | 6960957E412263A671D4F7A15737527071A7C08 | Tushy | 9/8/2017 22:40:10 | 9/8/2017 | 9/15/2017 | PA0002052841 |
| 43 | 69AC2D8751ABF0FED5C443A1CE77A7C7529B7AC9 | Tushy | 5/10/2017 8:28:53 | 5/9/2017 | 6/22/2017 | PA0002039298 |
| 44 | 6A53CB874B094837053E87B7142560F0A85A9C2 | Vixen | 9/22/2017 9:04:25 | 9/21/2017 | 10/10/2017 | PA0002086168 |
| 45 | 6B9175E9708A1BE765BBDC6582A68A12E44A33E3 | Vixen | 7/14/2017 21:54:24 | 7/13/2017 | 8/10/2017 | PA0002046873 |
| 46 | 72F519FE9EED3C466979E55CFEBF253309A8106C | Vixen | 5/16/2017 12:11:02 | 5/14/2017 | 6/22/2017 | PA0002039297 |
| 47 | 74C66B184CB3F25F69326EF0C5529CD6680A8C47 | Vixen | 5/25/2017 3:53:11 | 5/24/2017 | 6/22/2017 | PA0002039294 |
| 48 | 792198F0F41E1FFA44A67E62F451EC11B9B692EF | Vixen | 8/1/2017 8:35:59 | 7/28/2017 | 8/10/2017 | PA0002046871 |
| 49 | 7E4981D21DDD4B8D9EB5905B188A95461915A160 | Blacked | 8/24/2017 11:53:28 | 8/23/2017 | 10/10/2017 | PA0002086163 |
| 50 | 82EC6E9F2A9287FD59C2B571FDC0CDED7EDDB881 | Blacked | 7/5/2017 4:24:38 | 6/29/2017 | 7/7/2017 | PA0002070821 |
| 51 | 8519F3B818D38E8472CD07987B1BC2224E7EC22 | Vixen | 11/9/2017 8:28:23 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 52 | 88D30B83D9E749F514380A5F2E9C3E876CF55431 | Tushy | 8/10/2017 10:01:43 | 8/9/2017 | 8/17/2017 | PA0002077673 |
| 53 | 8D906EA439B8BF052A8D68240F71C6D9ACE1E17A | Vixen | 7/5/2017 15:34:08 | 7/3/2017 | 7/7/2017 | PA0002070827 |
| 54 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 9/20/2017 9:40:12 | 8/27/2017 | 9/15/2017 | PA0002052843 |
| 55 | 921AED6337A58B159CFAF9DADDFE2D91CDFF8AB3 | Tushy | 8/12/2017 11:16:39 | 6/25/2017 | 7/7/2017 | PA0002070817 |

| 56 | 94E00EDACF46F87633B4B28A29BE883473AC2BA8E | Blacked | 11/22/2017 11:18:15 | 11/21/2017 | 1/4/2018 | PA0002069353 |
| 57 | 9B5E94F7A0C627798E80200DFAA9A28609D1AB82A | Tushy | 7/20/2017 21:27:58 | 7/20/2017 | 8/11/2017 | PA0002046869 |
| 58 | 9C80B087C92S5D30BA01F72FC0EAABD8EAADF588A | Blacked | 8/20/2017 9:20:56 | 8/18/2017 | 10/10/2017 | PA0002086146 |
| 59 | 9D5513F0S63852D9FB73EDC7D63184A6BB043340D9 | Tushy | 9/20/2017 11:43:04 | 9/18/2017 | 10/9/2017 | PA0002086139 |
| 60 | 9E77DF7FCCB300D4DC6500C39CC3EF0AA2B48257 | Blacked | 9/6/2017 23:09:08 | 9/2/2017 | 9/15/2017 | PA0002052847 |
| 61 | ABCD04062B9FC9F37E9A3A57F4BEA161154ECAE | Vixen | 11/30/2017 20:59:54 | 9/26/2017 | 10/10/2017 | PA0002085861 |
| 62 | ABDFB02F5D20E29C32ABCE90A84787DDA3C11D | Tushy | 6/12/2017 17:58:55 | 6/10/2017 | 7/7/2017 | PA0002074096 |
| 63 | AE6A89DD0FB4978EAC5610028F9FB06AAA0A8D7E6A | Tushy | 5/10/2017 9:29:30 | 5/1/2017 | 6/15/2017 | PA0002037577 |
| 64 | AFA4C4402357 7E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 9/8/2017 22:15:20 | 9/7/2017 | 9/15/2017 | PA0002052840 |
| 65 | B2EC2056C7699F25AA118F23E36BB74FC7D3B7131 | Vixen | 7/9/2017 14:25:35 | 7/8/2017 | 8/17/2017 | PA0002077664 |
| 66 | B80F62F292E7B77184D0C0BCF80ECE23CF7B23D15 | Tushy | 9/29/2017 10:28:52 | 9/28/2017 | 10/10/2017 | PA0002086160 |
| 67 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 5/16/2017 12:04:06 | 5/15/2017 | 6/22/2017 | PA0002039283 |
| 68 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | Tushy | 6/6/2017 10:39:33 | 6/5/2017 | 7/7/2017 | PA0002074097 |
| 69 | C9734C1DC4D87F563ABE2D6E371C12FD12FC7D9 | Blacked | 11/2/2017 9:05:02 | 10/22/2017 | 11/21/2017 | PA0002063627 |
| 70 | C695A70345AC1C86DD347378F381734CA301655 | Vixen | 12/1/2017 12:28:34 | 10/1/2017 | 10/10/2017 | PA0002086155 |
| 71 | D2B9C883407 3E3BF4B55F7BF45C7EA7BE5903569 | Blacked | 5/31/2017 11:36:18 | 5/30/2017 | 6/22/2017 | PA0002039295 |
| 72 | DB6040CB19308F376554AC18F5C88313931322D | Blacked | 11/7/2017 1:43:58 | 9/17/2017 | 10/10/2017 | PA0002086174 |
| 73 | DCE0631B0833B899B8A4C577203A87AD00BD2B8B | Blacked | 11/13/2017 1:30:20 | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 74 | DCE1E033042DA8E7CFCFCCC42B7D21201BEDFD57 | Tushy | 7/5/2017 13:13:53 | 6/30/2017 | 7/7/2017 | PA0002070818 |

| 75 | E13211 4F31A37161B8B3D12BCE6320B65DE025C9B | Vixen | 6/20/2017 1:02:34 | 6/18/2017 | 7/7/2017 | PA0002070833 |
| 76 | E1C148 43DC58F3CB2CCB7383B2A42E4EE8D32363B | Tushy | 8/1/2017 0:20:55 | 7/25/2017 | 8/11/2017 | PA0002046870 |
| 77 | E272AF63D15A4277BF857E93B225717C76F3DA9D | Tushy | 5/15/2017 7:43:19 | 5/11/2017 | 6/22/2017 | PA0002039286 |
| 78 | E4B4B018563661E25A2955F47A B4A94789F63C | Blacked | 10/12/2017 23:51:21 | 10/7/2017 | 10/19/2017 | PA0002058300 |
| 79 | E69BB37CE99BE570CCC9E8659F45DDEF66E740E3BE | Blacked | 8/14/2017 12:40:23 | 8/13/2017 | 8/17/2017 | PA0002077675 |
| 80 | E891O563DE2084A C48C6A8C5801457339745A09FA | Vixen | 5/31/2017 11:21:03 | 5/29/2017 | 6/22/2017 | PA0002039292 |
| 81 | EC31FAD9EF2492EACCD767B4A6E207BBF2765F0E | Blacked | 9/13/2017 14:24:29 | 9/12/2017 | 9/15/2017 | PA0002052846 |
| 82 | F1132ADEB75DD2EA99B2499DD70902C74E9DA7884 | Tushy | 9/3/2017 5:00:03 | 8/29/2017 | 10/10/2017 | PA0002086144 |
| 83 | F28E401CB899CFB32E0808B7662BC50A9C5F64AD | Blacked | 11/10/2017 0:59:33 | 9/22/2017 | 10/10/2017 | PA0002057455 |
| 84 | F8A92 53C2C63D3E3497FF27A3FE569FF7BF15E37 | Blacked | 5/15/2017 6:09:04 | 4/25/2017 | 6/15/2017 | PA0002037576 |
| 85 | F8FEB2EE6C17B37610C5B2EA85F0266CB0C5C5BD | Blacked | 7/5/2017 15:25:57 | 7/4/2017 | 7/7/2017 | PA0002070819 |
| 86 | FF7A5EE06CC927438A3CAABC69D774D9CEACA8B9F | Tushy | 7/17/2017 19:52:12 | 7/15/2017 | 8/11/2017 | PA0002075050 |
| 87 | FFD7D4C0A301487B3A11CBF1B3FC16410D42AEA0 | Vixen | 9/6/2017 23:08:24 | 9/6/2017 | 9/15/2017 | PA0002052844 |

— **EXHIBIT  2** —

| Work | Hash | Site | UTC | Published | CRO App. FileDate |
|---|---|---|---|---|---|
| 1 | 1BC8C1ADCAA75C3EC9408C8CCBF5147863205E6C | Tushy | 9/5/2017 10:40 | 9/3/2017 | 9/10/2017 |
| 2 | 0326E8923C58852725F5A7857833A4CD3E715289 | Tushy | 5/15/2017 4:40 | 5/6/2017 | 6/16/2017 |
| 3 | 039F4779148D3E374D990283A83AC46A0219DAE9 | Vixen | 5/12/2017 6:25 | 4/19/2017 | 6/16/2017 |
| 4 | 0CAB7415EAE003A2C3835DE5FC716759A49040B9 | Tushy | 7/5/2017 19:58 | 7/5/2017 | 7/6/2017 |
| 5 | 0CDEB18021838E8E2A694A7D16D9A45366CFABB6 | Blacked | 8/8/2017 21:54 | 8/8/2017 | 8/18/2017 |
| 6 | 1278F4C4BF0B45678418F6CC8F8844DE4AB68C83 | Tushy | 5/15/2017 5:03 | 4/26/2017 | 6/15/2017 |
| 7 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 5/21/2017 18:02 | 5/5/2017 | 6/15/2017 |
| 8 | 18A6F7D0E24D4FA3CC1589DE496D1AD9433CF09B | Blacked | 6/20/2017 1:03 | 6/19/2017 | 7/7/2017 |
| 9 | 1A032CB38BB2AF87DAF2B239A1A17B6C713EBC26 | Blacked | 8/12/2017 13:46 | 8/3/2017 | 8/17/2017 |
| 10 | 1C2C06D480942F4FE7FDCED4759E93805E02B54B | Tushy | 5/24/2017 1:49 | 5/21/2017 | 6/22/2017 |
| 11 | 1D1B18BB0C921D6E1A6D148E4542257B42A2469F | Tushy | 6/22/2017 8:52 | 6/20/2017 | 7/7/2017 |
| 12 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | Blacked | 7/10/2017 20:05 | 7/9/2017 | 8/17/2017 |
| 13 | 1D7E521CD7368013A7F1B28494A2AC43D8F99F0E | Vixen | 9/3/2017 5:01 | 9/1/2017 | 9/15/2017 |
| 14 | 1D7E721AC3B8D955BBCAD8D62F57AF030BD1F315 | Vixen | 6/6/2017 10:18 | 6/3/2017 | 7/7/2017 |
| 15 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 8/21/2017 10:03 | 8/19/2017 | 10/10/2017 |
| 16 | 22C377CC65B1695E6470BFAF967C4C825391EF90 | Blacked | 8/1/2017 8:09 | 7/29/2017 | 8/11/2017 |
| 17 | 24D6E127081B069994E81CA544B8FF3E3A0A33D3 | Tushy | 5/17/2017 6:35 | 5/16/2017 | 6/22/2017 |
| 18 | 258961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 7/24/2017 17:24 | 7/23/2017 | 8/10/2017 |
| 19 | 289FE7D65DFCFACB416832D12862105A2762841A | Blacked | 5/12/2017 5:45 | 5/10/2017 | 6/22/2017 |
| 20 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 8/1/2017 5:04 | 7/30/2017 | 8/11/2017 |
| 21 | 322F6ABAB019761A6FF3C1211AF75B28137F013F | Vixen | 6/9/2017 20:46 | 6/8/2017 | 7/7/2017 |
| 22 | 34452073A3328CE2AF5FC73A5A8DDD4141E85B4A | Vixen | 8/23/2017 10:51 | 8/22/2017 | 9/15/2017 |
| 23 | 374A3B65D604113BB3880FDACE83FD1EFED3CA7C | Tushy | 8/15/2017 12:51 | 8/14/2017 | 8/17/2017 |
| 24 | 3945FEF635D609C3FB77DD4762FC2570E7E12D7C | Blacked | 5/21/2017 16:45 | 5/20/2017 | 6/22/2017 |
| 25 | 3F3D4931127C380DD0AA05C298E26438267560BB | Vixen | 7/5/2017 4:23 | 6/28/2017 | 7/7/2017 |
| 26 | 408577469D1675504E89F205C619738007D08DD9 | Blacked | 6/9/2017 20:59 | 6/9/2017 | 7/7/2017 |
| 27 | 4125860EC76C1E0880F652DA94EB84D375A64436 | Tushy | 8/5/2017 12:02 | 8/4/2017 | 8/17/2017 |
| 28 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 8/26/2017 12:52 | 8/24/2017 | 9/15/2017 |
| 29 | 48F5E3FE474EA76DE23D7D0A8F27ADA15F5C98D7 | Blacked | 7/20/2017 21:22 | 7/19/2017 | 8/11/2017 |
| 30 | 4B86BC16D0E5A0983C578B61ED87BC62C55B116A | Vixen | 8/14/2017 12:50 | 8/12/2017 | 8/17/2017 |
| 31 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 10/12/2017 21:12 | 10/8/2017 | 10/19/2017 |
| 32 | 4FAE423CFA8C54409A4658429D7CB2B3E0F2E8B1 | Vixen | 9/27/2017 2:20 | 9/11/2017 | 9/15/2017 |
| 33 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 9/16/2017 16:46 | 9/13/2017 | 10/10/2017 |

| 34 | 5003D85013A07470D85A3250EF4B3393B6E2CB04 | Tushy | 7/12/2017 20:00 | 7/10/2017 | 8/18/2017 |
|---|---|---|---|---|---|
| 35 | 5176733783D1199D43060681D7AE2D4E3B5C9AF9 | Blacked | 7/19/2017 22:47 | 7/14/2017 | 8/11/2017 |
| 36 | 53FF1B4BD8FB69630FE0A67611FE747F902F6874 | Vixen | 7/20/2017 21:17 | 7/18/2017 | 8/10/2017 |
| 37 | 5A06B4EA4DB48984499F2E9EA7213220E835089D | Blacked | 6/16/2017 14:31 | 6/14/2017 | 7/7/2017 |
| 38 | 5AA7FC6E46AEF9EC1227A939EADB3351AD495F12 | Vixen | 8/8/2017 23:27 | 8/7/2017 | 8/17/2017 |
| 39 | 5C208E2ABF6083135CA52776A02D87442F215D60 | Tushy | 6/19/2017 18:46 | 6/15/2017 | 7/7/2017 |
| 40 | 5F25F5C8970A1123950D8543F0C954308ECC9D12 | Tushy | 9/24/2017 16:04 | 9/23/2017 | 10/9/2017 |
| 41 | 6503CB2EAECE7FA2F1D71B98E41D6D845BF7B794 | Vixen | 8/18/2017 16:01 | 8/17/2017 | 10/10/2017 |
| 42 | 6960957E412263AA671D4F7A15737527D71A7C08 | Tushy | 9/8/2017 22:40 | 9/8/2017 | 9/15/2017 |
| 43 | 69AC2D8751ABF0FED5C443A1CE77A7C7529B7AC9 | Vixen | 5/10/2017 8:28 | 5/9/2017 | 6/22/2017 |
| 44 | 6A53ECB874B094837053EB7B7142560F0A85A9C2 | Vixen | 9/22/2017 9:04 | 9/21/2017 | 10/10/2017 |
| 45 | 6B9175E9708A1BE765BBDC6582A68A12E44A33E3 | Vixen | 7/14/2017 21:54 | 7/13/2017 | 8/10/2017 |
| 46 | 72F519FE9EED3C466979E55CFEBF253309A8106C | Vixen | 5/16/2017 12:11 | 5/14/2017 | 6/22/2017 |
| 47 | 74C66B184CB3F25F69326EF0C5529CDB680A8C47 | Vixen | 5/25/2017 3:53 | 5/24/2017 | 6/22/2017 |
| 48 | 792198F0F41E1FFA44A67E62F451EC11B9B692EF | Vixen | 8/1/2017 8:35 | 7/28/2017 | 8/10/2017 |
| 49 | 7E4981D21DDD4B8D9EB5905B1B8A95461915A160 | Blacked | 8/24/2017 11:53 | 8/23/2017 | 10/10/2017 |
| 50 | 82EC6E9F2A9287FD59C2B571FDC0CDED7EDDBB81 | Blacked | 7/5/2017 4:24 | 6/29/2017 | 7/7/2017 |
| 51 | 8519F3BB18D38EB8472CD07987B1BC2224E7EC22 | Vixen | 11/9/2017 8:28 | 10/11/2017 | 10/19/2017 |
| 52 | 88D30B83D9E749F514380A5F2E9C3E876CF55431 | Tushy | 8/10/2017 10:01 | 8/9/2017 | 8/17/2017 |
| 53 | 8D906EA439B8BF052A8D68240F71C6D9ACE1E17A | Vixen | 7/5/2017 15:34 | 7/3/2017 | 7/7/2017 |
| 54 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 9/20/2017 9:40 | 8/27/2017 | 9/15/2017 |
| 55 | 921AED6337A58B159CFAF9DADDFE2D91CDFF8AB3 | Tushy | 8/12/2017 11:16 | 6/25/2017 | 7/7/2017 |
| 56 | 94E00EDACF46F8763B4B28A29BEB83473AC2BA8E | Blacked | 11/22/2017 11:18 | 11/21/2017 | 1/4/2018 |
| 57 | 9B5E94F7A0C627798E8020DFAA9A28609D1AB82A | Tushy | 7/20/2017 21:27 | 7/20/2017 | 8/11/2017 |
| 58 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 8/20/2017 9:20 | 8/18/2017 | 10/10/2017 |
| 59 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | Tushy | 9/20/2017 11:43 | 9/18/2017 | 10/9/2017 |
| 60 | 9E77DF7FCCB30D04DC6500C39CC3EF0AA2B48257 | Blacked | 9/6/2017 23:09 | 9/2/2017 | 9/15/2017 |
| 61 | ABC004062B9F9CF37E9A3A57F4BEA161154EECAE | Vixen | 11/30/2017 20:59 | 9/26/2017 | 10/10/2017 |
| 62 | ABDFB02F5D20E29C32ABCE90A8478787DDA3C11D | Tushy | 6/12/2017 17:58 | 6/10/2017 | 7/7/2017 |
| 63 | AE6A89DD0FB4978EAC561028F9FB06AA0A8D7E6A | Tushy | 5/10/2017 9:29 | 5/1/2017 | 6/15/2017 |
| 64 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 9/8/2017 22:15 | 9/7/2017 | 9/15/2017 |
| 65 | B2EC2056C7699F25A118F23E36BB74FC7D3B7131 | Vixen | 7/9/2017 14:25 | 7/8/2017 | 8/17/2017 |
| 66 | B80F62F292E7B77184DC0BCF80ECE23CF7B23D15 | Tushy | 9/29/2017 10:28 | 9/28/2017 | 10/10/2017 |
| 67 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 5/16/2017 12:04 | 5/15/2017 | 6/22/2017 |

| 68 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | Tushy | 6/6/2017 10:39 | 6/5/2017 | 7/7/2017 |
|---|---|---|---|---|---|
| 69 | C59734C1DC4D87F563ABE2D6E371C12FD12FC7D9 | Blacked | 11/2/2017 9:05 | 10/22/2017 | 11/21/2017 |
| 70 | C6965A70345AC1C86DD34737BF381734CA301655 | Vixen | 12/1/2017 12:28 | 10/1/2017 | 10/10/2017 |
| 71 | D2B9C8834073E3BF4B55F7BF45C7EA7BE5903569 | Blacked | 5/31/2017 11:36 | 5/30/2017 | 6/22/2017 |
| 72 | DB6040CB19308F376554AC18F5C883139311322D | Blacked | 11/7/2017 1:43 | 9/17/2017 | 10/10/2017 |
| 73 | DCE0631B0833B899B8A4C577203A87AD00BD2B8B | Blacked | 11/13/2017 1:30 | 11/11/2017 | 11/27/2017 |
| 74 | DCE1E033042DA8E7CFC7CEC42B7D21201BEDFD57 | Tushy | 7/5/2017 13:13 | 6/30/2017 | 7/7/2017 |
| 75 | E132114F31A37161B83D12BCE6320B65DE025C9B | Vixen | 6/20/2017 1:02 | 6/18/2017 | 7/7/2017 |
| 76 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | Tushy | 8/1/2017 0:20 | 7/25/2017 | 8/11/2017 |
| 77 | E272AF63D15A4277BF857E93B225717C76F3DA9D | Tushy | 5/15/2017 7:43 | 5/11/2017 | 6/22/2017 |
| 78 | E4BB4B0185636612E25A2955F474B4494789F63C | Blacked | 10/12/2017 23:51 | 10/7/2017 | 10/19/2017 |
| 79 | E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE | Blacked | 8/14/2017 12:40 | 8/13/2017 | 8/17/2017 |
| 80 | E8910563DE2084C48C6A8C5801457339745A09FA | Vixen | 5/31/2017 11:21 | 5/29/2017 | 6/22/2017 |
| 81 | EC31FAD9EF2492EACCD767B4A6E207BBF2765F0E | Blacked | 9/13/2017 14:24 | 9/12/2017 | 9/15/2017 |
| 82 | F1132ADEB75DD2EA99B249DD70902C74E9DA7884 | Tushy | 9/3/2017 5:00 | 8/29/2017 | 10/10/2017 |
| 83 | F28E401CBB99CFB32E0808B7662BC50A9C5F64AD | Blacked | 11/10/2017 0:59 | 9/22/2017 | 10/10/2017 |
| 84 | F8A92532C263D3E3497FF27A3FE569FF7BF15E37 | Blacked | 5/15/2017 6:09 | 4/25/2017 | 6/15/2017 |
| 85 | F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD | Blacked | 7/5/2017 15:25 | 7/4/2017 | 7/7/2017 |
| 86 | FF7A5EE06C927438A3CAABC69D774D9CEACA8B9F | Tushy | 7/17/2017 19:52 | 7/15/2017 | 8/11/2017 |
| 87 | FFD7D4C0A301487B3A11CBF1B3FC16410D42AEA0 | Vixen | 9/6/2017 23:08 | 9/6/2017 | 9/15/2017 |

| CRO Number | torrent file name | pcap id(s) | :ap count | np4/mov size (byte) | pcap(s) analyzed | ested Piece |
|---|---|---|---|---|---|---|
| PA0002052851 | S3H (217-cv-01731)_000289.torrent | 3590461132 | 1 | 367001600 | 3590461132 | 0x35 |
| PA0002069288 | S3H (217-cv-01731)_000280.torrent | 3141569346 | 7 | 275418972.2 | 3172688471 | 0x39 |
| PA0002069291 | S3H (217-cv-01731)_000281.torrent | 3129952140 | 4 | 393058713.6 | 3165696486 | 0x92 |
| PA0002041555 | S3H (217-cv-01731)_000282.torrent | 3335254668 | 1 | 313356451.8 | 3335254668 | 0x3b5 |
| PA0002077679 | S3H (217-cv-01731)_000283.torrent | 3595590476 | 1 | 318379130.9 | 3595590476 | 0x17a |
| PA0002037565 | S3H (217-cv-01731)_000284.torrent | 3141629600 | 7 | 281710428.2 | 3172857957 | 0x41 |
| PA0002037591 | S3H (217-cv-01731)_000285.torrent | 3165759788 | 2 | 321168343 | 3165759834 | 0x12e |
| PA0002070823 | S3H (217-cv-01731)_000287.torrent | 3275881108 | 12 | 222434426.9 | 3307340910 | 0xd |
| PA0002077671 | S3H (217-cv-01731)_000288.torrent | 3484526640 | 5 | 271203696.6 | 3631998944 | 0x0 |
| PA0002039282 | S3H (217-cv-01731)_000290.torrent | 3174354059 | 2 | 283566407.7 | 3179038555 | 0xe7 |
| PA0002070816 | S3H (217-cv-01731)_000291.torrent | 3284329406 | 3 | 331297587.2 | 3289600304 | 0x35f |
| PA0002077662 | S3H (217-cv-01731)_000383.torrent | 3355021512 | 5 | 298969989.1 | 3421595956 | 0xc |
| PA0002052845 | S3H (217-cv-01731)_000292.torrent | 3579479012 | 3 | 269924433.9 | 3631198988 | 0x18 |
| PA0002070834 | S3H (217-cv-01731)_000293.torrent | 3233098423 | 3 | 331769446.4 | 3262401238 | 0x8a |
| PA0002086140 | S3H (217-cv-01731)_000294.torrent | 3521499028 | 1 | 280923996.2 | 3521499028 | 0x2e7 |
| PA0002046872 | S3H (217-cv-01731)_000295.torrent | 3597350820 | 3 | 189016309.8 | 3597764812 | 0x84 |
| PA0002039300 | S3H (217-cv-01731)_000296.torrent | 3149384614 | 5 | 338165760 | 3179026787 | 0x173 |
| PA0002046877 | S3H (217-cv-01731)_000297.torrent | 3407693156 | 2 | 393037742.1 | 3407695252 | 0x48 |
| PA0002039285 | S3H (217-cv-01731)_000384.torrent | 3164744640 | 4 | 221018849.3 | 3179637169 | 0x43 |
| PA0002075051 | S3H (217-cv-01731)_000298.torrent | 3437541938 | 1 | 344855674.9 | 3437541938 | 0x86 |
| PA0002070832 | S3H (217-cv-01731)_000299.torrent | 3238108231 | 10 | 411954053.1 | 3274565966 | 0x3 |
| PA0002052852 | S3H (217-cv-01731)_000301.torrent | 3530112662 | 1 | 331591188.5 | 3530112662 | 0x23b |
| PA0002048391 | S3H (217-cv-01731)_000302.torrent | 3544735256 | 2 | 316009349.1 | 3596238182 | 0x77 |
| PA0002039289 | S3H (217-cv-01731)_000303.torrent | 3165535360 | 8 | 324691558.4 | 3180327177 | 0xa2 |
| PA0002070828 | S3H (217-cv-01731)_000304.torrent | 3332787990 | 26 | 225821327.4 | 3407623478 | 0x205 |
| PA0002070825 | S3H (217-cv-01731)_000305.torrent | 3238142509 | 20 | 313796853.8 | 3606109496 | 0x1f9 |
| PA0002077666 | S3H (217-cv-01731)_000306.torrent | 3455074316 | 6 | 322311290.9 | 3631532710 | 0x21b |
| PA0002052837 | S3H (217-cv-01731)_000307.torrent | 3543787762 | 1 | 264849326.1 | 3543787762 | 0x248 |
| PA0002046876 | S3H (217-cv-01731)_000308.torrent | 3393286602 | 1 | 282129858.6 | 3393286602 | 0x5b |
| PA0002048373 | S3H (217-cv-01731)_000310.torrent | 3492728704 | 6 | 391831879.7 | 3645007042 | 0x44 |
| PA0002058298 | S3H (217-cv-01731)_000311.torrent | 3762013108 | 1 | 387249602.6 | 3762013108 | 0x205 |
| PA0002052839 | S3H (217-cv-01731)_000312.torrent | 3688125046 | 1 | 216121999.4 | 3688125046 | 0x43 |
| PA0002086153 | S3H (217-cv-01731)_000314.torrent | 3640681000 | 2 | 318158929.9 | 3663770604 | 0x4d |

| PA0002077678 | S3H (217-cv-01731)_000315.torrent | 3362885116 | 8 | 244276265 | 3579985698 | 0x2a9 |
|---|---|---|---|---|---|---|
| PA0002046878 | S3H (217-cv-01731)_000316.torrent | 3456587368 | 2 | 203004313.6 | 3456604496 | 0x157 |
| PA0002046875 | S3H (217-cv-01731)_000317.torrent | 3393271824 | 1 | 276006174.7 | 3393271824 | 0x174 |
| PA0002070824 | S3H (217-cv-01731)_000318.torrent | 3262621116 | 14 | 311815045.1 | 3606115884 | 0xc7 |
| PA0002077669 | S3H (217-cv-01731)_000319.torrent | 3688102606 | 2 | 207135703 | 3792003459 | 0x9d |
| PA0002070815 | S3H (217-cv-01731)_000320.torrent | 3274840350 | 1 | 329745694.7 | 3274840350 | 0x3fa |
| PA0002086134 | S3H (217-cv-01731)_000321.torrent | NONE | 0 | 340913029.1 | | |
| PA0002086150 | S3H (217-cv-01731)_000323.torrent | 3529893724 | 4 | 221889167.4 | 3534636886 | 0x7 |
| PA0002052841 | S3H (217-cv-01731)_000324.torrent | NONE | 0 | 387847290.9 | | |
| PA0002039298 | S3H (217-cv-01731)_000325.torrent | 3122955230 | 5 | 359609139.2 | 3172021921 | 0xf6 |
| PA0002086168 | S3H (217-cv-01731)_000326.torrent | 3665711086 | 5 | 341951119.4 | 3695222586 | 0x6f |
| PA0002046873 | S3H (217-cv-01731)_000327.torrent | NONE | 0 | 186740899.8 | | |
| PA0002039297 | S3H (217-cv-01731)_000328.torrent | 3165284858 | 8 | 364201902.1 | 3177778681 | 0x3da |
| PA0002039294 | S3H (217-cv-01731)_000329.torrent | 3178289701 | 1 | 329840066.6 | 3178289701 | 0x4de |
| PA0002046871 | S3H (217-cv-01731)_000331.torrent | 3438076186 | 1 | 316418293.8 | 3438076186 | 0x20 |
| PA0002086163 | S3H (217-cv-01731)_000333.torrent | 3595613086 | 1 | 211319521.3 | 3595613086 | 0x1a8 |
| PA0002070821 | S3H (217-cv-01731)_000335.torrent | 3332790578 | 20 | 304852500.5 | 3597966512 | 0xd |
| PA0002090452 | S3H (217-cv-01731)_000336.torrent | 3895834524 | 1 | 298414243.8 | 3895834524 | 0x1b6 |
| PA0002077673 | S3H (217-cv-01731)_000337.torrent | 3475919324 | 7 | 248638341.1 | 3504223506 | 0xe5 |
| PA0002070827 | S3H (217-cv-01731)_000338.torrent | 3334497798 | 2 | 296495349.8 | 3644483596 | 0x40 |
| PA0002052843 | S3H (217-cv-01731)_000385.torrent | NONE | 0 | 371594362.9 | | |
| PA0002070817 | S3H (217-cv-01731)_000339.torrent | 3484106776 | 4 | 264849326.1 | 3631410502 | 0x36d |
| PA0002069353 | S3H (217-cv-01731)_000340.torrent | 3966197860 | 1 | 232165212.2 | 3966197860 | 0x35b |
| PA0002046869 | S3H (217-cv-01731)_000341.torrent | 3396911720 | 24 | 289459404.8 | 3657221868 | 0x39f |
| PA0002086146 | S3H (217-cv-01731)_000342.torrent | NONE | 0 | 258159411.2 | | |
| PA0002086139 | S3H (217-cv-01731)_000343.torrent | 3676575534 | 3 | 360364113.9 | 3696452498 | 0x71 |
| PA0002052847 | S3H (217-cv-01731)_000345.torrent | 3597429348 | 2 | 307023052.8 | 3597468568 | 0x21d |
| PA0002085861 | S3H (217-cv-01731)_000347.torrent | NONE | 0 | 310357524.5 | | |
| PA0002074096 | S3H (217-cv-01731)_000348.torrent | 3248991981 | 6 | 269232373.8 | 3290128658 | 0x137 |
| PA0002037577 | S3H (217-cv-01731)_000349.torrent | 3123102856 | 4 | 284898099.2 | 3172721947 | 0x14d |
| PA0002052840 | S3H (217-cv-01731)_000350.torrent | NONE | 0 | 299232133.1 | | |
| PA0002077664 | S3H (217-cv-01731)_000351.torrent | 3349912246 | 8 | 297879470.1 | 3645877492 | 0x204 |
| PA0002086160 | S3H (217-cv-01731)_000352.torrent | 3698124724 | 2 | 273185505.3 | 3796958220 | 0x61 |
| PA0002039283 | S3H (217-cv-01731)_000353.torrent | 3146465426 | 1 | 380391915.5 | 3146465426 | 0x2c0 |

| PA0002074097 | S3H (217-cv-01731)_000355.torrent | 3225445103 | 6 | 351346360.3 | 3260706307 | 0x512 |
|---|---|---|---|---|---|---|
| PA0002063627 | S3H (217-cv-01731)_000356.torrent | NONE | 0 | 508454502.4 | | |
| PA0002086155 | S3H (217-cv-01731)_000357.torrent | 4013596716 | 1 | 344436244.5 | 4013596716 | 0x1e5 |
| PA0002039295 | S3H (217-cv-01731)_000362.torrent | 3202885345 | 16 | 320958627.8 | 3291440222 | 0x2a6 |
| PA0002086174 | S3H (217-cv-01731)_000363.torrent | 3883840942 | 5 | 202983342.1 | 3902668520 | 0x9 |
| PA0002098000 | S3H (217-cv-01731)_000364.torrent | NONE | 0 | 288893173.8 | | |
| PA0002070818 | S3H (217-cv-01731)_000365.torrent | 3334120164 | 12 | 325425561.6 | 3631547166 | 0x1f4 |
| PA0002070833 | S3H (217-cv-01731)_000367.torrent | 3276232754 | 10 | 220117073.9 | 3329719076 | 0x19e |
| PA0002046870 | S3H (217-cv-01731)_000368.torrent | 3501124464 | 3 | 364684247 | 3631458964 | 0x20b |
| PA0002039286 | S3H (217-cv-01731)_000369.torrent | 3142022796 | 9 | 259512074.2 | 3174038267 | 0x33e |
| PA0002058300 | S3H (217-cv-01731)_000370.torrent | NONE | 0 | 344048271.4 | | |
| PA0002077675 | S3H (217-cv-01731)_000386.torrent | 3492701606 | 5 | 385309737 | 3597625990 | 0x22b |
| PA0002039292 | S3H (217-cv-01731)_000372.torrent | 3202848237 | 3 | 359766425.6 | 3203557651 | 0x3da |
| PA0002052846 | S3H (217-cv-01731)_000373.torrent | 3627570070 | 7 | 344048271.4 | 3694638548 | 0x14 |
| PA0002086144 | S3H (217-cv-01731)_000374.torrent | 3579474974 | 7 | 380758917.1 | 3631566602 | 0x75 |
| PA0002057455 | S3H (217-cv-01731)_000375.torrent | 3899438702 | 3 | 269536460.8 | 3903136390 | 0x12 |
| PA0002037576 | S3H (217-cv-01731)_000379.torrent | 3141791538 | 13 | 286041047 | 3179684087 | 0x106 |
| PA0002070819 | S3H (217-cv-01731)_000380.torrent | 3334475812 | 3 | 316764323.8 | 3597518220 | 0xa0 |
| PA0002075050 | S3H (217-cv-01731)_000381.torrent | 3381806462 | 6 | 235122196.5 | 3501189868 | 0xc2 |
| PA0002052844 | S3H (217-cv-01731)_000382.torrent | 3597426214 | 1 | 408630067.2 | 3597426214 | 0x45 |

| Requested Block(s) | Block Length | livered | Total Block Size | Percentage |
|---|---|---|---|---|
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.009% |
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.012% |
| 0x10000, 0x14000 | 0x4000 | 2 | 32768 | 0.008% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.010% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.006% |
| 0x8000, 0xc000 | 0x4000 | 2 | 32768 | 0.010% |
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.015% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.006% |
| 0x8000, 0xc000 | 0x4000 | 2 | 32768 | 0.012% |
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.010% |
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.011% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.006% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.006% |
| 0x0 | 0x4000 | 0 | 0 | 0.000% |
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.010% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.004% |
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.015% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.008% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.010% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.015% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.010% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.006% |
| 0x0 | 0x4000 | 1 | 16384 | 0.006% |
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.008% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.004% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.008% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |

| | | | | |
|---|---|---|---|---|
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.013% |
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.016% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.006% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.016% |
| 0x8000, 0xc000 | 0x4000 | 1 | 16384 | 0.005% |
| | | | 0 | 0.000% |
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.015% |
| | | | 0 | 0.000% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| | | | 0 | 0.000% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.004% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.010% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.008% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.007% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.006% |
| | | | 0 | 0.000% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.006% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.007% |
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.011% |
| | | | 0 | 0.000% |
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.009% |
| 0x0 | 0x4000 | 1 | 16384 | 0.005% |
| | | | 0 | 0.000% |
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.012% |
| 0x10000, 0x14000 | 0x4000 | 1 | 16384 | 0.006% |
| | | | 0 | 0.000% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.006% |
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.012% |
| 0x18000, 0x1c000 | 0x4000 | 1 | 16384 | 0.004% |

| | | | | |
|---|---|---|---|---|
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| | | | 0 | 0.000% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.008% |
| | | | 0 | 0.000% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.007% |
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.009% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.006% |
| | | | 0 | 0.000% |
| 0x10000, 0x14000 | 0x4000 | 2 | 32768 | 0.009% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.010% |
| 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.009% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.006% |
| 0x8000, 0xc000 | 0x4000 | 1 | 16384 | 0.006% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.007% |
| 0x8000, 0xc000 | 0x4000 | 2 | 32768 | 0.008% |