1

2

3

4

5          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
6                    AT SEATTLE

7    STRIKE 3 HOLDINGS, LLC,

8                    Plaintiff,

9          v.                                    C17-1731 TSZ

10   JOHN DOE (73.225.38.130),                   MINUTE ORDER

11                   Defendant.

12
          The following Minute Order is made by direction of the Court, the Honorable
13   Thomas S. Zilly, United States District Judge:

14        (1)    Plaintiff's motion for protective order, docket no. 67, is DENIED.  To the
     extent that the proposed deponent Greg Lansky lacks personal knowledge concerning the
15   remaining counterclaims in this matter, the deposition will presumably be short.  In
     connection with his abuse of process claim, however, defendant is entitled to pursue
16   discovery concerning, among other things, Lanksy's assertions in his undated declaration,
     docket no. 4-2, regarding the amount of time ("as little as four minutes") required to
17   download content to torrent websites, his company's efforts to identify the "initial
     seeder," the average number (50,000) of DMCA notices sent by his company each
18   month, and "[t]he only effective way to stop the piracy of [his company's] movies on
     BitTorrent networks [being] to file lawsuits like this one."

19        (2)    The Court GRANTS defendant's request for attorney's fees and costs,
     docket no. 76, in connection with responding to plaintiff's motion for protective order,
20   and AWARDS defendant $700.00, to be paid by plaintiff within fourteen (14) days of the
     date of this Minute Order.
21
          (3)    Defendant's motion for continuance pursuant to Federal Rule of Civil
22   Procedure 56(d), docket no. 79, is GRANTED.  Plaintiff's motion for partial summary

23

MINUTE ORDER - 1

judgment, docket no. 71, seeking dismissal of defendant's counterclaim for abuse of process, is RENOTED to June 28, 2019. Any supplemental response to plaintiff's motion shall not exceed twelve (12) pages in length and shall be filed on or before June 24, 2019. Any reply shall not exceed eighteen (18) pages in length[1] and shall be filed on or before the new noting date.

      (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 28th day of February, 2019.

                         William M. McCool
                         Clerk

                         s/Karen Dews
                         Deputy Clerk

---

[1] Plaintiff's reply in support of its motion for partial summary judgment was originally due on March 1, 2019. The deadline for plaintiff's reply has herein been extended, and the permitted length of plaintiff's reply reflects the twelve pages allowed by Local Civil Rule 7(e)(3) and an additional six pages to respond to defendant's supplemental response.

MINUTE ORDER - 2