Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

### AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.225.38.130,<br><br>                    Defendant. | Case Number: 2:17-cv-01731-TSZ<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND CERTAIN CASE MANAGEMENT DEADLINES**<br><br>**Noted for Consideration:**<br>**Monday, March 18, 2019** |

Plaintiff, Strike 3 Holdings, LLC ("S3H") and Defendant, JOHN DOE subscriber assigned IP address 73.225.38.130 ("DOE") (jointly referred to as the "Parties"), by and through their counsel, jointly move to extend case deadlines. In support of their motion, the Parties assert the following:

1.      A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment." *In re Washington Mut. Mortg. Backed Sec. Litig.*, No. C09-37MJP, 2011 WL 13193267, at *1 (W.D. Wash. Dec. 27, 2011), *quoting*

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND CASE
MANAGEMENT DEADLINES
(2:17-cv-01731-TSZ)

*Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). The Parties believe good cause exists to extend several case-related deadlines.

2.      On December 20, 2018, this Court entered a scheduling order listing the case management deadlines in this case.  Since December 2018, the Parties have been propounding and responding to discovery, coordinating deposition dates for a number of individuals located out-of-state and out of the country, producing documents, and conferring on a number of discovery disputes.  However, the Parties require additional time to produce expert reports, conduct depositions, resolve a number of discovery disputes, and otherwise complete discovery.

3.      Additionally, on January 15, 2019, S3H served DOE with its First Set of Requests for Production, Interrogatories, and Requests for Admissions.  Significantly, S3H has requested production of DOE's computer hard drives used in his residence during the period of alleged infringement.  On February 11, 2019, at DOE's request, S3H provided DOE with a two-week extension to respond to this discovery.  S3H provided DOE with another two-week extension to serve his responses on February 21, 2019 after DOE suffered a death in his family.  DOE also hired new counsel during the interim. As a result, DOE's responses are not due until March 18, 2019.  Counsel for Doe has indicated that the deposition of Doe cannot take place until at least the second half of April 2019 and S3H's expert will need to review the transcript of that deposition.

4.      S3H's computer forensics expert will not have the opportunity to review DOE's production prior to March 18th.  As a result, S3H cannot provide an expert report regarding DOE's production by today's expert disclosure deadline.  Nor is DOE able to depose S3H's expert until after production of the report.  Moreover, the Parties are still negotiating a protocol to address the scope of S3H's inspection of DOE's hard drives.  DOE requires that a protocol be in place before S3H's may obtain discovery regarding DOE's hard drives.

5.      Similarly, S3H has not produced the underlying software that IPP allegedly used to detect the infringement that is the subject of S3H's accusations against DOE.  DOE's expert

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND CASE
MANAGEMENT DEADLINES
(2:17-cv-01731-TSZ)

cannot provide a report regarding the software until it has been produced.  DOE anticipates motion practice on this issue as well as related discovery disputes.

6.      The Parties also request that the Court impose a deadline for rebuttal expert reports of April 30, 2019.

7.      The Parties do not seek to move the trial date, or the trial-related deadlines.

8.      The Parties propose the following case management deadlines:

| | Current Deadline | Proposed New Deadline |
|---|---|---|
| Disclosure of Expert Testimony | March 15, 2019 | April 15, 2019 |
| Disclosure of Rebuttal Expert Testimony, if any | N/A | April 30, 2019 |
| Discovery Motions Filing Deadline | April 18, 2019 | May 20, 2019 |
| Discovery Completion Deadline | May 20, 2019 | June 19, 2019 |
| Mediation/Settlement Conference Deadline | June 14, 2019 | July 15, 2019 |
| Dispositive Motions Filing Deadline | June 20, 2019 | July 22, 2019 |
| Deadline for Filing motions related to expert testimony (e.g., Daubert Motions) | June 27, 2019 | July 29, 2019 |
| Motions in Limine filing Deadline | August 22, 2019 | August 22, 2019 (same) |
| Agreed pretrial order due | September 13, 2019 | September 13, 2019 (same) |
| Trial briefs due | September 13, 2019 | September 13, 2019 (same) |
| Proposed voir dire questions and jury instructions OR proposed findings of fact and conclusions of law due | September 13, 2019 | September 13, 2019 (same) |
| Pretrial conference | September 20, 2019 at 11 am | September 20, 2019 at 11 am (same) |
| Jury/Bench Trial Date (2-3 days) | September 30, 2019 | September 30, 2019 (same) |

9.      This request is made in good faith and not made for the purpose of undue delay.

10.     No previous requests to extend any of the deadlines in this case have been made by either party.

IT IS SO STIPULATED.

DATED this 16th day of March, 2019

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND CASE
MANAGEMENT DEADLINES
(2:17-cv-01731-TSZ)

3

**FOX ROTHSCHILD LLP**

By: /s/ Bryan J. Case
Bryan J. Case, WSBA #41781
1001 Fourth Avenue Suite 4500
Seattle, WA 98154
Telephone: 206-625-3600
Facsimile: 206-389-1708
Email: bcase@foxrothschild.com

*Attorneys for Plaintiff*

**Terrell Marshall Law Group PLLC**

By s/ Adrienne D. McEntee
Adrienne D. McEntee, WSBA #34061
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Fax: (206) 319-5450
E-mail: amcentee@terrellmarshall.com

**Law Offices of J. Curtis Edmondson, PLLC**

/s/ J. Curtis Edmondson
J. Curtis Edmondson, WSBA #43795
Email: jcedmondson@edmolaw.com
EDMONDSON IP LAW
399 NE John Olsen Avenue
Hillsboro, Oregon 97124
Telephone: (503) 336-3749

*Attorneys for John Doe*

## <u>ORDER</u>

Based on the foregoing Stipulation, the Court ORDERS that the case deadlines shall be created and/or adjusted as stated above.

DATED this _____ day of _____, 2019.

_____
THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND CASE
MANAGEMENT DEADLINES
(2:17-cv-01731-TSZ)

4

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2019, I electronically filed the foregoing document was served via CM/ECF the following:

**FOX ROTHSCHILD LLP**

By: /s/ *Bryan J. Case*
Bryan J. Case, WSBA #41781
1001 Fourth Avenue Suite 4500
Seattle, WA 98154
Telephone: 206-625-3600
Facsimile: 206-389-1708
Email: bcase@foxrothschild.com

*Attorneys for Plaintiff*

By: /s/ *Bryan J. Case*

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND CASE
MANAGEMENT DEADLINES
(2:17-cv-01731-TSZ)