The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>                                      Plaintiff,<br><br>    v.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>                                      Defendant. | Case No. 2:17-cv-01731-TSZ<br><br>**DECLARATION OF BRYAN J. CASE IN SUPPORT OF STRIKE 3 HOLDINGS, LLC'S RESPONSE IN OPPOSITION TO NON-PARTY SON OF JOHN DOE'S MOTION TO QUASH AND FOR PROTECTIVE ORDER** |

I, Bryan J. Case, declare as follows:

1. I am one of the attorneys representing Strike 3 Holdings LLC ("Strike 3") in the above-captioned matter. I am over the age of 18 and competent to testify about the matters set forth herein. I make this declaration based on personal knowledge.

2. Attached as **Exhibit A** is a true and correct copy of Defendant's Bates Index, dated March 18, 2019, which discloses nearly 100 electronic/computer devices at Defendant's house (Bates Nos. 10001-98).

3. Strike 3 retained a process server to attempt to serve another deposition subpoena on Defendant's son with a different deposition date. Since March 23, the process server has tried

DECL. OF BRYAN J. CASE - (2:17-CV-01731-TSZ) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
(206) 624-3600

171719\00002\92952767.v1

to personally serve that subpoena and tender witness fees on Defendant's son, but has been unsuccessful.

I declare under penalty of perjury under the laws of the State of Washington and the laws of the United States of America that the foregoing is true and correct.

DATED this 1st day of April, 2019 at Seattle, Washington.

*s/ Bryan J. Case*
Bryan J. Case, WSBA # 41781

DECL. OF BRYAN J. CASE - (2:17-CV-01731-TSZ) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 9854
(206) 624-3600

171719\00002\92952767.v1

## CERTIFICATE OF SERVICE

I hereby certify that I am a secretary at the law firm of Fox Rothschild, LLP in Seattle, WA. I am a U.S. citizen over the age of eighteen years and not a party to the within cause. On the date shown below, I caused to be served a true and correct copy of the foregoing on counsel of records as follows:

| | |
|---|---|
| J. Curtis Edmondson, WSBA #43795<br>399 NE John Olsen Avenue<br>Hillsboro, OR 97124<br>Telephone: (503) 336-3749<br>Email: jcedmondson@edmolaw.com | ☑ Via CM/ECF<br>☐ Via U.S. Mail<br>☐ Via Messenger Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |
| Adrienne McEntee, WSBA #34061<br>Beth E. Terrell, WSBA #26759<br>TERRELL MARSHALL LAW GROUP PLLC<br>936 N 34th Street, Ste. 300<br>Seattle, WA 98103-8869<br>Ph: 206-816-6603<br>Fax: 206-350-3528<br>Email: amcentee@terrellmarshall.com;<br>bterrell@terrellmarshall.com | ☑ Via CM/ECF<br>☐ Via U.S. Mail<br>☐ Via Messenger Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |

DATED this 1st day of April, 2019.

_Courtney R. Tracy_ (signature)
Courtney R. Tracy

DECL. OF BRYAN J. CASE - (2:17-CV-01731-TSZ) - 3

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 9854
(206) 624-3600

171719\00002\92952767.v1

# EXHIBIT A

THE HONORABLE THOMAS S. ZILLY

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>　　　　　　Defendant. | NO. 2:17-cv-01731-TSZ<br><br>**DEFENDANT'S BATES INDEX AND SERVICE OF DOCUMENTS** |
| JOHN DOE subscriber assigned IP address 73.225.38.130,<br><br>　　　　　　Counterclaimant,<br><br>　vs.<br><br>STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　Counterdefendant. | |

　　　Defendant hereby serves the following BATES index in response to Plaintiff's request for production of documents. This index is a provided as a reference and is not substantive part of the production response. Bates 10001-10199 are computer equipment, devices, etc. that may be inspected and copied at counsel's office subject to the objections and protective order.

- 1

Originals documents served on a USB (Bates 10200-10301) drive via mail. PDF Document Bates 10270-10282, 10301 is designated Attorney Eyes Only.

Several documents are graphic in nature.

| BATES | Description | Brand/Model | Model | S/N |
|---|---|---|---|---|
| 10001 | Computer | Optiplex | GX270 | HZHKF1 |
| 10002 | Computer | Optiplex | GX270 | BFJ5441 |
| 10003 | Computer | Dell | DCNE | D1L0PD1 |
| 10004 | Computer | Studio | XPS 8000 | 3MJNHK1 |
| 10005 | Computer | HP Envy | 810 PC series | MXX4320SDM |
| 10006 | Computer | HP Pavilion Elite | (HPE-240f) | 4CE0221KSF |
| 10007 | Computer | OPTIPLEX 790 | 790 | 4TZWXV1 |
| 10008 | Computer | OPTIPLEX 745 | 745 | HZRQPC1 |
| 10009 | Computer | OPTIPLEX | 745 | 4F1YZC1 |
| 10010 | Computer | OPTIPLEX 9020 | 9020 | GMWFX12 |
| 10011 | Computer | OPTIPLEX 9010 | 9010 | 20N39W1 |
| 10012 | Computer | GATEWAY | 831-GM | GA5561007728 |
| 10013 | Computer | OPTIPLEX | 960 | JNLXTL1 |
| 10014 | Computer | HP P6000 | P6000 | CNX92402sc |
| 10015 | Computer | Custom Built PC | | none |
| 10016 | Computer | Gateway | DX4850-27E | PTGBL020010480!0286300 |
| 10017 | Computer | Aspire | M5630 | PSSA50X045744008Cf2 |
| 10018 | Computer | HP | ELITE 8300 | MXL2470D56 |
| 10019 | Computer | HP | DX 2250 | MXL73608d1 |
| 10020 | Computer | Custom Built PC | | none |
| 10021 | Computer | Dell | Dimension E31 | CKHBW91 |
| 10022 | Computer | Hard Drives NW | | 122545 |
| 10023 | Computer | Shuttle | S113G | SG31G2SO-S00-13 |
| 10024 | Computer | Dell | Inspiron 570 | 90G2SL1 |
| 10025 | Computer | Lenovo | A1U | M5RGK73 |
| 10026 | Computer | Dell | Inspiron DCMF | 4GM2HH1 |
| 10027 | Computer | Dell | T5500 | 32SB3L1 |
| 10028 | Computer | Dell | Inspiron 660 | DKDBNy1 |
| 10029 | Computer | ASUS | CG Series | PRF 105090 |
| 10030 | Laptop | Dell | PP07S | 44HS981 |
| 10031 | Laptop | Dell | PP18L | 0T17570 |
| 10032 | Laptop | Dell | Latitude E6520 | 6XSBR1 |
| 10033 | Laptop | Dell | Latitude E6520 | 9M2C6R1 |
| 10034 | Laptop | Dell | Latitude PP04X | 669NJF1 |
| 10035 | Laptop | Dell | Latitude E6520 | 5H2C6R1 |
| 10036 | Laptop | Dell | Latitude E6520 | 1H2C6R1 |
| 10037 | Laptop | Dell | Latitude E6420 | 7CZZ6R1 |
| 10038 | Laptop | Dell | PP31L | 8039 |

| # | ID | Type | Make | Model | Serial |
|---|---|---|---|---|---|
| | 10039 | Laptop | Dell | PP29L | 7146 |
| | 10040 | Laptop | Dell | P02EE002 | GKWWQM1 |
| | 10041 | Laptop | Dell | P07E | 9LCYKL1 |
| | 10042 | Laptop | Dell | P02E | 9JR0RK1 |
| | 10043 | Laptop | Sony | PCG-8C3L | 283626303717017 |
| | 10044 | Laptop | ASUS G72G | G27GX | 9AN0AS86977944A |
| | 10045 | Laptop | Lenovo 4151 | R39Y39C25615 | EB16835152 |
| | 10046 | Laptop | Acer E5-511 | E5-511 | NXMPKAA005434104423400 |
| | 10047 | Laptop | Fujitsu Lifebook | N6410 | R6204104 |
| | 10048 | Laptop | Gateway | MS2370 | NXY2ZAA019412080096600 |
| | 10049 | Laptop | Satelite | C655-S5212 | 5B426377Q |
| | 10050 | Console | XBOX | Xbox 360 Conole | 913756473305 |
| | 10051 | Laptop | Gateway | NAV50 | LUWH20D0060035342C1601 |
| | 10052 | Router | VIZIO | XWR100 | WGKOIEAL4302262 |
| | 10053 | Router | Linksys | RT31P2-VD | CH500E3H9553 |
| | 10054 | Hard Drive | WD | WD600 | WMA9S1536850 |
| | 10055 | Hard Drive | Seagate | ST315005N1A1AS-RK | 9VS1M9Z3 |
| | 10056 | Hard Drive | Maxtor | D740X-6L | 11S24P3662ZJ1JN23SSSZE |
| | 10057 | Hard Drive | WD | WD1200 | WMA8C2473896 |
| | 10058 | Hard Drive | Seagate | ST3200822A | 4LJ0H0MV |
| | 10059 | Hard Drive | WD | WD1000 | WMA8C1145815 |
| | 10060 | Hard Drive | Hitachi | HTS548080M9AT00 | MRL455L4K558DB |
| | 10061 | Hard Drive | Seagate | Momentus 5400.2 | 3PJ13XQ2 |
| | 10062 | Hard Drive | Seagate | Momentus 5400.5 | 5SV6CHA7 |
| | 10063 | Hard Drive | Seagate | Momentus 5400.5 | 5SX09BHB |
| | 10064 | Hard Drive | WD | WD800 | WCAM9D729123 |
| | 10065 | Hard Drive | WD | WD800 | WMAM9ADZ1831 |
| | 10066 | Hard Drive | WD | WD1200 | WMAEL1694798 |
| | 10067 | Hard Drive | WD | WD1200 | WMA8C2865416 |
| | 10068 | Hard Drive | Seagate | Barracuda 7200.9 | 5PS2VQ5X |
| | 10069 | Hard Drive | Fujitsu | MHZ2080BJ | K83AT8826CED |
| | 10070 | Hard Drive | Seagate | Barracuda 7200.9 | 9LR0L87G |
| | 10071 | Hard Drive | Hitachi | HDS721616PLA380 | PVB330Z2S02MBH |
| | 10072 | Hard Drive | Seagate | Momentus 7200.4 | 5VJ12E0L |
| | 10073 | Hard Drive | Seagate | Momentus Thin 250GB | W041YEMR |
| | 10074 | Hard Drive | WD | WD1600 | WCAL81049956 |
| | 10075 | Hard Drive | Seagate | Barracuda 7200.9 | 6PT1SH3 |
| | 10076 | Hard Drive | Seagate | Barracuda 7200.9 | 5ND3P6QH |
| | 10077 | Hard Drive | Seagate | Barracuda 7200.10 | 9QG73DQS |
| | 10078 | Hard Drive | Seagate | ST310211A | 6DB0DQMB |
| | 10079 | Hard Drive | WD | WD1600 | WCAL92547435 |
| | 10080 | Hard Drive | Hitachi | HDS721050CLA362 | HN1A4SPA |
| | 10081 | Hard Drive | Seagate | ST2000DM001 | Z1F01GVY |

| | | | | |
|---|---|---|---|---|
| 10082 | Hard Drive | WD | WD800JD | WMAM9UK73521 |
| 10083 | Hard Drive | WD | WD10EADS | WCAV54551878 |
| 10084 A/B | Hard Drive | WD | TBD | TBD |
| 10085 | Laptop #1 | Unknown | Unknown | Unknown |
| 10086 | Laptop #2 | Unknown | Unknown | Unknown |
| 10087 | Laptop #3 | Unknown | Unknown | Unknown |
| 10088 | Laptop #4 | Unknown | Unknown | Unknown |
| 10089 | Laptop #5 | Unknown | Unknown | Unknown |
| 10090 | Laptop #6 | Unknown | Unknown | Unknown |
| 10091 | Laptop #7 | Unknown | Unknown | Unknown |
| 10092 | Laptop #8 | Unknown | Unknown | Unknown |
| 10093 | Laptop #9 | Unknown | Unknown | Unknown |
| 10094 | Laptop #10 | Unknown | Unknown | Unknown |
| 10095 | Laptop #11 | Unknown | Unknown | Unknown |
| 10096 | Laptop #12 | Unknown | Unknown | Unknown |
| 10097 | USB Drive #1 | Unknown | Unknown | Unknown |
| 10098 | USB Drive #2 | Unknown | Unknown | Unknown |
| 10200 | Document | PDF | | |
| 10201 | Document | PDF | | |
| 10202 | Document | PDF | | |
| 10203 | Document | PDF | | |
| 10204 | Document | PDF | | |
| 10205 | Document | PDF | | |
| 10206 | Document | PDF | | |
| 10207 | Document | PDF | | |
| 10208 | Document | PDF | | |
| 10209 | Document | PDF | | |
| 10210 | Document | PDF | | |
| 10211 | Document | PDF | | |
| 10212 | Document | PDF | | |
| 10213 | Document | PDF | | |
| 10214 | Document | PDF | | |
| 10215 | Document | PDF | | |
| 10216 | Document | PDF | | |
| 10217 | Document | PDF | | |
| 10218 | Document | PDF | | |
| 10219 | Document | PDF | | |
| 10220 | Document | PDF | | |
| 10221 | Document | PDF | | |
| 10222 | Document | PDF | | |
| 10223 | Document | PDF | | |
| 10224 | Document | PDF | | |
| 10225 | Document | PDF | | |

| | | |
|---|---|---|
| 10226 | Document | PDF |
| 10227 | Video | |
| 10228 | Document | PDF |
| 10229 | Document | PDF |
| 10230 | Excel | CSV |
| 10231 | Document | PDF |
| 10232 | Document | PDF |
| 10233 | Document | PDF |
| 10234 | Document | PDF |
| 10235 | Document | PDF |
| 10236 | Document | PDF |
| 10237 | Document | PDF |
| 10238 | Document | PDF |
| 10239 | Document | PDF |
| 10240 | Document | PDF |
| 10241 | Document | PDF |
| 10242 | Document | PDF |
| 10243 | Document | PDF |
| 10244 | Document | PDF |
| 10245 | Document | PDF |
| 10246 | Document | PDF |
| 10247 | Document | PDF |
| 10248 | Document | PDF |
| 10249 | Document | PDF |
| 10250 | Document | PDF |
| 10251 | Document | PDF |
| 10252 | Document | PDF |
| 10253 | Document | PDF |
| 10254 | Document | PDF |
| 10255 | Document | PDF |
| 10256 | Document | PDF |
| 10257 | Document | PDF |
| 10258 | Document | PDF |
| 10259 | VIDEO | MP4 |
| 10260 | Document | PDF |
| 10261 | Document | PDF |
| 10262 | Document | PDF |
| 10263 | Document | PDF |
| 10264 | Document | PDF |
| 10265 | Document | PDF |
| 10266 | Document | PDF |
| 10267 | Video | MP4 |
| 10268 | Video | MP4 |
| 10269 | Document | PDF |

| | | |
|---|---|---|
| **10270** | **Document** | **PDF** |
| **10271** | **Document** | **PDF** |
| **10272** | **Document** | **PDF** |
| **10273** | **Document** | **PDF** |
| **10274** | **Document** | **PDF** |
| **10275** | **Document** | **PDF** |
| **10276** | **Document** | **PDF** |
| **10277** | **Document** | **PDF** |
| **10278** | **Document** | **PDF** |
| **10279** | **Document** | **PDF** |
| **10280** | **Document** | **PDF** |
| **10281** | **Document** | **PDF** |
| **10282** | **Document** | **PDF** |
| 10283 | Document | PDF |
| 10284 | Document | PDF |
| 10285 | Document | PDF |
| 10286 | Document | PDF |
| 10287 | Document | PDF |
| 10288 | Document | PDF |
| 10289 | Document | PDF |
| 10290 | Document | PDF |
| 10291 | Document | PDF |
| 10300 | Document | PDF |
| **10301** | **Document** | **PDF** |
| 10302 | Document | PDF |

Respectfully submitted on March 18, 2019

> By: /s/ *J. Curtis Edmondson*
> J. Curtis Edmondson, WSBA #43795
> 3699 NE John Olsen Avenue
> Hillsboro, Oregon 97124
> Telephone: (503) 336-3749
> Email: jcedmondson@edmolaw.com
>
> *Attorney for Defendant*

CERTIFICATE OF SERVICE

I, J. Curtis Edmondson, hereby certify that on March 18, 2019, I mailed this document and the referenced documents on USB (bates 10200-10302) the foregoing to the following:

>Bryan J. Case, WSBA #41781
>Email: bcase@foxrothschild.com
>FOX ROTHSCHILD LLP (SEATTLE)
>1001 Fourth Avenue, suite 4500
>Seattle, Washington 98154
>Telephone: (206) 624-3600
>
>Lincoln D. Bandlow, *Admitted Pro Hac Vice*
>Email: lbandlow@foxrothschild.com
>FOX ROTHSCHILD LLP (LOS ANGELES)
>10250 Constellation Blvd., Suite 900
>Los Angeles, California 90067
>Telephone: (310) 598-4150

*Attorneys for Plaintiff Strike 3 Holdings LLC*

By:   /s/   J. Curtis Edmondson
J. Curtis Edmondson