UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STRIKE 3 HOLDINGS, LLC,

        Plaintiff,

v.

JOHN DOE (73.225.38.130),

        Defendant.

C17-1731 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  The deferred portion of the parties' stipulated motion to extend certain deadlines, docket no. 85, is GRANTED in part and DENIED in part as follows. The deadline for filing discovery motions is EXTENDED to May 20, 2019, the deadline for completing discovery is EXTENDED to June 19, 2019, and the deadline for mediation is EXTENDED to July 15, 2019.  The motion for extension is otherwise DENIED.

(2)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of April, 2019.

                  William M. McCool
                  Clerk

                  s/Karen Dews
                  Deputy Clerk

MINUTE ORDER - 1