THE HONORABLE THOMAS S. ZILLY

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>    Defendant.<br><br>JOHN DOE subscriber assigned IP address 73.225.38.130,<br><br>    Counterclaimant,<br><br>vs.<br><br>STRIKE 3 HOLDINGS, LLC,<br><br>    Counterdefendant. | NO. 2:17-cv-01731-TSZ<br><br>**SUPPLEMENTAL DECLARATION OF J. CURTIS EDMONDSON IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL PRODUCTION OF SOFTWARE OR EXCLUDE EXPERT AND LAY TESTIMONY WHICH DEPENDS ON ITS RELABILITY** |

I, J. Curtis Edmondson, hereby declare under the penalty of perjury under the laws of the United States of America, the following:

1. I am counsel of record in this case. I am a member of the bar of this Court and a member of the Patent Bar. I have personal knowledge of the facts set forth in this declaration

SUPPLEMENTAL DECLARATION OF J. CURTIS EDMONDSON IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL PRODUCTION OF SOFTWARE OR EXCLUDE EXPERT AND LAY TESTIMONY WHICH DEPENDS ON ITS RELABILITY - 1
CASE NO. 2:17-cv-01731-TSZ

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

and could testify competently to them if called upon to do so.

      2.    I have searched my records and found no evidence that I ever issued a subpoena to IPP. And I have no recollection of ever having provided Emilie Kennedy a subpoena to IPP.

      3.    I have never seen the IPP code. I saw the MaverickEye code in prior cases, but it was never provided voluntarily. The code was produced only pursuant to court order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 19th day of April, 2019, at Hillsboro, Oregon.

        /s/ J. Curtis Edmondson, WSBA #43795
        J. Curtis Edmondson, WSBA #43795

SUPPLEMENTAL DECLARATION OF J. CURTIS
EDMONDSON IN SUPPORT OF DEFENDANT'S
MOTION TO COMPEL PRODUCTION OF SOFTWARE
OR EXCLUDE EXPERT AND LAY TESTIMONY WHICH
DEPENDS ON ITS RELABILITY - 2
CASE NO. 2:17-CV-01731-TSZ

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## CERTIFICATE OF SERVICE

I, Adrienne D. McEntee, hereby certify that on April 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bryan J. Case, WSBA #41781
Email: bcase@foxrothschild.com
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154
Telephone: (206) 624-3600
Facsimile: (206) 389-1708

Lincoln D. Bandlow, *Admitted Pro Hac Vice*
Email: lbandlow@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles California 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9828

John C. Atkin, *Admitted Pro Hac Vice*
Email: jatkin@atkinfirm.com
THE ATKIN FIRM, LLC
55 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: (973) 285-3239

*Attorneys for Plaintiff*

Joshua L. Turnham, WSBA #49926
E-mail: joshua@turnhamlaw.com
THE LAW OFFICE OF JOSHUA L. TURNHAM PLLC
1001 4th Avenue, Suite 3200
Seattle, Washington 98154
Telephone: (206) 395-9267
Facsimile: (206) 905-2996

*Attorneys for Non-Party Donald Isaksen, Jr.*

SUPPLEMENTAL DECLARATION OF J. CURTIS
EDMONDSON IN SUPPORT OF DEFENDANT'S
MOTION TO COMPEL PRODUCTION OF SOFTWARE
OR EXCLUDE EXPERT AND LAY TESTIMONY WHICH
DEPENDS ON ITS RELIABILITY - 3
CASE NO. 2:17-CV-01731-TSZ

1 | DATED this 19th day of April, 2019.

2 | TERRELL MARSHALL LAW GROUP PLLC

4 | By: /s/ Adrienne D. McEntee, WSBA #34061
Adrienne D. McEntee, WSBA 34061
5 | Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
6 | Seattle, Washington 98103-8869
Telephone: (206) 816-6603
7 | Facsimile: (206) 319-5450

*Attorneys for Defendant*

SUPPLEMENTAL DECLARATION OF J. CURTIS EDMONDSON IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL PRODUCTION OF SOFTWARE OR EXCLUDE EXPERT AND LAY TESTIMONY WHICH DEPENDS ON ITS RELABILITY - 4
CASE NO. 2:17-CV-01731-TSZ