The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>                Defendant. | No. 2:17-cv-01731-TSZ<br><br>**NOTICE OF APPEARANCE** |

TO:        THE CLERK OF THE COURT

AND TO:    ALL COUNSEL OF RECORD

      PLEASE TAKE NOTICE that the undersigned attorney, Jeremy E. Roller of Arete Law Group PLLC, hereby enters his appearance on behalf of Plaintiff Strike 3 Holdings, LLC, and you are notified that the service of all further pleadings, notices, documents, or other papers herein, exclusive of process, may be had upon said Plaintiff by serving the undersigned attorney at the address stated below.

NOTICE OF APPEARANCE
No. 2:17-cv-01731-TSZ – Page 1

Arête Law Group
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

DATED this 29th day of April, 2019.

**ARETE LAW GROUP PLLC**

By: *s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Telephone: (206) 428-3250
Fax: (206) 428-3251
jroller@aretelaw.com

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

NOTICE OF APPEARANCE
No. 2:17-cv-01731-TSZ – Page 2

Arête LAW GROUP | 1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

# CERTIFICATE OF SERVICE

I, Annabel Barnes, hereby certify that on April 29, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of filing to the following parties:

>Adrienne D. McEntee, WSBA #34061
>Beth E. Terrell, WSBA #26759
>Email: bterrell@terrellmarshall.com
>amcentee@terrellmarshall.com
>936 North 34th Street, Suite 300
>Seattle, Washington 98103-8869
>Telephone: (206) 816-6603
>Facsimile: (206) 319-5450

>J. Curtis Edmondson, WSBA #43795
>Email: jcedmondson@edmolaw.com
>EDMONDSON IP LAW
>399 NE John Olsen Avenue Hillsboro
>Oregon 97124
>Telephone: (503) 336-3749

*Attorneys for Defendants*

>Bryan J. Case, WSBA #41781
>Email: bcase@foxrothschild.com
>FOX ROTHSCHILD LLP
>1001 Fourth Avenue, Suite 4500
>Seattle, Washington 98154
>Telephone: (206) 624-3600
>Facsimile: (206) 389-1708

>Lincoln D. Bandlow, *Admitted Pro Hac Vice*
>Email: lincoln@bandlowlaw.com
>LINCOLN BANDLOW LAW
>1801 Century Park East, Suite 2400
>Los Angeles California 90067
>Telephone: (310) 556-9680
>Facsimile: (310) 861-5550

>John C. Atkin, *Admitted Pro Hac Vice*

NOTICE OF APPEARANCE
No. 2:17-cv-01731-TSZ – Page 3

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

Email: jatkin@atkinfirm.com
THE ATKIN FIRM, LLC
55 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: (973) 285-3239

*Attorneys for Plaintiff*

Joshua L. Turnham, WSBA #49926
E-mail: joshua@turnhamlaw.com
THE LAW OFFICE OF JOSHUA L. TURNHAM PLLC
1001 4th Avenue, Suite 3200
Seattle, Washington 98154
Telephone: (206) 395-9267
Facsimile: (206) 905-2996

*Attorneys for Non-Party Donald Isaksen, Jr.*

DATED this 29th day of April 2019 at Seattle, Washington.

**ARETE LAW GROUP PLLC**

*/s/ Annabel Barnes*
Annabel Barnes, Legal Assistant

NOTICE OF APPEARANCE
No. 2:17-cv-01731-TSZ – Page 4

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250