The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>Defendant. | Case No. 2:17-cv-01731-TSZ<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>**(CLERK'S ACTION REQUIRED)** |

TO:  Clerk of Court

AND TO:  Defendant, and Curtis Edmondson, Adrienne McEntee and Beth E. Terrell, Counsel for Defendant.

PLEASE TAKE NOTICE that pursuant to LCR 83.2(b)(3), Bryan J. Case of the law firm of Fox Rothschild LLP, hereby withdraws as counsel of record for Plaintiff Strike 3 Holdings, LLC.  Lincoln D. Bandlow, of the law firm of Fox Rothschild LLP, John C. Atkin of The Atkin Firm, LLC, and Jeremy Roller of Arete Law Group shall remain as counsel of record for Plaintiff Strike 3 Holdings, LLC.

NOTICE OF WITHDRAWAL OF COUNSEL – (2:17-CV-01731-TSZ) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
(206) 624-3600

171719\00002\93967305.v1

1  This withdrawal and substitution of attorneys is effective immediately.

2  All future pleadings and/or papers for the above-named defendant, exclusive of original

3  process, are to be served upon Lincoln Bandlow of Fox Rothschild, LLC, John Atkin of The

4  Atkin Firm, LLC, Jeremy Roller of Arete Law Group, at the following addresses:

>  Lincoln Bandlow
>  FOX ROTHSCHILD LLP
>  Constellation Place
>  10250 Constellation Blvd., Suite 900
>  Los Angeles, CA  90067
>  Phone:  (310) 598-4150
>  Fax:  (310) 556-9828
>  Email:  lbandlow@foxrothschild.com
>
>  John C. Atkin
>  The Atkin Firm, LLC
>  55 Madison Ave., Suite 400
>  Morristown, NJ 0 07960
>  Phone: (973) 285-3239
>  Email : JAtkin@AtkinFirm.com
>
>  Jeremy E. Roller
>  ARETE LAW GROUP
>  1218 3rd Avenue, Ste. 2100
>  Seattle, WA  98101-3094
>  Phone: (206) 428-3250
>  Fax: (206) 516-3888
>  Email: jroller@aretelaw.com

///

///

///

///

///

NOTICE OF WITHDRAWAL OF COUNSEL –
(2:17-CV-01731-TSZ) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 9854
(206) 624-3600

171719\00002\93967305.v1

DATED this 29th day of April, 2019.

<u>Withdrawing Attorney:</u>

FOX ROTHSCHILD LLP


*s/ Bryan J. Case*
Bryan J. Case, WSBA #41781


<u>Remaining Counsel:</u>

FOX ROTHSCHILD LLP


*s/ Lincoln D. Bandlow*
Lincoln D. Bandlow, *admitted Pro Hac Vice*
(CSBA #170449)

THE ATKIN FIRM, LLC


*s/ John C. Atkin*
John C. Atkin, *admitted Pro Hac Vice*

ARETE LAW GROUP


*s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA #32021

*Attorneys for Plaintiff*

NOTICE OF WITHDRAWAL OF COUNSEL –
(2:17-CV-01731-TSZ) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 9854
(206) 624-3600

171719\00002\93967305.v1

# **CERTIFICATE OF SERVICE**

I hereby certify that I am a secretary at the law firm of Fox Rothschild, LLP in Seattle, WA. I am a U.S. citizen over the age of eighteen years and not a party to the within cause. On the date shown below, I caused to be served a true and correct copy of the foregoing on counsel of records as follows:

| | |
|---|---|
| J. Curtis Edmondson, WSBA #43795<br>399 NE John Olsen Avenue<br>Hillsboro, OR 97124<br>Telephone: (503) 336-3749<br>Email: jcedmondson@edmolaw.com | ☑ Via CM/ECF<br>☐ Via U.S. Mail<br>☐ Via Messenger Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |
| Adrienne McEntee, WSBA #34061<br>Beth E. Terrell, WSBA #26759<br>TERRELL MARSHALL LAW GROUP PLLC<br>936 N 34th Street, Ste. 300<br>Seattle, WA 98103-8869<br>Ph: 206-816-6603<br>Fax: 206-350-3528<br>Email: amcentee@terrellmarshall.com;<br>bterrell@terrellmarshall.com | ☑ Via CM/ECF<br>☐ Via U.S. Mail<br>☐ Via Messenger Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |

DATED this 29th day of April, 2019.

_Courtney R. Tracy_
Courtney R. Tracy

NOTICE OF WITHDRAWAL OF COUNSEL –
(2:17-CV-01731-TSZ) - 4

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 9854
(206) 624-3600

171719\00002\93967305.v1