The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STRIKE 3 HOLDINGS, LLC, a Delaware corporation,

Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 73.225.38.130,

Defendant.

Case No. 2:17-cv-01731-TSZ

**NOTICE OF WITHDRAWAL OF COUNSEL**

**(CLERK'S ACTION REQUIRED)**

TO: Clerk of Court

AND TO: Defendant, and Curtis Edmondson, Adrienne McEntee and Beth E. Terrell, Counsel for Defendant.

PLEASE TAKE NOTICE that pursuant to LCR 83.2(b)(3), Bryan J. Case of Fox Rothschild LLP, hereby withdraws as counsel of record for Plaintiff Strike 3 Holdings, LLC. Lincoln D. Bandlow of the Law Offices of Lincoln Bandlow, PC, John C. Atkin of The Atkin Firm, LLC, and Jeremy Roller of Arete Law Group shall remain as counsel of record for Plaintiff Strike 3 Holdings, LLC.



FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
(206) 624-3600

All future pleadings and/or papers for the above-named plaintiff, exclusive of original process, are to be served upon Lincoln D. Bandlow of the Law Offices of Lincoln Bandlow, PC, John Atkin of The Atkin Firm, LLC, Jeremy Roller of Arete Law Group, at the following addresses:

Lincoln Bandlow
Law Office of Lincoln Bandlow, PC
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Phone: (310) 556-9680
Fax: (310) 861-5550
Email: lincoln@bandlowlaw.com

John C. Atkin
The Atkin Firm, LLC
55 Madison Ave., Suite 400
Morristown, NJ 0 07960
Phone: (973) 285-3239
Email : JAtkin@AtkinFirm.com

Jeremy E. Roller
Arete Law Group
1218 3rd Avenue, Ste. 2100
Seattle, WA 98101-3094
Phone: (206) 428-3250
Fax: (206) 516-3888
Email: jroller@aretelaw.com

///

///

///

///

///

///



**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 9854
(206) 624-3600

DATED this 29th day of April, 2019.

Withdrawing Attorney:

FOX ROTHSCHILD LLP

*s/ Bryan J. Case*
Bryan J. Case, WSBA #41781

Remaining Counsel:

LAW OFFICES OF LINCOLN BANDLOW, PC

*s/ Lincoln D. Bandlow*
Lincoln D. Bandlow, *admitted Pro Hac Vice* (CSBA #170449)

THE ATKIN FIRM, LLC

*s/ John C. Atkin*
John C. Atkin, *admitted Pro Hac Vice*

ARETE LAW GROUP

*s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA #32021

*Attorneys for Plaintiff*



**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 9854
(206) 624-3600

**CERTIFICATE OF SERVICE**

I hereby certify that I am a secretary at the law firm of Fox Rothschild, LLP in Seattle, WA. I am a U.S. citizen over the age of eighteen years and not a party to the within cause. On the date shown below, I caused to be served a true and correct copy of the foregoing on counsel of records as follows:

| | |
|---|---|
| J. Curtis Edmondson, WSBA #43795<br>399 NE John Olsen Avenue<br>Hillsboro, OR 97124<br>Telephone: (503) 336-3749<br>Email: jcedmondson@edmolaw.com | ☑ Via CM/ECF<br>☐ Via U.S. Mail<br>☐ Via Messenger Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |
| Adrienne McEntee, WSBA #34061<br>Beth E. Terrell, WSBA #26759<br>TERRELL MARSHALL LAW GROUP PLLC<br>936 N 34th Street, Ste. 300<br>Seattle, WA 98103-8869<br>Ph: 206-816-6603<br>Fax: 206-350-3528<br>Email: amcentee@terrellmarshall.com; bterrell@terrellmarshall.com | ☑ Via CM/ECF<br>☐ Via U.S. Mail<br>☐ Via Messenger Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |

DATED this 29th day of April, 2019.

Courtney R. Tracy



FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 9854
(206) 624-3600