The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, subscriber assigned IP address 73.225.38.130, <br><br> Defendant. | Case No. 2:17-cv-01731-TSZ <br><br> **NOTICE OF APPEARANCE** |
| JOHN DOE, subscriber assigned IP address 73.225.38.130, <br><br> Counterclaimant, <br><br> v. <br><br> STRIKE 3 HOLDINGS, LLC, a Delaware corporation, <br><br> Counterdefendant. | |

NOTICE OF APPEARANCE — 1
[2:17-cv-01731-TSZ]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Defendant John Doe, subscriber assigned IP address 73.225.38.130, served Third-Party Witnesses Tobias Fieser, IPP International UG, Bunting Digital Forensics, LLC, and Stephen M. Bunting (the "Third-Party Witnesses") with subpoenas duces tecum.

Counsel for Defendant John Doe has insisted that Franklin Christopher Austin and Allen Gregory Gibbs, lead counsel for the Third-Party Witnesses, could not defend the depositions unless their pro hac vice applications were filed with the Court.

To sponsor the pro hac vice applications, Derek A. Newman and Rachel Horvitz, of Newman Du Wors LLP, enter this appearance as counsel for the Third-Party Witnesses. Please serve all documents relating to the Third-Party Witnesses, except original process, on the appearing attorneys.

Dated: May 8, 2019

Respectfully submitted,

Newman Du Wors LLP

s/Derek A. Newman
s/Rachel Horvitz
Derek A. Newman, WSBA No. 26967
Rachel Horvitz, WSBA No. 52987
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
Telephone:        (206) 274-2800
Email:             *dn@newmanlaw.com*
                   *rachel@newmanlaw.com*

Attorneys for Third-Party Witnesses Tobias Fieser, IPP International UG, Bunting Digital Forensics, LLC, Stephen M. Bunting

NOTICE OF APPEARANCE — 2
[2:17-cv-01731-TSZ]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800