THE HONORABLE THOMAS S. ZILLY

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Strike 3 HOLDINGS, LLC, a Delaware corporation,

                          Plaintiff,

    vs.

JOHN DOE, subscriber assigned IP address 73.225.38.130,

                          Defendant.

_____

JOHN DOE subscriber assigned IP address 73.225.38.130,

                          Counterclaimant,

    vs.

Strike 3 HOLDINGS, LLC,

                          Counterdefendant.

NO. 2:17-cv-01731-TSZ

**[PROPOSED] ORDER COMPELLING THE PRODUCTION OF THE IPP SOURCE CODE**

**Note on Motion Calendar: 06/12/2019**

      Whereas this Court issued an ORDER allowing the service of a Rule 45 Subpoena on Counsel for Strike 3 Holdings, LLC to produce IPP Source Code.

      Whereas, Counsel for JOHN DOE subscriber assigned IP address 73.225.38.130 served such a subpoena on May 7, 2019 for production of the code on June 6, 2019.

Whereas Strike 3 Holdings, LLC nor IPP did not timely object to this Subpoena. Therefore:

**IT IS ORDERED:**

Within ten (10) days of this Order, Counsel for Strike 3 Holdings, LLC shall produce all of the IPP Source Code and supporting documentation, that was used during the period of claimed infringement in this matter.

**SO ORDERED:**

_____

United States District Court