THE HONORABLE THOMAS S. ZILLY

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>    Defendant.<br><br>JOHN DOE subscriber assigned IP address 73.225.38.130,<br><br>    Counterclaimant,<br><br>vs.<br><br>STRIKE 3 HOLDINGS, LLC,<br><br>    Counterdefendant. | NO. 2:17-cv-01731-TSZ<br><br>**DECLARATION OF ADRIENNE D. MCENTEE IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL RESPONSE TO MOTION FOR SUMMARY JUDGMENT** |

I, Adrienne D. McEntee, declare as follows:

1.  I am a member of Terrell Marshall Law Group PLLC ("TMLG") and counsel of record for Defendant, John Doe, in this matter. I have personal knowledge of the facts set forth

DECLARATION OF ADRIENNE D. MCENTEE IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL RESPONSE TO MOTION FOR SUMMARY JUDGMENT DECLARATION OF ADRIENNE D. MCENTEE IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL RESPONSE TO MOTION FOR SUMMARY JUDGMENT - 1
CASE NO. 2:17-CV-01731-TSZ

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  in this declaration. I am submitting this declaration in support of Defendant's Supplemental
2  Response to Plaintiff's Motion for Summary Judgment.

3  2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of excerpts from the
4  deposition of John Pasquale taken on April 17, 2019.

5  3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of excerpts from the
6  deposition of Susan Stalzer taken on April 16, 2019.

7  4. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of excerpts from the
8  deposition of Tobias Fieser taken on May 9, 2019.

9  5. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of excerpts from the
10 deposition of Jessica Fernandez taken on April 12, 2019.

11 6. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of excerpts from the
12 deposition of Jessica Fernandez taken on April 12, 2019, which Plaintiff has designated
13 "confidential" and have been filed under seal pending the outcome of Defendant's Motion to
14 File "Confidential" Documents Under Seal or in Open Court.

15 7. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of Plaintiff's Objections
16 and Responses to Defendant's Fourth Set of Requests for Production of Documents dated June
17 19, 2019.

18 8. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of the transcript of the
19 May 31, 2019 hearing regarding Defendant's Motion to Quash filed in *Strike 3 Holdings, LLC*
20 *v. John Doe Subscriber Assigned IP Address 73.160.162.60*, U.S. District Court for the District
21 of New Jersey, Docket No. 18-14114.

22 9. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of email correspondence
23 between J. Curtis Edmonson and Lincoln Bandlow dated April 9, 2018.

24 10. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of email correspondence
25 between Lincoln Bandlow and J. Curtis Edmonson dated April 10, 2018.

DECLARATION OF ADRIENNE D. MCENTEE IN
SUPPORT OF DEFENDANT'S SUPPLEMENTAL
RESPONSE TO MOTION FOR SUMMARY
JUDGMENT - 2
CASE NO. 2:17-CV-01731-TSZ

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1      11.    Attached hereto as <u>Exhibit 10</u> is a true and correct copy of excerpts from the deposition of John Doe taken on April 9, 2019. All personally identifying information has been redacted pursuant to the Court's Minute Order dated March 5, 2018 [ECF 20].

    12.    Attached hereto as <u>Exhibit 11</u> is a true and correct copy of excerpts from the deposition of John Doe's Son taken on June 3, 2019. All personally identifying information has been redacted pursuant to the Court's Minute Order dated March 5, 2018 [ECF 20].

    13.    Attached hereto as <u>Exhibit 12</u> is a true and correct copy of excerpts from the deposition of Greg Lansky taken on April 11, 2019. Portions of this document have been designated "confidential" and have been filed under seal pending the outcome of Defendant's Motion to File "Confidential" Documents Under Seal or in Open Court.

    14.    Strike 3 did not produce PCAPs until 2019.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED in Seattle, Washington, this 24th day of June, 2019.

By:   /s/ Adrienne D. McEntee, WSBA #34061
      Adrienne D. McEntee, WSBA #34061

DECLARATION OF ADRIENNE D. MCENTEE IN
SUPPORT OF DEFENDANT'S SUPPLEMENTAL
RESPONSE TO MOTION FOR SUMMARY
JUDGMENT - 3
CASE NO. 2:17-CV-01731-TSZ

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

<u>CERTIFICATE OF SERVICE</u>

I, Adrienne D. McEntee, hereby certify that on June 24, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Lincoln D. Bandlow, *Admitted Pro Hac Vice*
> Email: lincoln@bandlowlaw.com
> LAW OFFICES OF LINCOLN BANDLOW, P.C.
> 1801 Century Park East, Suite 2400
> Los Angeles, California 90067
> Telephone: (310) 556-9580
> Facsimile: (310) 861-5550
>
> John C. Atkin, *Admitted Pro Hac Vice*
> Email: jatkin@atkinfirm.com
> THE ATKIN FIRM, LLC
> 55 Madison Avenue, Suite 400
> Morristown, New Jersey 07960
> Telephone: (973) 285-3239
>
> Jeremy E. Roller, WSBA #32021
> Email: jroller@aretelaw.com
> ARETE LAW GROUP PLLC
> 1218 Third Avenue, Suite 2100
> Seattle, Washington 98101
> Telephone: (206) 428-3250
> Facsimile: (206) 428-3251
>
> *Attorneys for Plaintiff*
>
> Joshua L. Turnham, WSBA #49926
> E-mail: joshua@turnhamlaw.com
> THE LAW OFFICE OF JOSHUA L. TURNHAM PLLC
> 1001 4th Avenue, Suite 3200
> Seattle, Washington 98154
> Telephone: (206) 395-9267
> Facsimile: (206) 905-2996
>
> *Attorneys for Non-Party John Doe's Son*

DECLARATION OF ADRIENNE D. MCENTEE IN
SUPPORT OF DEFENDANT'S SUPPLEMENTAL
RESPONSE TO MOTION FOR SUMMARY
JUDGMENT - 4
CASE NO. 2:17-CV-01731-TSZ

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

F. Christopher Austin, *Admitted Pro Hac Vice*
Email: caustin@weidemiller.com
Allen Gregory Gibbs, *Admitted Pro Hac Vice*
Email: ggibbs@weidemiller.com
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: (702) 382-4804

Derek A. Newman, WSBA #26967
Email: dn@newmanlaw.com
Rachel Horvitz, WSBA #52987
Email: rachel@newmanlaw.com
NEWMAN DU WORS LLP
2101 4th Avenue, Suite 1500
Seattle, Washington 98121
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

*Attorneys for Attorneys for Third-Party Witnesses Tobias Fieser, IPP International UG, Bunting Digital Forensics, LLC, Stephen M. Bunting*

DATED this 24th day of June, 2019.

TERRELL MARSHALL LAW GROUP PLLC

By:   /s/ Adrienne D. McEntee, WSBA #34061
Adrienne D. McEntee, WSBA 34061
Email:  amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Defendant*

DECLARATION OF ADRIENNE D. MCENTEE IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL RESPONSE TO MOTION FOR SUMMARY JUDGMENT - 5

CASE NO. 2:17-CV-01731-TSZ