# EXHIBIT 1

```
              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
                  NO. 2:17-cv-01731-TSZ


  STRIKE 3 HOLDINGS, LLC, a
  Delaware corporation,
                                    DEPOSITION OF:
          Plaintiff,
                                    JOHN PASQUALE
         vs.
  JOHN DOE, subscriber assigned IP
  address 73.225.38.130,


          Defendants.
  ----------------------------------
  JOHN DOE, subscriber assigned IP
  address 73.225.38.130,
          Counterclaimant,
         vs.
  STRIKE E. HOLDINGS, LLC,
          Counterdefendant.
  ----------------------------------
           BEFORE:   ESTHER J. HODGE, a Certified
  Court Reporter and Notary Public of the State of
  New Jersey, held at the offices of DEPOLINK, 100
  Eagle Rock Avenue, East Hanover, New Jersey, on
  Wednesday, April 17, 2019, commencing at 9:40
  a.m., Pursuant to Notice.
```

2

```
1        Q    Brother?
2        A    Nephew.
3        Q    Your daughter's husband -- sister's
4   child?
5        A    My brother's son.  There's a lot of
6   us in this business.
7        Q    It's a busy business.
8        A    Indeed.
9        Q    You have your declaration there, so
10  why don't we take a look at the second page?
11  Looking at Paragraph 1, did you draft that
12  statement?
13       A    No, I did not.
14       Q    And Paragraph 2, did you type up or
15  draft this statement?
16       A    No.
17       Q    The same with Paragraph 3?
18       A    No.
19       Q    How about Paragraph 4?
20       A    No.
21       Q    And Paragraph 5?
22       A    No.
23       Q    What about Paragraph 6?
24       A    No.
25       Q    Paragraph 7, it has a date and time
```

22

**BARRETT REPORTING, INC.**          (888) 740-1100          www.barrettreporting.com

DECLARATION OF ADRIENNE D. MCENTEE IN
SUPPORT OF DEFENDANT'S SUPPLEMENTAL
RESPONSE TO MOTION FOR SUMMARY
JUDGMENT - 8
CASE NO. 2:17-CV-01731-TSZ

```
 1   and an IP address.  Did you draft this statement?
 2        A    No, I did not.
 3        Q    Do you recall when you received
 4   that PCAP from IPP?
 5        A    I really couldn't tell you.
 6        Q    Do you know who IPP is?
 7        A    IPP for this transaction is
 8   listed --
 9        Q    It says "company" there.
10        A    I know of them, but do I know them?
11   No.  Have I had a conversation with them?  No.
12        Q    Do you use email communications
13   with anybody at IPP?
14        A    No.
15        Q    Who sends you the PCAP?
16        A    Paul does.
17        Q    Your nephew?
18        A    My son.  Philip is my nephew.
19   Write it down.
20        Q    Your son is also involved in the
21   business?
22        A    There's a lot of P's.  My son owns
23   7 Rivers Systems.
24        Q    So we've got Paul, your son, owns 7
25   Rivers Systems.  Is he a computer guy?
```

23

BARRETT REPORTING, INC.    (888) 740-1100    www.barrettreporting.com

DECLARATION OF ADRIENNE D. MCENTEE IN
SUPPORT OF DEFENDANT'S SUPPLEMENTAL
RESPONSE TO MOTION FOR SUMMARY
JUDGMENT - 9
CASE NO. 2:17-CV-01731-TSZ

```
 1       A     From experience.
 2       Q     But you didn't draft that
 3   statement?
 4       A     No, I did not.
 5       Q     And you testified earlier that
 6   you've never had experience sending subpoenas to
 7   ISPs?
 8       A     That's correct.
 9       Q     You testified earlier -- and I want
10   to make sure.  In Paragraph 7 of your declaration
11   you said, "I received a PCAP from IPP," but I
12   understood you received a PCAP from Paul on JIRA.
13       A     Correct.
14       Q     So why doesn't that sentence say,
15   "I received a PCAP from Paul on JIRA containing
16   information relating to the transaction"?
17       A     I would assume that 7 Rivers
18   Systems is the handler, but the original document
19   comes from IPP.
20       Q     That's an assumption.  Correct?
21       A     Yeah, I guess so.
22       Q     So Paragraph 7 did you -- you
23   didn't draft Paragraph 7?
24       A     As I said, I didn't draft this
25   document.  I reviewed the document.  I look at the
```

41

BARRETT REPORTING, INC.        (888) 740-1100        www.barrettreporting.com

DECLARATION OF ADRIENNE D. MCENTEE IN
SUPPORT OF DEFENDANT'S SUPPLEMENTAL
RESPONSE TO MOTION FOR SUMMARY
JUDGMENT - 10
CASE NO. 2:17-CV-01731-TSZ

```
 1     A     I do not have any evidence that IPP
 2   recorded the transaction, no.
 3     Q     What I want to do is understand
 4   every statement you've made in this statement
 5   because it's very important.
 6     A     From my understanding and from the
 7   agreement with 7 Rivers, IPP is the firm that
 8   captures these different transactions.  They're
 9   then given to Strike 3 Holdings and then passed on
10   to 7 Rivers.
11     Q     So what you just said is that
12   that's the word -- that's what the word "confirm"
13   means.  That's the level of your confirmation?
14     A     Uh-huh.
15     Q     So you didn't confirm it by talking
16   to somebody from IPP?
17     A     I confirmed it with Paul.
18     Q     Paul is not mentioned in this
19   declaration.
20     A     Paul is 7 Rivers Systems.
21     Q     I see "7 Rivers Systems" here, but
22   I don't see the word "Paul," and then somebody
23   maybe at 7 Rivers Systems confirmed it with IPP.
24   Correct, to your level of understanding?
25     A     I'm sure they did.
```

45

BARRETT REPORTING, INC.      (888) 740-1100      www.barrettreporting.com

DECLARATION OF ADRIENNE D. MCENTEE IN
SUPPORT OF DEFENDANT'S SUPPLEMENTAL
RESPONSE TO MOTION FOR SUMMARY
JUDGMENT - 11
CASE NO. 2:17-CV-01731-TSZ

```
 1      Q      But did you ever speak with a Ben
 2   Praino?
 3      A      No.
 4      Q      How about Tobias Fieser?
 5      A      No.
 6      Q      Daniel Arheit?
 7      A      No.
 8      Q      Have you visited the IPP facility?
 9      A      No.
10      Q      Do you know where it's located?
11      A      I believe they're in Germany, but
12   I'm not a hundred percent sure.
13      Q      Did you ever ask to visit the IPP
14   facility?
15      A      No.
16      Q      Did you ever ask to speak to
17   anybody at IPP?
18      A      No.
19      Q      Why not?
20      A      It's not part of my job
21   description.  It's above my pay grade.
22      Q      Do you know that these declarations
23   have been used in lawsuits?
24      A      Yes.
25      Q      Have you ever been sued?
```

46

BARRETT REPORTING, INC.          (888) 740-1100            www.barrettreporting.com

DECLARATION OF ADRIENNE D. MCENTEE IN
SUPPORT OF DEFENDANT'S SUPPLEMENTAL
RESPONSE TO MOTION FOR SUMMARY
JUDGMENT - 12
CASE NO. 2:17-CV-01731-TSZ

```
 1              C E R T I F I C A T E
 2
 3           I, ESTHER J. HODGE, a Certified Court
 4   Reporter and Notary Public of the State of New
 5   Jersey, certify that the foregoing is a true and
 6   accurate transcript of the testimony of the
 7   aforementioned first duly sworn by me.
 8           I further certify that I am neither
 9   attorney nor counsel for, nor related to or
10   employed by any of the parties to the action in
11   which the deposition is taken, and further, that I
12   am not a relative or employee of any attorney or
13   counsel employed in this case, nor am I
14   financially interested in the action.
15
16
17
18
19
20
21                   ------------------------------
22                   CERTIFIED COURT REPORTER
23                   NOTARY PUBLIC OF NEW JERSEY
24                   CERTIFICATE NO. XI01179
25
```

86

**BARRETT REPORTING, INC.**        (888) 740-1100        www.barrettreporting.com

DECLARATION OF ADRIENNE D. MCENTEE IN
SUPPORT OF DEFENDANT'S SUPPLEMENTAL
RESPONSE TO MOTION FOR SUMMARY
JUDGMENT - 13
CASE NO. 2:17-CV-01731-TSZ