# EXHIBIT 2

```
                  U.S. DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON

 STRIKE 3 HOLDINGS, LLC, a          )
 Delaware corporation,              )
                                    )
          Plaintiff,                )
                                    ) No.
      -vs-                          ) 2:17-cv-01731-TSZ
                                    )
 JOHN DOE, subscriber assigned      )
 IP address 73.225.38.130,          )
                                    )
          Defendant.                )
 _____    )
                                    )
 JOHN DOE subscriber assigned       )
 IP address 73.225.38.130,          )
                                    )
          Counterclaimaint,         )
                                    )
      -vs-                          )
                                    )
 STRIKE 3 HOLDINGS, LLC,            )
                                    )
          Counterdefendant.         )
```

        The deposition of
SUSAN BLACKWOOD STALZER, called for examination
pursuant to notice and the Rules of Civil
Procedure for the United States District Courts
pertaining to the taking of depositions, taken
before Allison D. Weber, CSR, a notary public
within and for the County of Cook and State of
Illinois, at 8745 West Higgins Road, Suite 110,
Chicago, Illinois, on April 16, 2019, at the
hour of 10:08 o'clock a.m.


Reported by:  Allison D. Weber, CSR
License No.:  084-002238

2

1    Q.  Okay.  And click on that link.  And
2    does it insert a hyperlink into the Google
3    browser?
4    A.  Okay.
5         MR. BANDLOW:  It's a separate
6         favorite, a tab that's a favorite.  Her
7         home page is Google and she has a tab, she
8         clicks it and it's in there.
9         MR. EDMONDSON:  Could we go off the
10        record for a moment, please?
11             (A short break was taken.)
12        MR. EDMONDSON:  Let's go back on the
13        record.
14   BY MR. EDMONDSON:
15   Q.  So we went on break.  Did you talk to
16   anybody during the break aside from the court
17   reporter?
18   A.  No -- that's not true.  I mentioned to
19   the -- I couldn't find the bathroom, so I asked
20   the lady at the front.
21   Q.  And did you talk to anybody about this
22   case?
23   A.  No.
24   ==Q.  Now, I have handed you a Document 63,==
25   ==which is your sketch of your desktop.  If I==

36

BARRETT REPORTING, INC.        (888) 740-1100          www.barrettreporting.com

DECLARATION OF ADRIENNE D. MCENTEE IN
SUPPORT OF DEFENDANT'S SUPPLEMENTAL
RESPONSE TO MOTION FOR SUMMARY
JUDGMENT - 16
CASE NO. 2:17-CV-01731-TSZ

```
 1   understand your testimony correctly, there is a
 2   link on your desktop.  What's the title of that
 3   link?
 4        A.   Verification tool.
 5        Q.   Verification tool.  Who provided you
 6   with that link?
 7        A.   Strike 3.
 8        Q.   Okay.  And who at Strike 3 provided
 9   you with that link?
10        A.   Sud.  Please do not ask me his last
11   name because I cannot spell it, nor pronounce
12   it.
13        Q.   Well, can you say it?
14        A.   No, sir, I cannot pronounce it, and I
15   wouldn't guess at the spelling.
16        Q.   Do you get e-mails directly from Sud?
17        A.   I do.
18        Q.   Well, how many e-mails have you gotten
19   from Sud since your engagement with Strike 3
20   started?
21        A.   I don't know.
22        Q.   Can you estimate?
23        A.   Less than 100.
24        Q.   And what's the topic of these e-mails?
25        A.   The only e-mails I get from Sud are to
```

37

**BARRETT REPORTING, INC.**    **(888) 740-1100**    **www.barrettreporting.com**

DECLARATION OF ADRIENNE D. MCENTEE IN
SUPPORT OF DEFENDANT'S SUPPLEMENTAL
RESPONSE TO MOTION FOR SUMMARY
JUDGMENT - 17
CASE NO. 2:17-CV-01731-TSZ

```
 1      Q.   How do you know about Strike 3's
 2  determination to protect its copyrights?
 3      A.   Because they hire me and other people
 4  to help determine whether or not their material
 5  has been incorrectly taken.
 6      Q.   So that's the only -- when you said
 7  determination to protect its copyrights, that's
 8  what you meant?  Did you draft the sentence?
 9      A.   No, sir.
10      Q.   Okay.  So you did not draft
11  Paragraph 6, correct?
12           MR. BANDLOW:  Objection.  Asked and
13      answered.
14           THE WITNESS:  As I stated, I did not
15      draft this document.
16  BY MR. EDMONDSON:
17      Q.   Okay.  And did you draft -- you didn't
18  draft Paragraph 5, did you?
19           MR. BANDLOW:  Objection.  Asked and
20      answered at this point.
21           THE WITNESS:  No, sir.
22           MR. EDMONDSON:  All right.  I'll ask.
23           MR. BANDLOW:  She stated very clearly
24      she didn't draft a single thing in this
25      declaration.
```

                                                                           104

**BARRETT REPORTING, INC.**            (888) 740-1100                **www.barrettreporting.com**

DECLARATION OF ADRIENNE D. MCENTEE IN
SUPPORT OF DEFENDANT'S SUPPLEMENTAL
RESPONSE TO MOTION FOR SUMMARY
JUDGMENT - 18
CASE NO. 2:17-CV-01731-TSZ

```
 1   myself, Sud will communicate with me and copy
 2   Tobias or communicate with Tobias and copy me,
 3   "When is the next batch being uploaded,"
 4   something to that effect.
 5        Q.   And what's Tobias's e-mail address?
 6        A.   I don't know off the top of my head.
 7        Q.   But IPP did not provide you with the
 8   infringing motion picture, the verification
 9   system provides you with that?
10        A.   They have to get there somehow.  They
11   have to get into the verification tool some way,
12   and IPP is the way in which they are loaded into
13   the verification tool.
14        Q.   But there's nothing on the
15   verification tool that says IPP on it, correct?
16        A.   Not to my knowledge.
17        Q.   Okay.  Now, looking at Paragraph 9 of
18   this declaration, do you see reference to
19   Exhibit A?
20        A.   Yes.
21        Q.   Did you ever look at Exhibit A for
22   Case No. 17-cv-01731?
23        A.   The exhibits are sent to me with the
24   declarations.
25        Q.   Oh, so you did look at the exhibit?
```

110

BARRETT REPORTING, INC.      (888) 740-1100      www.barrettreporting.com

DECLARATION OF ADRIENNE D. MCENTEE IN
SUPPORT OF DEFENDANT'S SUPPLEMENTAL
RESPONSE TO MOTION FOR SUMMARY
JUDGMENT - 19
CASE NO. 2:17-CV-01731-TSZ