# EXHIBIT 3

```
                                                                    Page 1
 1                  TOBIAS FIESER - MAY 9, 2019

 2                  UNITED STATES DISTRICT COURT

 3                  WESTERN DISTRICT OF WASHINGTON

 4
    STRIKE 3 HOLDINGS, LLC, a    )
 5  Delaware corporation,        )
                                 )
 6             Plaintiff,        )
                                 )
 7       vs.                     ) No. 2:17-cv-01731-TSZ
                                 )
 8  JOHN DOE, subscriber         )
    assigned IP address          )
 9  73.225.38.130,               )
                                 )
10             Defendant.        )
    _____)
11                               )
    JOHN DOE, subscriber         )
12  assigned IP address          )
    73.225.38.130                )
13                               )
             Counterclaimant,    )
14                               )
         vs.                     )
15                               )
    STRIKE 3 HOLDINGS, LLC       )
16                               )
             Counterdefendant.   )
17  _____)

18

19     DEPOSITION OF TOBIAS FIESER, VOL. II (via Skype)

20                     Hillsboro, Oregon

21                   Thursday, May 9, 2019

22

23   Reported by:

24   MARLA SHARP, RPR, CCRR, OR CSR 17-0446, CA CSR 11924

25   JOB NO. 160573
```

TSG Reporting - Worldwide - 877-702-9580

Page 172

1      TOBIAS FIESER - MAY 9, 2019

2      A    Yes.

3      Q    And when do you get requests for PCAPs?

4      A    Then what?  What is the question?

5      Q    When do you get a request for PCAP?

6      A    When?  When they ask me.  It's not on a
7  regular basis, no.

8      Q    Well, who asks you for the PCAP?

9      A    Emily or Sid.  They are different, but one
10 of them.

11     Q    So Emily or Sid asks you for a PCAP?

12     A    Yes.

13          MR. ATKIN:  Curtis, can you just repeat
14 that last question?  I got a leaf blower outside.
15 This is my fault.

16          MR. EDMONDSON:  No, it's okay.

17 BY MR. EDMONDSON:

18     Q    I just said, so Emily or Sid then asks you
19 for a PCAP?

20     A    Yes.

21     Q    And does Emily or Sid ask you for a PCAP on
22 the same date that you sign your declaration?

23     A    They don't send a request with the
24 declaration, no.

25     Q    Do you ever get a request for a PCAP from

TSG Reporting - Worldwide - 877-702-9580

TOBIAS FIESER - MAY 9, 2019
 
1      anybody but Emily or Sid?
2        A    No. That -- not that I can remember.
3      Sorry.
4
5        Q    How do you locate the proper PCAP to send
6  Emily or Sid?
7        A    They are stored with an ID and a IP address
8  at the end and they are saved in date folders so I
9  can address them via the folder and the file name.
10      Q    When you extract the PCAP, do you create a
11  hash to verify that it isn't altered when it's sent
12  to somebody else? Let me --
13      A    I don't get the question. Rephrase --
14      Q    Yeah. Let me rephrase that.
15      A    -- please.
16      Q    Let me rephrase.
17        So the PCAP data can be viewed with
18  Wireshark, correct?
19      A    Correct.
20      Q    And is there anything to prevent you from
21  using a hex editor to alter the contents of that
22  PCAP data?
23      A    We have the PCAP files saved, and we can --
24  what's the English word? -- we can -- we have saved
25  the original PCAP file on one tape. This tape can

TSG Reporting - Worldwide - 877-702-9580

DECLARATION OF ADRIENNE D. MCENTEE IN
SUPPORT OF DEFENDANT'S SUPPLEMENTAL
RESPONSE TO MOTION FOR SUMMARY
JUDGMENT - 23
CASE NO. 2:17-CV-01731-TSZ

Page 233

```
 1            TOBIAS FIESER - MAY 9, 2019
 2   my e-mail account open, yes.
 3        Q    How hard would it be for you to look up
 4   Jack's full name?
 5        A    Just a second.
 6             Vidovich.
 7        Q    How do you spell it?
 8        A    V-i-d-o-v-i-c-h.
 9        Q    Okay.  Jack Vidovich.
10        A    Right.
11        Q    And you referred to a Sid.
12             Do you know Sid's last name?
13        A    I don't -- Sid is only his nickname.  Just
14   a second.  So his real name is -- I spell it.  I
15   can't pronounce it correctly.  So the name is
16   S-u-d-h-a-n-s-u.  And the last name is S-i-n-g-h.
17        Q    Can you say the first name -- spell that
18   again?  I didn't catch it.
19        A    Spell it completely once again?
20        Q    Yes, please.
21        A    S-u-d-h-a-n-s-u.
22        Q    And have you ever spoken to Mr. Singh?
23        A    To who?
24        Q    Sid.
25        A    Via e-mail.
```

TSG Reporting - Worldwide - 877-702-9580

Page 238

```
 1              TOBIAS FIESER - MAY 9, 2019
 2         CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
 3
 4           I, Marla Sharp, a certified shorthand
 5   reporter in the state of Oregon, hereby certify:
 6           That the foregoing deposition of
 7   TOBIAS FIESER (via Skype) was taken before me on
 8   May 9, 2019, at which time the witness was duly
 9   sworn by me;
10           That the testimony of the witness and all
11   colloquy and objections made at the time of the
12   deposition were recorded stenographically by me and
13   thereafter transcribed, said transcript being a true
14   copy of my shorthand notes thereof;
15           That review of the transcript was
16   requested before completion of the deposition;
17   ( ) that the witness has failed or refused to
18   approve the transcript.
19           I further certify I am neither financially
20   interested in the action nor a relative or employee
21   of any attorney of any of the parties.
22           In witness whereof, I have subscribed my
23   name and signature this date, May 21, 2019.
24           _____
             Marla Sharp, RPR, CLR, CCRR,
25           OR CSR 17-0446, CA CSR 11924
```

TSG Reporting - Worldwide - 877-702-9580