# Exhibit 5 has been designated "confidential" and will be filed under seal pending the outcome of Defendant's Motion to File Confidential Documents Under Seal or in Open Court.

DECLARATION OF ADRIENNE D. MCENTEE IN
SUPPORT OF DEFENDANT'S SUPPLEMENTAL
RESPONSE TO MOTION FOR SUMMARY
JUDGMENT - 35
CASE NO. 2:17-CV-01731-TSZ