# EXHIBIT 6

The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>Defendant. | No. 2:17-cv-01731-TSZ<br><br>**PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

Pursuant to Fed. R. Civ. P. 36, Plaintiff Strike Three Holdings, LLC ("Plaintiff") hereby responds and objects to the Fourth Set of Requests for Production of Documents propounded by Defendant John Doe, subscriber assigned IP address 73.225.38.130 ("Defendant") as follows:

**PRELIMINARY STATEMENT**

Plaintiff's responses to these Requests are based on its current knowledge, information, and belief. As Plaintiff is still in the initial stages of discovery, additional knowledge of facts and information may result from further discovery or investigation. It is

PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS
No. 2:17-cv-01731-TSZ – Page 1

**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
P: (310) 556-9680 | F: (310) 861-5550

DECLARATION OF ADRIENNE D. MCENTEE IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL RESPONSE TO MOTION FOR SUMMARY JUDGMENT - 37
CASE NO. 2:17-CV-01731-TSZ

1  possible that there are additional facts which Plaintiff has been unable to determine and
2  additional documents which Plaintiff has been unable to locate despite diligent efforts, and
3  Plaintiff anticipates that additional facts may be determined and that additional documents
4  may be located through further discovery, investigation and research.  Such discovery
5  efforts are ongoing.  Accordingly, Plaintiff reserves the right to identify additional facts and
6  documents, as well as the right to amend or supplement its responses to these Requests as
7  this case progresses. Plaintiff further reserves all objections as to competency, relevance,
8  materiality, privilege, or admissibility of its responses herein and any document or thing
9  identified in these responses.

## OBJECTIONS AND RESPONSES TO REQUESTS
## FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 82:**

Any and all communications by and between Strike 3 and "Sid" Singh, who was referenced in the depositions of Greg Lansky, Susan Stalzer, and John Pasquale.

**RESPONSE**:

Plaintiff objects on the basis that this request seeks documents that are neither relevant nor likely to lead to the discovery of admissible evidence.  Plaintiff objects on the basis that this request seeks documents that fall under the attorney work product privilege and communications which are attorney client privileged.  Plaintiff objects on the basis that this request seeks documents that are not proportional to the needs of the case.  Plaintiff objects on the basis that this request is overly broad and unduly burdensome.  Indeed, as written this request seeks any and all forms of Strike 3's communication with Sid regardless of whether the communication falls outside of any relevant time period or whether the communication even pertains to this case.  Since the request is so overly broad, a host of responsive documents are not remotely related to any material fact at issue in this case.

PLAINTIFF'S OBJECTIONS AND RESPONSES
TO DEFENDANT'S FOURTH SET OF
REQUESTS FOR PRODUCTION OF
DOCUMENTS
No. 2:17-cv-01731-TSZ – Page 2

**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA  90067
P: (310) 556-9680 | F: (310) 861-5550

DECLARATION OF ADRIENNE D. MCENTEE IN
SUPPORT OF DEFENDANT'S SUPPLEMENTAL
RESPONSE TO MOTION FOR SUMMARY
JUDGMENT - 38
CASE NO. 2:17-CV-01731-TSZ

1  Plaintiff further objects on the basis that this request seeks confidential business
2  information pursuant to Fed. R. Civ. P. 26(c).  The foregoing is confidential information
3  which is not publicly known and provides both Strike 3 and Sid's company with a
4  competitive advantage.

**REQUEST FOR PRODUCTION NO. 83:**

Any and all documents in your possession providing the name of "Sid" Singh's company, its location, and contact information for Mr. Singh.

**RESPONSE**:

Plaintiff objects on the basis that this request seeks documents that are neither relevant nor likely to lead to the discovery of admissible evidence.  Plaintiff objects on the basis that this request seeks documents that fall under the attorney work product privilege and communications which are attorney client privileged. Plaintiff objects on the basis that this request seeks documents that are not proportional to the needs of the case.  Plaintiff objects on the basis that this request is overly broad and unduly burdensome.  Indeed, as written this request seeks any and all documents containing Sid's information and therefore includes potentially all of Strike 3's communication with Sid regardless of whether the communication falls outside of any relevant time period or whether the communication even pertains to this case.  Since the request is so overly broad, a host of responsive documents are not remotely related to any material fact at issue in this case. Plaintiff further objects on the basis that this request seeks confidential business information pursuant to Fed. R. Civ. P. 26(c).

PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS
No. 2:17-cv-01731-TSZ – Page 3

Law Offices of Lincoln Bandlow, PC
1801 Century Park East, Suite 2400
Los Angeles, CA  90067
P: (310) 556-9680 | F: (310) 861-5550

DECLARATION OF ADRIENNE D. MCENTEE IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL RESPONSE TO MOTION FOR SUMMARY JUDGMENT - 39
CASE NO. 2:17-CV-01731-TSZ

DATED this 19th day of June, 2019

**LAW OFFICES OF
LINCOLN BANDLOW, PC**

By: /s/ *Lincoln Bandlow*
Lincoln D. Bandlow, Admitted Pro Hac Vice
1801 Century Park East
Suite 2400
Los Angeles, CA 90067
Telephone: 310-556-9680
Facsimile: 310-861-5550
Email: lincoln@bandlowlaw.com

**THE ATKIN FIRM, LLC**

By: /s/ *John C. Atkin*
John C. Atkin, Admitted Pro Hac Vice
Email: jatkin@atkinfirm.com
55 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: (973) 285-3239

**ARETE LAW GROUP PLLC**

By: /s/ *Jeremy E. Roller*
Jeremy E. Roller, WSBA #32021
Email: jroller@aretelaw.com
1218 Third Avenue, Suite 2100
Seattle, Washington 98101
Telephone: (206) 428-3250
Facsimile: (206) 428-3251

*Attorneys for Plaintiff*

PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS
No. 2:17-cv-01731-TSZ – Page 4

Law Offices of Lincoln Bandlow, PC
1801 Century Park East, Suite 2400
Los Angeles, CA  90067
P: (310) 556-9680 | F: (310) 861-5550

DECLARATION OF ADRIENNE D. MCENTEE IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL RESPONSE TO MOTION FOR SUMMARY JUDGMENT - 40
CASE NO. 2:17-CV-01731-TSZ

# CERTIFICATE OF SERVICE

I, Lincoln Bandlow, hereby certify that on June 19, 2019, a true and correct copy of the foregoing document was served via email to the following:

Adrienne D. McEntee, WSBA #34061
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

J. Curtis Edmondson, WSBA #43795
Email: jcedmondson@edmolaw.com
EDMONDSON IP LAW
399 NE John Olsen Avenue Hillsboro
Oregon 97124
Telephone: (503) 336-3749

*Attorneys for Defendant*

DATED this 19th day of June 2019 at Los Angeles, California.

/s/ *Lincoln Bandlow*
Lincoln D. Bandlow

PLAINTIFF'S OBJECTIONS AND RESPONSES
TO DEFENDANT'S FOURTH SET OF
REQUESTS FOR PRODUCTION OF
DOCUMENTS
No. 2:17-cv-01731-TSZ – Page 5

**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
P: (310) 556-9680 | F: (310) 861-5550

DECLARATION OF ADRIENNE D. MCENTEE IN
SUPPORT OF DEFENDANT'S SUPPLEMENTAL
RESPONSE TO MOTION FOR SUMMARY
JUDGMENT - 41
CASE NO. 2:17-CV-01731-TSZ