# EXHIBIT 8

**From:** Adrienne McEntee
**To:** Jodi Nuss
**Subject:** Fwd: [External] Fwd: Strike 3 v Doe / 2:17-cv-01731-TSZ - Followup on R26 conference
**Date:** Monday, June 24, 2019 9:49:12 AM
**Attachments:** Edmondson IP Law.bmp
image003.jpg
image007.jpg
image011.jpg
image014.jpg
image016.jpg
image018.jpg
image020.jpg

███

█████████

████████████

**From:** "J. Curtis Edmondson" <jcedmondson@edmolaw.com>
**Date:** June 24, 2019 at 10:44:01 AM CDT
**To:** Adrienne McEntee <amcentee@terrellmarshall.com>,
<jcedmondson@edmolaw.com>
**Subject: [External] Fwd: Strike 3 v Doe / 2:17-cv-01731-TSZ - Followup on R26 conference**

████████████████████████████

---------- Original Message ----------
From: "J. Curtis Edmondson" <jcedmondson@edmolaw.com>
To: "Bandlow, Lincoln" <lbandlow@foxrothschild.com>, "J. Curtis
Edmondson" <jcedmondson@edmolaw.com>
Cc: "Case, Bryan" <bcase@foxrothschild.com>, Kiren Rockenstein
<kirenr@edmolaw.com>
Date: April 9, 2018 at 11:50 AM
Subject: Strike 3 v Doe / 2:17-cv-01731-TSZ - Followup on R26
conference

Lincoln and Bryan,

Following up on R26 meeting on April 3.  Lincoln, you wanted the
name of the Defendant.  I am amenable to that, but in exchange, I
would like the PCAP's on each of the works.  This will allow us both
to evaluate our respective positions, you can research the Defendant,
and I can look at the data.

Also, we agreed that I would file a First Amended Counterclaim.
May we stipulate that this can be done on or before May 1, 2018?  I
have attend my father's funeral this week in Columbiana, Ohio, and
Kiren is not back from her sisters wedding until April 16, 2018.

If that is agreeable, I can prepare the stip and order.

B. Regards,


J. Curtis Edmondson, Patent Attorney | Edmondson IP Law
USPTO 57027 | CA SBN 236105 | WA SBN 43795 | DC BAR NO 998407 | CA PE
13377| WA PE 43728
Venture Commerce Center, 3699 NE John Olsen Ave, Hillsboro OR 97124
ph: (503) 336-3749 | fax: (503) 482-7418
jcedmondson@edmolaw.com | www.edmolaw.com



On April 3, 2018 at 3:37 PM "Bandlow, Lincoln"
<lbandlow@foxrothschild.com> wrote:



Mr. Edmondson,


I thought we were speaking at 12:30.  I am, however,
working on a draft of the joint report right now, so perhaps
we should postpone our call until 3:00 p.m. today so I can
send that to you first before we speak.


**Lincoln Bandlow**
Partner
**Fox Rothschild LLP**
10250 Constellation Blvd., Suite 900

Los Angeles, CA 90067
(310) 228-2913 - direct
(310) 556-9828- fax
lbandlow@foxrothschild.com
www.foxrothschild.com

**From:** J. Curtis Edmondson
[mailto:jcedmondson@edmolaw.com]
**Sent:** Thursday, March 22, 2018 12:52 PM
**To:** Kiren Rockenstein <kirenr@edmolaw.com>; Bandlow,
Lincoln <lbandlow@foxrothschild.com>; Case, Bryan
<bcase@foxrothschild.com>
**Cc:** michael@hillsborofirm.com
**Subject:** RE: [EXT] Fwd: Re: Strike 3 v Doe / 2:17-cv-01731-
TSZ - R26 conference


Lincoln,

What time do you have on 4/3?  If you can send me your
proposed joint status report, I can add my edits.

- Curt


J. Curtis Edmondson, Patent Attorney | Edmondson IP Law
USPTO 57027 | CA SBN 236105 | WA SBN 43795 | DC BAR NO
998407 | CA PE 13377| WA PE 43728
Venture Commerce Center, 3699 NE John Olsen Ave, Hillsboro OR
97124
ph: (503) 336-3749 | fax: (503) 482-7418
jcedmondson@edmolaw.com | www.edmolaw.com



On March 22, 2018 at 3:45 PM "Bandlow,
Lincoln" <lbandlow@foxrothschild.com>
wrote:


I will be teaching a media law class at that
time.  I can do this call tomorrow.


**From:** J. Curtis Edmondson
[mailto:jcedmondson@edmolaw.com]
**Sent:** Thursday, March 22, 2018 12:44 PM
**To:** Kiren Rockenstein <kirenr@edmolaw.com>;
Bandlow, Lincoln

<[lbandlow@foxrothschild.com](mailto:lbandlow@foxrothschild.com)>; Case, Bryan
<[bcase@foxrothschild.com](mailto:bcase@foxrothschild.com)>
**Cc:** [michael@hillsborofirm.com](mailto:michael@hillsborofirm.com)
**Subject:** RE: [EXT] Fwd: Re: Strike 3 v Doe /
2:17-cv-01731-TSZ - R26 conference


Lincoln,

Lets shoot for 5pm today.  I have to get out
by 6pm.

- Curt


J. Curtis Edmondson, Patent Attorney | Edmondson IP
Law
USPTO 57027 | CA SBN 236105 | WA SBN 43795 |
DC BAR NO 998407 | CA PE 13377| WA PE 43728
Venture Commerce Center, 3699 NE John Olsen Ave,
Hillsboro OR 97124
ph: (503) 336-3749 | fax: (503) 482-7418
[jcedmondson@edmolaw.com](mailto:jcedmondson@edmolaw.com) | [www.edmolaw.com](http://www.edmolaw.com)



On March 22, 2018 at 3:40 PM
"Bandlow, Lincoln"
<[lbandlow@foxrothschild.com](mailto:lbandlow@foxrothschild.com)>
wrote:

> Could not get out of client
> meeting.  Need to reschedule.
> Sorry, I had thought I sent an
> email to you but it had not sent
> because it was hung up on a spell
> check.

---

**From:** J. Curtis Edmondson
[[mailto:jcedmondson@edmolaw.com](mailto:jcedmondson@edmolaw.com)]

**Sent:** Thursday, March 22, 2018
12:38 PM

**To:** Kiren Rockenstein
<<u>kirenr@edmolaw.com</u>>;
Bandlow, Lincoln
<<u>lbandlow@foxrothschild.com</u>>;
Case, Bryan
<<u>bcase@foxrothschild.com</u>>
**Cc:** <u>michael@hillsborofirm.com</u>
**Subject:** RE: [EXT] Fwd: Re: Strike
3 v Doe / 2:17-cv-01731-TSZ - R26
conference

Lincoln,

We are awaiting on the
conference call. Where are
you?

- Curt

J. Curtis Edmondson, Patent Attorney |
Edmondson IP Law
USPTO 57027 | CA SBN 236105 | WA
SBN 43795 | DC BAR NO 998407 |
CA PE 13377| WA PE 43728
Venture Commerce Center, 3699 NE
John Olsen Ave, Hillsboro OR 97124
ph: (503) 336-3749 | fax: (503) 482-
7418
<u>jcedmondson@edmolaw.com</u> |
<u>www.edmolaw.com</u>



On March 21, 2018
at 6:20 PM "J.
Curtis Edmondson"
<<u>jcedmondson@edmolaw.com</u>>
wrote:

Lincoln,

12:30pm is good
for us.  You can use
our conference call
# - 701-801-1211

Access 503232971

- Curt