# EXHIBIT 9

| | |
|---|---|
| **From:** | Adrienne McEntee |
| **To:** | Jodi Nuss |
| **Subject:** | Fw: [External] Fwd: RE: [EXT] Re: Strike 3 v Doe / 2:17-cv-01731-TSZ - Followup on R26 conference |
| **Date:** | Monday, June 24, 2019 3:15:03 PM |
| **Attachments:** | Edmondson IP Law.bmp<br>image002.jpg<br>image004.jpg<br>image006.jpg<br>image008.jpg<br>image010.jpg<br>image012.jpg<br>image014.jpg<br>image016.jpg<br>image018.jpg<br>WAWD 1003 26 F Report DRAFT-C1-C1.docx |

**From:** J. Curtis Edmondson <jcedmondson@edmolaw.com>
**Sent:** Monday, June 24, 2019 8:45 AM
**To:** Adrienne McEntee
**Subject:** [External] Fwd: RE: [EXT] Re: Strike 3 v Doe / 2:17-cv-01731-TSZ - Followup on R26 conference

J. Curtis Edmondson, Patent Attorney, Edmondson IP Law
Venture Commerce Center, 3699 NE John Olsen Ave, Hillsboro OR 97124
ph: (503) 336-3749 | fax: (503) 482-7418 | jcedmondson@edmolaw.com | www.edmolaw.com
Licenses: CA SBN 236105 | WA SBN 43795 | DC BAR NO 998407 | OR SBN 190356 | USPTO 57027 | CA PE 13377 | WA PE 43728

---------- Original Message ----------
From: "Bandlow, Lincoln" <lbandlow@foxrothschild.com>
To: "J. Curtis Edmondson" <jcedmondson@edmolaw.com>
Cc: Kiren Rockenstein <kirenr@edmolaw.com>, "Case, Bryan" <bcase@foxrothschild.com>
Date: April 10, 2018 at 1:20 PM
Subject: RE: [EXT] Re: Strike 3 v Doe / 2:17-cv-01731-TSZ - Followup on R26 conference

Mr. Edmondson,

We are amenable to filing a stip and order to allow you more time to file your FACC, reserving, of course, our right to challenge that pleading. Please forward the proposed stip and order.

Regarding the PCAPS, I am working with the client to pull that information and get back to you. We hope to be able to exchange that with you for your client's information to

see if a resolution can be reached.

Finally, the draft Joint Report is attached.

---

**From:** J. Curtis Edmondson [mailto:jcedmondson@edmolaw.com]
**Sent:** Tuesday, April 10, 2018 9:17 AM
**To:** Bandlow, Lincoln <lbandlow@foxrothschild.com>; jcedmondson@edmolaw.com
**Cc:** Kiren Rockenstein <kirenr@edmolaw.com>; Case, Bryan <bcase@foxrothschild.com>
**Subject:** [EXT] Re: Strike 3 v Doe / 2:17-cv-01731-TSZ - Followup on R26 conference
**Importance:** High

Lincoln and Bryan,
I did not hear from either of you regarding my request for a stip and order to extend time on the FACC. I would prefer not to file request this request on an ex-parte basis. I have left a voicemail on your phones this morning to follow up on this request.  Since I fly out tomorrow, my hope is that I can get an agreement this morning.  Please let me know one way or the other by noon.
On a procedural note, I have not seen a draft of the R26 joint statement.  Please send that over when you have the chance.
In Best Regards,
J. Curtis Edmondson, Patent Attorney | Edmondson IP Law
USPTO 57027 | CA SBN 236105 | WA SBN 43795 | DC BAR NO 998407 | CA PE 13377| WA PE 43728
Venture Commerce Center, 3699 NE John Olsen Ave, Hillsboro OR 97124
ph: (503) 336-3749 | fax: (503) 482-7418
jcedmondson@edmolaw.com | www.edmolaw.com



> On April 9, 2018 at 11:50 AM "J. Curtis Edmondson" <jcedmondson@edmolaw.com> wrote:
>
> Lincoln and Bryan,
> Following up on R26 meeting on April 3.  Lincoln, you wanted the name of the Defendant.  I am amenable to that, but in exchange, I would like the PCAP's on each of the works.  This will allow us both to evaluate our respective positions, you can research the Defendant, and I can look at the data.
> Also, we agreed that I would file a First Amended Counterclaim.  May we stipulate that this can be done on or before May 1, 2018?   I have attend my father's funeral this week in Columbiana, Ohio, and Kiren is not back from her sisters wedding until April 16, 2018.
> If that is agreeable, I can prepare the stip and order.
> B. Regards,
>
> J. Curtis Edmondson, Patent Attorney | Edmondson IP Law
> USPTO 57027 | CA SBN 236105 | WA SBN 43795 | DC BAR NO 998407 | CA PE 13377| WA PE 43728
> Venture Commerce Center, 3699 NE John Olsen Ave, Hillsboro OR 97124