# EXHIBIT 11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

---

STRIKE 3 HOLDINGS, LLC, a Delaware corporation, )
Plaintiff, )
vs. ) 2:17-cv-01731-TSZ
JOHN DOE, subscriber assigned IP address 73.225.38.130, )
Defendant. )

---

TELEPHONIC DEPOSITION UPON ORAL EXAMINATION OF

[REDACTED]

---

9:56 A.M.

JUNE 3, 2019

[REDACTED]

[REDACTED]

REPORTED BY: LORI A. PORTER - RPR, CCR 2533

PAGES 1 - 83

Q. How far a drive did you have to make to pick up your parents and take them home?
A. From the house here in Auburn to Sea-Tac Airport. I don't know how many miles that is.
Q. Did you have any incidents when you were driving?
A. You mean anxiety incidents --
Q. Yes.
A. -- or like a crash?
Q. Well, either. Did you feel anxiety driving to and from the airport to pick up your parents?
A. Yes, I did.
Q. When was the last time you were not -- you didn't spend the night at the house?
A. Dog sitting for my sister.
Q. When was that?
A. Quite a while ago. Six, eight months maybe.
Q. In the past two years, can you estimate how many times you've gone away overnight somewhere else?
A. Four or five times, I would say.
Q. Where did you go those four to five times?
A. Usually it was at my sister's. She would either leave for a concert or something, and by the time they would get home, it would be too late to drive back.

Page 21

Veritext Legal Solutions
866 299-5127

DECLARATION OF ADRIENNE D. MCENTEE IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL RESPONSE TO MOTION FOR SUMMARY JUDGMENT - 274
CASE NO. 2:17-CV-01731-TSZ

Q. Were you babysitting? House-sitting? Dog sitting? What were you doing?
A. Well, she has dogs. So, yeah, dog sitting.
Q. When you're at your sister's house, do you ever use the internet at her house?
A. No.
Q. Have you used the internet at any other location besides your house?
A. No.
Q. Let me ask: Your computer in your room, is it hardwired in to the internet?
A. With a cable, yes.
Q. So it has an Ethernet cable; it doesn't utilize the wireless?
A. It does not.
Q. Just to make sure I have a clear record, it has an Ethernet cable? That's how it connects to the internet; correct?
A. Yes, it does.
Q. Do you know who the internet service provider is for the house?
A. Comcast, I believe.
Q. How do you know that it's Comcast?
A. We had an installer here.
Q. When did you have an installer there?

Page 22

Veritext Legal Solutions
866 299-5127

DECLARATION OF ADRIENNE D. MCENTEE IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL RESPONSE TO MOTION FOR SUMMARY JUDGMENT - 275
CASE NO. 2:17-CV-01731-TSZ

A. I believe so, yes.

Q. Have you ever watched adult films?

A. I have.

Q. When was the last time you watched one?

MR. TURNHAM: Lincoln, I'm going to object to the form of the question. Assuming you're going down this line of questioning, I'm going to object to the whole line on the basis that this is irrelevant to any of the claims that are at issue. My client is a third party to this lawsuit and is not subject to the lawsuit and shouldn't be subject to a fishing expedition.

MR. BANDLOW: Are you going to instruct the witness not to answer questions about his experience with adult films?

MR. TURNHAM: I have not instructed him not to answer, but I'm just letting you know I'm going to lay out a general objection to any line of questioning down that path.

MR. BANDLOW: Okay.

Q. (By Mr. Bandlow) So with that objection in mind, without an instruction not to answer, Mr. Isaksen, when was the last -- have you watched adult films on your computer?

A. I have.

Page 46

Veritext Legal Solutions
866 299-5127

DECLARATION OF ADRIENNE D. MCENTEE IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL RESPONSE TO MOTION FOR SUMMARY JUDGMENT - 276
CASE NO. 2:17-CV-01731-TSZ

Q. Are there any particular names of adult film companies whose films you've watched as you can recall as we sit here today?

A. Company names are not something I paid attention to.

Q. You don't have any names of any particular adult -- how about any particular adult websites? Can you think of any names of any that you've watched?

A. No. I don't usually visit the websites.

Q. Have you ever watched adult content on a computer?

A. Yes, I have.

Q. So how is it you access the adult content if it's not through websites?

MR. TURNHAM: Objection to form.

Q. (By Mr. Bandlow) Have you accessed any adult content on a computer through an adult content website?

A. No.

Q. How is it you've watched adult content on a computer if not through a website?

A. I've watched it through a torrent.

Q. Through BitTorrent?

A. Yes.

Q. What do you understand BitTorrent to be?

A. It's -- I guess it's a program where you

Page 47

Veritext Legal Solutions
866 299-5127

DECLARATION OF ADRIENNE D. MCENTEE IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL RESPONSE TO MOTION FOR SUMMARY JUDGMENT - 277
CASE NO. 2:17-CV-01731-TSZ

exchange files back and forth.

Q. And you've used BitTorrent; correct?

A. I have.

Q. How often have you used it?

A. A little bit. I'm not sure how you gauge that.

Q. You use that on your current computer?

A. No.

Q. Where have you used BitTorrent on?

A. I've used it on the previous computer.

Q. The prior computer that was the -- was that during the period of May 2017 through December 2017?

A. That's possible.

(Interruption in the proceedings.)

THE WITNESS: Excuse me. The doorbell rang.

MR. BANDLOW: Okay. Let's take a break and see if that's the messenger.

(Deposition at recess.)

MR. BANDLOW: I'm going to go in a little different direction for a moment here. I understand from the court reporter that a messenger showed up to the house. The court reporter has a witness fee check. I would ask that the court reporter give that check to the witness' counsel just so they have that, please.

Page 48

Veritext Legal Solutions
866 299-5127

DECLARATION OF ADRIENNE D. MCENTEE IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL RESPONSE TO MOTION FOR SUMMARY JUDGMENT - 278
CASE NO. 2:17-CV-01731-TSZ

REPORTER'S CERTIFICATE

I, LORI A. PORTER, the undersigned Certified Court Reporter, pursuant to RCW 5.28.010 authorized to administer oaths and affirmations in and for the State of Washington, do hereby certify that the sworn testimony and/or proceedings, a transcript of which is attached, was given before me at the time and place stated therein; that any and/or all witness(es) were duly sworn to testify to the truth; that the sworn testimony and/or proceedings were by me stenographically recorded and transcribed under my supervision, to the best of my ability; that the foregoing transcript contains a full, true, and accurate record of all the sworn testimony and/or proceedings given and occurring at the time and place stated in the transcript; that a review of which was requested; that I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the cause.

WITNESS MY HAND this 13th day of June, 2019.

Lori A. Porter

LORI A. PORTER, RPR

Washington Certified Court Reporter, CCR 2533