The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STRIKE 3 HOLDINGS, LLC, a Delaware corporation,

Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 73.225.38.130,

Defendant.

No. 2:17-cv-01731-TSZ

**NOTICE OF MOTION RENOTED**

Pursuant to LCR 7(*l*), Plaintiff/Counter-Defendant Strike 3 Holdings, LLC hereby renotes its Motion to Compel Production of Son's Hard Drive (Dkt. No. 136) (currently noted for July 5, 2019) to July 12, 2019.

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

DATED this 25th day of June, 2019

**LAW OFFICES OF
LINCOLN BANDLOW, PC**

By: /s/ *Lincoln Bandlow*
Lincoln D. Bandlow, Admitted Pro Hac Vice
1801 Century Park East
Suite 2400
Los Angeles, CA 90067
Telephone: 310-556-9680
Facsimile: 310-861-5550
Email: lincoln@bandlowlaw.com

**THE ATKIN FIRM, LLC**

By: /s/ *John C. Atkin*
John C. Atkin, Admitted Pro Hac Vice
55 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: (973) 285-3239
Email: jatkin@atkinfirm.com

**ARETE LAW GROUP PLLC**

By: /s/ *Jeremy E. Roller*
Jeremy E. Roller, WSBA #32021
1218 Third Avenue, Suite 2100
Seattle, Washington 98101
Telephone: (206) 428-3250
Facsimile: (206) 428-3251
Email: jroller@aretelaw.com

*Attorneys for Plaintiff*

NOTICE OF MOTION RENOTED
No. 2:17-cv-01731-TSZ – Page 2

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

**CERTIFICATE OF SERVICE**

I, Annabel Barnes, hereby certify that on June 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of filing to the following parties:

Adrienne D. McEntee, WSBA #34061
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

J. Curtis Edmondson, WSBA #43795
Email: jcedmondson@edmolaw.com
EDMONDSON IP LAW
399 NE John Olsen Avenue Hillsboro
Oregon 97124
Telephone: (503) 336-3749

*Attorneys for Defendant*

DATED this 25th day of June 2019 at Seattle, Washington.

*/s/ Annabel Barnes*
Annabel Barnes, Legal Assistant



Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250