The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation, | No. 2:17-cv-01731-TSZ |
| Plaintiff, | **PLAINTIFF/COUNTER-DEFENDANT'S MOTION TO SEAL** |
| v. | Note on Motion Calendar: **July 19, 2019** |
| JOHN DOE, subscriber assigned IP address 73.225.38.130, | |
| Defendant. | |

## I.      INTRODUCTION

Plaintiff/Counter-Defendant, Strike 3 Holdings, LLC ("Strike 3" or "Plaintiff"), respectfully requests that the Court maintain under seal Strike 3' Reply in Support of Motion for Partial Summary Judgment (the "Reply"), Exhibits A and B to the Declaration of Lincoln Bandlow in Support of the Reply ("Confidential Exhibits to the Bandlow Declaration").

The Reply and the Confidential Exhibits to the Bandlow Declaration contain confidential business information, the disclosure of which would harm Strike 3's competitive standing.  The undersigned counsel for Strike 3, Lincoln Bandlow certifies that

Arête
LAW GROUP

1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

he conferred with counsel for Doe on June 28, 2019, as required by Local Rule 5(g), and Doe opposes sealing the Reply and the Confidential Exhibits to the Bandlow Declaration.

## II.     ARGUMENT

Protecting the sensitive and confidential business information in the Reply and Confidential Exhibits to the Bandlow Declaration provides a compelling reason for keeping these documents under seal.  Although court records are typically in the public domain, courts will permit sealing if there are "compelling reasons" to do so.  *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).  Preventing disclosure of confidential business information is such a compelling reason that warrants keeping documents under seal.  *See Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1097 (2d Cir. 1995).

As set forth in greater detail in the declaration of Jessica Fernandez in Support of Strike 3's Motion to Seal, "compelling reasons" for sealing are present here.  The Reply and Confidential Exhibits to the Bandlow Declaration contain confidential information relating to Strike 3's revenue from subscriptions, licensing fees, and DVD sales and the gross and net recovery from Strike 3's legal matters.  Fernandez Decl. ¶ 8.  Strike 3 maintains this information in confidence.  *Id.*  Disclosure of this information could harm Strike 3's competitive standing.  *Id.*  In short, Strike 3 derives economic benefit from keeping this type of information confidential.  Strike 3 will file public versions of the Reply and the Confidential Exhibits to the Bandlow Declaration with the confidential information redacted, which will allow the public to see the vast majority of argument and evidence submitted in connection with Strike 3's Motion for Partial Summary Judgment.

It is appropriate for the Court to seal filings that include "business information that might harm a litigant's competitive standing.  *Nixon v. Warner Commc'ns*, 435 U.S. 589, 598 (1978).  Indeed, "[c]ourts commonly issue protective orders limiting access to sensitive

Arête
LAW GROUP

1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

1   [commercial] information to counsel and their experts." *Seiter v. Yokohama Tire Corp.*,

2   No. C08-5578 FDB, 2009 WL 2461000, at *2 (W.D. Wash., Aug. 10, 2019).

3   **III.   CONCLUSION**

4   For the foregoing reasons, Strike 3 requests that the Court grant Strike 3's Motion to

5   Seal and maintain the seal on Strike 3's Reply and Confidential Exhibits to the Bandlow

6   Declaration.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MOTION TO SEAL
No. 2:17-cv-01731-TSZ – Page 3

Arête
LAW GROUP

1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

1

## <u>CONFERRAL CERTIFICATE PURSUANT TO LCR 5(g)(3)(A)</u>

2        Pursuant to LCR 5(g)(3)(A), on June 28, 2019, I conferred with counsel for

3 defendant John Doe, Adrienne McEntee, via e-mail, regarding Strike 3's request that the

4 Reply and Confidential Exhibits to the Bandlow Declaration remain under seal.  Defendant

5 John Doe opposes Strike 3's request that the Reply and Confidential Exhibits to the

6 Bandlow Declaration remain under seal.

7

8                                        By: /s/ Lincoln Bandlow
                                           Lincoln D. Bandlow

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Arête
LAW GROUP

1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

| | |
|---|---|
| 1 | DATED this 28th day of June, 2019 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**LAW OFFICES OF**
**LINCOLN BANDLOW, PC**

By: /s/ Lincoln Bandlow
Lincoln D. Bandlow, Admitted Pro Hac Vice
1801 Century Park East
Suite 2400
Los Angeles, CA 90067
Telephone: 310-556-9680
Facsimile: 310-861-5550
Email: lincoln@bandlowlaw.com

**THE ATKIN FIRM, LLC**

By: /s/ John C. Atkin
John C. Atkin, Admitted Pro Hac Vice
55 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: (973) 285-3239
Email: jatkin@atkinfirm.com

**ARETE LAW GROUP PLLC**

By: /s/ Jeremy E. Roller
Jeremy E. Roller, WSBA #32021
1218 Third Avenue, Suite 2100
Seattle, Washington 98101
Telephone: (206) 428-3250
Facsimile: (206) 428-3251
Email: jroller@aretelaw.com

*Attorneys for Plaintiff*

Arête LAW GROUP | 1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

## CERTIFICATE OF SERVICE

I, Annabel Barnes, hereby certify that on June 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of filing to the following parties:

Adrienne D. McEntee, WSBA #34061
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

J. Curtis Edmondson, WSBA #43795
Email: jcedmondson@edmolaw.com
EDMONDSON IP LAW
399 NE John Olsen Avenue Hillsboro
Oregon 97124
Telephone: (503) 336-3749

*Attorneys for Defendant*

DATED this 28th day of June 2019 at Seattle, Washington.

*/s/ Annabel Barnes*
Annabel Barnes, Legal Assistant

MOTION TO SEAL
No. 2:17-cv-01731-TSZ – Page 6

Arête
LAW GROUP

1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250