The Honorable Thomas S. Zilly

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

9
10
11

STRIKE 3 HOLDINGS, LLC, a Delaware corporation,

Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 73.225.38.130,

Defendant.

JOHN DOE, subscriber assigned IP address 73.225.38.130,

Counterclaimant,

v.

STRIKE 3 HOLDINGS, LLC, a Delaware corporation,

Counterdefendant.

Case No. 2:17-cv-01731-TSZ

**NOTICE OF APPEARANCE ON BEHALF OF THIRD-PARTY WITNESS GUARDALEY, LTD.**

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEARANCE ON BEHALF OF
THIRD-PARTY WITNESS
GUARDALEY, LTD. — 1
[Case No.: 2:17-cv-01731-TSZ]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1    Derek A. Newman and Rachel Horvitz of Newman Du Wors LLP, enter this appearance as

2  counsel for Third-Party Witness GuardaLey, LTD. Please serve all documents relating to the

3  Third-Party Witness GuardaLey, except original process, on the appearing attorneys.

4

5  Dated: July 3, 2019                          Respectfully submitted,

6                                               NEWMAN DU WORS LLP

7                                               s/ Derek A. Newman
                                                s/ Rachel Horvitz
8                                               Derek A. Newman, WSBA No. 26967
                                                Rachel Horvitz, WSBA No. 52987
9                                               2101 Fourth Ave., Ste. 1500
                                                Seattle, WA 98121
10                                              Telephone:          (206) 274-2800
11                                              Email:              *dn@newmanlaw.com*
                                                                    *rachel@newmanlaw.com*
12

13                                              WEIDE & MILLER, LTD.

14                                              s/Franklin Christopher Austin
                                                s/Allen Gregory Gibbs
15                                              Franklin Christopher Austin, *Admitted Pro Hac Vice*
16                                              Allen Gregory Gibbs, *Admitted Pro Hac Vice*
                                                10655 Park Run Drive
17                                              Las Vegas, NV 89144
                                                Telephone:          (702) 382-4804
18                                              Email:              *caustin@weidemiller.com*
19                                                                  *ggibbs@weidemiller.com*

20                                              Attorneys for Third-Party Witnesses
                                                Tobias Fieser, IPP International UG, Bunting
21                                              Digital Forensics, LLC, Stephen M. Bunting, and
                                                GuardaLey LTD.
22

23

24

25

26

27

28

NOTICE OF APPEARANCE ON BEHALF OF
THIRD-PARTY WITNESS
GUARDALEY, LTD. — 2                NEWMAN DU WORS LLP
[Case No.: 2:17-cv-01731-TSZ]

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800