The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>                    Plaintiff,<br><br>   v.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>                    Defendant. | No. 2:17-cv-01731-TSZ<br><br>**NOTICE OF WITHDRAWAL BY PLAINTIFF/COUNTER-DEFENDANT OF ITS MOTION TO COMPEL ECONOMICS INTERNATIONAL CORPORATION'S COMPLIANCE WITH RULE 45 SUBPOENA (DKT. NO. 139)** |

Pursuant to LCR 7(*l*), Plaintiff/Counter-Defendant Strike 3 Holdings, LLC hereby withdraws its Motion to Compel Economics International Corporation's Compliance with Subpoena (Dkt. No. 139).

NOTICE OF WITHDRAW BY PLAINTIFF / COUNTER-DEFENDANT OF ITS MOTION TO COMPEL ECONOMICS INTERNATIONAL CORPORATION'S COMPLIANCE WITH RULE 45 SUBPOENA
No. 2:17-cv-01731-TSZ – Page 1

Arête LAW GROUP | 1218 THIRD AVENUE SUITE 2100 SEATTLE WA 98101 (206) 428-3250

| | |
|---|---|
| 1 | DATED this 26th day of July, 2019 |
| 2 | LAW OFFICES OF |
| 3 | LINCOLN BANDLOW, PC |
| | By: /s/ Lincoln Bandlow |
| 4 | Lincoln D. Bandlow, Admitted *Pro Hac Vice* |
| | 1801 Century Park East |
| 5 | Suite 2400 |
| | Los Angeles, CA 90067 |
| 6 | Telephone: 310-556-9680 |
| | Facsimile: 310-861-5550 |
| 7 | Email: lincoln@bandlowlaw.com |
| 8 | *Attorneys for Plaintiff* |
| 9 | THE ATKIN FIRM, LLC |
| | By: /s/ John C. Atkin |
| 10 | John C. Atkin, Admitted *Pro Hac Vice* |
| | 55 Madison Avenue, Suite 400 |
| 11 | Morristown, New Jersey 07960 |
| 12 | Telephone: (973) 285-3239 |
| | Email: jatkin@atkinfirm.com |
| 13 | *Attorneys for Plaintiff* |
| 14 | |
| | ARETE LAW GROUP PLLC |
| 15 | By: /s/ Jeremy E. Roller |
| | Jeremy E. Roller, WSBA #32021 |
| 16 | 1218 Third Avenue, Suite 2100 |
| | Seattle, Washington 98101 |
| 17 | Telephone: (206) 428-3250 |
| | Facsimile: (206) 428-3251 |
| 18 | Email: jroller@aretelaw.com |
| 19 | *Attorneys for Plaintiff* |

NOTICE OF WITHDRAW BY PLAINTIFF / COUNTER-DEFENDANT OF ITS MOTION TO COMPEL ECONOMICS INTERNATIONAL CORPORATION'S COMPLIANCE WITH RULE 45 SUBPOENA
No. 2:17-cv-01731-TSZ – Page 2

Arête LAW GROUP | 1218 THIRD AVENUE SUITE 2100 SEATTLE WA 98101 (206) 428-3250

**CERTIFICATE OF SERVICE**

I, Annabel Barnes, hereby certify that on July 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of filing to the following parties:

Joshua L. Turnham, WSBA #49926
E-mail: joshua@turnhamlaw.com
THE LAW OFFICE OF JOSHUA L. TURNHAM PLLC 1001 4th Avenue, Suite 3200
Seattle, Washington 98154
Telephone: (206) 395-9267
Facsimile: (206) 905-2996
 Attorneys for Non-Party Defendant's Son

F. Christopher Austin, Admitted Pro Hac Vice
Email: caustin@weidemiller.com
Allen Gregory Gibbs, Admitted Pro Hac Vice
Email: ggibbs@weidemiller.com
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: (702) 382-4804

Derek A. Newman, WSBA #26967
Email: dn@newmanlaw.com
Rachel Horvitz, WSBA #52987
Email: rachel@newmanlaw.com
NEWMAN DU WORS LLP
2101 4th Avenue, Suite 1500
Seattle, Washington 98121
Telephone: (206) 274-2800
Facsimile: (206) 274-2801
*Attorneys for Third-Party Witnesses Tobias Fieser, IPP International UG, Bunting Digital Forensics, LLC, Stephen M. Bunting*

Adrienne D. McEntee, WSBA #34061
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603

NOTICE OF WITHDRAW BY PLAINTIFF / COUNTER-DEFENDANT OF ITS MOTION TO COMPEL ECONOMICS INTERNATIONAL CORPORATION'S COMPLIANCE WITH RULE 45 SUBPOENA
No. 2:17-cv-01731-TSZ – Page 3

Arête LAW GROUP | 1218 THIRD AVENUE SUITE 2100 SEATTLE WA 98101 (206) 428-3250

Facsimile: (206) 319-5450

J. Curtis Edmondson, WSBA #43795
Email: jcedmondson@edmolaw.com
EDMONDSON IP LAW
399 NE John Olsen Avenue Hillsboro
Oregon 97124
Telephone: (503) 336-3749

*Attorneys for Defendant*

DATED this 26th day of July 2019 at Seattle, Washington.

                             */s/ Annabel Barnes*
                             Annabel Barnes, Legal Assistant

NOTICE OF WITHDRAW BY PLAINTIFF / COUNTER-DEFENDANT OF ITS MOTION TO COMPEL ECONOMICS INTERNATIONAL CORPORATION'S COMPLIANCE WITH RULE 45 SUBPOENA
No. 2:17-cv-01731-TSZ – Page 4

Arête LAW GROUP | 1218 THIRD AVENUE SUITE 2100 SEATTLE WA 98101 (206) 428-3250