The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>                Defendant. | No. 2:17-cv-01731-TSZ<br><br>**NOTICE OF WITHDRAWAL BY PLAINTIFF/COUNTER-DEFENDANT OF ITS MOTION TO COMPEL DR. KALMAN C. TOTH'S COMPLIANCE WITH RULE 45 SUBPOENA (DKT. NO. 138)** |

Pursuant to LCR 7(*l*), Plaintiff/Counter-Defendant Strike 3 Holdings, LLC hereby withdraws its Motion to Compel Dr. Kalman C. Toth's Compliance with Rule 45 Subpoena (Dkt. No. 138).

NOTICE OF WITHDRAW BY PLAINTIFF / COUNTER-DEFENDANT OF ITS MOTION TO COMPEL DR. KALMAN C. TOTH'S COMPLIANCE WITH SUBPOENA
No. 2:17-cv-01731-TSZ – Page 1

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

1 | DATED this 26th day of July, 2019

<br>

> LAW OFFICES OF
> LINCOLN BANDLOW, PC
> By: /s/ Lincoln Bandlow
> Lincoln D. Bandlow, Admitted *Pro Hac Vice*
> 1801 Century Park East
> Suite 2400
> Los Angeles, CA 90067
> Telephone: 310-556-9680
> Facsimile: 310-861-5550
> Email: lincoln@bandlowlaw.com
> *Attorneys for Plaintiff*
>
> THE ATKIN FIRM, LLC
> By: /s/ John C. Atkin
> John C. Atkin, Admitted *Pro Hac Vice*
> 55 Madison Avenue, Suite 400
> Morristown, New Jersey 07960
> Telephone: (973) 285-3239
> Email: jatkin@atkinfirm.com
> *Attorneys for Plaintiff*
>
> ARETE LAW GROUP PLLC
> By: /s/ Jeremy E. Roller
> Jeremy E. Roller, WSBA #32021
> 1218 Third Avenue, Suite 2100
> Seattle, Washington 98101
> Telephone: (206) 428-3250
> Facsimile: (206) 428-3251
> Email: jroller@aretelaw.com
> *Attorneys for Plaintiff*

NOTICE OF WITHDRAW BY PLAINTIFF /
COUNTER-DEFENDANT OF ITS MOTION TO COMPEL
DR. KALMAN C. TOTH'S COMPLIANCE WITH SUBPOENA
No. 2:17-cv-01731-TSZ – Page 2

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

## CERTIFICATE OF SERVICE

I, Annabel Barnes, hereby certify that on July 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of filing to the following parties:

Joshua L. Turnham, WSBA #49926
E-mail: joshua@turnhamlaw.com
THE LAW OFFICE OF JOSHUA L. TURNHAM PLLC
1001 4th Avenue, Suite 3200
Seattle, Washington 98154
Telephone: (206) 395-9267
Facsimile: (206) 905-2996
 Attorneys for Non-Party Defendant's Son

F. Christopher Austin, Admitted Pro Hac Vice
Email: caustin@weidemiller.com
Allen Gregory Gibbs, Admitted Pro Hac Vice
Email: ggibbs@weidemiller.com
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: (702) 382-4804

Derek A. Newman, WSBA #26967
Email: dn@newmanlaw.com
Rachel Horvitz, WSBA #52987
Email: rachel@newmanlaw.com
NEWMAN DU WORS LLP
2101 4th Avenue, Suite 1500
Seattle, Washington 98121
Telephone: (206) 274-2800
Facsimile: (206) 274-2801
*Attorneys for Third-Party Witnesses Tobias Fieser, IPP International UG, Bunting Digital Forensics, LLC, Stephen M. Bunting*

Adrienne D. McEntee, WSBA #34061
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603

NOTICE OF WITHDRAW BY PLAINTIFF /
COUNTER-DEFENDANT OF ITS MOTION TO COMPEL
DR. KALMAN C. TOTH'S COMPLIANCE WITH SUBPOENA
No. 2:17-cv-01731-TSZ – Page 3

Arête LAW GROUP | 1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

Facsimile: (206) 319-5450

J. Curtis Edmondson, WSBA #43795
Email: jcedmondson@edmolaw.com
EDMONDSON IP LAW
399 NE John Olsen Avenue Hillsboro
Oregon 97124
Telephone: (503) 336-3749

*Attorneys for Defendant*

DATED this 26th day of July 2019 at Seattle, Washington.

                                        */s/ Annabel Barnes*
                                        Annabel Barnes, Legal Assistant

NOTICE OF WITHDRAW BY PLAINTIFF /
COUNTER-DEFENDANT OF ITS MOTION TO COMPEL
DR. KALMAN C. TOTH'S COMPLIANCE WITH SUBPOENA
No. 2:17-cv-01731-TSZ – Page 4

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250