The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>Defendant. | No. 2:17-cv-01731-TSZ<br><br>**PRAECIPE WITHDRAWING REQUEST FOR CERTAIN RELIEF IN PLAINTIFF/COUNTER-DEFENDANT MOTION TO COMPEL PRODUCTION OF DOCUMENTS (DKT. NO. 141)** |

Plaintiff/Counter-Defendant Strike 3 Holdings, LLC hereby withdraws its request for certain relief in its Motion to Compel Production of Documents (Dkt. No. 141). Specifically, Plaintiff withdraws its request for entry of an order compelling responses to Request for Production Nos. 46, 47, and 48. However, Plaintiff still seeks an order compelling Defendant's response to Request for Production No. 41. A revised proposed order is submitted herewith.

PRAECIPE WITHDRAWING REQUEST FOR CERTAIN RELIEF IN PLAINTIFF/COUNTER-DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
No. 2:17-cv-01731-TSZ – Page 1

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

1  DATED this 26th day of July, 2019

2
3                                           LAW OFFICES OF
                                            LINCOLN BANDLOW, PC
4                                           By: /s/ Lincoln Bandlow
                                            Lincoln D. Bandlow, Admitted *Pro Hac Vice*
5                                           1801 Century Park East
                                            Suite 2400
6                                           Los Angeles, CA 90067
                                            Telephone: 310-556-9680
7                                           Facsimile: 310-861-5550
                                            Email: lincoln@bandlowlaw.com
8                                           *Attorneys for Plaintiff*

9                                           THE ATKIN FIRM, LLC
                                            By: /s/ John C. Atkin
10                                          John C. Atkin, Admitted *Pro Hac Vice*
                                            55 Madison Avenue, Suite 400
11                                          Morristown, New Jersey 07960
                                            Telephone: (973) 285-3239
12                                          Email: jatkin@atkinfirm.com
                                            *Attorneys for Plaintiff*
13
14                                          ARETE LAW GROUP PLLC
                                            By: /s/ Jeremy E. Roller
15                                          Jeremy E. Roller, WSBA #32021
                                            1218 Third Avenue, Suite 2100
16                                          Seattle, Washington 98101
                                            Telephone: (206) 428-3250
17                                          Facsimile: (206) 428-3251
                                            Email: jroller@aretelaw.com
18                                          *Attorneys for Plaintiff*
19
20
21
22
23
24
25
26

PRAECIPE WITHDRAWING REQUEST FOR CERTAIN
RELIEF IN PLAINTIFF/COUNTER-DEFENDANT'S                    Arête | 1218 THIRD AVENUE
MOTION TO COMPEL PRODUCTION OF DOCUMENTS               LAW GROUP | SUITE 2100
No. 2:17-cv-01731-TSZ – Page 2                                    | SEATTLE WA 98101
                                                                  | (206) 428-3250

**CERTIFICATE OF SERVICE**

I, Jeremy Roller, hereby certify that on July 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of filing to the following parties:

Joshua L. Turnham, WSBA #49926
E-mail: joshua@turnhamlaw.com
THE LAW OFFICE OF JOSHUA L. TURNHAM PLLC
1001 4th Avenue, Suite 3200
Seattle, Washington 98154
Telephone: (206) 395-9267
Facsimile: (206) 905-2996
Attorneys for Non-Party Defendant's Son

F. Christopher Austin, Admitted Pro Hac Vice
Email: caustin@weidemiller.com
Allen Gregory Gibbs, Admitted Pro Hac Vice
Email: ggibbs@weidemiller.com
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: (702) 382-4804

Derek A. Newman, WSBA #26967
Email: dn@newmanlaw.com
Rachel Horvitz, WSBA #52987
Email: rachel@newmanlaw.com
NEWMAN DU WORS LLP
2101 4th Avenue, Suite 1500
Seattle, Washington 98121
Telephone: (206) 274-2800
Facsimile: (206) 274-2801
*Attorneys for Third-Party Witnesses Tobias Fieser, IPP International UG, Bunting Digital Forensics, LLC, Stephen M. Bunting*

Adrienne D. McEntee, WSBA #34061
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603

PRAECIPE WITHDRAWING REQUEST FOR CERTAIN RELIEF IN PLAINTIFF/COUNTER-DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
No. 2:17-cv-01731-TSZ – Page 3

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

Facsimile: (206) 319-5450

J. Curtis Edmondson, WSBA #43795
Email: jcedmondson@edmolaw.com
EDMONDSON IP LAW
399 NE John Olsen Avenue Hillsboro
Oregon 97124
Telephone: (503) 336-3749

*Attorneys for Defendant*

DATED this 26th day of July 2019 at Seattle, Washington.

                                       */s/ Jeremy Roller*
                                       Jeremy Roller

PRAECIPE WITHDRAWING REQUEST FOR CERTAIN RELIEF IN PLAINTIFF/COUNTER-DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
No. 2:17-cv-01731-TSZ – Page 4

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250