THE HONORABLE THOMAS S. ZILLY

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>  Defendant.<br><br>JOHN DOE subscriber assigned IP address 73.225.38.130,<br><br>  Counterclaimant,<br><br>  vs.<br><br>STRIKE 3 HOLDINGS, LLC,<br><br>  Counterdefendant. | NO. 2:17-cv-01731-TSZ<br><br>**[PROPOSED] ORDER GRANTING THE MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND AN AWARD OF ATTORNEY FEES AND COSTS** |

**WHEREAS:**

Plaintiff Strike 3 Holdings, LLC sued Defendant JOHN DOE subscriber assigned IP address 73.225.38.130, for the infringement of 87 Works. (Docket 43-1). Defendant counterclaimed a declaratory relief of non-infringement on the 87 works.

This Court ordered Defendant to file a motion for summary judgment on the issue of non-infringement of the 87 works and also prove-up fees and costs. Defendant timely filed this

motion and provided evidence that there was no triable issue of fact that Strike 3 Holdings, LLC can demonstrate that John Doe infringed the 87 works.   This Court finds that John Doe did not infringe the 87 works.

      John Doe is the prevailing party under the Copyright Act.  17 USC §505. John Doe has demonstrated reasonable fees and costs pursuant to a Lodestar analysis. John Doe is entitled to fees and costs  and is awarded the  amounts of _____ (fees) and _____ (costs) for a total of _____.

      So Ordered:

_____
United States District Court

[PROPOSED] ORDER GRANTING THE MOTION FOR
SUMMARY JUDGMENT OF NON-INFRINGEMENT AND
AN AWARD OF ATTORNEY FEES AND COSTS - 2
CASE NO. 2:17-CV-01731-TSZ