Honorable Thomas S. Zilly

# U.S. DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>    Defendant. | **Case No. 2:17-cv-01731-TSZ**<br><br>**DECLARATION OF J. CURTIS EDMONDSON IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>    Counter-claimant,<br><br>vs.<br><br>STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>    Counter-defendant | |

DECLARATION OF J. CURTIS EDMONDSON IN
SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 1

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave.
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

I, J. CURTIS EDMONDSON, declare as follows:

1. I am an attorney licensed to practice law within the States of California, Washington, Oregon and the District of Columbia. I am admitted to several district and federal appellate courts.

2. I am counsel of record for Defendant JOHN DOE, subscriber assigned IP address 73.225.38.130 ("Doe") in this matter. I have handled over 30 bittorrent cases for defendants in various districts across the United States.

3. **Exhibit 1** is a true and correct copy of an e-mail I sent to Strike 3's counsel, Bryan Case and Kiren Rockenstein, dated February 10, 2018.

4. **Exhibit 2** is a true and correct copy of the deposition extracts from Susan Stalzer taken on April 16, 2019.

5. **Exhibit 3** is a true and correct copy of the deposition extracts from John Pasquale taken on April 17, 2019.

6. **Exhibit 4** is a true correct copy of an e-mail string between myself and Strike 3's counsel, Lincoln Bandlow and Bryan Case, between February 12, 2018 and February 14, 2018.

7. **Exhibit 5** is a true and correct copy of the deposition extracts from Greg Lansky taken on April 11, 2019.

8. **Exhibit 6** is a true and correct copy of the deposition extracts from Jessica Fernandez (with the confidential portions removed) taken on April 12, 2019.

9. **Exhibit 7** is a true and correct copy of the deposition extracts from Tobias Fieser taken on May 9, 2019.

10. **Exhibit 8** is a true and correct copy of the Expert Report of Kalman Toth Ph.D. dated March 15, 2019.

11. **Exhibit 9** is a true and correct copy of the Expert Report of Eric Fruits Ph.D. dated March 15, 2019.

12. **Exhibit 10** is a true and correct copy of the Expert Report of Michael Yasumoto dated March 15, 2019.

13. **Exhibit 11** is a true and correct copy of the Expert Report of Brandon Garcia-Paeth dated March 15, 2019.

DECLARATION OF J. CURTIS EDMONDSON IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 2

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave.
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

14. **Exhibit 12** is a true and correct copy of the Expert Report (in the form of a Declaration) of Stephen M. Bunting dated December 11, 2018.
15. **Exhibit 13** is a true and correct copy of the Expert Report (in the form of two Declarations) of Patrick Paige dated November 11, 2013 and August 19, 2016.
16. **Exhibit 14** is a true and correct copy of the Amended Expert Report of Eric Fruits, Ph.D. dated April 15, 2019.
17. **Exhibit 15** is a true and correct copy of the Rebuttal Expert Report of Kalman Toth Ph.D. dated April 29, 2019.
18. **Exhibit 16** is a true and correct copy of the deposition extracts from Patrick Paige taken on June 27, 2019.
19. **Exhibit 17** is a true and correct copy of the documents related to the arrest of Patrick Paige on December 1, 2010, including the Division of Internal Affairs investigation and disciplinary action taken against Mr. Paige.
20. **Exhibit 18** is a true and correct copy of the responsive documents produced on May 1, 2019, in response to the subpoena directed to Comcast.
21. **Exhibit 19** is a true and correct copy of the (Wireshark printout).
22. **Exhibit 20** is a true and correct copy of a printout from Wikipedia on the definition of Hex editor.
23. **Exhibit 21** is a true and correct copy of an article entitled "Software on Witness Stand: What Should it Take for Us to Trust it?"
24. **Exhibit 22** is a true and correct copy of an e-mail from Strike 3's counsel, Lincoln Bandlow dated July 16, 2019, setting forth his settlement proposal.
25. **Exhibit 23** is a true and correct copy of Plaintiff's Initial Disclosures dated April 20, 2018.
26. **Exhibit 24** is blank
27. **Exhibit 25** is blank
28. **Exhibit 26** is a true and correct copy of an article entitled "Characterizing Web Pornography Consumption fro Passive Measurements".
29. **Exhibit 27** is a true and correct copy of the complete deposition transcript of Emilie Kennedy taken on January 13, 2017.

DECLARATION OF J. CURTIS EDMONDSON IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 3

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave.
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

30. **Exhibit 28** is a true and correct copy of a printout from Wikipedia on the definition of Reserved IP addresses.
31. **Exhibit 29** is a true and correct copy of the deposition extracts from John Doe
32. **Exhibit 30** is a true and correct copy of the deposition extracts from John Doe, Jr.
33. I requested evidence of infringement from Strike 3 Holdings, LLC, I was provided with copies of Control Copies of the Movies; Alleged Infringed Works', PCAP's (Packet Captures) of the IPP monitoring system, Torrent Files, and Copyright Certificates.
34. I requested evidence of damages from Strike 3 Holdings in the form of financial statements. Strike 3 objected to this request and would not provide financial statements.
35. I did not receive rebuttal expert reports from either Patrick Paige or Stephen Bunting.

I swear under the penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on:   July 29, 2019

/s/ *J. Curtis Edmondson*

J. CURTIS EDMONDSON
Declarant

DECLARATION OF J. CURTIS EDMONDSON IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 4

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave.
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

# CERTIFICATE OF SERVICE

I, J. Curtis Edmondson, hereby certify that on July 29, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those parties

    Lincoln D. Bandlow, *Admitted Pro Hac Vice*
    Email: lincoln@bandlowlaw.com
    LAW OFFICES OF LINCOLN BANDLOW, P.C.
    1801 Century Park East, Suite 2400
    Los Angeles, California 90067
    Telephone: (310) 556-9580
    Facsimile: (310) 861-5550

    John C. Atkin, *Admitted Pro Hac Vice*
    Email: jatkin@atkinfirm.com
    THE ATKIN FIRM, LLC
    55 Madison Avenue, Suite 400
    Morristown, New Jersey 07960
    Telephone: (973) 285-3239

    Jeremy E. Roller, WSBA #32021
    Email: jroller@aretelaw.com
    ARETE LAW GROUP PLLC
    1218 Third Avenue, Suite 2100
    Seattle, Washington 98101
    Telephone: (206) 428-3250
    Facsimile: (206) 428-3251

    *Attorneys for Plaintiff*

    Joshua L. Turnham, WSBA #49926
    E-mail: joshua@turnhamlaw.com
    THE LAW OFFICE OF JOSHUA L. TURNHAM PLLC
    1001 4th Avenue, Suite 3200
    Seattle, Washington 98154
    Telephone: (206) 395-9267
    Facsimile: (206) 905-2996

    *Attorneys for Non-Party John Doe's Son*

DECLARATION OF J. CURTIS EDMONDSON IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 5

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave.
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418

|   |   |
|---|---|
| 1 | F. Christopher Austin, *Admitted Pro Hac Vice* |
| 2 | Email: caustin@weidemiller.com |
|   | Allen Gregory Gibbs, *Admitted Pro Hac Vice* |
| 3 | Email: ggibbs@weidemiller.com |
|   | WEIDE & MILLER, LTD. |
| 4 | 10655 Park Run Drive, Suite 100 |
|   | Las Vegas, Nevada 89144 |
| 5 | Telephone: (702) 382-4804 |

F. Christopher Austin, *Admitted Pro Hac Vice*
Email: caustin@weidemiller.com
Allen Gregory Gibbs, *Admitted Pro Hac Vice*
Email: ggibbs@weidemiller.com
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: (702) 382-4804

Derek A. Newman, WSBA #26967
Email: dn@newmanlaw.com
Rachel Horvitz, WSBA #52987
Email: rachel@newmanlaw.com
NEWMAN DU WORS LLP
2101 4th Avenue, Suite 1500
Seattle, Washington 98121
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

*Attorneys for Attorneys for Third-Party Witnesses Tobias Fieser, IPP International UG, Bunting Digital Forensics, LLC, Stephen M. Bunting*

DATED this 29th day of July, 2019.

By: /s/ *J. Curtis Edmondson*
J. Curtis Edmondson

DECLARATION OF J. CURTIS EDMONDSON IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 6

**EDMONDSON IP LAW**
Venture Commerce Center, 3699 NE John Olsen Ave.
Hillsboro, Oregon 97124
TEL. 503.336.3749 • FAX 503.482.7418