# EXHIBIT 5

```
              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
                       AT SEATTLE


STRIKE 3 HOLDINGS. LLC, a     )
Delaware corporation,         )
                              )
         Plaintiff,           )
                              )
   vs.                        ) CASE: 2:17-cv-01731-TSZ
                              )
JOHN DOE, subscriber          )
assigned  IP address          )
73.225.38.130,                )
                              )
         Defendants.          )
_____)
```

         VIDEOTAPED DEPOSITION OF GREG LANSKY 30(b)(6), taken on behalf of the Defendant, at Cotman IP Law Group, PLC, One Colorado, 35 Hugus Alley, Suite 210, Pasadena, California 91103, commencing at 3:27 p.m. and being terminated at 4:38 p.m., on Thursday, April 11, 2019, reported by JEANNETTE CORREIA, CSR No. 10994, a Certified Shorthand Reporter in and for the State of California.

2

03:37:07   1   ███████████████████████████████████

2          Q  Is it quantif- -- has it been quantified?
3     For example, do these other sites have less subscribers
4     than you do or more subscribers?

03:37:19   5          A  I don't know how many subscribers these
6     sites have.  I have no way -- no ways of knowing the
7     amount of subscriber another site has.
8          Q  And you -- you haven't talked to the owners
9     and operators of these other sites?

03:37:31  10          A  No.

███████████████████████████████████████████████████████
███████████████████████████████████████████████
██████
███████████████████████████████████████

03:37:56  ███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
██████

03:38:15  ███████████████████████████████████
███████████████████████████████████████████████
████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
03:38:30  ███████████████████████████████████████████████

14

```
 1
 2                    REPORTER'S CERTIFICATE
 3
 4          I, JEANNETTE CORREIA, CSR No. 10994, Certified
 5   Shorthand Reporter, certify:
 6          That the foregoing proceedings were taken
 7   before me at the time and place therein set forth, at
 8   which time the witness was put under oath by me;
 9          That the testimony of the witness, the
10   questions propounded, and all objections and statements
11   made at the time of the examination were recorded
12   stenographically by me and were thereafter transcribed;
13          That the foregoing is a true and correct
14   Transcript of my shorthand notes so taken.
15          I further certify that I am not a relative or
16   employee of any attorney of the parties, nor financially
17   interested in the action.
18          I declare under penalty of perjury under the
19   laws of California that the foregoing is true and
20   correct.
21
22          Dated this Seventh day of May 2019.
23
24                              _____
25                              JEANNETTE CORREIA
                                C.S.R. No. 10994
```

69