# EXHIBIT 10

Honorable Thomas S. Zilly

1

2

3

4

5

6

7

8

9

10

11

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

## AT SEATTLE

| STRIKE 3 HOLDINGS, LLC, a Delaware corporation, | Case Number: 2:17-cv-01731-TSZ |
|---|---|
| Plaintiff, | **EXPERT REPORT OF MICHAEL YASUMOTO** |
| vs. | |
| JOHN DOE subscriber assigned IP address 73.225.38.130, | |
| Defendant. | |



# DIGITAL FORENSICS
# EXAMINATION REPORT

Regarding:
Strike 3 Holdings, LLC v. John Doe
Case Number: 2:17-CV-01731-TSZ


Prepared for:
Curtis Edmondson
Edmondson IP Law
3699 NW John Olsen Place
Hillsboro, OR 97124


Prepared by:
Michael Yasumoto
Deadbolt Forensics® LLC
1500 NW Bethany Blvd, #200
Beaverton, OR 97006


March 15, 2019

## I. Assignment

1

2   My name is Michael Yasumoto.  I was retained on March 6, 2018 by Curtis Edmondson of

3   Edmondson IP Law which represents John Doe.  I have been retained to conduct a forensic

4   examination of the defendant's hard drive in this case.  Specifically, I have been asked to

5   determine the following.  1) Are any of the movies listed in Plaintiff's complaint located on the

6   Defendant's hard drive?

## II. Qualifications

7

8   I hold an MS in Computer Science from the George Washington University (GWU).  I am

9   certified in Computer Security by GWU as well as certified in Computer Forensics by Edmonds

10  Community College.  My curriculum vitae is attached to this report as Exhibit 1.

## III. Compensation

11

12  I am being compensated at a rate of $250 per hour for my time in this matter.  My fees are not

13  contingent upon the outcome of this litigation.

## IV. Evidence Collection and Analysis

14

15  I have reviewed the following documents:

16      A.  Exhibit A to the Complaint, 6 pages, 07/03/18 Document 43-1.

17      B.  "PCAP analysis (Case 17-cv-01731-TSZ) v3.xlsx", 1 Worksheet.

18  Imaging

19  I created a forensically sound image of the hard drive listed in Table 1 using a CRU Forensic

20  UltraDock v5.5 write blocker.  The hard drive was imaged using X-Ways Forensics (XWF) to

21  create an image in EWF/.E01 format.  The device with serial# 9VP05TWX was picked up from

22  Curtis Edmondson's office on 3/6/2018 and returned on 3/9/2018.

| Make | Model | Serial# | Hash (SHA1) |
|------|-------|---------|-------------|
| Seagate | ST3750528AS | 9VP05TWX | C030EFD65D37609FA736FAA2924D6636F96BF4CB |

23  Table 1: Defendant's Hard Drive

24

1   Analysis

2   I used XWF version 19.8 SR3 to examine the forensic image. Using XWF, I searched for all video

3   files including deleted files recovered from unallocated space. I conducted file carving, which

4   looks for signatures of certain file types to detect data that may be hidden inside another file or

5   located in unallocated space such as deleted files.  The smallest video file referenced in Exhibit

6   A of the complaint is approximately 187 MBs in size.  Based on a review or plaintiff's videos,

7   they appear to have an introduction and concluding animation featuring the name of either

8   Tushy, Vixen, or Blacked.  I reviewed all recovered and existing video files over 100 MBs in size

9   to determine if any of the video files were Plaintiff's copyrighted works.  None of the videos

10  examined appear to be Plaintiff's work based on content and the lack of any Tushy, Vixen, or

11  Blacked animated titles.  I also compared the SHA1 hash, which acts as a fingerprint for

12  computer files, and none of the videos examined on defendant's computer were a hash match

13  for the videos listed in Exhibit 3.

14

15  V.  Conclusions

16  Plaintiff's Videos Not Found

17  It is my opinion, based on a reasonable degree of scientific certainty, that the movies listed in

18  Exhibit 3 are not located on the storage devices that I examined in Table 1.

19  Basis:

20  •   None of the video files reviewed from the Defendant's hard drive are the Plaintiff's

21      movies based on video subject matter or SHA1 hash.

22

23  My opinion is based upon the information available at the time of the writing of this report.  I

24  reserve the right to expand, amend, or change my opinions upon receipt of additional pertinent

25  information, should it be presented to me for review.

26

27

28  I declare under penalty of perjury that the foregoing is true and correct.

1

2

3    *Michael Yasumoto*   3/15/2019

4    Michael Yasumoto            Date

5

6    Appendix: Exhibit List

7    Exhibit 1:

8    Curriculum Vitae for Michael Yasumoto

9    Exhibit 2:

10   FRCP 26(a)(2)(B) Testimony Disclosure for Michael Yasumoto

11   Exhibit 3:

12   Exhibit A to the Complaint, 6 pages, 07/03/18 Document 43-1.



# Deadbolt Forensics®
1500 NW Bethany Blvd, #200
Beaverton, OR 97006
Phone: (503) 683-7138
www.deadboltforensics.com
michael@deadboltforensics.com

## Curriculum Vitae: Michael Yasumoto

Experienced expert witness with deposition and trial experience. Worked on over 100 cases and have over 400 hours of specialized forensic training.

### Education

| | |
|---|---|
| Certificate, Digital Forensics<br>Edmonds Community College; Lynnwood, WA | 2012 |
| M.S., Computer Science | 2009 |
| Certificate, Computer Security & Information Assurance | 2009 |
| The George Washington University; Washington, DC | |
| Certificate, Teaching English to Speakers of other Languages (TESL)<br>Seattle University; Seattle, WA | 2005 |
| B.S., Chemistry: American Chemical Society (ACS) Certified<br>The University of Washington; Seattle, WA | 2004 |

### Professional Certifications

| | |
|---|---|
| GIAC Certified Forensic Analyst (GCFA)<br>Global Information Assurance Certification (GIAC) | 2019 – 2023 |
| GIAC Certified Forensic Examiner (GCFE)<br>Global Information Assurance Certification (GIAC) | 2018 – 2022 |
| GIAC Advanced Smartphone Forensics (GASF)<br>Global Information Assurance Certification (GIAC) | 2017 – 2021 |
| Certified Computer Examiner (CCE)<br>The International Society of Forensic Computer Examiners (ISFCE) | 2013 – 2019 |
| X-Ways Professional in Evidence Recovery Techniques (X-PERT)<br>X-Ways Software Technology | 2015 – 2021 |

| | |
|---|---|
| EnCase Certified Examiner (EnCE)<br>Guidance Software | 2014 – 2020 |
| AccessData Certified Examiner (ACE)<br>AccessData | 2013 – 2019 |
| Cellebrite Certified Mobile Examiner (CCME)<br>Cellebrite | 2014 – 2020 |
| Certified BlackLight Examiner (CBE)<br>BlackBag Technologies | 2016 – 2019 |
| Certified Mobilyze Operator (CMO)<br>BlackBag Technologies | 2016 – 2019 |
| Certified Data Recovery Expert (CDRE)<br>My Hard Drive Died (MHDD) | 2012 |

**Specialized Training**

| | |
|---|---|
| The X-Ways Forensics Practitioner's Guide<br>DFIR Training, 12 hours | 2019 |
| Forensic Operating Systems<br>DFIR Training, 5 hours | 2019 |
| 101+ Tips & Tricks for X-Ways Forensics<br>DFIR Training, 3 hours | 2019 |
| Windows Forensic Environment (WinFE)<br>DFIR Training, 5 hours | 2019 |
| Digital Forensics & Incident Response (DFIR) NetWars Tournament<br>SANS, 6 hours | 2018 |
| FOR508: Advanced Digital Forensics, Incident Response, and Threat Hunting<br>SANS, 36 hours | 2018 |
| Intella Basics: Email Investigation<br>Vound Software, 5 hours | 2018 |
| Digital Forensics & Incident Response (DFIR) NetWars Tournament<br>SANS, 6 hours | 2017 |
| FOR500: Windows Forensic Analysis<br>SANS, 36 hours | 2017 |

Advanced Testifying Skills for Experts                              2017
SEAK, 14 hours

How to Start, Build and Run a Successful Expert Witness Practice     2017
SEAK, 14 hours

BlackLight Tool Training (BTT)                                      2016
BlackBag Technologies, 16 hours

Digital Forensics & Incident Response (DFIR) NetWars Tournament      2016
SANS, 6 hours

FOR585: Advanced Smartphone Forensics                              2016
SANS, 36 hours

Advanced SQLite                                                    2016
AccessData/Syntricate, 21 hours

Mobilyze Tool Training (MTT)                                       2016
BlackBag Technologies, 2 hours

Internet Evidence Finder (IEF)                                     2016
Magnet Forensics: CSA Conference, 1 hour

UMTS/HSPA Technical Overview                                       2015
Qualcomm Wireless Academy, 5 hours

Intro to JTAG & Chip-Off Forensics                                 2015
Binary Intelligence, 35 hours

Linux Forensics                                                    2015
AccessData/Syntricate, 7 hours

Intro to Mobile Device Forensics                                   2015
AccessData/Syntricate, 35 hours

Windows 8 Forensics                                                2015
AccessData/Syntricate, 21 hours

X-Ways Forensics II                                                2015
X-Ways Software Technology, 14 hours

JTAG-102                                                           2014
viaForensics, 1.25 hours

| | |
|---|---|
| Plain Ordinary Telephone Service (POTS) and The Public Switched Telephone Network (PSTN)<br>Teracom Training Institute, 1.5 hours | 2014 |
| Wireless Telecommunications<br>Teracom Training Institute, 1.75 hours | 2014 |
| X-Ways Forensics<br>X-Ways Software Technology, 28 hours | 2014 |
| Memory Forensics<br>X-Ways Software Technology, 7 hours | 2014 |
| iOS Forensic Analysis<br>AccessData/Syntricate, 21 hours | 2014 |
| Mobile Device Forensics 101<br>AccessData/Syntricate, 21 hours | 2014 |
| Android Malware Analysis<br>AccessData/Syntricate, 7 hours | 2014 |
| Mobile Device Examiner<br>Cellebrite (Digital Shield), 35 hours | 2014 |
| Android Forensic Analysis<br>AccessData, 21 hours | 2014 |
| Blackberry Forensics<br>AccessData, 2.5 hours | 2014 |
| SIM Forensic Analysis<br>AccessData, 7 hours | 2014 |
| Windows Mobile Forensics<br>AccessData, 1.5 hours | 2014 |
| Law 101: Legal Guide for the Forensic Expert<br>National Institute of Justice, 13 hours | 2014 |
| Mobile Training – Level 3<br>Paraben Corporation, 10 hours | 2014 |
| BBT-315e: iOS Device Seizure and Analysis<br>BlackBag Technologies, 3 hours | 2014 |

| | |
|---|---|
| Mobile Phone Examiner Plus<br>AccessData, 21 hours | 2013 |
| JTAG-101<br>viaForensics, 1.5 hours | 2013 |
| User Certification<br>Oxygen Forensics, 6 hours | 2013 |

**Professional Experience**

| | |
|---|---|
| Senior Forensic Examiner<br>Deadbolt Forensics LLC; Beaverton, OR | 2012 – Present |
| Adjunct Professor<br>University of Maryland University College; Adelphi, MD | 2017 – Present |
| Mobile Forensics Instructor<br>Syntricate/AccessData; Lindon, UT | 2014 – 2016 |
| Infrastructure Analyst<br>Zumiez Inc.; Everett, WA | 2011 – 2012 |
| System Administrator<br>HopOne Internet Corp; Seattle, WA | 2010 – 2011 |
| Contract System Administrator<br>Pacific Software Publishing, Inc.; Seattle, WA | 2010 – 2010 |
| Graduate Student Assistant<br>George Washington University; Washington, DC | 2008 – 2009 |
| Assistant Language Teacher<br>Interac; Tokyo, Japan | 2005 – 2007 |

**Courses Taught for Syntricate/AccessData**

| | |
|---|---|
| Android Malware Analysis<br>April 29, 7 hours<br>London, England | 2016 |
| Android Forensic Analysis<br>April 26-28, 21 hours<br>London, England | 2016 |
| Cell Tower and GPS Technology<br>April 5-6, 1.5 hours<br>Portland, Oregon | 2016 |

Mobile Forensics Update                                                    2016
April 5-6, 1.5 hours
Portland, Oregon

iOS Forensic Analysis                                                      2016
March 8-10, 21 hours
London, England

Android Forensic Analysis                                                  2015
December 15-17, 21 hours
Houston, Texas

Mobile Forensics: Hands-On Training                                        2015
April 16-17, 9 hours
San Diego, California

**Publications: Author**
"Cell Phone Evidence... Often Overlooked"                                  2018
*OTLA Trial Lawyer Magazine* Spring 2018: 29–32. Print.

"The Infamous Western Digital Screw"                                       2012
*Washington State HTCIA Newsletter* Vol. 1 Iss. 2 (Jul/Aug 2012): 16-17. PDF file.

**Publications: Technical Reviewer**
Epifani, Mattia, and Pasquale Stirparo. *Learning iOS Forensics – Second Edition*   2016
Birmingham: Packt, 2016. Print.

Soufiane Tahiri. *Mastering Mobile Forensics*                              2016
Birmingham: Packt, 2016. Print.

Epifani, Mattia, and Pasquale Stirparo. *Learning iOS Forensics*           2015
Birmingham: Packt, 2015. Print.

**Presentations**
Computer Forensics                                                         2018
Old Timers Investigator Society (OTIS), 2 hours
Portland, Oregon

Mobile Forensics                                                           2018
Old Timers Investigator Society (OTIS), 2 hours
Portland, Oregon

Mobile Forensics                                                           2017
Multnomah Defenders, Inc. (MDI), 1 hour
Portland, Oregon

Mobile Forensics                                                    2016
Alaska Public Defender Agency, 2 hours
Anchorage, Alaska

Cellphone Spying                                                    2016
Portland Narcissistic Abuse Support Group, 2 hours
Portland, Oregon

Digital Forensics                                                  2016
ITT Technical Institute, 1 hour
Portland, Oregon

Digital Forensics                                                  2015
Hack the People, 0.3 hours
Portland, Oregon

Mobile Forensics for Investigators                                 2014
Metropolitan Public Defender (MPD), 1.5 hours
Hillsboro, Oregon

Digital Forensics Basics: Hidden Evidence on Your PC & Phone       2014
Old Timers Investigator Society (OTIS), 2 hours
Portland, Oregon

**Memberships**
International Society of Forensic Computer Examiners (ISFCE)    2013 – Present



# Deadbolt Forensics®

1500 NW Bethany Blvd, #200
Beaverton, OR 97006
Phone: (503) 683-7138
www.deadboltforensics.com
michael@deadboltforensics.com

# FRCP 26(a)(2)(B) Testimony Disclosure: Michael Yasumoto

Trial
*State of Oregon v. Leonard Ray Brightmon*, No. 18CR13868, (Multnomah County Or. Cir. Oct. 24, 2018)

Trial
*Caitlin Thompson v. David R. Tenhulzen*, No. 1306-08612, (Multnomah County Or. Cir. Aug. 3, 2018)

Trial
*State of Oregon v. Jonhta Durand Hammond*, No. 17CR64891, (Multnomah County Or. Cir. Feb. 12, 2018)

Trial
*Rosebank Road Medical v. John Does*, No. CGC-16-549755, (San Francisco Cal. Super. Dec. 12, 2017)
Deposition
*Rosebank Road Medical v. John Does*, No. CGC-16-549755, (San Francisco Cal. Super. Dec. 4, 2017)
*Rosebank Road Medical v. John Does*, No. CGC-16-549755, (San Francisco Cal. Super. Sep. 29, 2017)

Trial
*State of Oregon v. Simon Ignacio Garay-Choque*, No. 16CR70748, (Washington County Or. Cir. May 5, 2017)

Deposition
*Malibu Media, LLC v. John Doe subscriber assigned IP address 76.126.99.126*, No. 3:15-cv-04441-WHA, (N.D. Cal. Jan. 31, 2017)

Deposition
*Edmund Sullivan v. Yong Sung Kim*, No. BC562756, (Los Angeles Cal. Super. Aug. 16, 2016)

Trial
*State of Oregon v. Joda Harold Cain*, No. C132395CR, (Washington County Or. Cir. Sep. 24, 2015)

Deposition
*State of Washington v. Dean Gordon Sizemore*, No. 14-1-02555-6, (Clark County Wash. Super. Jul. 14, 2015)

Trial
*State of Oregon v. Roger Michael Saunders*, No. 14CR20839, (Multnomah County Or. Cir. Jun. 30, 2015)

# EXHIBIT A

Exhibit A to the Complaint

IP Address: 73.225.38.130
ISP: Comcast Cable

Location: Federal Way, WA
Total Works Infringed: 87

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 1BC8C1ADCAA75C3EC9408C8CBF5147863205E6C | Tushy | 9/5/2017 10:40:33 | 9/3/2017 | 9/10/2017 | PA0002052851 |
| 2 | 0326E89230588527525F5A78578834A4CD3E715289 | Tushy | 5/15/2017 4:40:00 | 5/6/2017 | 6/16/2017 | PA0002069288 |
| 3 | 039F4779148D3E37AD990283A83AC46A0219DAE9 | Vixen | 5/12/2017 6:25:29 | 4/19/2017 | 6/16/2017 | PA0002069291 |
| 4 | 0CAB7415EAE003A2C38350E55FC716759A490409 | Tushy | 7/5/2017 19:58:23 | 7/5/2017 | 7/6/2017 | PA0002041555 |
| 5 | 0CDEB18021838E8E2A694A7D16D9A45366CFABB6 | Blacked | 8/8/2017 21:54:29 | 8/8/2017 | 8/18/2017 | PA0002077679 |
| 6 | 1278F4C4BF0B456578418F6CC8F88844DE4AB68C83 | Tushy | 5/15/2017 5:03:17 | 4/26/2017 | 6/15/2017 | PA0002037565 |
| 7 | 1487A26EAAAD70318258A8B9F50650A68F293533A | Blacked | 5/21/2017 18:02:17 | 5/5/2017 | 6/15/2017 | PA0002037591 |
| 8 | 18A6F7D0E24D4FA3CC1589DE496D1AD9433CF09B | Blacked | 6/20/2017 1:03:31 | 6/19/2017 | 7/7/2017 | PA0002070823 |
| 9 | 1A032CB38BB2AF87DAF28239A1A17B6C713EBC26 | Blacked | 8/12/2017 13:46:39 | 8/3/2017 | 8/17/2017 | PA0002077671 |
| 10 | 1C2C06D480942F4FE7FDCED4759E9380SE02B54B | Tushy | 5/24/2017 1:49:12 | 5/21/2017 | 6/22/2017 | PA0002039282 |
| 11 | 1D1B18BB0C921D6E1A6D3148E45432S7B42A2469F | Tushy | 6/22/2017 8:52:38 | 6/20/2017 | 7/7/2017 | PA0002070816 |
| 12 | 1D63168E762F9C841AE4DBD6646599AD0EFF3911 | Blacked | 7/10/2017 20:05:40 | 7/9/2017 | 8/17/2017 | PA0002077662 |
| 13 | 1D7E521CD7368013A7F1B28494A2AC43D8F99F0E | Vixen | 9/3/2017 5:01:06 | 9/1/2017 | 9/15/2017 | PA0002052845 |
| 14 | 1D7EF721AC3B8D955B8CAD8D62F57AF030BD1F315 | Vixen | 6/6/2017 10:18:02 | 6/3/2017 | 7/7/2017 | PA0002070834 |
| 15 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 8/21/2017 10:03:46 | 8/19/2017 | 10/10/2017 | PA0002086140 |
| 16 | 22C377CC65B1695E6470BFAF967C4C825391EF90 | Blacked | 8/1/2017 8:09:40 | 7/29/2017 | 8/11/2017 | PA0002046872 |
| 17 | 24D6E127081B0699994E81CA544B8FF3E3A0A33D3 | Tushy | 5/17/2017 6:35:34 | 5/16/2017 | 6/22/2017 | PA0002039300 |

Case 2:17-cv-01731-TSZ   Document 43-1   Filed 07/03/18   Page 3 of 6

| # | Hash | Studio | Date/Time | Date | Date | PA Number |
|---|------|--------|-----------|------|------|-----------|
| 18 | 258961E123E520633A96GDF11E8E6F60E233C816 | Vixen | 7/24/2017 17:24:34 | 7/23/2017 | 8/10/2017 | PA0002046877 |
| 19 | 289E7D65DFCFAC8416832D1286210SA2762841A | Blacked | 5/12/2017 5:45:47 | 5/10/2017 | 6/22/2017 | PA0002039285 |
| 20 | 3157E16E1B688F13F30BE538E1BAF66E224726A | Tushy | 8/1/2017 5:04:24 | 7/30/2017 | 8/11/2017 | PA0002075051 |
| 21 | 322F6ABAB01976A6FF3C121A1AF75B28137F013F | Vixen | 6/9/2017 20:46:58 | 6/8/2017 | 7/7/2017 | PA0002070832 |
| 22 | 3445073A3328C2EAF5FC73A5A8DDD4141E85B4A | Vixen | 8/23/2017 10:51:56 | 8/22/2017 | 9/15/2017 | PA0002052852 |
| 23 | 374A3865D0604113B83880FDACE83FD1EFD3CA7C | Tushy | 8/15/2017 12:51:18 | 8/14/2017 | 8/17/2017 | PA0002048391 |
| 24 | 3945FEF635D0609C3FB77DD4762FC2570E7E12D7C | Blacked | 5/21/2017 16:45:29 | 5/20/2017 | 6/22/2017 | PA0002039289 |
| 25 | 3F3D4931127C380DD0AA05C298E26438267560BB | Vixen | 7/5/2017 4:23:31 | 6/28/2017 | 7/7/2017 | PA0002070828 |
| 26 | 40857746D9D1675504E89F205C619738007D08DD9 | Blacked | 6/9/2017 20:59:45 | 6/9/2017 | 7/1/2017 | PA0002070825 |
| 27 | 4125860EC76C1E0880F6522DA94EB84D375A64436 | Tushy | 8/5/2017 12:02:40 | 8/4/2017 | 8/17/2017 | PA0002077666 |
| 28 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 8/26/2017 12:52:10 | 8/24/2017 | 9/15/2017 | PA0002052837 |
| 29 | 48F5E3FE474EA76DE32D7D0A8F27ADA15FC98D7 | Blacked | 7/20/2017 21:22:16 | 7/19/2017 | 8/11/2017 | PA0002046876 |
| 30 | 4B86BC16DD0E5A0983C578B61ED87BC62C55B116A | Vixen | 8/14/2017 12:50:09 | 8/12/2017 | 8/17/2017 | PA0002048373 |
| 31 | 4F0D3D0FD3F88791F49330B0453A052BE6924F22 | Tushy | 10/12/2017 21:12:29 | 10/8/2017 | 10/19/2017 | PA0002058298 |
| 32 | 4FAE423CFA8C54409A46584029D7CB2B3E0F2E8B1 | Vixen | 9/27/2017 2:20:50 | 9/11/2017 | 9/15/2017 | PA0002052839 |
| 33 | 4FF62836FC3C509617EE5DE76S8EAABE045C0BA1 | Tushy | 9/16/2017 16:46:35 | 9/13/2017 | 10/10/2017 | PA0002086153 |
| 34 | 5003B08501A3A07470D85A3250EF4B3393B6E2C804 | Tushy | 7/12/2017 20:00:00 | 7/10/2017 | 8/18/2017 | PA0002077678 |
| 35 | 51767373783D1199D430606B1D7AE2D4E3B5C9AF9 | Blacked | 7/19/2017 22:47:58 | 7/14/2017 | 8/11/2017 | PA0002046878 |
| 36 | 53FF1B4BD8FB69630FE0A67611FE747F902F6874 | Vixen | 7/20/2017 21:17:40 | 7/18/2017 | 8/10/2017 | PA0002046875 |

| # | Hash | Studio | Date/Time | Date | Date | Registration |
|---|------|--------|-----------|------|------|--------------|
| 37 | 5A06B4EA6DB48984499F2E69EA721322J0E83508J9D | Blacked | 6/16/2017 14:31:45 | 6/14/2017 | 7/7/2017 | PA0002070824 |
| 38 | 5AA7FC6E46AEF9EC1227A939EADB3351AD495F12 | Vixen | 8/8/2017 23:27:09 | 8/7/2017 | 7/7/2017 | PA0002077669 |
| 39 | 5C208E2ABF6083135CA5276A02D87442F215D60 | Tushy | 6/19/2017 18:46:28 | 6/15/2017 | 7/7/2017 | PA0002070815 |
| 40 | 5F25F5C8970A11239500D8543F0C95430B8ECC9D12 | Tushy | 9/24/2017 16:04:53 | 9/23/2017 | 10/9/2017 | PA0002086134 |
| 41 | 6503CB2EAECE7FA2F1D71B98E41D6D0845BF7B794 | Vixen | 8/18/2017 16:01:01 | 8/17/2017 | 10/10/2017 | PA0002086150 |
| 42 | 696095F4E41226ЗAA671D4F7A15737527D71A7C08 | Tushy | 9/8/2017 22:40:10 | 9/8/2017 | 9/15/2017 | PA0002052841 |
| 43 | 69AC2D8751ABF0ED5C443A1CE77A7C752987AC9 | Vixen | 5/10/2017 8:28:53 | 5/9/2017 | 6/22/2017 | PA0002039298 |
| 44 | 6A53ECB874B094837053EB7B7142560F0A85A9C2 | Vixen | 9/22/2017 9:04:25 | 9/21/2017 | 10/10/2017 | PA0002086168 |
| 45 | 6B917SE97084A1BE765BBDC6582A68A12E44A33E3 | Vixen | 7/14/2017 21:54:24 | 7/13/2017 | 8/10/2017 | PA0002046873 |
| 46 | 72F519FE9EED3C46697 9E55CFEBF253309A8106C | Vixen | 5/16/2017 12:11:02 | 5/14/2017 | 6/22/2017 | PA0002039297 |
| 47 | 74C66B184CB3F25F69326EF0CC5529CDB6680A8C47 | Vixen | 5/25/2017 3:53:11 | 5/24/2017 | 6/22/2017 | PA0002039294 |
| 48 | 79219BF0F41E1FFA4A67E62F451EC11B9B692EF | Vixen | 8/1/2017 8:35:59 | 7/28/2017 | 8/10/2017 | PA0002046871 |
| 49 | 7E4981D21DDD4B8D9EB5905B1B8A95461915A160 | Blacked | 8/24/2017 11:53:28 | 8/23/2017 | 10/10/2017 | PA0002086163 |
| 50 | 82EC6E96F2A9287FD59C2B571FDC0C0DED7EDDBB81 | Blacked | 11/9/2017 4:24:38 | 6/29/2017 | 7/7/2017 | PA0002070821 |
| 51 | 8519F3BB18D38EB8472CD07987B1BC2224E7EC22 | Vixen | 8/10/2017 8:28:23 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 52 | 88D30B883D9E749F51A4380A5F2E9C3E876CF55431 | Tushy | 7/5/2017 10:01:43 | 8/9/2017 | 8/17/2017 | PA0002077673 |
| 53 | 8D906EA439B8BD052A8D68240F71C6D9ACE1E17A | Vixen | 9/20/2017 15:34:08 | 7/3/2017 | 7/7/2017 | PA0002070827 |
| 54 | 8F55C47AC0C8FEDGF30E2C09496SB3CF4749FA41 | Vixen | 8/12/2017 9:40:12 | 8/27/2017 | 9/15/2017 | PA0002052843 |
| 55 | 921AED6337A58B159CFAF9DADDFE2D91CDFF8AB3 | Tushy | 8/12/2017 11:16:39 | 6/25/2017 | 7/7/2017 | PA0002070817 |

| # | Hash | Studio | Date/Time | Date | Date | PA Number |
|---|---|---|---|---|---|---|
| 56 | 94E0EDACF46F87763B4B28A29BEB83473AC2BA8E | Blacked | 11/22/2017 11:18:15 | 11/21/2017 | 1/4/2018 | PA0002069353 |
| 57 | 98E5E94F7A0C62779E8020DFAA9A286609D1AB82A | Tushy | 7/20/2017 21:27:58 | 7/20/2017 | 8/11/2017 | PA0002046869 |
| 58 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 8/20/2017 9:20:56 | 8/18/2017 | 10/10/2017 | PA0002086146 |
| 59 | 9D5513F05638520D9FB73EDC7D6318A6BB0434D9 | Tushy | 9/20/2017 11:43:04 | 9/18/2017 | 10/9/2017 | PA0002086139 |
| 60 | 9E77DF7FCCB30D04DC6500C39CC3EF0AA2B48257 | Blacked | 9/6/2017 23:09:08 | 9/2/2017 | 9/15/2017 | PA0002052847 |
| 61 | ABC0040629FF9CF37E9A3A57F4BEA161154ECAE | Vixen | 11/30/2017 20:59:54 | 9/26/2017 | 10/10/2017 | PA0002085861 |
| 62 | ABDFB02F5D20E2C9C3A8CE90A84787870DA3C11D | Tushy | 5/10/2017 17:58:55 | 6/10/2017 | 7/7/2017 | PA0002074096 |
| 63 | AE6A89DD0FB49778EACA561028F9FB06AA0A8D7E6A | Tushy | 5/10/2017 9:29:30 | 5/1/2017 | 6/15/2017 | PA0002037577 |
| 64 | AFA4C4A023577E2A90E1CFA8D869A6F5D035B1D2 | Blacked | 9/8/2017 22:15:20 | 9/7/2017 | 9/15/2017 | PA0002052840 |
| 65 | B2EC2056C7699F25A118F23E36BB74FC7D3B7131 | Vixen | 7/9/2017 14:25:35 | 7/8/2017 | 8/17/2017 | PA0002077664 |
| 66 | B80F62F292E7B77184DC0BCF80ECE23CF7B23D15 | Tushy | 9/29/2017 10:28:52 | 9/28/2017 | 10/10/2017 | PA0002086160 |
| 67 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 5/16/2017 12:04:06 | 5/15/2017 | 6/22/2017 | PA0002039283 |
| 68 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | Tushy | 6/6/2017 10:39:33 | 6/5/2017 | 7/7/2017 | PA0002074097 |
| 69 | C59734C1DC4D87F563ABE2D6E371C12FD12FC7D9 | Blacked | 11/2/2017 9:05:02 | 10/22/2017 | 11/21/2017 | PA0002063627 |
| 70 | C695A70345AC1C86DD34737BF38173A4CA301655 | Vixen | 12/1/2017 12:28:34 | 10/1/2017 | 10/10/2017 | PA0002086155 |
| 71 | D2B9C88340703E3BF4B55F7BF45C7EA7BE5903569 | Blacked | 11/7/2017 11:36:18 | 5/30/2017 | 6/22/2017 | PA0002039295 |
| 72 | DB6040CB19308F376554AC18F5C8831399311322D | Blacked | 11/7/2017 1:43:58 | 9/17/2017 | 10/10/2017 | PA0002086174 |
| 73 | DCE0631B0833B899B8A4C577203A87AD00D8D2B8B | Blacked | 11/13/2017 1:30:20 | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 74 | DCE1E033042DA8E7CFC7CEC42B7D212018EDFD57 | Tushy | 7/5/2017 13:13:53 | 6/30/2017 | 7/7/2017 | PA0002070818 |

| # | Hash | Studio | Date/Time | Date | Date | Registration |
|---|---|---|---|---|---|---|
| 75 | E1321114F31A3716188301281CE63208650E025C9B | Vixen | 6/20/2017 1:02:34 | | 7/7/2017 | PA0002070833 |
| 76 | E1C14843DC58F3C82CCB73838242E4EE8D32363B | Tushy | 8/1/2017 0:20:55 | 7/25/2017 | 8/11/2017 | PA0002046870 |
| 77 | E2772AF63D15A4277BF857E93B2251717C76F3DA9D | Tushy | 5/15/2017 7:43:19 | 5/11/2017 | 6/22/2017 | PA0002039286 |
| 78 | E4BB4B018563612E25A295F474B4494789F63C | Blacked | 10/12/2017 23:51:21 | 10/7/2017 | 10/19/2017 | PA0002058300 |
| 79 | E69BB37CE99BE570CC9EB659F45DDEF66E740E38E | Blacked | 8/14/2017 12:40:23 | 8/13/2017 | 8/17/2017 | PA0002077675 |
| 80 | E89105663DE2084C48C6A8C580145733974SA09FA | Vixen | 5/31/2017 11:21:03 | 5/29/2017 | 6/22/2017 | PA0002039292 |
| 81 | EC31FAD9EF2492EACCD767B4A6E207B8F2765F0E | Blacked | 9/13/2017 14:24:29 | 9/12/2017 | 9/15/2017 | PA0002052846 |
| 82 | F1132ADEB75DD2EA99B2249DD7090ZC74E9DA7884 | Tushy | 9/3/2017 5:00:03 | 8/29/2017 | 10/10/2017 | PA0002086144 |
| 83 | F28E401CB899CFB32E0808B76628C5DA9C5F64AD | Blacked | 11/10/2017 0:59:33 | 9/22/2017 | 10/10/2017 | PA0002057455 |
| 84 | F8A92532C263DE3497FF27A3FE569FF7BF15E37 | Blacked | 5/15/2017 6:09:04 | 4/25/2017 | 6/15/2017 | PA0002037576 |
| 85 | F8FEB2EE6C17B37610C5B82AE85F0266C80C5C5BD | Blacked | 7/5/2017 15:25:57 | 7/4/2017 | 7/7/2017 | PA0002070819 |
| 86 | FF7A5EE06C92743BA3CAABC69D774D9CEACA8B9F | Tushy | 7/17/2017 19:52:12 | 7/15/2017 | 8/11/2017 | PA0002075050 |
| 87 | FFD7D4C0A30148783A11CBF1B3FC16410D42AEA0 | Vixen | 9/6/2017 23:08:24 | 9/6/2017 | 9/15/2017 | PA0002052844 |

<u>CERTIFICATE OF SERVICE</u>

I, J. Curtis Edmondson, hereby certify that on March 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bryan J. Case, WSBA #41781
Email: bcase@foxrothschild.com
FOX ROTHSCHILD LLP (SEATTLE)
1001 Fourth Avenue, suite 4500
Seattle, Washington 98154
Telephone: (206) 624-3600

Lincoln D. Bandlow, *Admitted Pro Hac Vice*
Email: lbandlow@foxrothschild.com
FOX ROTHSCHILD LLP (LOS ANGELES)
10250 Constellation Blvd., Suite 900
Los Angeles, California 90067
Telephone: (310) 598-4150

*Attorneys for Plaintiff Strike 3 Holdings LLC*

By:   _/s/_   J. Curtis Edmondson
            J. Curtis Edmondson