# EXHIBIT 11

Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

### AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.225.38.130,<br><br>　　　　　　　Defendant. | Case Number: 2:17-cv-01731-TSZ<br><br>**EXPERT REPORT OF BRANDON GARCIA-PAETH** |

## Summary
I am Brandon Garcia-Paeth, an independent consultant. I have expertise in packet capture and protocol analysis.

## Objective
I have been retained by the defendant's council in case 2:17-cv-01731-TSZ for the purpose of providing expert testimony regarding the details of the packet captures provided by the plaintiff. I am being paid $100 per hour for analysis and testimony.

## Qualifications
From 2009 to current I have worked as a Network Engineer for a software development company. My duties include packet capture analysis with a focus on protocol specific communications. As part of my duties I use on a daily basis for network analysis.

Prior to my current employment I used tcpdump, ethereal, and wireshark for packet analysis and troubleshooting various network and protocol level issues. I am familiar with the popular bittorrent clients as well.

Also included is my condensed resume.

## Material Reviewed
001 - DIS 1.002 -Complaint.pdf
001-2 - DIS 1.002 -Report on Copyrights.pdf
043 - DIS 1.002 - Amended Complaint.pdf
043-1 - DIS 1.002 - Amended Complaint - Ex A.pdf
107 .torrent file
484 .pcap files

## Terminology
Torrent client – an application which uses the bittorrent protocol.

.torrent file – file which represents a torrent container.

Torrent – a container that can hold any form of data such as video, audio, or text.

Torrent piece – Torrents are made up of torrent pieces. Each torrent piece is represented by a hash value that is checked when downloaded. If the hash is incorrect then the piece is redownloaded.

Data block – the smallest addressable component of a torrent piece. A data block is 16KB of data.

PCAP – PCAP is short for packet capture and is considered an industry standard for storing network captures.

## Summary of opinions

From the amended complaint there are 87 total works listed with 405 of the 484 provided packet captures are associated with a listed work. Also, of the 87 listed works 10 had no packet captures associated with them. 11 of the works had greater than 10 packet captures associated. The largest number of pcaps for an associated work is 26.

From the provided packet captures only one for each work listed was analyzed. The packet capture analyzed was the most recent out of the packet captures provided that matched the hash for the listed work.

My analysis of the data shows that in each pcap only a very small percentage of the file was downloaded. One or two torrent pieces (16KB each) was downloaded in most cases. In a few of the pcaps no piece download was shown.

Of note on the provided pcaps is that they of communication from multiple internal IP addresses to IP address 73.225.38.130.

March 15, 2019

Date

Brandon Garcia-Paeth

# Brandon Garcia-Paeth

16870 NW Sellers Rd  (971) 409-3332
Banks, OR 97106  garcia.paeth@gmail.com

### OBJECTIVE

To obtain a position where the computer skills gained from my education and personal experience as well as my experiences in computer networking and systems administration can further the goals of the business.

### SKILLS – TECHNICAL

- Windows 7, 8, 10
- Windows Server 2008, 2012, 2016
- Basic Linux Configuration and Administration
- Microsoft Exchange 2010, 2013
- Microsoft Office O365 Administration
- Network Protocol Level Troubleshooting
- Internet Information Services 7, 8
- Intermediate Firewall configuration

- Active Directory Configuration/Support
- Basic Scripting/Programming
- PC Software Setup/Maintenance
- PC Hardware Configuration/Installation
- Network Planning and Installation
- Cisco Routers and Switches
- TCP/IP and Subnetting

### SKILLS – INTERPERSONAL

- Management and Team Statistics
- Team Planning and Communication
- Handling of Escalated Issues

- Accurate Equipment Documentation
- Training of Small Teams of Employees
- Excellent Written/Verbal Communication

### EDUCATION

ITT Technical Institute - (**Cumulative GPA: 4.0 Perfect Attendance**)  Portland, OR
Associate of Applied Science Degree in IT - Computer Network Systems  Completed 06/09

### EMPLOYMENT HISTORY

FaxBack, Inc.
*Network Engineer*  10/09 – Present
Maintain and administer company network including software and hardware. Troubleshoot network level problems with SIP, HTTP, and SMTP protocols as well as others. Design, configure, and implement network components for network expansion. Monitor network performance.

Pacific Office Automation  Beaverton, OR
*Delivery Driver*  10/05 – 06/07
Delivered copiers and fax machines to customer locations. Assisted with copier-specific network setup. Maintained accurate delivery logs of all equipment being delivered and being returned company premises. Assist with network configuration of networked copiers.

| Work | Hash | Site | UTC | Published |
|---|---|---|---|---|
| 1 | 1BC8C1ADCAA75C3EC9408C8CCBF5147863205E6C | Tushy | 9/5/2017 10:40 | 9/3/2017 |
| 2 | 0326E8923C58852725F5A7857833A4CD3E715289 | Tushy | 5/15/2017 4:40 | 5/6/2017 |
| 3 | 039F4779148D3E374D990283A83AC46A0219DAE9 | Vixen | 5/12/2017 6:25 | 4/19/2017 |
| 4 | 0CAB7415EAE003A2C3835DE5FC716759A49040B9 | Tushy | 7/5/2017 19:58 | 7/5/2017 |
| 5 | 0CDEB18021838E8E2A694A7D16D9A45366CFABB6 | Blacked | 8/8/2017 21:54 | 8/8/2017 |
| 6 | 1278F4C4BF0B45678418F6CC8F8844DE4AB68C83 | Tushy | 5/15/2017 5:03 | 4/26/2017 |
| 7 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 5/21/2017 18:02 | 5/5/2017 |
| 8 | 18A6F7D0E24D4FA3CC1589DE496D1AD9433CF09B | Blacked | 6/20/2017 1:03 | 6/19/2017 |
| 9 | 1A032CB38BB2AF87DAF2B239A1A17B6C713EBC26 | Blacked | 8/12/2017 13:46 | 8/3/2017 |
| 10 | 1C2C06D480942F4FE7FDCED4759E93805E02B54B | Tushy | 5/24/2017 1:49 | 5/21/2017 |
| 11 | 1D1B18BB0C921D6E1A6D148E4542257B42A2469F | Tushy | 6/22/2017 8:52 | 6/20/2017 |
| 12 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | Blacked | 7/10/2017 20:05 | 7/9/2017 |
| 13 | 1D7E521CD7368013A7F1B28494A2AC43D8F99F0E | Vixen | 9/3/2017 5:01 | 9/1/2017 |
| 14 | 1D7E721AC3B8D955BBCAD8D62F57AF030BD1F315 | Vixen | 6/6/2017 10:18 | 6/3/2017 |
| 15 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 8/21/2017 10:03 | 8/19/2017 |
| 16 | 22C377CC65B1695E6470BFAF967C4C825391EF90 | Blacked | 8/1/2017 8:09 | 7/29/2017 |
| 17 | 24D6E127081B069994E81CA544B8FF3E3A0A33D3 | Tushy | 5/17/2017 6:35 | 5/16/2017 |
| 18 | 258961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 7/24/2017 17:24 | 7/23/2017 |
| 19 | 289FE7D65DFCFACB416832D12862105A2762841A | Blacked | 5/12/2017 5:45 | 5/10/2017 |
| 20 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 8/1/2017 5:04 | 7/30/2017 |
| 21 | 322F6ABAB019761A6FF3C1211AF75B28137F013F | Vixen | 6/9/2017 20:46 | 6/8/2017 |
| 22 | 34452073A3328CE2AF5FC73A5A8DDD4141E85B4A | Vixen | 8/23/2017 10:51 | 8/22/2017 |
| 23 | 374A3B65D604113BB3880FDACE83FD1EFFED3CA7C | Tushy | 8/15/2017 12:51 | 8/14/2017 |
| 24 | 3945FEF635D609C3FB77DD4762FC2570E7E12D7C | Blacked | 5/21/2017 16:45 | 5/20/2017 |
| 25 | 3F3D4931127C380DD0AA05C298E26438267560BB | Vixen | 7/5/2017 4:23 | 6/28/2017 |
| 26 | 408577469D1675504E89F205C619738007D08DD9 | Blacked | 6/9/2017 20:59 | 6/9/2017 |
| 27 | 4125860EC76C1E0880F652DA94EB84D375A64436 | Tushy | 8/5/2017 12:02 | 8/4/2017 |
| 28 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 8/26/2017 12:52 | 8/24/2017 |
| 29 | 48F5E3FE474EA76DE23D7D0A8F27ADA15F5C98D7 | Blacked | 7/20/2017 21:22 | 7/19/2017 |
| 30 | 4B86BC16D0E5A0983C578B61ED87BC62C55B116A | Vixen | 8/14/2017 12:50 | 8/12/2017 |
| 31 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 10/12/2017 21:12 | 10/8/2017 |
| 32 | 4FAE423CFA8C54409A4658429D7CB2B3E0F2E8B1 | Vixen | 9/27/2017 2:20 | 9/11/2017 |
| 33 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 9/16/2017 16:46 | 9/13/2017 |

| # | Hash | Studio | Date1 | Date2 |
|---|------|--------|-------|-------|
| 34 | 5003D85013A07470D85A3250EF4B3393B6E2CB04 | Tushy | 7/12/2017 20:00 | 7/10/2017 |
| 35 | 5176733783D1199D43060681D7AE2D4E3B5C9AF9 | Blacked | 7/19/2017 22:47 | 7/14/2017 |
| 36 | 53FF1B4BD8FB69630FE0A67611FE747F902F6874 | Vixen | 7/20/2017 21:17 | 7/18/2017 |
| 37 | 5A06B4EA4DB48984499F2E9EA7213220E835089D | Blacked | 6/16/2017 14:31 | 6/14/2017 |
| 38 | 5AA7FC6E46AEF9EC1227A939EADB3351AD495F12 | Vixen | 8/8/2017 23:27 | 8/7/2017 |
| 39 | 5C208E2ABF6083135CA52776A02D87442F215D60 | Tushy | 6/19/2017 18:46 | 6/15/2017 |
| 40 | 5F25F5C8970A1123950D8543F0C954308ECC9D12 | Tushy | 9/24/2017 16:04 | 9/23/2017 |
| 41 | 6503CB2EAECE7FA2F1D71B98E41D6D845BF7B794 | Vixen | 8/18/2017 16:01 | 8/17/2017 |
| 42 | 6960957E412263AA671D4F7A15737527D71A7C08 | Tushy | 9/8/2017 22:40 | 9/8/2017 |
| 43 | 69AC2D8751ABF0FED5C443A1CE77A7C7529B7AC9 | Vixen | 5/10/2017 8:28 | 5/9/2017 |
| 44 | 6A53ECB874B094837053EB7B7142560F0A85A9C2 | Vixen | 9/22/2017 9:04 | 9/21/2017 |
| 45 | 6B9175E9708A1BE765BBDC6582A68A12E44A33E3 | Vixen | 7/14/2017 21:54 | 7/13/2017 |
| 46 | 72F519FE9EED3C466979E55CFEBF253309A8106C | Vixen | 5/16/2017 12:11 | 5/14/2017 |
| 47 | 74C66B184CB3F25F69326EF0C5529CDB680A8C47 | Vixen | 5/25/2017 3:53 | 5/24/2017 |
| 48 | 792198F0F41E1FFA44A67E62F451EC11B9B692EF | Vixen | 8/1/2017 8:35 | 7/28/2017 |
| 49 | 7E4981D21DDD4B8D9EB5905B1B8A95461915A160 | Blacked | 8/24/2017 11:53 | 8/23/2017 |
| 50 | 82EC6E9F2A9287FD59C2B571FDC0CDED7EDDBB81 | Blacked | 7/5/2017 4:24 | 6/29/2017 |
| 51 | 8519F3BB18D38EB8472CD07987B1BC2224E7EC22 | Vixen | 11/9/2017 8:28 | 10/11/2017 |
| 52 | 88D30B83D9E749F514380A5F2E9C3E876CF55431 | Tushy | 8/10/2017 10:01 | 8/9/2017 |
| 53 | 8D906EA439B8BF052A8D68240F71C6D9ACE1E17A | Vixen | 7/5/2017 15:34 | 7/3/2017 |
| 54 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 9/20/2017 9:40 | 8/27/2017 |
| 55 | 921AED6337A58B159CFAF9DADDFE2D91CDFF8AB3 | Tushy | 8/12/2017 11:16 | 6/25/2017 |
| 56 | 94E00EDACF46F8763B4B28A29BEB83473AC2BA8E | Blacked | 11/22/2017 11:18 | 11/21/2017 |
| 57 | 9B5E94F7A0C627798E8020DFAA9A28609D1AB82A | Tushy | 7/20/2017 21:27 | 7/20/2017 |
| 58 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 8/20/2017 9:20 | 8/18/2017 |
| 59 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | Tushy | 9/20/2017 11:43 | 9/18/2017 |
| 60 | 9E77DF7FCCB30D04DC6500C39CC3EF0AA2B48257 | Blacked | 9/6/2017 23:09 | 9/2/2017 |
| 61 | ABC004062B9F9CF37E9A3A57F4BEA161154EECAE | Vixen | 11/30/2017 20:59 | 9/26/2017 |
| 62 | ABDFB02F5D20E29C32ABCE90A8478787DDA3C11D | Tushy | 6/12/2017 17:58 | 6/10/2017 |
| 63 | AE6A89DD0FB4978EAC561028F9FB06AA0A8D7E6A | Tushy | 5/10/2017 9:29 | 5/1/2017 |
| 64 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 9/8/2017 22:15 | 9/7/2017 |
| 65 | B2EC2056C7699F25A118F23E36BB74FC7D3B7131 | Vixen | 7/9/2017 14:25 | 7/8/2017 |
| 66 | B80F62F292E7B77184DC0BCF80ECE23CF7B23D15 | Tushy | 9/29/2017 10:28 | 9/28/2017 |
| 67 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 5/16/2017 12:04 | 5/15/2017 |

| # | Hash | Studio | Date1 | Date2 |
|---|---|---|---|---|
| 68 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | Tushy | 6/6/2017 10:39 | 6/5/2017 |
| 69 | C59734C1DC4D87F563ABE2D6E371C12FD12FC7D9 | Blacked | 11/2/2017 9:05 | 10/22/2017 |
| 70 | C6965A70345AC1C86DD34737BF381734CA301655 | Vixen | 12/1/2017 12:28 | 10/1/2017 |
| 71 | D2B9C8834073E3BF4B55F7BF45C7EA7BE5903569 | Blacked | 5/31/2017 11:36 | 5/30/2017 |
| 72 | DB6040CB19308F376554AC18F5C883139311322D | Blacked | 11/7/2017 1:43 | 9/17/2017 |
| 73 | DCE0631B0833B899B8A4C577203A87AD00BD2B8B | Blacked | 11/13/2017 1:30 | 11/11/2017 |
| 74 | DCE1E033042DA8E7CFC7CEC42B7D21201BEDFD57 | Tushy | 7/5/2017 13:13 | 6/30/2017 |
| 75 | E132114F31A37161B83D12BCE6320B65DE025C9B | Vixen | 6/20/2017 1:02 | 6/18/2017 |
| 76 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | Tushy | 8/1/2017 0:20 | 7/25/2017 |
| 77 | E272AF63D15A4277BF857E93B225717C76F3DA9D | Tushy | 5/15/2017 7:43 | 5/11/2017 |
| 78 | E4BB4B0185636612E25A2955F474B4494789F63C | Blacked | 10/12/2017 23:51 | 10/7/2017 |
| 79 | E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE | Blacked | 8/14/2017 12:40 | 8/13/2017 |
| 80 | E8910563DE2084C48C6A8C5801457339745A09FA | Vixen | 5/31/2017 11:21 | 5/29/2017 |
| 81 | EC31FAD9EF2492EACCD767B4A6E207BBF2765F0E | Blacked | 9/13/2017 14:24 | 9/12/2017 |
| 82 | F1132ADEB75DD2EA99B249DD70902C74E9DA7884 | Tushy | 9/3/2017 5:00 | 8/29/2017 |
| 83 | F28E401CBB99CFB32E0808B7662BC50A9C5F64AD | Blacked | 11/10/2017 0:59 | 9/22/2017 |
| 84 | F8A92532C263D3E3497FF27A3FE569FF7BF15E37 | Blacked | 5/15/2017 6:09 | 4/25/2017 |
| 85 | F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD | Blacked | 7/5/2017 15:25 | 7/4/2017 |
| 86 | FF7A5EE06C927438A3CAABC69D774D9CEACA8B9F | Tushy | 7/17/2017 19:52 | 7/15/2017 |
| 87 | FFD7D4C0A301487B3A11CBF1B3FC16410D42AEA0 | Vixen | 9/6/2017 23:08 | 9/6/2017 |

| CRO App. FileDate | CRO Number | torrent file name | pcap count | mp4/mov size (byte) | pcap(s) analyzed |
|---|---|---|---|---|---|
| 9/10/2017 | PA0002052851 | S3H (217-cv-01731)_000289.torrent | 1 | 367001600 | 3590461132 |
| 6/16/2017 | PA0002069288 | S3H (217-cv-01731)_000280.torrent | 7 | 275418972.2 | 3172688471 |
| 6/16/2017 | PA0002069291 | S3H (217-cv-01731)_000281.torrent | 4 | 393058713.6 | 3165696486 |
| 7/6/2017 | PA0002041555 | S3H (217-cv-01731)_000282.torrent | 1 | 313356451.8 | 3335254668 |
| 8/18/2017 | PA0002077679 | S3H (217-cv-01731)_000283.torrent | 1 | 318379130.9 | 3595590476 |
| 6/15/2017 | PA0002037565 | S3H (217-cv-01731)_000284.torrent | 7 | 281710428.2 | 3172857957 |
| 6/15/2017 | PA0002037591 | S3H (217-cv-01731)_000285.torrent | 2 | 321168343 | 3165759834 |
| 7/7/2017 | PA0002070823 | S3H (217-cv-01731)_000287.torrent | 12 | 222434426.9 | 3307340910 |
| 8/17/2017 | PA0002077671 | S3H (217-cv-01731)_000288.torrent | 5 | 271203696.6 | 3631999944 |
| 6/22/2017 | PA0002039282 | S3H (217-cv-01731)_000290.torrent | 2 | 283566407.7 | 3179038555 |
| 7/7/2017 | PA0002070816 | S3H (217-cv-01731)_000291.torrent | 3 | 331297587.2 | 3289600304 |
| 8/17/2017 | PA0002077662 | S3H (217-cv-01731)_000383.torrent | 5 | 298969989.1 | 3421595956 |
| 9/15/2017 | PA0002052845 | S3H (217-cv-01731)_000292.torrent | 3 | 269924433.9 | 3631198988 |
| 7/7/2017 | PA0002070834 | S3H (217-cv-01731)_000293.torrent | 3 | 331769446.4 | 3262401238 |
| 10/10/2017 | PA0002086140 | S3H (217-cv-01731)_000294.torrent | 1 | 280923996.2 | 3521499028 |
| 8/11/2017 | PA0002046872 | S3H (217-cv-01731)_000295.torrent | 3 | 189016309.8 | 3597764812 |
| 6/22/2017 | PA0002039300 | S3H (217-cv-01731)_000296.torrent | 5 | 338165760 | 3179026787 |
| 8/10/2017 | PA0002046877 | S3H (217-cv-01731)_000297.torrent | 2 | 393037742.1 | 3407695252 |
| 6/22/2017 | PA0002039285 | S3H (217-cv-01731)_000384.torrent | 4 | 221018849.3 | 3179637169 |
| 8/11/2017 | PA0002075051 | S3H (217-cv-01731)_000298.torrent | 1 | 344855674.9 | 3437541938 |
| 7/7/2017 | PA0002070832 | S3H (217-cv-01731)_000299.torrent | 10 | 411954053.1 | 3274565966 |
| 9/15/2017 | PA0002052852 | S3H (217-cv-01731)_000301.torrent | 1 | 331591188.5 | 3530112662 |
| 8/17/2017 | PA0002048391 | S3H (217-cv-01731)_000302.torrent | 2 | 316009349.1 | 3596238182 |
| 6/22/2017 | PA0002039289 | S3H (217-cv-01731)_000303.torrent | 8 | 324691558.4 | 3180327177 |
| 7/7/2017 | PA0002070828 | S3H (217-cv-01731)_000304.torrent | 26 | 225821327.4 | 3407623478 |
| 7/7/2017 | PA0002070825 | S3H (217-cv-01731)_000305.torrent | 20 | 313796853.8 | 3606109496 |
| 8/17/2017 | PA0002077666 | S3H (217-cv-01731)_000306.torrent | 6 | 322311290.9 | 3631532710 |
| 9/15/2017 | PA0002052837 | S3H (217-cv-01731)_000307.torrent | 1 | 264849326.1 | 3543787762 |
| 8/11/2017 | PA0002046876 | S3H (217-cv-01731)_000308.torrent | 1 | 282129858.6 | 3393286602 |
| 8/17/2017 | PA0002048373 | S3H (217-cv-01731)_000310.torrent | 6 | 391831879.7 | 3645007042 |
| 10/19/2017 | PA0002058298 | S3H (217-cv-01731)_000311.torrent | 1 | 387249602.6 | 3762013108 |
| 9/15/2017 | PA0002052839 | S3H (217-cv-01731)_000312.torrent | 1 | 216121999.4 | 3688125046 |
| 10/10/2017 | PA0002086153 | S3H (217-cv-01731)_000314.torrent | 2 | 318158929.9 | 3663770604 |

| Date | Reg. No. | File | Count | Size | Hash |
|---|---|---|---|---|---|
| 8/18/2017 | PA0002077678 | S3H (217-cv-01731)_000315.torrent | 8 | 244276265 | 3579985698 |
| 8/11/2017 | PA0002046878 | S3H (217-cv-01731)_000316.torrent | 2 | 203004313.6 | 3456604496 |
| 8/10/2017 | PA0002046875 | S3H (217-cv-01731)_000317.torrent | 1 | 276006174.7 | 3393271824 |
| 7/7/2017 | PA0002070824 | S3H (217-cv-01731)_000318.torrent | 14 | 311815045.1 | 3606115884 |
| 8/17/2017 | PA0002077669 | S3H (217-cv-01731)_000319.torrent | 2 | 207135703 | 3792003459 |
| 7/7/2017 | PA0002070815 | S3H (217-cv-01731)_000320.torrent | 1 | 329745694.7 | 3274840350 |
| 10/9/2017 | PA0002086134 | S3H (217-cv-01731)_000321.torrent | 0 | 340913029.1 | |
| 10/10/2017 | PA0002086150 | S3H (217-cv-01731)_000323.torrent | 4 | 221889167.4 | 3534636886 |
| 9/15/2017 | PA0002052841 | S3H (217-cv-01731)_000324.torrent | 0 | 387847290.9 | |
| 6/22/2017 | PA0002039298 | S3H (217-cv-01731)_000325.torrent | 5 | 359609139.2 | 3172021921 |
| 10/10/2017 | PA0002086168 | S3H (217-cv-01731)_000326.torrent | 5 | 341951119.4 | 3695222586 |
| 8/10/2017 | PA0002046873 | S3H (217-cv-01731)_000327.torrent | 0 | 186740899.8 | |
| 6/22/2017 | PA0002039297 | S3H (217-cv-01731)_000328.torrent | 8 | 364201902.1 | 3177778681 |
| 6/22/2017 | PA0002039294 | S3H (217-cv-01731)_000329.torrent | 1 | 329840066.6 | 3178289701 |
| 8/10/2017 | PA0002046871 | S3H (217-cv-01731)_000331.torrent | 1 | 316418293.8 | 3438076186 |
| 10/10/2017 | PA0002086163 | S3H (217-cv-01731)_000333.torrent | 1 | 211319521.3 | 3595613086 |
| 7/7/2017 | PA0002070821 | S3H (217-cv-01731)_000335.torrent | 20 | 304852500.5 | 3597966512 |
| 10/19/2017 | PA0002090452 | S3H (217-cv-01731)_000336.torrent | 1 | 298414243.8 | 3895834524 |
| 8/17/2017 | PA0002077673 | S3H (217-cv-01731)_000337.torrent | 7 | 248638341.1 | 3504223506 |
| 7/7/2017 | PA0002070827 | S3H (217-cv-01731)_000338.torrent | 2 | 296495349.8 | 3644483596 |
| 9/15/2017 | PA0002052843 | S3H (217-cv-01731)_000385.torrent | 0 | 371594362.9 | |
| 7/7/2017 | PA0002070817 | S3H (217-cv-01731)_000339.torrent | 4 | 264849326.1 | 3631410502 |
| 1/4/2018 | PA0002069353 | S3H (217-cv-01731)_000340.torrent | 1 | 232165212.2 | 3966197860 |
| 8/11/2017 | PA0002046869 | S3H (217-cv-01731)_000341.torrent | 24 | 289459404.8 | 3657221868 |
| 10/10/2017 | PA0002086146 | S3H (217-cv-01731)_000342.torrent | 0 | 258159411.2 | |
| 10/9/2017 | PA0002086139 | S3H (217-cv-01731)_000343.torrent | 3 | 360364113.9 | 3696452498 |
| 9/15/2017 | PA0002052847 | S3H (217-cv-01731)_000345.torrent | 2 | 307023052.8 | 3597468568 |
| 10/10/2017 | PA0002085861 | S3H (217-cv-01731)_000347.torrent | 0 | 310357524.5 | |
| 7/7/2017 | PA0002074096 | S3H (217-cv-01731)_000348.torrent | 6 | 269232373.8 | 3290128658 |
| 6/15/2017 | PA0002037577 | S3H (217-cv-01731)_000349.torrent | 4 | 284898099.2 | 3172721947 |
| 9/15/2017 | PA0002052840 | S3H (217-cv-01731)_000350.torrent | 0 | 299232133.1 | |
| 8/17/2017 | PA0002077664 | S3H (217-cv-01731)_000351.torrent | 8 | 297879470.1 | 3645877492 |
| 10/10/2017 | PA0002086160 | S3H (217-cv-01731)_000352.torrent | 2 | 273185505.3 | 3796958220 |
| 6/22/2017 | PA0002039283 | S3H (217-cv-01731)_000353.torrent | 1 | 380391915.5 | 3146465426 |

| Date | Registration | File | Col 4 | Col 5 | Col 6 |
|---|---|---|---|---|---|
| 7/7/2017 | PA0002074097 | S3H (217-cv-01731)_000355.torrent | 6 | 351346360.3 | 3260706307 |
| 11/21/2017 | PA0002063627 | S3H (217-cv-01731)_000356.torrent | 0 | 508454502.4 | |
| 10/10/2017 | PA0002086155 | S3H (217-cv-01731)_000357.torrent | 1 | 344436244.5 | 4013596716 |
| 6/22/2017 | PA0002039295 | S3H (217-cv-01731)_000362.torrent | 16 | 320958627.8 | 3291440222 |
| 10/10/2017 | PA0002086174 | S3H (217-cv-01731)_000363.torrent | 5 | 202983342.1 | 3902668520 |
| 11/27/2017 | PA0002098000 | S3H (217-cv-01731)_000364.torrent | 0 | 288893173.8 | |
| 7/7/2017 | PA0002070818 | S3H (217-cv-01731)_000365.torrent | 12 | 325425561.6 | 3631547166 |
| 7/7/2017 | PA0002070833 | S3H (217-cv-01731)_000367.torrent | 10 | 220117073.9 | 3329719076 |
| 8/11/2017 | PA0002046870 | S3H (217-cv-01731)_000368.torrent | 3 | 364684247 | 3631458964 |
| 6/22/2017 | PA0002039286 | S3H (217-cv-01731)_000369.torrent | 9 | 259512074.2 | 3174038267 |
| 10/19/2017 | PA0002058300 | S3H (217-cv-01731)_000370.torrent | 0 | 344048271.4 | |
| 8/17/2017 | PA0002077675 | S3H (217-cv-01731)_000386.torrent | 5 | 385309737 | 3597625990 |
| 6/22/2017 | PA0002039292 | S3H (217-cv-01731)_000372.torrent | 3 | 359766425.6 | 3203557651 |
| 9/15/2017 | PA0002052846 | S3H (217-cv-01731)_000373.torrent | 7 | 344048271.4 | 3694638548 |
| 10/10/2017 | PA0002086144 | S3H (217-cv-01731)_000374.torrent | 7 | 380758917.1 | 3631566602 |
| 10/10/2017 | PA0002057455 | S3H (217-cv-01731)_000375.torrent | 3 | 269536460.8 | 3903136390 |
| 6/15/2017 | PA0002037576 | S3H (217-cv-01731)_000379.torrent | 13 | 286041047 | 3179684087 |
| 7/7/2017 | PA0002070819 | S3H (217-cv-01731)_000380.torrent | 3 | 316764323.8 | 3597518220 |
| 8/11/2017 | PA0002075050 | S3H (217-cv-01731)_000381.torrent | 6 | 235122196.5 | 3501189868 |
| 9/15/2017 | PA0002052844 | S3H (217-cv-01731)_000382.torrent | 1 | 408630067.2 | 3597426214 |

| Requested Piece | Requested Block(s) | Requested Block Length | Piece(s) Delivered | Total Block Size | Percentage |
|---:|---:|---:|---:|---:|---:|
| 0x35 | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.009% |
| 0x39 | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.012% |
| 0x92 | 0x10000, 0x14000 | 0x4000 | 2 | 32768 | 0.008% |
| 0x3b5 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x17a | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.010% |
| 0x41 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.006% |
| 0x12e | 0x8000, 0xc000 | 0x4000 | 2 | 32768 | 0.010% |
| 0xd | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.015% |
| 0x0 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.006% |
| 0xe7 | 0x8000, 0xc000 | 0x4000 | 2 | 32768 | 0.012% |
| 0x35f | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.010% |
| 0xc | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.011% |
| 0x18 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.006% |
| 0x8a | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x2e7 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.006% |
| 0x84 | 0x0 | 0x4000 | 0 | 0 | 0.000% |
| 0x173 | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.010% |
| 0x48 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.004% |
| 0x43 | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.015% |
| 0x86 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x3 | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.008% |
| 0x23b | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x77 | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.010% |
| 0xa2 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x205 | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.015% |
| 0x1f9 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x21b | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.010% |
| 0x248 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.006% |
| 0x5b | 0x0 | 0x4000 | 1 | 16384 | 0.006% |
| 0x44 | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.008% |
| 0x205 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.004% |
| 0x43 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.008% |
| 0x4d | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |

| | | | | | |
|---|---|---|---|---|---|
| 0x2a9 | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.013% |
| 0x157 | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.016% |
| 0x174 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.006% |
| 0xc7 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x9d | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.016% |
| 0x3fa | 0x8000, 0xc000 | 0x4000 | 1 | 16384 | 0.005% |
| | | | | 0 | 0.000% |
| 0x7 | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.015% |
| | | | | 0 | 0.000% |
| 0xf6 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x6f | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| | | | | 0 | 0.000% |
| 0x3da | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.004% |
| 0x4de | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x20 | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.010% |
| 0x1a8 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.008% |
| 0xd | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x1b6 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0xe5 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.007% |
| 0x40 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.006% |
| | | | | 0 | 0.000% |
| 0x36d | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.006% |
| 0x35b | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.007% |
| 0x39f | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.011% |
| | | | | 0 | 0.000% |
| 0x71 | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.009% |
| 0x21d | 0x0 | 0x4000 | 1 | 16384 | 0.005% |
| | | | | 0 | 0.000% |
| 0x137 | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.012% |
| 0x14d | 0x10000, 0x14000 | 0x4000 | 1 | 16384 | 0.006% |
| | | | | 0 | 0.000% |
| 0x204 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.006% |
| 0x61 | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.012% |
| 0x2c0 | 0x18000, 0x1c000 | 0x4000 | 1 | 16384 | 0.004% |

| | | | | | |
|---|---|---|---|---|---|
| 0x512 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| | | | | 0 | 0.000% |
| 0x1e5 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x2a6 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x9 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.008% |
| | | | | 0 | 0.000% |
| 0x1f4 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x19e | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.007% |
| 0x20b | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.009% |
| 0x33e | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.006% |
| | | | | 0 | 0.000% |
| 0x22b | 0x10000, 0x14000 | 0x4000 | 2 | 32768 | 0.009% |
| 0x3da | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0x14 | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.010% |
| 0x75 | 0x0, 0x4000 | 0x4000 | 2 | 32768 | 0.009% |
| 0x12 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.006% |
| 0x106 | 0x8000, 0xc000 | 0x4000 | 1 | 16384 | 0.006% |
| 0xa0 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.005% |
| 0xc2 | 0x0, 0x4000 | 0x4000 | 1 | 16384 | 0.007% |
| 0x45 | 0x8000, 0xc000 | 0x4000 | 2 | 32768 | 0.008% |

CERTIFICATE OF SERVICE

I, J. Curtis Edmondson, hereby certify that on March 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Bryan J. Case, WSBA #41781
> Email: bcase@foxrothschild.com
> FOX ROTHSCHILD LLP (SEATTLE)
> 1001 Fourth Avenue, suite 4500
> Seattle, Washington 98154
> Telephone: (206) 624-3600
>
> Lincoln D. Bandlow, *Admitted Pro Hac Vice*
> Email: lbandlow@foxrothschild.com
> FOX ROTHSCHILD LLP (LOS ANGELES)
> 10250 Constellation Blvd., Suite 900
> Los Angeles, California 90067
> Telephone: (310) 598-4150

*Attorneys for Plaintiff Strike 3 Holdings LLC*

By: /s/ J. Curtis Edmondson
J. Curtis Edmondson