# **EXHIBIT 18**



Legal Response Center
650 Centerton Road
Moorestown, NJ  08057
866-947-8572 Tel
866-947-5587 Fax

**CONFIDENTIAL**

May 1, 2019

**VIA EMAIL**
lbandlow@bandlowlaw.com
Lincoln Bandlow
LINCOLN BANDLOW LAW
1801 Century Park East, Suite 2400
Los Angeles California 90067

Re:     Strike 3 Holdings, LLC v. John Doe
        United States District Court for the Western District of Washington
        Case No.: 2:17-cv-01731-TSZ
        Comcast Case #: 890170 (LCO53979)

Dear Sir/Madam:

The Subpoena dated 4/10/2019 and Consent dated 4/9/2019 with respect to the above-referenced matter has been forwarded to the Legal Response Center for a reply.  The Subpoena and Consent requests Comcast to produce certain records pertaining to the defendant.

Based on the information provided pursuant to the Subpoena and Consent, the subscriber information obtained has been provided below:

1) None Available
2) None Available
3) Notice to Subscriber of this Lawsuit – See Attached
4) Record of Electronic Devices – See Attached
5) Policies and Procedures – See following URLs
   http://www.xfinity.com/corporate/customers/policies/highspeedinternetaup.html
   https://my.xfinity.com/terms/web/https://corporate.comcast.com/comcast-voices/tips-for-keeping-your-home-network-safe-and-secure
   https://www.xfinity.com/support/articles/wifi-change-admin-tool
   http://customer.xfinity.com/help-and-support/internet/securing-wireless-gateway-network/?CCT=53BA3D76CB1473BFF49C79FE4AA86DFF1EE2DE626F409A59993170A64561E2C89CC12A8323D4BE341E44F705F409A1DCE255F6CF93879282A7A7ACB5EC38800B1F2A52E6B62D51C9B9C87C737125D4ED4D064C19969A2148395B4EC1FD6E47E09752DF17634A84D4F7F4130B90A3265FA387A525E036A547
6) Policies and Procedures – Comcast does not have documents reflecting policies and procedures of correlating internet subscribers to IP addresses, or regarding the accuracy of such correlations, except under seal in various legal proceedings.
7) Record that Defendant was the internet subscriber assigned IP address 73.225.38.130 on September 5, 2017 at 10:40:33 UTC – See Attached

If you have any questions regarding this matter, please feel free to call 866-947-8572.

Very Truly Yours,

Comcast Legal Response Center



Legal Response Center
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax



12/21/2017

*Personal and Confidential*

*Via UPS Delivery*

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Re:   STRIKE 3 HOLDINGS, LLC, a Delaware corporation vs. JOHN DOE subscriber assigned IP address 73.225.38.130
United States District Court for the Western District of Washington
Docket No.: 2:17-cv-01731
Order Entered: 12/4/2017
Comcast File #: 890170

Dear ▇▇▇▇▇▇:

   STRIKE 3 HOLDINGS, LLC, a Delaware corporation has filed a federal lawsuit in the United States District Court for the Western District of Washington. You have been identified in our records via your assigned Internet Protocol ("IP") address, which is unique to each internet user, in this lawsuit for allegedly infringing STRIKE 3 HOLDINGS, LLC, a Delaware corporation's copyrights on the Internet by uploading or downloading content without permission. This was allegedly done using a device assigned the IP address 73.225.38.130 on 9/5/2017 10:40:33 GMT. The court has ordered Comcast to supply your name, address and other information to STRIKE 3 HOLDINGS, LLC, a Delaware corporation in the attached Order and accompanying Subpoena. The case has been assigned Docket Number 2:17-cv-01731 by the court. If you have any questions about the lawsuit, you should consult an attorney immediately. **Comcast cannot and will not provide any legal advice**.

   Comcast will provide your name, address, and other information as directed in the Order and Subpoena unless you or your attorney file a protective motion to quash or vacate the Subpoena in the court where the subpoena was issued **no later than 1/25/2018**. If you make this filing, you must notify Comcast in writing with a copy and proof of filing by sending it via fax to (866) 947-5587 **no later than 1/25/2018**. Please note that Comcast cannot accept or file any legal action on your behalf. If you do not file a motion to quash or vacate the Subpoena by this date, or if you fail to notify Comcast of your filing by this date, Comcast will provide your name, address and other information as directed in the Order to the Plaintiff.

   If you have legal questions about this matter, please contact an attorney.

Very Truly Yours,

Comcast Legal Response Center

Enclosures:   Copy of Subpoena and accompanying Court Order regarding civil action

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Case No.: 2:17-cv-01731-TSZ (W.D. Wash.)

CST 001

## Record of Electronic Devices



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Case No.: 2:17-cv-01731-TSZ (W.D. Wash.)

CST 002



Record that Correlates Defendant to IP address 73.225.38.130

| IP ADDRESS | CPE MAC ADDRESS | CM MAC ADDRESS | LEASE DATE | EXPIRATION DATE | SUBSCRIBER ID |
|---|---|---|---|---|---|
| 73.225.38.130 | 10:86:8c:57:14:c2 | 10:86:8c:57:14:c0 | 8/30/2017 15:26:02 | 9/3/2017 15:26:02 | ID: 8498340010007526 |
| 73.225.38.130 | 10:86:8c:57:14:c2 | 10:86:8c:57:14:c0 | 9/1/2017 19:47:41 | 9/5/2017 16:26:02 | ID: 8498340010007526 |
| 73.225.38.130 | 10:86:8c:57:14:c2 | 10:86:8c:57:14:c0 | 9/3/2017 18:18:15 | 9/7/2017 18:18:15 | ID: 8498340010007526 |
| 73.225.38.130 | 10:86:8c:57:14:c2 | 10:86:8c:57:14:c0 | 9/5/2017 18:26:17 | 9/9/2017 18:26:17 | ID: 8498340010007526 |
| 73.225.38.130 | 10:86:8c:57:14:c2 | 10:86:8c:57:14:c0 | 9/8/2017 9:18:38 | 9/11/2017 19:26:17 | ID: 8498340010007526 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Case No.: 2:17-cv-01731-TSZ (W.D. Wash.)

CST 003