# EXHIBIT 19

```
C:\Users\EDMOLAW\Dropbox\ACTIVE~4\BIT-BI~2\DIS-DO~1\SUBISC~1\TIPTO~1\2SURE~1\RPDSE7~0\4\RUBDOC~1\GM_COP~1\GM_COP~1\SHOT2~1\PCAPS\32295590 73.225.38.130.pcap 37 total packets, 37 shown

     1   0.000000      192.168.0.13         73.225.38.130         TCP        66       64430→17966 [SYN] Seq=0 Win=8192 Len=0 MSS=1460 WS=4 SACK_PERM=1
Frame 1: 66 bytes on wire (528 bits), 66 bytes captured (528 bits)
Ethernet II, Src: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9), Dst: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11)
Internet Protocol Version 4, Src: 192.168.0.13, Dst: 73.225.38.130
Transmission Control Protocol, Src Port: 64430, Dst Port: 17966, Seq: 0, Len: 0
     2   0.187852      73.225.38.130        192.168.0.13          TCP        66       17966→64430 [SYN, ACK] Seq=0 Ack=1 Win=8192 Len=0 MSS=1460 WS=256 SACK_PERM=1
Frame 2: 66 bytes on wire (528 bits), 66 bytes captured (528 bits)
Ethernet II, Src: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11), Dst: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9)
Internet Protocol Version 4, Src: 73.225.38.130, Dst: 192.168.0.13
Transmission Control Protocol, Src Port: 17966, Dst Port: 64430, Seq: 0, Ack: 1, Len: 0
     3   0.188001      192.168.0.13         73.225.38.130         TCP        54       64430→17966 [ACK] Seq=1 Ack=1 Win=131400 Len=0
Frame 3: 54 bytes on wire (432 bits), 54 bytes captured (432 bits)
Ethernet II, Src: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9), Dst: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11)
Internet Protocol Version 4, Src: 192.168.0.13, Dst: 73.225.38.130
Transmission Control Protocol, Src Port: 64430, Dst Port: 17966, Seq: 1, Ack: 1, Len: 0
     4   0.188848      192.168.0.13         73.225.38.130         BitTorrent 122      Handshake
Frame 4: 122 bytes on wire (976 bits), 122 bytes captured (976 bits)
Ethernet II, Src: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9), Dst: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11)
Internet Protocol Version 4, Src: 192.168.0.13, Dst: 73.225.38.130
Transmission Control Protocol, Src Port: 64430, Dst Port: 17966, Seq: 1, Ack: 1, Len: 68
BitTorrent
     5   0.384818      73.225.38.130        192.168.0.13          BitTorrent 156      Handshake
Frame 5: 156 bytes on wire (1248 bits), 156 bytes captured (1248 bits)
Ethernet II, Src: 9e:8f:25:07:8b:a0 (9e:8f:25:07:8b:a0), Dst: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9)
Internet Protocol Version 4, Src: 73.225.38.130, Dst: 192.168.0.13
Transmission Control Protocol, Src Port: 17966, Dst Port: 64430, Seq: 1, Ack: 69, Len: 102
BitTorrent
     6   0.385615      192.168.0.13         73.225.38.130         BitTorrent 244      Continuation data
Frame 6: 244 bytes on wire (1952 bits), 244 bytes captured (1952 bits)
Ethernet II, Src: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9), Dst: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11)
Internet Protocol Version 4, Src: 192.168.0.13, Dst: 73.225.38.130
Transmission Control Protocol, Src Port: 64430, Dst Port: 17966, Seq: 69, Ack: 103, Len: 190
BitTorrent
     7   0.871230      73.225.38.130        192.168.0.13          BitTorrent 283      Extended  Bitfield, Len:0x2b
Frame 7: 283 bytes on wire (2264 bits), 283 bytes captured (2264 bits)
Ethernet II, Src: 9e:8f:25:07:8b:a0 (9e:8f:25:07:8b:a0), Dst: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9)
Internet Protocol Version 4, Src: 73.225.38.130, Dst: 192.168.0.13
Transmission Control Protocol, Src Port: 17966, Dst Port: 64430, Seq: 103, Ack: 69, Len: 229
[2 Reassembled TCP Segments (215 bytes): #5(34), #7(181)]
BitTorrent
BitTorrent
     8   0.874128      192.168.0.13         73.225.38.130         TCP        249      [TCP Retransmission] 64430→17966 [PSH, ACK] Seq=69 Ack=332 Win=131068 Len=195
Frame 8: 249 bytes on wire (1992 bits), 249 bytes captured (1992 bits)
Ethernet II, Src: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9), Dst: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11)
Internet Protocol Version 4, Src: 192.168.0.13, Dst: 73.225.38.130
Transmission Control Protocol, Src Port: 64430, Dst Port: 17966, Seq: 69, Ack: 332, Len: 195
     9   1.105129      73.225.38.130        192.168.0.13          TCP        60       [TCP ACKed unseen segment] 17966→64430 [ACK] Seq=332 Ack=264 Win=65280 Len=0
Frame 9: 60 bytes on wire (480 bits), 60 bytes captured (480 bits)
Ethernet II, Src: 9e:8f:25:07:8b:a0 (9e:8f:25:07:8b:a0), Dst: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9)
Internet Protocol Version 4, Src: 73.225.38.130, Dst: 192.168.0.13
Transmission Control Protocol, Src Port: 17966, Dst Port: 64430, Seq: 332, Ack: 264, Len: 0
    10   1.511207      73.225.38.130        192.168.0.13          BitTorrent 75       Port  Unchoke  Have, Piece (Idx:0x108)
Frame 10: 75 bytes on wire (600 bits), 75 bytes captured (600 bits)
Ethernet II, Src: 9e:8f:25:07:8b:a0 (9e:8f:25:07:8b:a0), Dst: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9)
Internet Protocol Version 4, Src: 73.225.38.130, Dst: 192.168.0.13
Transmission Control Protocol, Src Port: 17966, Dst Port: 64430, Seq: 332, Ack: 264, Len: 21
BitTorrent
BitTorrent
```

C:\Users\EDMOLAW\Dropbox\ACTIVE~4\BIT-BI~2\DIS-DO~1\SDISC~1\T-DP~1\2~1\RE-IRPDSE~1\ROBOC~1\GM_COP~1\GM_COP~1\3H(21-1)PCAP_1529552.30 73.225.38.130.pcap 37 total packets, 37 shown

Case 2:17-cv-01731-TSZ Document 175-19 Filed 07/29/19 Page 3 of 5

```
BitTorrent
    11 1.702260       192.168.0.13        73.225.38.130        TCP       54       64430→17966 [ACK] Seq=264 Ack=353 Win=131048 Len=0
Frame 11: 54 bytes on wire (432 bits), 54 bytes captured (432 bits)
Ethernet II, Src: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9), Dst: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11)
Internet Protocol Version 4, Src: 192.168.0.13, Dst: 73.225.38.130
Transmission Control Protocol, Src Port: 64430, Dst Port: 17966, Seq: 264, Ack: 353, Len: 0
    12 5.501640       192.168.0.13        73.225.38.130        BitTorrent 71    Request, Piece (Idx:0xd2,Begin:0x0,Len:0x4000)
Frame 12: 71 bytes on wire (568 bits), 71 bytes captured (568 bits)
Ethernet II, Src: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9), Dst: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11)
Internet Protocol Version 4, Src: 192.168.0.13, Dst: 73.225.38.130
Transmission Control Protocol, Src Port: 64430, Dst Port: 17966, Seq: 264, Ack: 353, Len: 17
BitTorrent
    13 5.744951       73.225.38.130       192.168.0.13         TCP       60       17966→64430 [ACK] Seq=353 Ack=281 Win=65280 Len=0
Frame 13: 60 bytes on wire (480 bits), 60 bytes captured (480 bits)
Ethernet II, Src: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11), Dst: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9)
Internet Protocol Version 4, Src: 73.225.38.130, Dst: 192.168.0.13
Transmission Control Protocol, Src Port: 17966, Dst Port: 64430, Seq: 353, Ack: 281, Len: 0
    14 5.745019       192.168.0.13        73.225.38.130        BitTorrent 71    Request, Piece (Idx:0xd2,Begin:0x4000,Len:0x4000)
Frame 14: 71 bytes on wire (568 bits), 71 bytes captured (568 bits)
Ethernet II, Src: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9), Dst: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11)
Internet Protocol Version 4, Src: 192.168.0.13, Dst: 73.225.38.130
Transmission Control Protocol, Src Port: 64430, Dst Port: 17966, Seq: 281, Ack: 353, Len: 17
BitTorrent
    15 5.994781       73.225.38.130       192.168.0.13         TCP       60       17966→64430 [ACK] Seq=353 Ack=298 Win=65280 Len=0
Frame 15: 60 bytes on wire (480 bits), 60 bytes captured (480 bits)
Ethernet II, Src: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11), Dst: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9)
Internet Protocol Version 4, Src: 73.225.38.130, Dst: 192.168.0.13
Transmission Control Protocol, Src Port: 17966, Dst Port: 64430, Seq: 353, Ack: 298, Len: 0
    16 6.667334       73.225.38.130       192.168.0.13         BitTorrent 1514   Have, Piece (Idx:0x4a)  Have, Piece (Idx:0x27)  Have, Piece (Idx:0x107)  Have, Piece (Idx:0xf9)  Have, Piece (Idx:0x148)  Have, Piece (Idx:0x1d)  Have, Piece (Idx:0x40)  Have, Piece (Idx:0x1)  Have, Piece (Idx:0x154)
Frame 16: 1514 bytes on wire (12112 bits), 1514 bytes captured (12112 bits)
Ethernet II, Src: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11), Dst: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9)
Internet Protocol Version 4, Src: 73.225.38.130, Dst: 192.168.0.13
Transmission Control Protocol, Src Port: 17966, Dst Port: 64430, Seq: 353, Ack: 298, Len: 1460
BitTorrent
BitTorrent
BitTorrent
BitTorrent
BitTorrent
BitTorrent
BitTorrent
BitTorrent
BitTorrent
    17 6.875393       192.168.0.13        73.225.38.130        TCP       54       64430→17966 [ACK] Seq=298 Ack=1813 Win=131400 Len=0
Frame 17: 54 bytes on wire (432 bits), 54 bytes captured (432 bits)
Ethernet II, Src: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9), Dst: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11)
Internet Protocol Version 4, Src: 192.168.0.13, Dst: 73.225.38.130
Transmission Control Protocol, Src Port: 64430, Dst Port: 17966, Seq: 298, Ack: 1813, Len: 0
    18 7.309390       73.225.38.130       192.168.0.13         TCP       1514     [TCP segment of a reassembled PDU]
Frame 18: 1514 bytes on wire (12112 bits), 1514 bytes captured (12112 bits)
Ethernet II, Src: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11), Dst: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9)
Internet Protocol Version 4, Src: 73.225.38.130, Dst: 192.168.0.13
Transmission Control Protocol, Src Port: 17966, Dst Port: 64430, Seq: 1813, Ack: 298, Len: 1460
    19 7.514780       192.168.0.13        73.225.38.130        TCP       54       64430→17966 [ACK] Seq=298 Ack=3273 Win=131400 Len=0
Frame 19: 54 bytes on wire (432 bits), 54 bytes captured (432 bits)
Ethernet II, Src: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9), Dst: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11)
Internet Protocol Version 4, Src: 192.168.0.13, Dst: 73.225.38.130
Transmission Control Protocol, Src Port: 64430, Dst Port: 17966, Seq: 298, Ack: 3273, Len: 0
```

```
    20 7.933364       73.225.38.130         192.168.0.13          TCP       1514    [TCP segment of a reassembled PDU]
Frame 20: 1514 bytes on wire (12112 bits), 1514 bytes captured (12112 bits)
Ethernet II, Src: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11), Dst: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9)
Internet Protocol Version 4, Src: 73.225.38.130, Dst: 192.168.0.13
Transmission Control Protocol, Src Port: 17966, Dst Port: 64430, Seq: 3273, Ack: 298, Len: 1460
    21 8.139565       192.168.0.13          73.225.38.130         TCP       54      64430→17966 [ACK] Seq=298 Ack=4733 Win=131400 Len=0
Frame 21: 54 bytes on wire (432 bits), 54 bytes captured (432 bits)
Ethernet II, Src: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9), Dst: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11)
Internet Protocol Version 4, Src: 192.168.0.13, Dst: 73.225.38.130
Transmission Control Protocol, Src Port: 64430, Dst Port: 17966, Seq: 298, Ack: 4733, Len: 0
    22 8.622537       73.225.38.130         192.168.0.13          TCP       1514    [TCP segment of a reassembled PDU]
Frame 22: 1514 bytes on wire (12112 bits), 1514 bytes captured (12112 bits)
Ethernet II, Src: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11), Dst: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9)
Internet Protocol Version 4, Src: 73.225.38.130, Dst: 192.168.0.13
Transmission Control Protocol, Src Port: 17966, Dst Port: 64430, Seq: 4733, Ack: 298, Len: 1460
    23 8.832466       192.168.0.13          73.225.38.130         TCP       54      64430→17966 [ACK] Seq=298 Ack=6193 Win=131400 Len=0
Frame 23: 54 bytes on wire (432 bits), 54 bytes captured (432 bits)
Ethernet II, Src: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9), Dst: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11)
Internet Protocol Version 4, Src: 192.168.0.13, Dst: 73.225.38.130
Transmission Control Protocol, Src Port: 64430, Dst Port: 17966, Seq: 298, Ack: 6193, Len: 0
    24 9.062221       73.225.38.130         192.168.0.13          TCP       1514    [TCP segment of a reassembled PDU]
Frame 24: 1514 bytes on wire (12112 bits), 1514 bytes captured (12112 bits)
Ethernet II, Src: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11), Dst: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9)
Internet Protocol Version 4, Src: 73.225.38.130, Dst: 192.168.0.13
Transmission Control Protocol, Src Port: 17966, Dst Port: 64430, Seq: 6193, Ack: 298, Len: 1460
    25 9.282262       192.168.0.13          73.225.38.130         TCP       54      64430→17966 [ACK] Seq=298 Ack=7653 Win=131400 Len=0
Frame 25: 54 bytes on wire (432 bits), 54 bytes captured (432 bits)
Ethernet II, Src: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9), Dst: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11)
Internet Protocol Version 4, Src: 192.168.0.13, Dst: 73.225.38.130
Transmission Control Protocol, Src Port: 64430, Dst Port: 17966, Seq: 298, Ack: 7653, Len: 0
    26 9.435412       73.225.38.130         192.168.0.13          TCP       1514    [TCP segment of a reassembled PDU]
Frame 26: 1514 bytes on wire (12112 bits), 1514 bytes captured (12112 bits)
Ethernet II, Src: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11), Dst: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9)
Internet Protocol Version 4, Src: 73.225.38.130, Dst: 192.168.0.13
Transmission Control Protocol, Src Port: 17966, Dst Port: 64430, Seq: 7653, Ack: 298, Len: 1460
    27 9.639720       192.168.0.13          73.225.38.130         TCP       54      64430→17966 [ACK] Seq=298 Ack=9113 Win=131400 Len=0
Frame 27: 54 bytes on wire (432 bits), 54 bytes captured (432 bits)
Ethernet II, Src: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9), Dst: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11)
Internet Protocol Version 4, Src: 192.168.0.13, Dst: 73.225.38.130
Transmission Control Protocol, Src Port: 64430, Dst Port: 17966, Seq: 298, Ack: 9113, Len: 0
    28 9.743466       73.225.38.130         192.168.0.13          TCP       1514    [TCP segment of a reassembled PDU]
Frame 28: 1514 bytes on wire (12112 bits), 1514 bytes captured (12112 bits)
Ethernet II, Src: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11), Dst: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9)
Internet Protocol Version 4, Src: 73.225.38.130, Dst: 192.168.0.13
Transmission Control Protocol, Src Port: 17966, Dst Port: 64430, Seq: 9113, Ack: 298, Len: 1460
    29 9.963339       192.168.0.13          73.225.38.130         TCP       54      64430→17966 [ACK] Seq=298 Ack=10573 Win=131400 Len=0
Frame 29: 54 bytes on wire (432 bits), 54 bytes captured (432 bits)
Ethernet II, Src: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9), Dst: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11)
Internet Protocol Version 4, Src: 192.168.0.13, Dst: 73.225.38.130
Transmission Control Protocol, Src Port: 64430, Dst Port: 17966, Seq: 298, Ack: 10573, Len: 0
    30 10.009872      73.225.38.130         192.168.0.13          TCP       1514    [TCP segment of a reassembled PDU]
Frame 30: 1514 bytes on wire (12112 bits), 1514 bytes captured (12112 bits)
Ethernet II, Src: 9e:8f:25:07:8b:a0 (9e:8f:25:07:8b:a0), Dst: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9)
Internet Protocol Version 4, Src: 73.225.38.130, Dst: 192.168.0.13
Transmission Control Protocol, Src Port: 17966, Dst Port: 64430, Seq: 10573, Ack: 298, Len: 1460
    31 10.203556      73.225.38.130         192.168.0.13          TCP       1514    [TCP segment of a reassembled PDU]
Frame 31: 1514 bytes on wire (12112 bits), 1514 bytes captured (12112 bits)
Ethernet II, Src: 9e:8f:25:07:8b:a0 (9e:8f:25:07:8b:a0), Dst: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9)
```

C:\Users\EDMOLAW\Dropbox\ACTIVE~4\BIT-BI~2\DIS-DO~1\SDISC~1\T-DPTO~1\2-PRE-~1\RPDSE7~0\4\ROBOC~1\GM_COP~1\GM_COP~1\S3H(21-1)PCAPS(32295520 73.225.38.130.pcap  37 total packets, 37 shown

```
Internet Protocol Version 4, Src: 73.225.38.130, Dst: 192.168.0.13
Transmission Control Protocol, Src Port: 17966, Dst Port: 64430, Seq: 12033, Ack: 298, Len: 1460
     32 10.203671      192.168.0.13          73.225.38.130         TCP       54      64430→17966 [ACK] Seq=298 Ack=13493 Win=131400 Len=0
Frame 32: 54 bytes on wire (432 bits), 54 bytes captured (432 bits)
Ethernet II, Src: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9), Dst: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11)
Internet Protocol Version 4, Src: 192.168.0.13, Dst: 73.225.38.130
Transmission Control Protocol, Src Port: 64430, Dst Port: 17966, Seq: 298, Ack: 13493, Len: 0
     33 10.470224      73.225.38.130         192.168.0.13          TCP       1514    [TCP segment of a reassembled PDU]
Frame 33: 1514 bytes on wire (12112 bits), 1514 bytes captured (12112 bits)
Ethernet II, Src: 9e:8f:25:07:8b:a0 (9e:8f:25:07:8b:a0), Dst: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9)
Internet Protocol Version 4, Src: 73.225.38.130, Dst: 192.168.0.13
Transmission Control Protocol, Src Port: 17966, Dst Port: 64430, Seq: 13493, Ack: 298, Len: 1460
     34 10.671005      192.168.0.13          73.225.38.130         TCP       54      64430→17966 [ACK] Seq=298 Ack=14953 Win=131400 Len=0
Frame 34: 54 bytes on wire (432 bits), 54 bytes captured (432 bits)
Ethernet II, Src: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9), Dst: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11)
Internet Protocol Version 4, Src: 192.168.0.13, Dst: 73.225.38.130
Transmission Control Protocol, Src Port: 64430, Dst Port: 17966, Seq: 298, Ack: 14953, Len: 0
     35 10.717350      73.225.38.130         192.168.0.13          TCP       1514    [TCP segment of a reassembled PDU]
Frame 35: 1514 bytes on wire (12112 bits), 1514 bytes captured (12112 bits)
Ethernet II, Src: 9e:8f:25:07:8b:a0 (9e:8f:25:07:8b:a0), Dst: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9)
Internet Protocol Version 4, Src: 73.225.38.130, Dst: 192.168.0.13
Transmission Control Protocol, Src Port: 17966, Dst Port: 64430, Seq: 14953, Ack: 298, Len: 1460
     36 10.916302      73.225.38.130         192.168.0.13          BitTorrent 1514   Piece, Idx:0xd2,Begin:0x0,Len:0x4000  Have, Piece (Idx:0x11b)  Have, Piece (Idx:0x10c)  Have, Piece (Idx:0x141)  Have, Piece (Idx:0x155)  Have, Piece (Idx:0x3b)  Have, Piece (Idx:0x13d)  Have, Piece (Idx:0x13b)  Have, Piece (Idx:0x11e)
Frame 36: 1514 bytes on wire (12112 bits), 1514 bytes captured (12112 bits)
Ethernet II, Src: 9e:8f:25:07:8b:a0 (9e:8f:25:07:8b:a0), Dst: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9)
Internet Protocol Version 4, Src: 73.225.38.130, Dst: 192.168.0.13
Transmission Control Protocol, Src Port: 17966, Dst Port: 64430, Seq: 16413, Ack: 298, Len: 1460
[12 Reassembled TCP Segments (16397 bytes): #16(1379), #18(1460), #20(1460), #22(1460), #24(1460), #26(1460), #28(1460), #30(1460), #31(1460), #33(1460), #35(1460), #36(418)]
BitTorrent
BitTorrent
BitTorrent
BitTorrent
BitTorrent
BitTorrent
BitTorrent
BitTorrent
BitTorrent
     37 10.916504      192.168.0.13          73.225.38.130         TCP       54      64430→17966 [ACK] Seq=298 Ack=17873 Win=131400 Len=0
Frame 37: 54 bytes on wire (432 bits), 54 bytes captured (432 bits)
Ethernet II, Src: fa:f7:05:6b:3e:b9 (fa:f7:05:6b:3e:b9), Dst: de:4e:0a:1a:08:11 (de:4e:0a:1a:08:11)
Internet Protocol Version 4, Src: 192.168.0.13, Dst: 73.225.38.130
Transmission Control Protocol, Src Port: 64430, Dst Port: 17966, Seq: 298, Ack: 17873, Len: 0
```