# EXHIBIT 22

**Lincoln Bandlow &lt;lincoln@bandlowlaw.com&gt;**     7/16/2019 2:56 PM

# WAWD1003

To J. Curtis Edmondson &lt;jcedmondson@edmolaw.com&gt; • Adrienne McEntee &lt;amcentee@terrellmarshall.com&gt;
Copy joshua@turnhamlaw.com &lt;joshua@turnhamlaw.com&gt; • Jeremy Roller &lt;jroller@aretelaw.com&gt; •
John Atkin &lt;jatkin@atkinfirm.com&gt;

Mr. Edmondson and Ms. McEntee,

[redacted]

\* If Defendant persists in his Declaratory Judgment claim, Plaintiff's Motion to Compel Production of the Son's Hard Drive (Dkt. 136) cannot be withdrawn since any evidence of Plaintiff's works or BitTorrent is relevant to the remaining claim - including the possibility of pursuing Defendant for contributory copyright infringement and/or for pursing any motions regarding spoliation of evidence.

[redacted]