# EXHIBIT 28

Case 2:17-cv-01731-TSZ   Document 175-28   Filed 07/29/19   Page 2 of 7

WIKIPEDIA

# Reserved IP addresses

In the Internet addressing architecture, the Internet Engineering Task Force (IETF) and the Internet Assigned Numbers Authority (IANA) have reserved various Internet Protocol (IP) addresses for special purposes.[1]

## Contents

IPv4
IPv6
See also
References
External links

## IPv4

There are a number of addresses with special meaning in IPv4:[1]

Special address blocks

| Address block | Address range | Number of addresses | Scope | Description |
| --- | --- | --- | --- | --- |
| 0.0.0.0/8 | 0.0.0.0–0.255.255.255 | 16 777 216 | Software | Current network[1] (only valid as source address). |
| 10.0.0.0/8 | 10.0.0.0–10.255.255.255 | 16 777 216 | Private network | Used for local communications within a private network.[2] |
| 100.64.0.0/10 | 100.64.0.0–100.127.255.255 | 4 194 304 | Private network | Shared address space[3] for communications between a service provider and its subscribers when using a carrier-grade NAT. |
| 127.0.0.0/8 | 127.0.0.0–127.255.255.255 | 16 777 216 | Host | Used for loopback addresses to the local host.[1] |
| 169.254.0.0/16 | 169.254.0.0–169.254.255.255 | 65 536 | Subnet | Used for link-local addresses[4] between two hosts on a single link when no IP address is otherwise specified, such as would have normally been retrieved from a DHCP server. |
| 172.16.0.0/12 | 172.16.0.0–172.31.255.255 | 1 048 576 | Private network | Used for local communications within a private network.[2] |
| 192.0.0.0/24 | 192.0.0.0–192.0.0.255 | 256 | Private network | IETF Protocol Assignments.[1] |
| 192.0.2.0/24 | 192.0.2.0–192.0.2.255 | 256 | Documentation | Assigned as TEST-NET-1, documentation and examples.[5] |
| 192.88.99.0/24 | 192.88.99.0–192.88.99.255 | 256 | Internet | Reserved.[6] Formerly used for IPv6 to IPv4 relay[7] (included IPv6 address block 2002::/16). |
| 192.168.0.0/16 | 192.168.0.0–192.168.255.255 | 65 536 | Private network | Used for local communications within a private network.[2] |
| 198.18.0.0/15 | 198.18.0.0–198.19.255.255 | 131 072 | Private network | Used for benchmark testing of inter-network communications between two separate subnets.[8] |
| 198.51.100.0/24 | 198.51.100.0–198.51.100.255 | 256 | Documentation | Assigned as TEST-NET-2, documentation and examples.[5] |

| | | | | |
|---|---|---|---|---|
| 203.0.113.0/24 | 203.0.113.0–203.0.113.255 | 256 | Documentation | Assigned as TEST-NET-3, documentation and examples.[5] |
| 224.0.0.0/4 | 224.0.0.0–239.255.255.255 | 268 435 456 | Internet | In use for IP multicast.[9] (Former Class D network). |
| 240.0.0.0/4 | 240.0.0.0–255.255.255.254 | 268 435 456 | Internet | Reserved for future use.[10] (Former Class E network). |
| 255.255.255.255/32 | 255.255.255.255 | 1 | Subnet | Reserved for the "limited broadcast" destination address.[1][11] |

# IPv6

There are a number of addresses with special meaning in IPv6:[1]

Special address blocks

| Address block (CIDR) | First address | Last address | Number of addresses | Usage | Purpose |
|---|---|---|---|---|---|
| ::/0 | :: | ffff:ffff:ffff:ffff:ffff:ffff:ffff:ffff | $2^{128}$ | Routing | Default route. |
| ::/128 | :: |  | 1 | Software | Unspecified address. |
| ::1/128 | ::1 |  | 1 | Host | Loopback address to the local host. |
| ::ffff:0:0/96 | ::ffff:0.0.0.0 | ::ffff:255.255.255.255 | $2^{128-96} = 2^{32}$ = 4 294 967 296 | Software | IPv4 mapped addresses. |
| ::ffff:0:0:0/96 | ::ffff:0.0.0.0.0 | ::ffff:0:255.255.255.255 | $2^{32}$ | Software | IPv4 translated addresses. |
| 64:ff9b::/96 | 64:ff9b::0.0.0.0 | 64:ff9b::255.255.255.255 | $2^{32}$ | Global Internet | IPv4/IPv6 translation.[12] |
| 100::/64 | 100:: | 100::ffff:ffff:ffff:ffff | $2^{64}$ | Routing | Discard prefix.[13] |
| 2001::/32 | 2001:: | 2001::ffff:ffff:ffff:ffff:ffff:ffff | $2^{96}$ | Global Internet | Teredo tunneling. |
| 2001:20::/28 | 2001:20:: | 2001:2f:ffff:ffff:ffff:ffff:ffff:ffff | $2^{100}$ | Software | ORCHIDv2.[14] |
| 2001:db8::/32 | 2001:db8:: | 2001:db8:ffff:ffff:ffff:ffff:ffff:ffff | $2^{96}$ | Documentation | Addresses used in documentation and example source code.[15] |
| 2002::/16 | 2002:: | 2002:ffff:ffff:ffff:ffff:ffff:ffff:ffff | $2^{112}$ | Global Internet | The 6to4 addressing scheme (now deprecated).[6] |
| fc00::/7 | fc00:: | fdff:ffff:ffff:ffff:ffff:ffff:ffff:ffff | $2^{121}$ | Private network | Unique local address.[16] |
| fe80::/10 | fe80:: | febf:ffff:ffff:ffff:ffff:ffff:ffff:ffff | $2^{118}$ | Link | Link-local address. |
| ff00::/8 | ff00:: | ffff:ffff:ffff:ffff:ffff:ffff:ffff:ffff | $2^{120}$ | Global Internet | Multicast address. |

## See also

- Bogon filtering
- Martian packet
- Classless Inter-Domain Routing (CIDR)
- Top-level domain § Reserved domains

## References

1. M. Cotton; L. Vegoda; R. Bonica; B. Haberman (April 2013). *Special-Purpose IP Address Registries* (https://tools.ietf.org/html/rfc6890). Internet Engineering Task Force. doi:10.17487/RFC6890 (https://doi.org/10.17487%2FRFC6890). BCP 153. RFC 6890. Updated by RFC 8190.
2. Y. Rekhter; B. Moskowitz; D. Karrenberg; G. J. de Groot; E. Lear (February 1996). *Address Allocation for Private Internets* (https://tools.ietf.org/html/rfc1918). Network Working Group. doi:10.17487/RFC1918 (https://doi.org/10.17487%2FRFC1918). BCP 5. RFC 1918. Updated by RFC 6761.
3. J. Weil; V. Kuarsingh; C. Donley; C. Liljenstolpe; M. Azinger (April 2012). *IANA-Reserved IPv4 Prefix for Shared Address Space* (https://tools.ietf.org/html/rfc6598). Internet Engineering Task Force (IETF). doi:10.17487/RFC6598 (https://doi.org/10.17487%2FRFC6598). ISSN 2070-1721 (https://www.worldcat.org/issn/2070-1721). BCP 153. RFC 6598.
4. S. Cheshire; B. Aboba; E. Guttman (May 2005). *Dynamic Configuration of IPv4 Link-Local Addresses* (https://tools.ietf.org/html/rfc3927). Network Working Group. doi:10.17487/RFC3927 (https://doi.org/10.17487%2FRFC3927). RFC 3927.
5. J. Arkko; M. Cotton; L. Vegoda (January 2010). *IPv4 Address Blocks Reserved for Documentation* (https://tools.ietf.org/html/rfc5737). Internet Engineering Task Force. doi:10.17487/RFC5737 (https://doi.org/10.17487%2FRFC5737). ISSN 2070-1721 (https://www.worldcat.org/issn/2070-1721). RFC 5737.
6. O. Troan (May 2015). B. Carpenter (ed.). *Deprecating the Anycast Prefix for 6to4 Relay Routers* (https://tools.ietf.org/html/rfc7526). Internet Engineering Task Force. doi:10.17487/RFC7526 (https://doi.org/10.17487%2FRFC7526). BCP 196. RFC 7526.
7. C. Huitema (June 2001). *An Anycast Prefix for 6to4 Relay Routers* (https://tools.ietf.org/html/rfc3068). Network Working Group. doi:10.17487/RFC3068 (https://doi.org/10.17487%2FRFC3068). RFC 3068. Obsoleted by RFC 7526.
8. S. Bradner; J. McQuaid (March 1999). *Benchmarking Methodology for Network Interconnect Devices* (https://tools.ietf.org/html/rfc2544). Network Working Group. doi:10.17487/RFC2544 (https://doi.org/10.17487%2FRFC2544). RFC 2544. Updated by: RFC 6201 and RFC 6815.
9. M. Cotton; L. Vegoda; D. Meyer (March 2010). *IANA Guidelines for IPv4 Multicast Address Assignments* (https://tools.ietf.org/html/rfc5771). Internet Engineering Task Force. doi:10.17487/RFC5771 (https://doi.org/10.17487%2FRFC5771). BCP 51. RFC 5771.
10. J. Reynolds, ed. (January 2002). *Assigned Numbers: RFC 1700 is Replaced by an On-line Database* (https://tools.ietf.org/html/rfc3232). Network Working Group. doi:10.17487/RFC3232 (https://doi.org/10.17487%2FRFC3232). RFC 3232. Obsoletes RFC 1700.
11. Jeffrey Mogul (October 1984). *Broadcasting Internet Datagrams* (https://tools.ietf.org/html/rfc919). Network Working Group. doi:10.17487/RFC0919 (https://doi.org/10.17487%2FRFC0919). RFC 919.
12. C. Bao; C. Huitema; M. Bagnulo; M. Boucadair; X. Li (October 2010). *IPv6 Addressing of IPv4/IPv6 Translators* (https://tools.ietf.org/html/rfc6052). Internet Engineering Task Force. doi:10.17487/RFC6052 (https://doi.org/10.17487%2FRFC6052). RFC 6052.
13. N. Hilliard; D. Freedman (August 2012). *A Discard Prefix for IPv6* (https://tools.ietf.org/html/rfc6666). Internet Engineering Task Force. doi:10.17487/RFC6666 (https://doi.org/10.17487%2FRFC6666). RFC 6666.
14. J. Laganier; F. Dupont (September 2014). *An IPv6 Prefix for Overlay Routable Cryptographic Hash Identifiers Version 2 (ORCHIDv2)* (https://tools.ietf.org/html/rfc7343). Internet Engineering Task Force. doi:10.17487/RFC7343 (https://doi.org/10.17487%2FRFC7343). RFC 7343.
15. G. Huston; A. Lord; P. Smith (July 2004). *IPv6 Address Prefix Reserved for Documentation* (https://tools.ietf.org/html/rfc3849). Network Working Group. doi:10.17487/RFC3849 (https://doi.org/10.17487%2FRFC3849). RFC 3849.
16. R. Hinden; B. Haberman (October 2005). *Unique Local IPv6 Unicast Addresses* (https://tools.ietf.org/html/rfc4193). Network Working Group. doi:10.17487/RFC4193 (https://doi.org/10.17487%2FRFC4193). RFC 4193.

## External links

- IANA IPv4 Special-Purpose Address Registry (https://www.iana.org/assignments/iana-ipv4-special-registry/iana-ipv4-special-registry.xhtml)

- IANA IPv6 Special-Purpose Address Registry (https://www.iana.org/assignments/iana-ipv6-special-registry/iana-ipv6-special-registry.xhtml)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Reserved_IP_addresses&oldid=907998109"

**This page was last edited on 26 July 2019, at 18:04 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.