# EXHIBIT 29

April 09, 2019

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

STRIKE 3 HOLDINGS, LLC, a Delaware )
corporation,                        )
                                    )
                Plaintiff,          )
                                    )  Case No.
        vs.                         )  2:17-cv-01731-TSZ
                                    )
JOHN DOE, subscriber assigned IP    )
address 73.225.38.130,              )
                                    )
                Defendant.          )

VIDEOTAPED DEPOSITION OF ███████

April 9, 2019

10:01 a.m.

Seattle, Washington

Reported by:
Mark Hovila, CCR, CM
CCR No. 2599
Job No. 790669

```
 1          Q.   So that's all of those.  Have you ever
 2    watched X-rated adult or pornographic movies or live
 3    feeds?
 4          A.   No.
 5          Q.   Have you ever been made aware that your son
 6    watches them?
 7          A.   No.
 8          Q.   And you had never heard of Strike 3 prior to
 9    this lawsuit?
10          A.   Never, no.
11          Q.   Have you ever downloaded any movies or
12    television shows?
13          A.   Not myself, no, I don't.  I've never.
14          Q.   Do you know of anybody in the household
15    that's done it?
16          A.   No.
17          Q.   Since you were made aware of this lawsuit,
18    have you -- I'm going to break this down.  Have you
19    given away computers that were in your possession at
20    the time you were made aware of this?
21          A.   Yes.
22          Q.   How many have you given away?
23          A.   Five or six.
24          Q.   Have you sold some?
25          A.   Yes.
```

April 09, 2019

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT                       ) |
|   |                                                     ) |
| 2 | FOR THE WESTERN DISTRICT OF WASHINGTON       ) |
| 3 | I, Mark Hovila, CCR No. 2599, Certified |
| 4 | Court Reporter, certify: |
| 5 | That the foregoing proceedings were taken |
| 6 | before me at the time and place therein set forth, at |
| 7 | which time the witness was put under oath by me; |
| 8 | That the testimony of the witness, the |
| 9 | questions propounded, and all objections and |
| 10 | statements made at the time of the examination were |
| 11 | recorded stenographically by me and were thereafter |
| 12 | transcribed; |
| 13 | That a review of the transcript by the |
| 14 | deponent was requested; |
| 15 | That the foregoing is a true and correct |
| 16 | transcript of my shorthand notes so taken. |
| 17 | I further certify that I am not a relative |
| 18 | or employee of any attorney of the parties, nor |
| 19 | financially interested in the action. |
| 20 | I declare under penalty of perjury under the |
| 21 | laws of Washington that the foregoing is true and |
| 22 | correct. |
| 23 | Dated this 19th day of April 2019. |
| 24 |   |
| 25 | Mark Hovila, CCR No. 2599, CM |