# EXHIBIT 30

```
 1                UNITED STATES DISTRICT COURT
 2                WESTERN DISTRICT OF WASHINGTON
 3                         AT SEATTLE
 4    _____
 5    STRIKE 3 HOLDINGS, LLC, a        )
 6    Delaware corporation,            )
 7                    Plaintiff,       )
 8        vs.                          )  2:17-cv-01731-TSZ
 9    JOHN DOE, subscriber assigned    )
10    IP address 73.225.38.130,        )
11                    Defendant.       )
12    _____
13         TELEPHONIC DEPOSITION UPON ORAL EXAMINATION OF
14                      ███████████████
15    _____
16
17                           9:56 A.M.
18                         JUNE 3, 2019
19                    ██████████████████████
20                    ██████████████████████
21
22
23
24    REPORTED BY:  LORI A. PORTER - RPR, CCR 2533
25    PAGES 1 - 83
```

Page 1

```
 1   precisely.
 2        Q.  Did your father ever tell you that there was a
 3   possibility you would be named as a defendant in this
 4   lawsuit?
 5        A.  No.
 6        Q.  Is there anything else about this lawsuit that
 7   your father discussed with you that you can recall as
 8   we sit here today?
 9        A.  No.
10        Q.  Have you ever heard of a company called or a
11   website known as Vixen?
12        A.  No.
13        Q.  Have you ever heard of Strike 3 Holdings?
14        A.  I have not.
15        Q.  Have you ever heard of a website called
16   Blacked?
17        A.  No.
18        Q.  Have you ever heard of a website called Tushy,
19   T-u-s-h-y?
20        A.  No.
21        Q.  Have you ever heard of a website called Vixen?
22        A.  I have not.
23        Q.  Did you ever communicate with your father
24   about a piece of mail he received from his internet
25   service provider, Comcast, regarding this matter?
```

Page 30

```
 1         A.   I believe so, yes.
 2         Q.   Have you ever watched adult films?
 3         A.   I have.
 4         Q.   When was the last time you watched one?
 5              MR. TURNHAM:  Lincoln, I'm going to object
 6   to the form of the question.  Assuming you're going
 7   down this line of questioning, I'm going to object to
 8   the whole line on the basis that this is irrelevant to
 9   any of the claims that are at issue.  My client is a
10   third party to this lawsuit and is not subject to the
11   lawsuit and shouldn't be subject to a fishing
12   expedition.
13              MR. BANDLOW:  Are you going to instruct
14   the witness not to answer questions about his
15   experience with adult films?
16              MR. TURNHAM:  I have not instructed him
17   not to answer, but I'm just letting you know I'm going
18   to lay out a general objection to any line of
19   questioning down that path.
20              MR. BANDLOW:  Okay.
21         Q.   (By Mr. Bandlow)  So with that objection in
22   mind, without an instruction not to answer,
23   Mr. Isaksen, when was the last -- have you watched
24   adult films on your computer?
25         A.   I have.
```

```
 1        Q.  Are there any particular names of adult film
 2   companies whose films you've watched as you can recall
 3   as we sit here today?
 4        A.  Company names are not something I paid
 5   attention to.
 6        Q.  You don't have any names of any particular
 7   adult -- how about any particular adult websites?  Can
 8   you think of any names of any that you've watched?
 9        A.  No.  I don't usually visit the websites.
10        Q.  Have you ever watched adult content on a
11   computer?
12        A.  Yes, I have.
13        Q.  So how is it you access the adult content if
14   it's not through websites?
15              MR. TURNHAM:  Objection to form.
16        Q.  (By Mr. Bandlow)  Have you accessed any adult
17   content on a computer through an adult content website?
18        A.  No.
19        Q.  How is it you've watched adult content on a
20   computer if not through a website?
21        A.  I've watched it through a torrent.
22        Q.  Through BitTorrent?
23        A.  Yes.
24        Q.  What do you understand BitTorrent to be?
25        A.  It's -- I guess it's a program where you
```

Page 47

```
 1                REPORTER'S CERTIFICATE
 2         I, LORI A. PORTER, the undersigned Certified
 3   Court Reporter, pursuant to RCW 5.28.010 authorized to
 4   administer oaths and affirmations in and for the State
 5   of Washington, do hereby certify that the sworn
 6   testimony and/or proceedings, a transcript of which is
 7   attached, was given before me at the time and place
 8   stated therein; that any and/or all witness(es) were
 9   duly sworn to testify to the truth; that the sworn
10   testimony and/or proceedings were by me
11   stenographically recorded and transcribed under my
12   supervision, to the best of my ability; that the
13   foregoing transcript contains a full, true, and
14   accurate record of all the sworn testimony and/or
15   proceedings given and occurring at the time and place
16   stated in the transcript; that a review of which was
17   requested; that I am in no way related to any party to
18   the matter, nor to any counsel, nor do I have any
19   financial interest in the event of the cause.
20   WITNESS MY HAND this 13th day of June, 2019.
21
22
23   _____
24   LORI A. PORTER, RPR
25   Washington Certified Court Reporter, CCR 2533
```

Page 83