THE HONORABLE THOMAS S. ZILLY

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>    Defendant.<br><br>JOHN DOE subscriber assigned IP address 73.225.38.130,<br><br>    Counterclaimant,<br><br>vs.<br><br>STRIKE 3 HOLDINGS, LLC,<br><br>    Counterdefendant. | NO. 2:17-cv-01731-TSZ<br><br>**DECLARATION OF MICHAEL YASUMOTO IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL REPLY ON SUMMARY JUDGMENT** |

I, Michael Yasumoto, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. I am an expert in the field of digital forensics and have been retained as an expert on hundreds of occasions. I have been designated as an Expert Witness in this case.

DECLARATION OF MICHAEL YASUMOTO IN
SUPPORT OF DEFENDANT'S SUPPLEMENTAL REPLY
ON SUMMARY JUDGMENT - 1
CASE NO. 2:17-CV-01731-TSZ

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

3. On every occasion that I have provided expert services in cases involving the use of peer-to-peer networks, I have been asked to examine a storage device for files that are associated with specific file hashes or complete file paths.

4. The term "hash" refers to the use of a mathematical "hash function" using a file, text, or any other data as input. One type of "hash function" is a "SHA1 hash". The SHA1 algorithm outputs a 40-character hexadecimal value such as the ones listed in Exhibit A to the Complaint (data in the "Hash" column).

5. A "file hash" using the SHA1 algorithm is a 40-character hexadecimal value derived from a file supplied as input. It can be used to uniquely identify a file and acts like a digital fingerprint.

6. When the file hash of a file located on storage media matches the hash of a reference file, the file hash can be considered evidence of infringed works (in the copyright context) or contraband (in the criminal context). For this reason, it is best practice in computer forensics to calculate the hashes of the files on a storage device and then compare them against a target set when looking for evidence of infringed works or contraband. For cases involving contraband (e.g. child pornography), use of file hashes to determine if a file is contraband is preferable, since comparing hashes is an automated process as opposed to examining all of the files individually.

7. While the Complaint describes several types of hashes, it only references file hashes when talking about Strike 3's calculation of specific hashes. Specifically, "A full copy of each digital media file was downloaded from the BitTorrent file distribution network, and it was confirmed through independent calculation that the file hash correlating to each file matched the file hash downloaded by Defendant." *See* Dkt. No. 1 at ¶ 26.

8. Exhibit A to the Complaint includes a column titled "Hash". The data contained in the "Hash" column is the only reference in the Complaint to individual defined hash values.

DECLARATION OF MICHAEL YASUMOTO IN
SUPPORT OF DEFENDANT'S SUPPLEMENTAL REPLY
ON SUMMARY JUDGMENT - 2
CASE NO. 2:17-CV-01731-TSZ

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

9. Strike 3 recently advised the Court that the Hashes listed in Exhibit A are not file hashes, but rather "info-hashes". As defined in the bittorrent specification, "info-hash" (or infohash) is: "*The infohash is calculated by applying a hash function to the bencoded form of the info dictionary, which is a substring of the metainfo file. For meta version 2 SHA2-256 is used.*"

10. "Info-hashes" carry limited forensic value as they are not calculated from the infringing work itself. As Strike 3 represented, info-hashes allegedly only help identify infringing files using a Google search. "Info-hashes" would not show that a defendant possessed all of a media file (as a file hash would).

11. It is not the common practice in digital forensics to search for "Info-hashes" when the generic term "hash" is used. An unqualified use of the term "hash" when referring to files would almost always mean a hash of the file itself.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at Beaverton, Oregon, this 1st day of November 2019.


_/s/ Michael Yasumoto_
Michael Yasumoto

DECLARATION OF MICHAEL YASUMOTO IN
SUPPORT OF DEFENDANT'S SUPPLEMENTAL REPLY
ON SUMMARY JUDGMENT - 3
CASE NO. 2:17-CV-01731-TSZ

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 ● FAX 206.319.5450
www.terrellmarshall.com

## CERTIFICATE OF SERVICE

I, Adrienne D. McEntee, hereby certify that on November 1, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Lincoln D. Bandlow, *Admitted Pro Hac Vice*
> Email: lincoln@bandlowlaw.com
> LAW OFFICES OF LINCOLN BANDLOW, P.C.
> 1801 Century Park East, Suite 2400
> Los Angeles, California 90067
> Telephone: (310) 556-9580
> Facsimile: (310) 861-5550
>
> John C. Atkin, *Admitted Pro Hac Vice*
> Email: jatkin@atkinfirm.com
> THE ATKIN FIRM, LLC
> 55 Madison Avenue, Suite 400
> Morristown, New Jersey 07960
> Telephone: (973) 285-3239
>
> Jeremy E. Roller, WSBA #32021
> Email: jroller@aretelaw.com
> ARETE LAW GROUP PLLC
> 1218 Third Avenue, Suite 2100
> Seattle, Washington 98101
> Telephone: (206) 428-3250
> Facsimile: (206) 428-3251
>
> *Attorneys for Plaintiff*
>
> Joshua L. Turnham, WSBA #49926
> E-mail: joshua@turnhamlaw.com
> THE LAW OFFICE OF JOSHUA L. TURNHAM PLLC
> 1001 4th Avenue, Suite 3200
> Seattle, Washington 98154
> Telephone: (206) 395-9267
> Facsimile: (206) 905-2996
>
> *Attorneys for Non-Party John Doe's Son*

DECLARATION OF MICHAEL YASUMOTO IN
SUPPORT OF DEFENDANT'S SUPPLEMENTAL REPLY
ON SUMMARY JUDGMENT - 4
CASE NO. 2:17-CV-01731-TSZ

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

F. Christopher Austin, *Admitted Pro Hac Vice*
Email: caustin@weidemiller.com
Allen Gregory Gibbs, *Admitted Pro Hac Vice*
Email: ggibbs@weidemiller.com
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: (702) 382-4804

Derek A. Newman, WSBA #26967
Email: dn@newmanlaw.com
Rachel Horvitz, WSBA #52987
Email: rachel@newmanlaw.com
NEWMAN DU WORS LLP
2101 4th Avenue, Suite 1500
Seattle, Washington 98121
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

*Attorneys for Attorneys for Third-Party Witnesses Tobias Fieser, IPP International UG, Bunting Digital Forensics, LLC, Stephen M. Bunting*

DATED this 1st day of November, 2019.

TERRELL MARSHALL LAW GROUP PLLC


By:   /s/ Adrienne D. McEntee, WSBA #34061
    Adrienne D. McEntee, WSBA 34061
    Email:  amcentee@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

*Attorneys for Defendant*

DECLARATION OF MICHAEL YASUMOTO IN
SUPPORT OF DEFENDANT'S SUPPLEMENTAL REPLY
ON SUMMARY JUDGMENT - 5
CASE NO. 2:17-CV-01731-TSZ

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com