Hon. Thomas S. Zilly

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case No.: **2:17-cv-01731-TSZ** |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | |
| JOHN DOE subscriber assigned IP address *73.225.38.130*, | |
| Defendant | |

Counsel for Defendant JOHN DOE subscriber assigned IP address *73.225.38.130* has a new address of:

> Law Offices of J. Curtis Edmondson, PLLC
> 2660 SE 39th Loop, Suite D
> Hillsboro OR  97124

Dated: January 14, 2020          Signed: _____
J. Curtis Edmondson
Attorney for Defendant

NOTICE OF CHANGE OF ADDRESS – J. CURTIS EDMONDSON
Page 1