# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE (73.225.38.130),<br><br>　　　　　　　Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C17-1731 TSZ |

\_\_\_\_　**Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　X　　**Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

By Order dated January 31, 2020, docket no. 188, defendant John Doe's motion for summary judgment, docket no. 174, was GRANTED. Judgment is ENTERED in favor of defendant John Doe and against plaintiff Strike 3 Holdings, LLC on defendant's first counterclaim, brought under 28 U.S.C. § 2201, as follows. Defendant is DECLARED as a matter of law **not** to have engaged in copyright infringement with respect to any of plaintiff's motion pictures listed on Exhibit A to the Complaint and/or Amended Complaint. Defendant is AWARDED, as the prevailing party in an action brought under the Copyright Act, *see* 17 U.S.C. § 505, reasonable attorney's fees in the amount of $40,501.63, and costs in the amount of $7,275.63. Interest shall accrue at the annual rate set forth in 28 U.S.C. § 1961 from the date of judgment until paid in full. All other claims and/or counterclaims in this matter have been dismissed. *See* Order (docket no. 167); Minute Order (docket no. 58); Notice of Voluntary Dismissal (docket no. 53).

Dated this 3rd day of February, 2020.

　　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk