UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>Defendant. | **NOTICE OF CIVIL APPEAL**<br><br>No. 2:17-cv-01731-TSZ<br><br>District Court Judge:<br>Hon. Thomas S. Zilly |

Notice is hereby given that Plaintiff Strike 3 Holdings, LLC appeals to the United States Court of Appeals for the Ninth Circuit from the Order (ECF No. 188) and Judgment (ECF No. 189) entering summary judgment in Defendant's favor and awarding Defendant attorneys' fees in *Strike 3 Holdings, LLC v. Doe*, No. CV 17-1731 (TSZ) on February 3, 2020, together with the predicate orders on which the Order and Judgment is based. Pursuant to Circuit Rule 3-2(b), a Representation Statement is attached to this Notice of Appeal.

/ / /

/ / /

NOTICE OF APPEAL
No. 2:17-cv-01731-TSZ – Page 1

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

Dated: March 2, 2020

**ARETE LAW GROUP PLLC**

By: /s/ *Jeremy E. Roller*
Jeremy E. Roller, WSBA #32021
Email: jroller@aretelaw.com
1218 Third Avenue, Suite 2100
Seattle, Washington 98101
Telephone: (206) 428-3250
Facsimile: (206) 428-3251

**LAW OFFICES OF**
**LINCOLN BANDLOW, PC**

By: /s/ *Lincoln Bandlow*
Lincoln D. Bandlow, Admitted Pro Hac Vice
1801 Century Park East
Suite 2400
Los Angeles, CA 90067
Telephone: 310-556-9680
Facsimile: 310-861-5550
Email: lincoln@bandlowlaw.com

**THE ATKIN FIRM, LLC**

By: /s/ *John C. Atkin*
John C. Atkin, Admitted Pro Hac Vice
Email: jatkin@atkinfirm.com
55 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: (973) 314-8010

*Attorneys for Plaintiff*

NOTICE OF APPEAL
No. 2:17-cv-01731-TSZ – Page 2

Arête LAW GROUP | 1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>Defendant. | **REPRESENTATION STATEMENT**<br><br>No. 2:17-cv-01731-TSZ |

Plaintiff-Appellant is represented by counsel:

> Jeremy E. Roller
> Arte Law Group PLLC
> 1218 Third Avenue, Suite 2100
> Seattle, WA 98101
> Telephone: (206) 428-3250
> Facsimile: (206) 428-3251
> Email: jroller@aretelaw.com

/ / /

/ / /

NOTICE OF APPEAL
No. 2:17-cv-01731-TSZ – Page 3

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

Lincoln D. Bandlow
Law Officer of Lincoln Bandlow, PC
1801 Century Park East
Suite 2400
Los Angeles, CA 90067
Telephone: 310-556-9680
Facsimile: 310-861-5550
Email: lincoln@bandlowlaw.com

John C. Atkin
The Atkin Firm, LLC
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: (973) 314-8010
Email: jatkin@atkinfirm.com

Defendant-Appellee is represented by counsel:

John Curtis Edmondson
Law Officers of J. Curtis Edmondson, PLLC
2660 SE 39th Loop
Suite D
Hillsboro, OR 97124
Telephone: 503-336-3749
Email: jcedmondson@edmolaw.com

Adrienne McEntee
Terrell Marshall Law Group PLLC
936 N 34th Street
Suite 300
Seattle, WA 98103
Telephone: 206-816-6603
Fax: 206-350-3528
Email: amcentee@terrellmarshall.com

Beth E Terrell
Terrell Marshall Law Group PLLC
936 N 34th Street
Suite 300
Seattle, WA 98103
Telephone: 206-816-6603
Fax: 206-319-5450
Email: bterrell@terrellmarshall.com

NOTICE OF APPEAL
No. 2:17-cv-01731-TSZ – Page 4

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

Dated: March 2, 2020.

**ARETE LAW GROUP PLLC**

By: /s/ *Jeremy E. Roller*
Jeremy E. Roller, WSBA #32021
Email: jroller@aretelaw.com
1218 Third Avenue, Suite 2100
Seattle, Washington 98101
Telephone: (206) 428-3250
Facsimile: (206) 428-3251

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2020, I electronically filed the foregoing Notice of Appeal and Representative Statement using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: March 2, 2020.

**ARETE LAW GROUP PLLC**

By: /s/ *Jeremy E. Roller*
Jeremy E. Roller, WSBA #32021
Email: jroller@aretelaw.com
1218 Third Avenue, Suite 2100
Seattle, Washington 98101
Telephone: (206) 428-3250
Facsimile: (206) 428-3251