UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STRIKE 3 HOLDINGS, LLC,

        Plaintiff,

  v.

JOHN DOE (73.225.38.130),

        Defendant.

C17-1731 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Strike 3 Holdings, LLC's unopposed motion, docket no. 191, for approval of the supersedeas bond issued by United States Fire Insurance Company as surety, in the amount of $49,970.23, evidence of which is attached as Exhibit 1 to the motion, docket no. 191 at 7-8 is GRANTED as follows. The Court APPROVES the amount of the bond and the sufficiency of the surety.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of March, 2020.

                                    William M. McCool
                                    Clerk

                                    s/Karen Dews
                                    Deputy Clerk

MINUTE ORDER - 1