FILED

FEB 24 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STRIKE 3 HOLDINGS LLC, a Delaware corporation,<br><br>  Plaintiff-Appellant,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>  Defendant-Appellee,<br><br> and<br><br>TOBIAS FIESER, Third-Party Witness; IPP INTERNATIONAL UG, Third-Party Witness; BUNTING DIGITAL FORENSICS, LLC, Third-Party Witness; STEPHEN M. BUNTING, Third-Party Defendant; GUARDALEY, LTD., Material Witness,<br><br>  Real-party-in-interest. | No.   20-35196<br><br>D.C. No. 2:17-cv-01731-TSZ Western District of Washington, Seattle<br><br>ORDER |

Before:  RAWLINSON and BYBEE, Circuit Judges, and ENGLAND,[*] District Judge.

　　　Appellee's Motion to Supplement the Supplemental Excerpts of Record (Dkt. 48) is GRANTED.

---

　　　[*]　　The Honorable Morrison C. England, Jr., United States District Judge for the Eastern District of California, sitting by designation.