The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>Defendant. | No. 2:17-cv-01731-TSZ<br><br>**SATISFACTION OF JUDGMENT** |

**WHEREAS,** a judgment was entered in the above action on February 3, 2020 [ECF No. 189] in favor of Defendant, John Doe, subscriber assigned IP address 73.225.38.130 and against Plaintiff, Strike 3 Holdings, LLC for reasonable attorney's fees in the amount of $40,501.63, and costs in the amount of $7,275.63, and interest accruing at the annual rate set forth in 28 U.S.C. § 1961 from the date of judgment until paid in full.

**WHEREAS,** Plaintiff filed an appeal before the United States Court of Appeals for the Ninth Circuit which upheld this Court's said judgment.

**WHEREAS,** said judgment, with interest and costs thereon, having been fully paid, inclusive of counsel fees and all other costs and fees associated with this case on appeal, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

SATISFACTION OF JUDGMENT
No. 2:17-cv-01731-TSZ – Page 1

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

**THEREFORE**, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: May 7, 2021                                    Respectfully submitted,

**Law Offices of Lincoln Bandlow P.C.**
By: /s/ Lincoln Bandlow
Lincoln Bandlow, Admitted *Pro Hac Vice*
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310-556-9680
Facsimile: 310-861-5550
Email: lincoln@bandlowlaw.com
*Attorneys for Plaintiff*

**The Atkin Firm, LLC**
By: /s/ John C. Atkin
John C. Atkin, Admitted *Pro Hac Vice*
55 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: (973) 285-3239
Email: jatkin@atkinfirm.com
*Attorneys for Plaintiff*

**Arete Law Group PLLC**
By: /s/ Jeremy E. Roller
Jeremy E. Roller, WSBA #32021
1218 Third Avenue, Suite 2100
Seattle, Washington 98101
Telephone: (206) 428-3250
Facsimile: (206) 428-3251
Email: jroller@aretelaw.com
*Attorneys for Plaintiff*

**Terrell Marshall Law Group PLLC**
By: /s/ Adrienne D. McEntee
Adrienne D. McEntee, WSBA #34061
Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
*Attorneys for Defendant*

**Edmondson IP Law**
By: /s/ J. Curtis Edmondson
J. Curtis Edmondson, WSBA #43795
Email: jcedmondson@edmolaw.com
2660 SE 39th Loop, Suite D
Hillsboro, OR 97123
Tel: 503-336-3749
jcedmondson@edmolaw.com
www.edmolaw.com
*Attorneys for Defendant*

SATISFACTION OF JUDGMENT
No. 2:17-cv-01731-TSZ – Page 2

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing document to be served upon the following at the addresses stated below using the Court's CM/ECF system.

| | |
|---|---|
| **Law Officer of Lincoln Bandlow, PC**<br>Lincoln D. Bandlow<br>1801 Century Park East<br>Suite 2400<br>Los Angeles, CA 90067<br>Email: lincoln@bandlowlaw.com<br><br>*Attorneys for Plaintiff* | **Terrell Marshall Law Group PLLC**<br>Adrienne McEntee<br>936 N 34th Street<br>Suite 300<br>Seattle, WA 98103<br>Email: amcentee@terrellmarshall.com<br><br>*Attorneys for Defendant* |
| **The Atkin Firm, LLC**<br>John C. Atkin<br>55 Madison Avenue, Suite 400<br>Morristown, NJ 07960<br>Email: jatkin@atkinfirm.com<br><br>Attorneys for *Plaintiff* | **Edmondson IP Law**<br>J. Curtis Edmondson<br>2660 SE 39th Loop, Suite D<br>Hillsboro, OR 97123<br>jcedmondson@edmolaw.com<br><br>*Attorneys for Defendant* |

Dated: May 7, 2021    /s/ Janet C. Fischer
                     Janet C. Fischer
                     Paralegal

SATISFACTION OF JUDGMENT
No. 2:17-cv-01731-TSZ – Page 3

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250