The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>　　　　　　Defendant. | No. 2:17-cv-01731-TSZ<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Strike 3 Holdings, LLC and Defendant John Doe subscriber assigned IP address 73.225.38.130, hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal of the above-captioned action with prejudice, including all claims and counterclaims stated herein against all parties, with each party to bear its own costs, expenses, and attorneys' fees.

DATED: May 7, 2021

Respectfully submitted,

**Law Offices of Lincoln Bandlow P.C.**
By: /s/ Lincoln Bandlow
Lincoln Bandlow, Admitted *Pro Hac Vice*
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310-556-9680
Facsimile: 310-861-5550
Email: lincoln@bandlowlaw.com
*Attorneys for Plaintiff*

**Terrell Marshall Law Group PLLC**
By: /s/ Adrienne D. McEntee
Adrienne D. McEntee, WSBA #34061
Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
*Attorneys for Defendant*


Arête Law Group
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

| | |
|---|---|
| **The Atkin Firm, LLC**<br>By: /s/ John C. Atkin<br>John C. Atkin, Admitted *Pro Hac Vice*<br>55 Madison Avenue, Suite 400<br>Morristown, New Jersey 07960<br>Telephone: (973) 285-3239<br>Email: jatkin@atkinfirm.com<br>*Attorneys for Plaintiff*<br><br>**Arete Law Group PLLC**<br>By: /s/ Jeremy E. Roller<br>Jeremy E. Roller, WSBA #32021<br>1218 Third Avenue, Suite 2100<br>Seattle, Washington 98101<br>Telephone: (206) 428-3250<br>Facsimile: (206) 428-3251<br>Email: jroller@aretelaw.com<br>*Attorneys for Plaintiff* | **Edmondson IP Law**<br>By: /s/ J. Curtis Edmondson<br>J. Curtis Edmondson, WSBA #43795<br>Email: jcedmondson@edmolaw.com<br>2660 SE 39th Loop, Suite D<br>Hillsboro, OR 97123<br>Tel: 503-336-3749<br>jcedmondson@edmolaw.com<br>www.edmolaw.com<br>*Attorneys for Defendant* |

JOINT STIPULATION FOR
DISMISSAL WITH PREJUDICE
No. 2:17-cv-01731-TSZ – Page 2

Arête LAW GROUP | 1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing document to be served upon the following at the addresses stated below using the Court's CM/ECF system.

| | |
|---|---|
| **Law Officer of Lincoln Bandlow, PC**<br>Lincoln D. Bandlow<br>1801 Century Park East<br>Suite 2400<br>Los Angeles, CA 90067<br>Email: lincoln@bandlowlaw.com<br><br>*Attorneys for Plaintiff* | **Terrell Marshall Law Group PLLC**<br>Adrienne McEntee<br>936 N 34th Street<br>Suite 300<br>Seattle, WA 98103<br>Email: amcentee@terrellmarshall.com<br><br>*Attorneys for Defendant* |
| **The Atkin Firm, LLC**<br>John C. Atkin<br>55 Madison Avenue, Suite 400<br>Morristown, NJ 07960<br>Email: jatkin@atkinfirm.com<br><br>Attorneys for *Plaintiff* | **Edmondson IP Law**<br>J. Curtis Edmondson<br>2660 SE 39th Loop, Suite D<br>Hillsboro, OR 97123<br>jcedmondson@edmolaw.com<br><br>*Attorneys for Defendant* |

Dated: May 7, 2021

*/s/ Janet C. Fischer*
Janet C. Fischer
Paralegal

JOINT STIPULATION FOR
DISMISSAL WITH PREJUDICE
No. 2:17-cv-01731-TSZ – Page 3

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250